# EXHIBIT 1

1          UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF INDIANA
2               INDIANAPOLIS DIVISION
3          Case No. 1:18-cv-03934-RLY-DML
4

JEFFREY A. WILLY,                    )
5                                     )
            Plaintiff,                )
6                                     )
                -vs-                  )
7                                     )
ELI LILLY AND COMPANY,               )
8                                     )
            Defendant.                )
9

10

11

12          DEPOSITION OF JEFFREY ALLEN WILLY

13

14       The deposition upon oral examination of
   JEFFREY ALLEN WILLY, a witness produced and sworn
15   before me, Craig Williams, RPR, CMRS, a Notary
   Public in and for the County of Marion, State of
16   Indiana, taken on behalf of the Defendant, at the
   offices of Tate Bowen Daugherty Funk Spandau,
17   156 E. Market Street, Suite 300, Indianapolis,
   Marion County, Indiana, on the 10th day of October,
18   2019, at 9:00 a.m., pursuant to the Federal Rules
   of Civil Procedure with written notice as to time
19   and place thereof.
20

21

22

23

24

25

APPEARANCES

FOR THE PLAINTIFF:
    Brandon Tate
    TATE BOWEN DAUGHERTY FUNK SPANDAU
    156 E. Market Street, Suite 300
    Indianapolis, IN 46204
    317.296.5294
    brandon@tatebowen.com

    Tarah M.C. Baldwin
    BALDWIN MAPLES & WILLIAMS, LLC
    6856 N. Keystone Avenue
    Indianapolis, IN 46220
    317.871.1948
    tarah@bmw.law
FOR THE DEFENDANT:
    Amanda L. Shelby
    Adriana Figueroa
    FAEGRE BAKER DANIELS LLP
    300 N. Meridian Street, Suite 2500
    Indianapolis, IN 46204
    317.237.1377
    amanda.shelby@FaegreBD.com
    adriana.figueroa@FaegreBD.com

---

INDEX OF EXAMINATION

DIRECT EXAMINATION . . . . . . . . . . . . . . . . 4
  Questions by Amanda Shelby

INDEX OF EXHIBITS
Defendant's Deposition Exhibit No.:
Exhibit 1 - Timeline Notes . . . . . . . . . . . . .47
  Exhibit 2 - 2007 Performance Management . . . . . . .58
Exhibit 3 - 2008 Performance Management . . . . . . .61
  Exhibit 4 - 2009 Performance Management . . . . . . .62
Exhibit 5 - 2010 Performance Management . . . . . . .73
  Exhibit 6 - 2011 Performance Management . . . . . . .73
Exhibit 7 - 2012 Performance Management . . . . . . .76
  Exhibit 8 - 2014 Performance Review . . . . . . . .84
Exhibit 9 - 2015 Performance Management . . . . . . .86
  Exhibit 10- 2016 Performance Review . . . . . . . . 100
Exhibit 11- Email dated 1/31/17 . . . . . . . . . . 111
  Exhibit 12- 2017 Performance Management . . . . . . 166
Exhibit 13- Closure Memo dated 8/7/18 . . . . . . . 189
  Exhibit 14- Resignation Email dated 8/24/18 . . . . 192
Exhibit 15- Summons and Compliant . . . . . . . . . 215
  Exhibit 16- Therapist Notes dated 6/25/18 . . . . . 229
Exhibit 17- Therapist's Notes dated 7/6/18 . . . . 236
  Exhibit 18- Therapist's Notes dated 8/13/18 . . . . 238
Exhibit 19- Initial Disclosures . . . . . . . . . . 242
  Exhibit 20- Expense Reports . . . . . . . . . . . 243

---

        JEFFREY ALLEN WILLY,

Having been duly sworn to tell the truth, the whole truth, and nothing but the truth relating to said matter was examined and testified as follows:

DIRECT EXAMINATION,
    QUESTIONS BY AMANDA SHELBY:

Q  Good morning, Dr. Willy. We met just a minute ago. My name is Amanda Shelby, I'm an attorney at Faegre Baker Daniels, and I'm here with my colleague Adriana Figueroa, and we represent Lilly in the lawsuit that you filed against it.

    Would you please state your name for the record.

A  Yes, Jeffrey Allen Willy.

Q  Thank you. Have you been known by any other names?

A  Just Jeff.

Q  As I said, we represent Eli Lilly and Company. I'll refer to it as Lilly, if that's okay. Does that make sense to you?

A  Yeah, that's fine.

Q  We're here today so that we can ask you some questions about your lawsuit and the claims in your lawsuit.

    Have you ever been deposed before?

---

A  No.

Q  Well, this is a question and answer format. The court reporter is taking down everything that we say, so I'd ask that you give audible answers instead of shaking your head yes or no. Does that make sense?

A  Yes.

Q  Thank you.

    It's also important that we don't talk over one another. So many times I'm sure you can anticipate the question that I will be asking, so I'll ask that you wait for me to finish a question before you answer. Does that make sense?

A  Yes, it does.

Q  And I will let you finish your answer before I ask my next question. Okay?

A  Okay.

Q  If you don't hear a question that I ask, because sometimes my voice can be soft, will you please ask me to repeat it?

A  Okay.

Q  Sometimes I ask questions that don't make a lot of sense. So if you don't understand one of my questions, will you please ask me to rephrase

---

1  it?
2  A  Yes, I can.
3  Q  You can take a break anytime you like for any
4      reason.  I would just ask that you finish
5      answering the question that I've asked, and then
6      we can take a break.  Is that okay?
7  A  Yes.
8  Q  Do you understand that you're under oath today?
9  A  Yes.
10 Q  What do you understand that to mean?
11 A  It means everything is taken very seriously.  I
12     tell the truth.  If I don't tell the truth,
13     there are severe ramifications.
14 Q  Are you taking any medications?
15 A  I take Topiramate for migraines.
16 Q  Is that the only medication?
17 A  That is at this time, yes.
18 Q  Would that medication impact your ability to
19     testify truthfully today?
20 A  No.
21 Q  Would it impact your ability to hear my
22     questions?
23 A  No.
24 Q  How long have you been prescribed that
25     medication?

1  A  I think since senior year of high school.  It
2      was either high school or college.  I don't
3      exactly recall.
4  Q  Who prescribed it to you?
5  A  Currently?
6  Q  Yes.
7  A  The most recent one is Dr. -- I'm sorry, I can't
8      pronounce his name -- it's Schlitt or something.
9      It's a doctor out in San Diego with Scripps.
10 Q  Is that a primary care physician?
11 A  Correct.
12 Q  Do you remember who prescribed it to you
13     originally?
14 A  I used to go to a family care practitioner up on
15     the northeast side in Fishers.
16 Q  What's his or her name?
17 A  I'm trying to recall.
18 Q  If you can't recall, that's fine, just let me
19     know.
20 A  It's been a while.  Yeah, I'm sorry, I don't
21     recall the name.
22 Q  Do you suffer from any condition that would
23     interfere with your ability to hear my
24     questions?
25 A  No.

1  Q  What about suffer from any condition that would
2      impact your ability to understand my questions?
3  A  No.
4  Q  What did you do to prepare for your deposition
5      today?
6  A  I talked to my lawyers.
7  Q  I don't want to know what you talked with them
8      about.  Did you review any documents?
9  A  Just what had gone back and forth with the
10     interrogatories.
11 Q  So you reviewed the interrogatory answers it
12     sounds like.
13 A  Correct.
14 Q  Did you review any other documents?
15 A  I've only been able to review what has been
16     passed back and forth through depositions --
17     what's the correct word?
18 Q  Those documents that have been exchanged?
19 A  Those documents that were requested in exchange;
20     correct.
21 Q  What were those documents?
22 A  Specifically there's the timeline and then some
23     email exchanges.
24 Q  Any others?
25 A  No, that's all I reviewed.

1  Q  You mentioned a timeline.  What is that
2      timeline?
3  A  When I was at Lilly I documented some events and
4      some conversations, so that was something I was
5      able to review.
6  Q  So that would be a timeline that you prepared?
7  A  Correct.
8  Q  Then you mentioned that you reviewed some email
9      exchanges.  What were those?
10 A  Just some brief emails that Lilly had sent
11     showing that I had gone and seen my therapist.
12     There weren't that many.  Just several of those.
13 Q  Do you remember who those emails were among?
14 A  I do not recall, I'm sorry.
15 Q  Did you do anything else other than meeting with
16     your counsel and reviewing your timeline,
17     interrogatory answers, and emails to prepare for
18     your deposition?
19 A  No.
20 Q  Have you ever been a party to a lawsuit before?
21 A  No.
22 Q  Have you ever been arrested for a crime?
23 A  No.
24 Q  Have you ever filed bankruptcy?
25 A  No.

1 Q I'd like to ask you just some general questions
2 about your background. Could you tell me your
3 date of birth?
4 A June 24th, 1982.
5 Q What's your current address?
6 A 3695 Caminito Carmel Landing, San Diego,
7 California, 92130.
8 Q How long have you been at that address?
9 A Just a little over a year.
10 Q What was your address before you were at that
11 address in San Diego?
12 A 4820 Wolf Run Boulevard, Indianapolis, Indiana,
13 46239.
14 Q How long were you at that address in
15 Indianapolis?
16 A I think it was right around nine years.
17 Q Are you married currently?
18 A No, not officially.
19 Q Do you have any children?
20 A No children.
21 Q Who lives with you at your current address?
22 A My -- well, my partner and I, we both own it
23 together, but he's unfortunately not able to
24 live there.
25 Q Does anyone live there with you?

1 A My dogs.
2 Q Okay. You mentioned that your partner can't
3 live with you at your current address. Why is
4 that?
5 A He tried to find a job in San Diego but it was
6 just really hard, so he had to take a different
7 assignment overseas.
8 Q So he's not living or working in the U.S.; is
9 that right?
10 A No.
11 Q Where is he living right now?
12 A Shanghai.
13 Q Where did you go to high school?
14 A Hamilton Southeastern High School.
15 Q When did you graduate?
16 A 2001.
17 Q Did you have any education after high school?
18 A Yes.
19 Q Where did you go to college?
20 A I went to the University of Rochester, and it
21 was also associated with the Eastman School of
22 Music.
23 Q What was your major there?
24 A I received a Bachelor's of Science in molecular
25 genetics and a Bachelor's of Music in percussion

1 performance from the Eastman School of Music.
2 Q When did you graduate?
3 A 2006.
4 Q Do you have any other undergrad degrees?
5 A Not undergraduate.
6 Q What about graduate or master's degrees?
7 A Yes, I have a master's and a Ph.D.
8 Q When did you start your master's degree?
9 A I believe I started it in either 2006 or 2007.
10 Q Were you employed at Lilly when you began your
11 master's degree?
12 A I was a contractor. So I was not employed
13 through Lilly, but I was a contractor at Lilly.
14 Q Where did you pursue your master's degree?
15 A It was through IUPUI.
16 Q What is your master's degree in?
17 A It is in biology.
18 Q Is it a Master's of Science?
19 A Correct.
20 Q Then am I correct in understanding that you have
21 a Ph.D.?
22 A Yes.
23 Q One more question about your master's degree.
24 When did you get your master's degree?
25 A I believe it was 2010.

1 Q Okay. I may have already asked you that, I just
2 don't remember.
3 When did you start your Ph.D. program?
4 A 2012.
5 Q Were you a Lilly employee when you started?
6 A Yes.
7 Q Where did you pursue your Ph.D.?
8 A Indiana University School of Medicine.
9 Q What is your Ph.D. in?
10 A Do you want the dissertation topic or just the
11 degree?
12 Q Just the degree.
13 A Biochemistry and molecular biology.
14 Q When did you get it?
15 A 2016.
16 Q Do you have any other degrees?
17 A No.
18 Q What about certifications?
19 A I have a performance certificate from Eastman,
20 if that qualifies.
21 Q What does that mean?
22 A People that are -- they only give it to a select
23 few people during your junior year if you score
24 the highest on your jury. So it's like
25 graduating with honors.

4 (Pages 10 - 13)

1 Q  Just out of curiosity, what is it in?  Like
2     you get a performance degree in something?
3 A  My performance degree is in percussion, so it's
4     an applied music degree in percussion
5     performance.  And then the performance
6     certificate is sort of an add-on to the degree
7     itself.  It's similar to graduating with honors.
8 Q  Was Lilly your first job after you graduated
9     from the University of Rochester and the Eastman
10    School of Music?
11 A  No.  I did a couple small jobs that summer.
12 Q  What were those jobs that you did during the
13    summer of 2006?
14 A  I worked at Chase Bank as a teller.  And then I
15    did a contract job with a company.  I worked at
16    the Hostess factory for a couple weeks, and then
17    that was actually how I got the job, connected
18    me to get the ATL job at Lilly.
19 Q  The two jobs that you had in the summer of 2006,
20    were those in Indiana?
21 A  Yes.
22 Q  Why did you leave the job that you had with the
23    bank?
24 A  Well, that was just a temporary job.  I mean, I
25    never meant to be in banking.  It was just to

1     get some money until I was able to pursue
2     something with my degree.
3 Q  Okay. what about the contract job that you had
4     at Hostess, why did you decide to leave that
5     position?
6 A  Well, that was an extremely temporary contract.
7 Q  What was your job at Hostess when you were a
8     contract employee?
9 A  So what I did was I took the bags of muffins and
10    I was quality control, to make sure that the
11    highest product possible was coming out of the
12    Hostess factory.
13 Q  Have you ever been involuntarily separated from
14    any employment?
15 A  Yes.  There was a time when I was teaching drum
16    line.  It was more of a hobby.  But they just
17    were not able to support my role anymore, so
18    unfortunately that job was not able to continue.
19 Q  What was the reason that was given to you for
20    why you could no longer be doing that job?
21 A  Budget cuts.
22 Q  Have you ever served in the military?
23 A  No.
24 Q  When did you begin working at Lilly, either as a
25    contract employee or as an employee-employee?

1 A  I believe it was the fall of 2006.
2 Q  How did you come to apply at Lilly?
3 A  I'm sorry, could you clarify?  Are you referring
4     to the contract job?
5 Q  Yes, thank you.
6 A  So I believe what happened was I was connected
7     to the -- it was called Advanced Testing
8     Laboratories at the time.  I believe now it's
9     Advanced Testing Management Group.  I was told
10    about this position that they were having these
11    group interviews for those positions within the
12    department that I would be working -- well, I
13    didn't know what department at the time.  I was
14    told about those interviews, because I had that
15    temporary contract job at the Hostess factory.
16 Q  What's Advanced Testing Group?
17 A  So they have contractors at Lilly.  Just the
18    name of the company that provides the
19    contractors.  At the time I worked for them it
20    was Advanced Testing Laboratories.  And I
21    believe now they're called Advanced Testing
22    Management Group.  So that's the company.
23 Q  Is that the company you worked for when you had
24    this temporary contractor job at Hostess?
25 A  No.  If I'm not mistaken, they just connected me

1     to the group interviews.
2 Q  How did you get in touch with Advanced Testing
3     Group or Laboratories?
4 A  How did I get in touch with them?
5 Q  Yes.
6 A  That I don't recall, that was so long ago.  The
7     only thing I remember was someone telling me
8     about the group interviews and them setting me
9     up to go to the group interview.
10 Q  Do you remember who told you about the group
11    interviews?
12 A  No, I'm sorry, I don't.
13 Q  Did anyone at Lilly interview you when you went
14    to these as you were going through the
15    application process for the ATL or contractor
16    position?
17 A  I don't think so.  I think when we did the group
18    interviews, because it was offsite, it wasn't at
19    Lilly, I believe everyone that was interviewing
20    us was part of Advanced Testing Management or
21    Advanced Testing Laboratories.  But I was so new
22    to everything.  It's possible there was a Lilly
23    employee there, but I'm not entirely sure.
24 Q  Do you have any idea who hired you to work in
25    this ATL contractor position at Lilly?

5 (Pages 14 - 17)

1  A   No, I don't.  I would have to go back and get a
2      better understanding of that.
3  Q   I've heard people use the acronym ATL.  Does
4      that stand for Advanced Testing Laboratories
5      then or Laboratory?
6  A   Yes.
7  Q   Upon becoming a contractor for Lilly, did you
8      receive any training from Lilly at that time?
9  A   When I was a contractor?
10 Q   Yes.
11 A   Yes.
12 Q   What kind of training?
13 A   Lab-based training.  All contractors are in the
14     lab.  Although the majority of contractors in
15     the department I was in at that point in time
16     were trained by other ATL members, but there
17     were some Lilly employees that would also train
18     ATL members.
19 Q   And it was lab training?
20 A   Mostly lab-based training.
21 Q   Were there any other types of training that you
22     received from Lilly as a contractor?
23 A   Yes.  They have SOPs you have to follow in order
24     to meet OSHA guidelines and just stay within
25     compliance as a company, because you're working

1      at Lilly.
2  Q   Okay.  Standard operating procedures?
3  A   Yes.
4  Q   Any other types of training that you received
5      from Lilly when you worked there as a contractor
6      other than lab training and training on SOPs?
7  A   Not that I recall.
8  Q   What was --
9  A   I'm sorry, to go back to that question.  You
10     were talking about when I was a contractor
11     specifically?
12 Q   Yes.
13 A   Okay.
14 Q   When you were a contractor, what department were
15     you in at Lilly?
16 A   At the time I think it was called Quantitative
17     Biology.
18 Q   How long were you a contractor for Lilly in
19     Quantitative Biology?
20 A   I think it was just a little under a year.
21 Q   Who did you report to when you were a contractor
22     in that group?
23 A   So we had three managers for ATL.  Her last
24     name -- Jerry was one of the guys.  One of the
25     ladies, her last name was Espinoza.  And then

1      the head manager, I cannot remember her name.
2      Sorry, it's been a while.
3  Q   No, that's fine.  So these three were all ATL
4      managers?
5  A   Correct.
6  Q   What happened at the end of your year being a
7      contractor for Lilly?
8  A   I received an email from Tom Baker saying that
9      there was a fixed duration employee position in
10     toxicology at the Greenfield site and asked if I
11     would be interested in applying.  So I sent him
12     the official application, we had a phone
13     conversation, and I ended up getting that
14     position and transferred to a fixed duration
15     employee.
16 Q   When you worked as a contractor for Lilly
17     through ATL, where were you physically working?
18 A   Building 77, ground floor.
19 Q   Is that here in downtown?
20 A   Correct.
21 Q   So this new opportunity that Tom Baker emailed
22     you about, I believe you said that was in
23     Greenfield?
24 A   Yes.
25 Q   Did you know Tom Baker before he reached out to

1      you by email to tell you about this fixed
2      duration opportunity?
3  A   No.
4  Q   Do you know how he came to identify you as
5      someone who he would encourage or invite to
6      apply?
7  A   My understanding is when you apply to any
8      position within the Lilly system, your résumé
9      sits within the system, and he had come across
10     my résumé and was impressed with it.  He could
11     not find the right fit for the lab, which is why
12     he had reached out to me.
13 Q   How did you get that understanding?
14 A   He told me that over the phone.
15 Q   What's your understanding of what a fixed
16     duration employee is?
17     MS. BALDWIN:  Objection, calls for
18     speculation, but you can answer.
19 A   So my understanding is you have most of the
20     Lilly benefits while you're a fixed duration
21     employee.  Some of them you're not going to
22     have.  And I don't have a clear understanding of
23     what they were.  But you are on a timeline.  So
24     it's going to be two, three or four years, for
25     example.  And there's the potential to transfer

1     to a fixed FDE, but that is definitely not a
2     guarantee. It's a role they need to fill.
3  Q  Do you recall anyone who interviewed you after
4     you applied for this FDE position in Greenfield?
5  A  Yes.
6  Q  Who interviewed you?
7  A  I remember interviewing with Jim Stevens, Tom
8     Baker, Bart Halstead, John Stutz. And I'm sure
9     there were others, but those are the ones that I
10     can recall off the top of my head.
11  Q  Do you know who hired you for that FDE position?
12  A  Tom Baker was the hiring manager.
13  Q  How long was your fixed duration of employment
14     when you were offered that position?
15  A  I think it was four years. But it might have
16     been three. I'm really stretching to go back
17     there.
18  Q  No problem.
19       When you were hired for this fixed duration
20     position in Greenfield, did you receive any kind
21     of training upon being hired in that role?
22  A  Yes.
23  Q  What kind of training did you receive at that
24     point in time?
25  A  So I did have to take some SOPs again. And then

1     Bart Halstead trained me on an assay that I was
2     going to take up and run, so that was some more
3     lab-based training.
4  Q  Any other kind of trainings that you received
5     when you accepted this FDE position in
6     Greenfield?
7  A  Most of it again was SOPs, standard SOPs, and
8     lab-based training at this point.
9  Q  At some point were you given a copy of Lilly's
10     employee handbook?
11  A  I don't recall a physical copy that they gave
12     us.
13  Q  Did you have access to it on the Internet or
14     some other way?
15  A  I do recall before I left I was trying to search
16     for it, and you could search for it. But when I
17     was hired, I was never given a physical copy of
18     the employee handbook that I recall.
19  Q  Okay. When you were third, do you know if it
20     was available on the Lilly Internet to you when
21     you were hired as an FDE?
22  A  Yeah, I don't know.
23  Q  Do you know that Lilly has policies that
24     prohibit discrimination, harassment and
25     retaliation?

1  A  Yes.
2  Q  Do you understand that Lilly has procedures for
3     employees to report potential violations of that
4     policy?
5  A  Yes.
6  Q  Are you familiar with the Lilly Red Book?
7  A  I am familiar with the Red Book.
8  Q  What is your understanding of what the Red Book
9     is?
10  A  The Red Book compromises several different
11     things. I understand it is some guidelines. It
12     also suggests how people should act if they're
13     in certain situations, both internal and also
14     external. It also provides some ethical
15     guidelines to that extent.
16  Q  Do you recall receiving training on the Red Book
17     while you were employed at Lilly?
18  A  Yes, they do that every year.
19  Q  When you were an FDE, who was your supervisor?
20  A  Tom Baker.
21  Q  Did that ever change when you were an FDE at
22     Lilly?
23  A  No.
24  Q  What was your job as an FDE? Like what did you
25     do?

1  A  My primary job as an FDE, I was to develop new
2     cell-based assays, mostly with an imaging
3     expertise for safety.
4  Q  What department was this in again when you were
5     an FDE?
6  A  The department name was really just Toxicology,
7     but we were a subset of that.
8  Q  What was Tom Baker's subset called, if anything?
9  A  The Cell-Based Surrogate Lab.
10  Q  When you were an FDE and reporting to Tom Baker,
11     did anyone say anything to you or around you
12     that you found offensive or inappropriate?
13  A  Yes.
14  Q  How many times did that happen? Again, I just
15     want to focus on the time when you were an FDE
16     reporting to Tom Baker.
17  A  At least twice.
18  Q  Could you please tell me about the first time?
19  A  Yeah, the first time was shortly after I was
20     hired. I remember walking down the hall and
21     John Stutz told me that he was really happy that
22     I was there, I was a good hire, because the
23     person they'd interviewed before me, who was
24     also an ATL contractor, was -- I don't remember
25     the exact phrase at this point in time, but it

1    was something to the extent of he was too gay to
2    fit into the lab.
3 Q   When you say shortly after your hire, do you
4    mean shortly after you were hired as an FDE at
5    Greenfield?
6 A   Correct.
7 Q   When were you hired as an FDE at Greenfield?
8 A   I believe it was November of 2007.
9 Q   So when you say this happened shortly after you
10   were hired, what do you mean by that?
11 A   Well, I don't mean the next day.  I guess what I
12   mean was it was within my first -- I believe it
13   was within my first year or two of being there.
14 Q   Do you think it was in the first month or two of
15   being there?
16 A   That I don't recall.
17 Q   But sometime the first year or two of after you
18   were hired, after November of 2007?
19 A   I think so.
20 Q   Who else was present when John Stutz made this
21   comment to you?
22 A   It was just the two of us.
23 Q   At the time, what was John Stutz's position?
24 A   I think he was a technician.  The B track is
25   what they called it.

1 Q   Did you have a job title at that time when you
2    were an FDE?
3 A   I did.
4 Q   What were you?
5 A   So I was a P1.  I don't recall -- they changed
6    our titles.  Eventually my title was just
7    toxicologist.  It might have been something
8    different at that point in time, and I'm sorry,
9    I don't recall, because they did change them a
10   little bit later.
11 Q   This is probably self-evident for you, and it is
12   me too, but I just want to make sure it's on the
13   record and I understand.  John Stutz did not
14   have a supervisory responsibility over you; is
15   that right?
16 A   No.
17 Q   He was not your supervisor?
18 A   We both reported to Tom Baker.
19 Q   When you were an FDE, did anyone report to you?
20 A   No.
21 Q   Did John Stutz say who this person who was hired
22   before you was?
23     MS. BALDWIN:  Objection, it calls for
24   information not in evidence.  It wasn't a person
25   who was hired.  It was a person who was

1    interviewed I believe.
2 Q   So could you tell me, to the best of your
3    memory, what he said?
4 A   Something about the person they'd interviewed
5    before me.  Did I say hired?
6 Q   I thought that's what you said.
7 A   I'm sorry, I'm trying to recall.
8 Q   That's fine, I just want to be sure I
9    understand.
10 A   The person that they interviewed for the
11   position before me was too gay to fit into the
12   lab.
13 Q   Okay.  And I think you mentioned something about
14   an ATL contractor.  Had this person been an ATL
15   contractor?
16 A   That person was an ATL contractor.  And I do not
17   recall his name.
18 Q   Did John Stutz tell you who he was referring to?
19 A   So I do remember knowing who he was referring
20   to, and I don't remember if he had told me or if
21   someone else had told me.  That I don't recall
22   how I knew.
23 Q   But sitting here today, you can't remember who
24   that was?
25 A   No.

1 Q   Do you know if the person who John Stutz was
2    referring to was ever hired by Lilly to be a
3    Lilly employee rather than an ATL contractor?
4 A   Not to my knowledge.
5 Q   What did you do, if anything, after John Stutz
6    made this comment to you?
7 A   I didn't do anything.
8 Q   Did you report it to anyone at the time?
9 A   No.
10 Q   Did you report it to anyone afterward?
11 A   I did eventually.
12 Q   When did you eventually report it?
13 A   Not until -- I tried calling several years later
14   after several other people had made comments,
15   but they asked me for my name so I got scared
16   and I hung up.  And then after more
17   discriminatory comments which had been made, I
18   eventually called.  I think it was 2018 when I
19   made the official HR investigation.
20 Q   2018?
21 A   Correct.
22 Q   Do you remember when it was that you tried
23   calling several years later?
24 A   It was after Tom Baker made a comment that said
25   he hated fags.

8 (Pages 26 - 29)

1 Q Do you remember when that was?

2 A I want to say it was 2009 or 2010. I just

3 remember when they asked me for my name, I just

4 got really scared.

5 Q Who did you try to call?

6 A There was an HR hotline, but they said they

7 couldn't help me if I didn't give them my name.

8 Q Did you give them any information when you

9 called?

10 A I had told them about the events, and I gave

11 them names. But then they asked who I was.

12 Q Do you remember who you talked to?

13 A No, I'm sorry.

14 Q Did you take any notes of that call?

15 A I don't think I did.

16 Q To the best of your memory, what did you say

17 when you made that call?

18 A I think I told her I was working in a group.

19 Because at that point in time a lot of us had

20 been confined to the cell-based surrogate group,

21 and there had been a series of comments. I gave

22 the example of the comment by John, and he had

23 made another one. And the most recent one about

24 my current supervisor saying that he hated fags.

25 And I said I'm just concerned. And I said I

1 don't know what to do. I was asking for advice,

2 and that's when she asked me for my name.

3 Q Did you give the person who you talked to on the

4 phone the name of John Stutz?

5 A I believe I gave her names.

6 Q What names did you give her?

7 A I believe I gave her John and Tom's name.

8 Q Did you give her first and last names?

9 A I'm sorry, I don't remember.

10 Q Do you have any knowledge about what Lilly did

11 to look into the concerns that you reported in

12 that 2009-2010 time frame?

13 A The only knowledge I have -- I don't have

14 knowledge with regards to HR. I did go to Tom's

15 supervisor, at the time Tracy Williams, and I

16 told her about it. And she told me that I

17 should handle it on my own.

18 So I tried to do what I thought was right

19 and report this to someone higher up that I

20 thought could handle this better, which is

21 obviously very hard to do. To my knowledge,

22 nothing was done. I do know that her comment

23 was that, Well, I'm sure they didn't mean it,

24 specifically to Tom's comment about hating fags.

25 To my knowledge, nothing was done.

1 Q Early I asked you if you had reported it to

2 anyone, and I think you said you had tried

3 calling HR but hung up. You later reported it

4 in 2018, and I think you just said that you also

5 reported it at some point in time to Tracy

6 Williams?

7 A Correct.

8 Q When did you go to Tracy Williams with your

9 concerns?

10 A I don't remember the exact time, but it was

11 after Tom had made the comment about hating

12 fags.

13 Q When did Tom make that comment?

14 A I don't remember the exact -- I just remember it

15 was summer, we were walking back from Bru

16 Burger. Brad Elmore and Steve Engle were there.

17 Brad is no longer with the company. I want to

18 say it was the summer of 2009 or 2010, but I

19 don't remember off the top of my head, I'm

20 sorry.

21 Q You mentioned that Brad Elmore is no longer with

22 Lilly. Do you know why he's no longer with

23 Lilly?

24 A He chose to leave the group.

25 Q Do you know why he chose to leave?

1 A All I know is he was unhappy with the group and

2 some of the personal reasons for being unhappy

3 that he did not disclose to me.

4 Q So you don't know what made him unhappy?

5 A I think it had to do -- no, I don't.

6 MS. BALDWIN: I'll object and just say it

7 calls for speculation at this point, but go

8 ahead and answer.

9 A No, I don't. I think he found another career

10 opportunity at Covance.

11 Q Did he ever tell you why he was unhappy?

12 A I just -- I mean, the only thing he ever told me

13 is I think he just felt behind. This is very

14 personal for him. I don't really feel

15 comfortable telling you.

16 Q I understand. But I'm here to understand about

17 your claims --

18 A Yeah. So this has nothing to do with my claim,

19 but he just --

20 Q To the extent that he was unhappy because of

21 something that Tom Baker or one of the other

22 people who you are alleging did or said

23 something, that's my only reason for wanting to

24 know, so I can kind of understand the extent of

25 the environment that you and your co-workers

1  were in.
2    Let me ask it this way.  Did Brad Elmore
3  ever tell you that he was unhappy because of
4  anything that he perceived, believed, heard Tom
5  Baker say or do that was offensive or
6  inappropriate?
7  A  I know he would sometimes come out of
8  one-on-ones and become very deflated, and he
9  said he felt like Tom was challenging him
10  sometimes and he would be deflated.
11  Q  Did Brad Elmore ever tell you that he felt like
12  he was being discriminated against or harassed
13  or treated differently because of his sex?
14  A  No.
15  Q  Okay.  Or sexual orientation or gender identity?
16  A  No.
17  Q  Okay, thanks.
18    You mentioned that Tom Baker made this
19  comment.  You were there, Brad Elmore was there,
20  Steve Engle was there.  I promise I'm not going
21  to pry anymore into Brad Elmore except what was
22  his title at the time?
23  A  I think he was a P2.
24  Q  So was he a peer of yours who also reported to
25  Tom Baker?

1  A  Correct.
2  Q  What about Steve Engle?
3  A  At that point in time he reported to Dave
4  Watson.  He did end up being transferred into
5  Tom Baker's group.
6  Q  But at that point in time he was a P level as
7  well reporting to another supervisor?
8  A  He reported to Dave Watson at the time.
9  Q  Can you tell me the context of Tom Baker's
10  making this comment?
11  A  I don't remember how it came up.  I just
12  remember we were walking back into the building,
13  and his words were -- it's one of those phrases
14  that will stick with you forever -- he said, "I
15  hate fags."  And I remember I just kind of
16  looked at him, and then he looked at me and he
17  said, "Oh, not all fags, just the flamboyant
18  ones."
19  Q  And what happened after that?
20  A  I went back to my desk and I got to work.
21  Q  Did either Brad or Steve say anything?
22  A  I remember Brad and I talked about it later in
23  the lab.
24  Q  In that moment kind of before everyone went
25  their separate ways, do you remember anyone

1  having any response to Tom's making that
2  comment?
3  A  I think it was one of those comments you don't
4  respond to.
5  Q  Okay.  And I'm not suggesting that anyone should
6  have said anything, I'm just trying to
7  understand what happened.  Sometimes I feel like
8  I can ask questions and people feel like there's
9  some kind of implication behind them.  I tell
10  you that not because there's a question pending
11  but I just want you to understand.
12    So how soon after Tom Baker made that
13  comment did you go to Tracy Williams?
14  A  That I don't recall.
15  Q  Was it immediately after?
16  A  I don't think it was the same day if that's what
17  you're asking.
18  Q  Was it the same year?
19  A  I believe it was the same year.
20  Q  Was it in the same summer?
21  A  I'm sorry, I really don't remember those
22  details.
23  Q  So it was in the same year, but anything beyond
24  that it sounds like it's been too long ago?
25  A  Yeah, I'm sorry.

1  Q  That's okay, no need to apologize.
2    When you went to Tracy Williams, am I
3  correct in understanding that she was Tom
4  Baker's supervisor at the time?
5  A  Correct.
6  Q  What was her title, if you remember?
7  A  I think it was director.
8  Q  When you met with Tracy Williams, was anyone
9  else present?
10  A  No.
11  Q  Where did you meet with her?
12  A  Her office.
13  Q  How long was that meeting do you think?  Can't
14  recall?
15  A  No, I don't recall how long.
16  Q  What did you tell Tracy Williams when you met
17  with her?
18  A  I told her about the comment and how it had made
19  me feel uncomfortable and I wasn't really sure
20  what to do.
21  Q  You told her about Tom Baker's comment?
22  A  Yes.
23  Q  Did you tell her anything else?
24  A  I don't recall.  Yeah, I'm sorry.
25  Q  Did you tell her about John Stutz's comment from

1   2007?
2 A  I don't remember if that came out in that
3    conversation or not.
4 Q  Then you mentioned something else that happened
5    when you were in FDE.  Is that the comment that
6    Tom Baker made, or is that a third incident?
7 A  It was another incident that John had made a
8    comment.  He had found some --
9 Q  Go ahead.
10 A  He had found some porn, some gay porn in his
11    son's desk, and he was very upset and said in a
12    very harsh way about how he hopes his son
13    doesn't grow up to be a fag.
14 Q  When you met with Tracy Williams and you told
15    her about the comment that Tom Baker had made as
16    you, Brad Elmore, and Steve Engle were walking
17    into the building, did you also tell her about
18    this other comment that John Stutz had made
19    about his son?
20 A  You know, I really don't recall.  I just
21    remember the conversation with Tracy really
22    going toward me having a conversation with Tom,
23    and how she wanted me -- she was really putting
24    it back on me to handle with Tom, and she was
25    putting the accountability on me.

1 Q  What did Tracy say to you when you told her that
2    Tom had made this comment and that it had upset
3    you and that you didn't know how to handle it?
4 A  She said she was sure he didn't mean it and that
5    I should just talk to him directly.
6 Q  Okay.  And what was your response to that?
7 A  I mean, I didn't argue with her.  She was a
8    director.  So I believe I thanked her for her
9    time.
10 Q  Did you go back to Tom Baker and have a
11    conversation with him?
12 A  No.
13 Q  I know it probably seems like a silly question,
14    I'm just trying to understand what happened.
15       After you had this conversation with Tracy
16    Williams, did you talk to anyone about what
17    Tracy Williams had told you?
18 A  At work?
19 Q  Yes.
20 A  No.  What I did do is I gave some feedback on
21    the pulse survey.
22 Q  What is a pulse survey?
23 A  The pulse survey is where you can give feedback
24    on the company; you can say what's going well,
25    what's maybe not going well, maybe how the

1    company can improve.
2 Q  What feedback did you give on the pulse survey?
3 A  I gave some specific feedback on I believe some
4    of how we could increase diversity and
5    inclusion.  I don't remember the exact wording,
6    but I did give some of that feedback.
7 Q  Did you in the pulse survey report Tom Baker's
8    comments?
9 A  Yes.
10 Q  Did you in the pulse survey report any of John
11    Stutz's comments?
12 A  No, I think the way it was laid out, they really
13    have you focus on your senior leadership and
14    your management.  That is where I gave the
15    majority of the comments.
16 Q  In the pulse survey, did you make any comments
17    about Tracy Williams?
18 A  I don't recall making any specific comments
19    about her.
20 Q  But you do recall making specific comments about
21    Tom Baker?
22 A  Yeah.  And I don't -- yes.  It would have been
23    very easy to understand that it was about him.
24    I don't believe I identified him by name, but it
25    was under a section where it was your direct

1    supervisor.
2 Q  What do you recall putting in that section?
3 A  I don't recall the exact wording.  But it was
4    implied about increasing diversity and inclusion
5    among the employees.
6 Q  Did you put in there that someone in your chain
7    of command had said that he hates fags?  I'm
8    sorry, I hate using that word, but I just want
9    to make sure that I'm reflecting what you claim
10    that he said.
11 A  No, I don't believe I would have used that exact
12    word in the pulse survey.
13 Q  Or that he said that he hates people who are gay
14    or anything like that?
15 A  Yeah, I'm not sure.
16 Q  It sounds like what you can remember saying is
17    we need to increase diversity and inclusion
18    then?
19 A  It wasn't that high level.  I don't remember the
20    exact words I used, but what I do recall was
21    being singled out at the end of the year in my
22    PM discussion by him, and he brought the
23    competent up.
24 Q  What PM discussion was that?
25 A  It was my performance management discussion.

11 (Pages 38 - 41)

1 Q For what year?

2 A Whichever year it was.

3 Q You don't remember what year it was?

4 A Not off the top of my head, I'm sorry.

5 Q I think you said that Tom Baker made this

6 comment in maybe the summer of 2009 or the

7 summer of 2010. Do you remember in relation to

8 when he made the comment how quickly you

9 completed this pulse survey with this feedback?

10 A So they rolled them out differently pretty much

11 every year. No, I'm not sure if it would

12 have -- I just remember doing it after the

13 comment and referring to that, and then the year

14 I did the pulse survey was the year where he

15 came in, I was de-identified. So no, I'm not

16 entirely sure that -- I don't recall the timing,

17 because it was a while ago.

18 Q You used a word that I've never heard before,

19 de-identified. What does that mean?

20 A Did I use it inappropriately?

21 Q No, I just don't know what it means. What does

22 that mean?

23 A Well, I was identified. I'm sorry, I think

24 you're supposed to be de-identified, right?

25 Maybe I was wrong.

1 Q What were you de-identified from?

2 A It's supposed to be confidential. You're not

3 supposed to know who is putting in these pulse

4 surveys. And when I was in the meeting, he

5 definitely suggested that I put in the comment.

6 Q How so?

7 A In a very aggressive tone.

8 Q What did he say?

9 A He said that he had received the pulse survey

10 back and that he had gotten some comments and he

11 was very disappointed; and that he had some

12 stuff that we're going to have to work on next

13 year.

14 And I think what was most appalling to me

15 and most surprising to me is that this was in my

16 performance management discussion in a

17 one-on-one. And this normally is something that

18 supervisors will bring out and talk to the

19 entire department if they have specific

20 information when they roll out the pulse survey.

21 And to bring this into a one-on-one and bring

22 this specific comment in which I had put in was

23 surprising and came across very aggressive and

24 hostile.

25 Q Did he actually mention a comment from the pulse

1 survey?

2 A Yes.

3 Q Do you know what kind of feedback Tom Baker or

4 any supervisor receives from a pulse survey?

5 MS. BALDWIN: Objection, calls for

6 speculation. Go ahead, you can answer.

7 A It's been described at a high level.

8 Q What's your understanding?

9 A My understanding is depending on how many

10 reports you have and you get the comments and

11 you get the ratings and everything.

12 Q Have you ever seen the results of a pulse

13 survey?

14 A I've been in meetings where they've shown some

15 high level results, where maybe the VP or a

16 director will show some high level results and

17 ratings, but I have not seen the report itself.

18 Q Okay. So you have never seen the report that

19 Tom Baker got from any pulse survey that you

20 completed?

21 A No.

22 Q What was the comment that he mentioned to you in

23 that one-on-one?

24 MS. BALDWIN: Objection, it's been asked

25 and answered, but go ahead and answer again.

1 A So I can repeat and tell you that I don't

2 remember the exact comment.

3 Q Do you know if Tom Baker had a similar

4 conversation about the pulse survey results with

5 anyone else who reported to him in one-on-ones

6 that he had with them about their performance

7 discussion?

8 A I don't know.

9 MS. BALDWIN: Are you doing okay?

10 Q Do you need to take a break? This is not

11 supposed to be an endurance test, but sometimes

12 I just get going. Your counsel is right to ask

13 if you're okay and if you need a break, because

14 we've been going at it for maybe an hour or so.

15 Are you good?

16 A I'm okay. Do you need a break?

17 Q I'm fine, thank you.

18 MS. BALDWIN: I actually need the break.

19 Okay. Then maybe I can grab some water

20 then.

21 (A recess was taken between 10:00 a.m.

22 and 10:11 a.m.)

23 BY MS. SHELBY:

24 Q We were just talking about a one-on-one PM

25 discussion that I think you had with Tom Baker.

12 (Pages 42 - 45)

1     Did Tom Baker's feedback to you about the pulse
2   survey show up in your end of year review, like
3   the actual document?
4 A  No, not the feedback, no.
5 Q  Did you report the one-on-one conversation that
6   you had with Tom Baker where he kind of
7   obliquely referenced the pulse feedback, did you
8   report that to anyone?
9 A  I did, to Holly Smith.
10 Q  Who is Holly Smith?
11 A  So she was another lab leader at the time.
12 Q  Was she a supervisor?
13 A  She was, yes, so she was higher up. She was in
14   a management role.
15 Q  Was she your supervisor?
16 A  No, she was Tom's peer.
17 Q  Did you report it to anyone other than Holly
18   Smith?
19 A  At the time, no.
20 Q  Did you later report it to anyone other than
21   Holly Smith?
22 A  Yes, Lilly HR is aware.
23 Q  How did they become aware?
24 A  During the investigation in 2017, 2018, whenever
25   that was, I did make all -- everything we've

1   talked about so far, for the most part, they're
2   aware of that, so they were definitely aware of
3   the conversation with Tom.
4     (Defendant's Deposition Exhibit 1 was
5   marked for identification.)
6 Q  The court reporter is handing you what I have
7   marked as Exhibit 1. Take a look at that and
8   let me know if you recognize it.
9 A  Yes, I do.
10 Q  Is this your typed timeline?
11 A  Yes.
12 Q  Is this something that you gave to Lilly human
13   resources?
14 A  Yes.
15 Q  Is this the document that you would have given
16   to HR that would have included the information
17   from your one-on-one with Tom Baker about the
18   pulse survey?
19 A  I'm not sure if it's in here if I spoke to him
20   about it. It was a mixture of conversations
21   with HR.
22     Yeah, it does look like it's in here.
23 Q  Where is it at?
24 A  In this paragraph here.
25 Q  On the first page, third paragraph?

1 A  2009, yeah.
2 Q  So does that refresh your memory that you
3   completed that pulse survey in the summer of
4   2009?
5 A  Okay. Yeah, I don't know if I completed it in
6   the summer of 2009. I think I was trying to
7   recap 2009 right here.
8 Q  Okay. So does this refresh your memory then
9   that Tom Baker made this comment in the summer
10   of 2009?
11 A  He made the comment in the summer of 2009 I
12   believe.
13 Q  So does this paragraph also then mean when you
14   filled out the pulse survey, that was in 2009?
15 A  To the best of my knowledge it was in 2009.
16 Q  And the one-on-one performance discussion would
17   have also occurred sometime in 2009?
18 A  I believe so.
19 Q  When you had this conversation with Holly Smith
20   about kind of your one-on-one discussion with
21   Tom Baker where he referenced the pulse survey
22   feedback, was there anyone else present?
23 A  No.
24 Q  How much time passed between your one-on-one
25   discussion with Tom Baker and when you talked

1   with Holly Smith about what happened?
2 A  I don't entirely recall.
3 Q  Was it more than a year?
4 A  I don't think it was more than a year. I
5   believe Holly and I actually started setting up
6   more routine one-on-ones. We met several times.
7 Q  What did you tell Holly Smith about your
8   one-on-one discussion with Tom Baker?
9 A  I told her some of the comments that had been
10   made and how I had given some feedback and how I
11   had gone to other people for help with some of
12   the, you know, discriminatory comments that I
13   have heard and how I was just really looking for
14   a mentor.
15 Q  What did you tell her about the comments?
16 A  I don't recall specifics, but I do recall at a
17   high level telling her that I felt they were
18   inappropriate, they definitely made me
19   uncomfortable, and nothing had been done to my
20   knowledge.
21 Q  Did you tell her what the comments were?
22 A  I believe so.
23 Q  Did you tell her the first and last names of the
24   people who had made them?
25 A  Yes.

13 (Pages 46 - 49)

1 Q   What comments did you tell her about?
2 A   I know for sure that I told her about the "I
3     hate fags" comment.
4 Q   That Tom Baker made?
5 A   Correct.
6 Q   Do you recall telling her about any other
7     comments?
8 A   I'm not sure how much I did tell her at that
9     point about other people's comments.  It's
10    possible I did, but it was so long ago that, I'm
11    sorry, I don't recall the specifics.
12 Q   What did you tell her about the "I hate fags"
13    comment?
14 A   I believe I told her that it had been said and
15    that I had filled out the survey and gone to
16    Tracy and nothing had been done and I was
17    worried that it was affecting my career because
18    I had tried to let people know, and that it was
19    now adversely affecting me.
20 Q   Did you tell her how you felt it was adversely
21    affecting you?
22 A   I believe so, yes.
23 Q   What did you tell her?
24 A   I mean, I told her about the conversation with
25    Tom and how it was brought into my PM

1     discussion, and how I felt it was inappropriate
2     for someone to say something and create a
3     hostile work environment like that.  And for
4     someone to come out in the open and say what
5     should be private to their management, and
6     however it came about, have that affect your
7     performance.
8 Q   So you told her it was affecting your
9     performance?
10 A   I don't recall the exact wording.
11 Q   Was it affecting your performance?
12 A   Well, it was brought into my performance review.
13    It was mixing the two.
14 Q   The comments from the pulse survey?
15 A   The comments from the pulse survey.  They should
16    be kept separate from a performance review.
17 Q   Okay.  What did Holly Smith do or say when you
18    shared with her this information about Tom
19    Baker?
20 A   She offered to mentor me.  She did see that I
21    needed a mentor and really an ally more than
22    anything.  It was very clear I didn't have an
23    ally within the cell-based surrogates group.
24 Q   Do you know if she did anything else?
25 A   No, I don't.

1 Q   How did you feel about Holly Smith's response to
2     your sharing with her these conversations you
3     had with Tom Baker?
4 A   I mean, at the time I was excited.  It was the
5     first time since I had been at Lilly that I
6     started to feel like I could be myself and bring
7     my whole self to work and I could actually talk
8     openly to someone about who I was, and I thought
9     someone was accepting me.
10 Q   Do you have any idea when, if ever, Tom Baker
11    learned about your sexual orientation?
12    MS. BALDWIN:  Objection, calls for
13    speculation.  You can answer.
14 A   So all I can do is suspect that he probably
15    knew, probably prior to the "I hate fags"
16    comment, because of an incident where I had a
17    partner at the time and referred to him as "he"
18    in a conversation with him.
19 Q   In a conversation with Tom Baker?
20 A   Yes.
21 Q   Did Tom Baker say anything to you when you were
22    in a conversation with him and referenced your
23    partner as a he?
24 A   I'm sorry, can you repeat that?
25 Q   Yes.  So when you were in that conversation with

1     Tom Baker and you mentioned your partner and
2     referred to him as a he, did Tom Baker react to
3     that in any way in the moment?
4 A   And by react, do you mean?
5 Q   Did he say anything?  Did his body language
6     change?  Like did he do anything?
7 A   I don't recall.  The only thing I recall is
8     later he did say he hated fags.
9 Q   That was in a separate conversation?
10 A   It was in a separate conversation.  And then
11    when I made a shocked look, he looked directly
12    at me and said -- he clarified, and said, "Not
13    all fags, just the flamboyant ones."  And he did
14    clarify that to me and not the other people
15    around.
16 Q   Okay.  They were around, but it sounds like from
17    your perspective because he was looking at you,
18    he was directing that particular comment "not
19    all of them, just the flamboyant ones" to you;
20    is that right?
21 A   The way it came across, it was a clarification
22    directed toward me.
23 Q   How do you know that?
24 A   Much like how you're directing questions toward
25    me right now, looking at me in the eye and not

1    the other people in the room.
2  Q   Okay.  So because he was looking at you while he
3    was saying it?
4  A   Correct.
5  Q   On Exhibit 1, the first entry is from 2007.  So
6    does that refresh your memory that John Stutz
7    made the comment about another person being too
8    gay for the lab in 2007?
9  A   Yes.
10  Q   Then the next entry is dated 2008.  It also
11    relates to John Stutz.  Is this about the second
12    incident that you were referring to when you
13    were an FDE?
14  A   Yes.
15  Q   Could you tell me who was present when John
16    Stutz made this comment?
17  A   Bart Halstead.
18  Q   Who was Bart at the time?
19  A   Bart and I were peers.
20  Q   So he was a Position 2?
21  A   Correct.
22  Q   Also reporting to Tom Baker?
23  A   Correct.
24  Q   Where were you, if you recall, when John --
25  A   We were sitting right by Bart's desk.  Bart was

1    sitting at his desk, I was sitting in a chair
2    next to Bart's desk, and John came in and was
3    standing in front of Bart's desk.  This was in
4    the Greenfield lab.
5  Q   When you were in the Greenfield lab, did you
6    work in the same area as Tom Baker?
7  A   Close to it.  There was no room for me in the
8    lab.  I was down the hall.
9  Q   Did Tom Baker have an office?
10  A   He had an office, yes.
11  Q   Then what about you and Bart, did you have
12    offices or cubicles or anything?
13  A   Bart had a cube and I had a cube, different
14    locations.
15  Q   Were they next to each other?
16  A   No, Bart's cube was right next to Tom's office,
17    and mine was down the hall.
18  Q   Was John Stutz, would he have still been a
19    technician in 2008 when he made this comment?
20  A   Yes.
21  Q   What about him, where did he work?
22  A   He was in the Greenfield lab as well.  If I'm
23    not mistaken, I think he had a cube in the same
24    lab space that Bart and Tom were in.
25  Q   But a different lab space than where you were?

1  A   Correct.
2  Q   What was happening when he made this comment
3    about finding porn in his son's drawer?
4  A   I don't exactly remember.  I just remember being
5    at Bart's desk.  Often when I was at Bart's desk
6    we were going through data or talking about
7    scientific things.  But the specifics of what
8    data we possibly could have been going through
9    or talking about, I don't recollect, I'm sorry.
10  Q   Tell me what you do remember from that time,
11    that conversation.
12  A   I remember sitting in a chair and Bart sitting
13    at his desk and John coming in and being upset
14    because he found gay porn in his son's room and
15    him using the word fag.
16  Q   What happened after that?
17  A   I don't recall what happened after that.
18  Q   Again, I'm not suggesting that you should have
19    said or done anything or that Bart should have
20    said or done anything, but do you remember any
21    comments that you or Bart made after John Stutz
22    told the story about finding porn in his son's
23    drawer and using the word fag?
24  A   No.  I was still very new to the group, so --
25  Q   Did you report John Stutz's comment about

1    finding porn in his son's drawer and using the
2    word fag, did you report that to anyone at
3    Lilly?
4  A   No, not right away.  Again, for example, when I
5    gave this to HR, you know.  So HR eventually was
6    made aware of it.
7  Q   So in 2018?
8  A   Yeah, and when I tried to call earlier.
9  Q   So when you called earlier but hung up --
10  A   Correct.
11  Q   -- you would have told the person who you spoke
12    with on the phone that John Stutz had made this
13    comment, or something about this comment?
14  A   Something to that extent.
15  Q   Did you report it to anybody else at Lilly?
16  A   No.
17  Q   Is there a reason why you didn't report John
18    Stutz's comments in 2007 and 2008 sooner than
19    you did?
20  A   I was scared.
21  Q   Why were you scared?
22  A   Well, you're in an environment and you're the
23    new guy and you keep hearing people make
24    comments, one-off comments, you just become
25    scared, and to be the person that potentially

15 (Pages 54 - 57)

1  ruins someone's career or gets them in trouble
2  for telling HR, their boss or whatever for what
3  they said.
4 Q  When you say when people are making comments,
5  are you referring to these comments of John?
6 A  The comments of John and even the comment of
7  Tom. So when Tom made his "I hate fags"
8  comment, I really even struggled with going to
9  Tracy. In the end, I knew it was the right
10  thing to do because it had become pervasive and
11  people -- it was becoming uncomfortable. It was
12  a big reason why I couldn't be myself at work.
13 Q  In 2009 when you were having the PM discussion
14  with Tom Baker, were you still an FDE at that
15  point in time?
16 A  I don't remember when I transferred over to an
17  FTE.
18  (Defendant's Deposition Exhibit 2 was
19  marked for identification.)
20 Q  The court reporter has handed you a document
21  marked as Exhibit 2. Do you recognize Exhibit 2
22  as your 2007 end of year performance management
23  document?
24 A  Yeah.
25 Q  I've given this to you because I think it may

1  help. If you look in the upper right hand, it
2  says position, Associate Toxicologist-FDE. Is
3  that consistent with your recollection that you
4  were an FDE in 2007?
5 A  Yes.
6 Q  Looking at this performance management document
7  just to orient ourselves, your PM supervisor is
8  listed as Thomas Baker; is that right that he
9  was your supervisor at the time?
10 A  Correct.
11 Q  Would he have completed the comments under
12  Performance Summary where it says on the first
13  page, "Summarize what was completed and how it
14  was accomplished"?
15 A  Yes.
16 Q  Would he also have completed the next section,
17  "what was not completed or could have been done
18  differently"?
19 A  Yes.
20 Q  Would he, to your knowledge, also have completed
21  the ratings for the leadership behaviors?
22 A  Yes.
23 Q  Do you know if he would have been the person who
24  marked you eligible or not for a merit increase?
25 A  Yes.

1 Q  If you go to the next page, there are
2  Subjectives, Measures and Results. There's
3  information to the right of Objective 1,
4  Objective 2 and Objective 3. Is that
5  information that you entered?
6 A  Correct.
7 Q  And then the Development Plan. There's Goal.
8  Is that a goal that you would have entered?
9 A  Yeah, I would have -- I put that in, and Tom and
10  I -- yeah, would have been aligned with that;
11  correct.
12 Q  Looking at the first page where the Performance
13  Summary is and the ratings are, is there
14  anything that you disagree with in this
15  performance evaluation?
16  MS. BALDWIN: Are you able to read the
17  totality of this document?
18  THE WITNESS: It's a little fuzzy but, I
19  mean, I'm okay with it.
20 Q  Is there anything in it that you disagree with?
21 A  That I disagree with?
22 Q  Yeah.
23  MR. TATE: Does that include the second
24  page as well?
25  MS. SHELBY: Just on the first page that

1  Tom Baker completed.
2 A  No, I'm okay with it. I'd only been there for
3  like a month and a half. I think I'm okay with
4  it.
5 Q  At some point did Lilly change the way that it
6  did performance evaluations?
7 A  A couple times, yes.
8 Q  When your employment with Lilly ended, this was
9  not the same kind of document Lilly used; right?
10 A  That sounds familiar.
11 Q  Do you recall in 2007 that you would receive an
12  overall performance rating?
13 A  I don't recall.
14 Q  Do you remember what your overall performance
15  rating was for 2007?
16 A  No.
17  (Defendant's Deposition Exhibit 3 was
18  marked for identification.)
19 Q  Do you recognize Exhibit 3 as your 2008
20  performance management document?
21 A  Yes.
22 Q  On this one it looks like your position is still
23  listed as Associate Toxicologist-FDE. So does
24  that sound right, that you would have still been
25  an FDE in 2008?

16 (Pages 58 - 61)

1 A Yes, that sounds right.
2 Q Is there anything you disagree with on this
3 document on the first page?
4 A I mean, there's nothing that I disagree with.
5 Tom and I didn't have regular one-on-ones at
6 this point in my career, so I would say there's
7 potentially stuff that was left out, but there's
8 nothing I disagree with.
9 Q Do you remember what your rating was for 2008,
10 your overall rating?
11 A No.
12 (Defendant's Deposition Exhibit 4 was
13 marked for identification.)
14 Q Do you recognize Exhibit 4 as your 2009
15 performance management document?
16 A Yes.
17 Q This says Position: Toxicologist. It does not
18 reference FDE; is that right?
19 A Correct.
20 Q It also shows your pay grade as being a P1,
21 whereas Exhibit 3 says your pay grade as being
22 a 50. Do you know why that might be?
23 A So this must have been the year when I was hired
24 on as an FTE, and then I believe shortly after I
25 was hired on they also changed the structure

1 what they called everyone. They did a titles
2 change for the entire organization.
3 Q Based on this document, it looks at least by the
4 end of 2009 you were an FTE. Do you remember
5 what time of year it was when you were converted
6 from an FDE to an FTE?
7 A I don't recall.
8 Q Is that a competitive process at Lilly to
9 convert from an FDE to an FTE?
10 MR. TATE: Objection, calls for
11 speculation.
12 Q Let me just ask you this. How did you become an
13 FTE?
14 A I believe they were happy with what I was doing,
15 they were happy with my job. They saw value in
16 what I was doing in the position I was doing, so
17 they created an FTE position, and they converted
18 me from an FDE to an FTE.
19 Q Did you have to fill out an application?
20 A I don't recall the logistics of the process.
21 Q Did you have to interview again?
22 A I don't remember.
23 Q Do you know if all FDEs are converted into FTEs?
24 A No, not all FDEs are.
25 Q Is there anything in this evaluation that you

1 disagree with on the first page?
2 A I'm okay with it.
3 Q Do you recall what your rating was for your
4 performance in 2009?
5 A No.
6 Q Do you recall if you received any kind of raise
7 based on your 2007 performance?
8 A No. I did ask HR for a history of my raises,
9 and they would not provide it for me.
10 Q So you don't recall and haven't been able to
11 look at any document that might help refresh
12 your memory as to whether you got a raise for
13 your 2007 performance?
14 A No.
15 Q Do you remember if you received a raise for your
16 2008 performance?
17 A So as I mentioned, I asked HR for all this
18 history. If you're going to ask me every year,
19 I can just --
20 Q I am.
21 A I can make it a little easier on you.
22 Q I appreciate that.
23 Was there ever a year that you did not
24 receive a bonus?
25 A I'm not sure about bonus. There were several

1 years that I did receive zero percent raises.
2 But I just don't recall the exact years off the
3 top of my head, which is why I had engaged with
4 HR, and I didn't get a lot of engagement back
5 from HR.
6 Q I think you said you don't recall about bonuses
7 if you received one every year?
8 A So bonuses, I think most years I received some
9 sort of bonus, and I don't recall if there was
10 one that I didn't. What I never received was
11 equity.
12 Q Never at all?
13 A Never once. And then I found out later I was
14 eligible for it.
15 Q How did you find that out?
16 A Once I became a manager and I was a supervisor,
17 I sat in on the ranking discussions and saw that
18 virtually all levels P1 all the way up through
19 these R levels are eligible for it. Other
20 people that had been there less time, had less
21 education, a different sexual orientation, were
22 getting equity.
23 Q Do you know why they got equity?
24 MS. BALDWIN: Objection, calls for
25 speculation, but you can answer.

1 A No. And I did ask Anja that. Because I had
2 just finished my Ph.D. and I was impacting some
3 high impact projects, which I was getting some
4 feedback from my cross-functional partners that
5 they were very excited about. And when I did
6 ask specifically why I wasn't being rewarded in
7 the equity, the response I got was, You got a
8 cost-of-living raise, you should be happy with
9 that.
10 Q Do you have any knowledge about what the
11 criteria is for awarding equity?
12 A I have some knowledge.
13 Q What is your knowledge?
14 A I know that at a certain level you automatically
15 get equity, and at other levels they can only
16 reward it to a certain percentage of people.
17 But I do know that there are some people,
18 such as Tom Baker, who told me that even when he
19 was at other levels he had gotten it every year
20 except one. So that's the extent that I know.
21 As far as how they decide who those people are
22 based on the managers, you know, is it based on
23 ranking or what, that would be speculative on my
24 part.
25 Q You were never in one of the levels where you

1 would automatically get equity, were you?
2 A No, it was always the manager's decision as to
3 whether I would get it or not.
4 Q 2007 and 2008 and possibly part of 2009 it looks
5 like you were probably an FDE. My question a
6 long time ago was whether anybody said or did
7 anything that you felt was offensive or
8 inappropriate when you were an FDE.
9 We talked about John Stutz's comment in
10 2007 and 2008, and Tom Baker's comment in 2009,
11 during that time frame. So anytime you were
12 employed with Lilly up to the end of 2009, are
13 there any other things that someone did or said
14 to you that you found offensive or
15 inappropriate?
16 A Yes.
17 Q Tell me what those were.
18 A So there were one-off comments, but I don't
19 recall all the specifics, which is part of why I
20 didn't provide them all to HR.
21 Q Do you remember any of those?
22 A I remember Bart Halstead making a comment once
23 about people being swingers at work and stuff,
24 which I thought was just an inappropriate
25 comment. And I don't remember all the specifics

1 of it.
2 I remember being at lunch one day and
3 people talking about -- and again, I don't
4 remember the specifics -- but I do remember it
5 being Bart and Steve and a few others making
6 some jokes at the expense of gay people.
7 There were multiple instances similar to
8 that where because -- I would normally, if I
9 could, just walk away, so a lot of times I
10 didn't get to hear the punch line, for lack of a
11 better pun. But I go to the point where I just
12 didn't want to be around that situation because
13 it got offensive and it was very uncomfortable
14 to be around.
15 Q Was anybody else present when Bart made this
16 comment about people being swingers at work?
17 A No.
18 Q You mentioned that Steve and Bart -- I think you
19 said Steve and Bart were making jokes at the
20 expense of gays?
21 A Yes.
22 Q Who is Steve?
23 Steve Engle.
24 Q Was anyone else present when they were making
25 jokes?

1 A There were people around, but I don't remember
2 who was at that -- we were in the mall
3 cafeteria, so it's -- but I don't recall who was
4 at the lunch table that day.
5 Q Do you remember anything about the jokes that
6 they were telling?
7 A No. They weren't very funny, if that helps.
8 Q I can appreciate that.
9 You mentioned that there were multiple
10 instances. How many?
11 A I don't recall. In my opinion, even one is too
12 many.
13 Q Do you remember who they involved?
14 A The most striking ones we talked about, the ones
15 with John and Tom, and those are the most
16 poignant. The other one-off ones, it's really
17 just the other people I've talked about.
18 Q The multiple instances, the jokes between Steve
19 Engle and Bart whose last name I can't remember.
20 A Halstead.
21 Q Halstead. And the comment by Bart about there
22 being swingers at work, did you report those to
23 anyone at Lilly?
24 A No.
25 Q Do you know if John Stutz ever knew about your

1 sexual orientation?
2     MS. BALDWIN: Objection, calls for
3 speculation, but answer.
4 A I never told him.
5 Q Do you know if anyone else did?
6     MS. BALDWIN: Objection, calls for
7 speculation, but please answer.
8 Q Do you have any reason to think that John Stutz
9 knows about your sexual orientation?
10 A I'm not sure. It's interesting we even have to
11 ask that question, isn't it?
12 Q It's the subject of this lawsuit and so that's
13 why I'm asking you about it.
14 A I know.
15 Q What about Bart, do you have any reason to know
16 if he knew about your sexual orientation?
17     MS. BALDWIN: Objection, calls for
18 speculation, but please answer.
19 A I never told him directly.
20 Q Did you tell him indirectly?
21 A I don't believe so. Again, it's possible that
22 people knew.
23 Q What about Steve Engle, do you have any reason
24 to know whether he knows about your sexual
25 orientation?

1     MS. BALDWIN: Objection, calls for
2 speculation, but please answer.
3 A I'm not sure.
4 Q Anything else that someone said or did that you
5 felt was offensive or inappropriate during this
6 time before 2009 at Lilly, or 2010 I guess?
7 A Related to this, no, not that I can recall.
8 Q When you were an FDE, were you also pursuing
9 your master's degree at that time?
10 A Yes, I was.
11 Q Was Lilly either reimbursing or paying for any
12 portion of your education?
13 A Not while I was an FDE. Well, sorry. Maybe
14 while I was an FDE, sorry. While I was an ATL,
15 no. I think once I was an FDE, I think they
16 might have been.
17 Q What did Lilly pay for, just generally speaking,
18 when you were pursuing your master's degree?
19 A Reimbursement for tuition.
20 Q Did you have to get approval for Lilly to
21 reimburse you for your tuition?
22 A Yes.
23 Q Who did you seek approval from?
24 A I believe it was at management level, so I think
25 it was Tom Baker.

1 Q Did he have any objection to your pursuing a
2 master's degree?
3 A We had discussed that prior to me being hired.
4 Q That you wanted to pursue your master's?
5 A Well, I was already pursuing it, so we discussed
6 me finishing it and how that would affect -- if
7 he was supportive of that prior to being hired
8 as an FDE?
9 Q Okay. And what did he say?
10 A Well, he said yes. I was hired.
11 Q Did his support for your getting your master's
12 degree ever change to your knowledge?
13 A Not to my knowledge.
14 Q Do you have to complete some kind of like, I
15 don't know, thesis or dissertation before you
16 get your master's?
17 A So for the master's, it was a non-thesis
18 master's, it was mostly coursework. Then I
19 finished a paper, it was more of a research
20 paper. It was a long one. Since it wasn't
21 research focused, it was more coursework. I did
22 that, and I gave a presentation. And part of
23 what we aligned on was making sure that it added
24 value to Lilly, so I did it on phospholipidosis
25 and steatosis and basically focused on the liver

1 and lipid accumulation. I'd be more than happy
2 to send it to you if you want to read it.
3 Q I would love to read it. I would not
4 comprehend.
5     So when you gave your presentation, did
6 anyone from Lilly go to your presentation?
7 A No, this was a closed presentation with just
8 people at IUPUI. But I did share the manuscript
9 with people at work, just to share knowledge.
10     (Defendant's Deposition Exhibit 5 was
11 marked for identification.)
12 Q Do you recognize Exhibit 5 as your 2010
13 performance management document?
14 A Yeah.
15 Q On the first page, is there anything on that
16 that you disagree with?
17 A No.
18 Q Do you recall what your overall rating was for
19 your 2010 performance?
20 A No.
21     (Defendant's Deposition Exhibit 6 was
22 marked for identification.)
23 Q Do you recognize Exhibit 6 as your 2011 PM
24 document?
25 A Yes.

1 Q  Anything on page 1 of Exhibit 6 that you
2    disagree with?
3 A  So what do you mean by disagree?
4 Q  Is there anything that you think is not right in
5    here?
6 A  I mean, this was the assessment he gave me.
7 Q  Do you have any reason to believe that this
8    isn't Tom Baker's honest assessment of your
9    performance in 2011?
10 A  I think it's fine that this is his assessment.
11 Q  This appears to me, for what it's worth, to be a
12    very good performance review.  In the what was
13    not completed or could have been done
14    differently section, it says, "Jeff had no
15    misses in 2012.  Jeff's interest in the broader
16    aspects of drug development continue to grow,
17    and with that he will need to stay focused on
18    completion of primary tasks and objectives.  If
19    he doesn't manage his time appropriately, timely
20    completion of projects will be impacted."
21       Do you have any recollection or know what
22    that is referencing?
23 A  Let me look at my objectives.  I know there was
24    a point in time when everyone was starting to
25    move out of the lab and I was the only one in

1    the lab, so I was developing most of the assays
2    for the lab, so I was working very late hours
3    and even some weekends.
4       So he actually did talk to me and said he
5    was worried about my hours at one point in time.
6    I had such a high workload, I said that's how
7    many hours it was taking me to get my job done.
8    And I think when you work late hours, it's
9    flagged all the way up to the management level.
10    So this might have been that year and that could
11    have been what it's in reference to.
12 Q  I think you said people were -- I don't know
13    exactly how you put it, but something like
14    moving outside of the lab.  Where were they
15    going?
16       MS. BALDWIN:  Objection, calls for
17    speculation.
18 A  A lot of people -- some people preferred to have
19    ATL contractors do their experiments for them
20    instead of actually running their own
21    experiments.  And some people wanted to become
22    tox projects leaders instead of actually being
23    in the lab.  So I was -- when it came to assay
24    development, I was still in the lab running
25    routine assays and generating a lot of new

1    assays.  That would be what I would hypothesize
2    at least.
3 Q  When you said that people were going outside the
4    lab, what did you mean by that?
5 A  It's just a term that people use.
6 Q  What's it mean?
7 A  Outside the lab?  More desk work and less in the
8    lab generating experimental data.
9 Q  Okay.
10 A  It's just more of a reference that my workload
11    was very large that year.
12 Q  Do you remember what your overall rating was for
13    2011?
14 A  No, I'm sorry, I don't.
15       (Defendant's Deposition Exhibit 7 was
16    marked for identification.)
17 Q  The court reporter has handed you Exhibit 7.
18    I'll hand them to you in the future.  Do you
19    recognize Exhibit 7 as your 2012 performance
20    management document?
21 A  Yes.
22 Q  Do you remember when you were promoted from a P1
23    to a P2 position?  Not a trick question, but in
24    case you need some help, you can take a look at
25    the two evaluations that I have handed you.

1 A  Well, based on this, it would have been midyear
2    2011.
3 Q  Midyear 2011 or midyear 2012?
4 A  Sorry, midyear 2012.
5 Q  In your experience, are promotions from P1 to P2
6    a competitive process?
7 A  People with their master's degree come in at P2,
8    and I achieved my master's degree in 2010.
9 Q  To your knowledge, does Lilly automatically
10    promote P level positions as soon as they
11    complete their master's?
12 A  I think it depends on your supervisor, to my
13    knowledge.
14 Q  Did you receive a promotion from P1 to P2 after
15    you completed your master's?
16 A  No.  But people were brought in with their
17    master's degree at P2.
18 Q  So remind me when you completed your master's.
19 A  2010.
20 Q  And then you were promoted midyear 2012?
21 A  Correct.
22 Q  Do you know why you were not promoted earlier
23    than midyear 2012?
24       MS. BALDWIN:  Objection, calls for
25    speculation.  Please answer.

20 (Pages 74 - 77)

1 A The promotion was not up to me, it was up to Tom
2   Baker.
3 Q So you don't know why?
4 A I did ask.
5 Q Who did you ask?
6 A I asked Tom Baker.
7 Q When did you ask him?
8 A Multiple times. I asked him before I finished
9   the master's, I asked him after I finished the
10  master's.
11 Q And what did he say?
12 A He wouldn't give me a direct answer.
13 Q What would his answer be? What was his answer?
14 A You'll get it when it's time.
15 Q Do you remember him saying anything else in
16  response to those questions when you would ask
17  about your timeline for promotion?
18 A No. I mean, all I can speak to is that it's not
19  normal. People with master's degrees are coming
20  in at that P2 level, and I did have to wait a
21  couple of years.
22 Q Are you aware of anyone else who completed their
23  master's while they were at Lilly and a P1 and
24  their promotion to a P2 upon completion of their
25  master's?

1     MS. BALDWIN: Objection, calls for
2   speculation, but please answer.
3 A I'm not sure of anyone else at Lilly that was a
4   P1 that went back to get their master's, so I
5   can't --
6 Q Okay. Looking at Exhibit 7, is there anything
7   in Exhibit 7, the first page, of course, which
8   Tom Baker would have completed that you disagree
9   with?
10 A Yeah. Obviously the working with others and the
11  unsatisfactory for Lilly values and the low
12  successful with teamwork. I mean, I'd been
13  working with a team that had made a series of
14  antigay comments that made me feel
15  uncomfortable. I was in what I would call a
16  very uncomfortable hostile environment. I don't
17  know how you would expect someone to interact
18  with those people but --
19    I had gotten my work done. I'd even
20  reported some of this to Tracy, for example, and
21  put some of this on a pulse survey.
22 Q Let me ask you about some of the specific
23  comments that are in here. I think we'll
24  probably start with maybe the easier ones.
25  Under the Performance Summary, the first box,

1   "Summarize what was completed and how it was
2   accomplished."
3     The last sentence says, "Jeff was accepted
4   into the Ph.D. program at IUSM where he will be
5   getting the opportunity to advance his
6   scientific training while maintaining his core
7   activities within the lab."
8     So did you begin your Ph.D. program in
9   2012?
10 A Summer of 2012.
11 Q Did you ask Lilly to pay for the tuition for you
12  to get your Ph.D. from IU School of Medicine?
13 A So I did not ask them for that.
14 Q Did they?
15 A They did.
16 Q How did it come to pass that Lilly paid for your
17  tuition to get your Ph.D. program?
18 A So I said I wanted to go back to get my Ph.D.
19  And my understanding is Jim Stevens wanted to
20  retain me. So they offered to create a program
21  with IU School of Medicine called the IBMG
22  program, and this is what Jim Stevens created
23  with me as the pilot student.
24 Q Do you know if Tom Baker had to approve of the
25  creation of this program?

1 A Tom Baker had nothing to do with the creation of
2   the program. Jim Stevens created the program,
3   and I was the student rep on the committee. Tom
4   Baker's role was to approve the tuition
5   responses, my tuition. But that's a logical
6   thing to line management.
7 Q But he did approve of Lilly paying your tuition
8   for the Ph.D. program?
9 A On paper, yes, he approved the tuition, yes.
10  Managers do have to still support you to go back
11  to school.
12 Q Do you know how you got your promotion from P1
13  to P2? I'm sorry, we covered that, didn't we?
14  Because of your master's degree.
15    Did you have any conversations with Tom
16  Baker about your promotion in 2012 to P2?
17 A Yeah, I know they had to put you up at the end
18  of the year before, so I was put up at the end
19  of 2011 for it. But I don't recall the
20  specifics.
21 Q Do you know who put you up?
22 A Tom did.
23 Q And Lilly paid for your tuition throughout your
24  pursuing your Ph.D.; correct?
25 A Correct.

21 (Pages 78 - 81)

1 Q Did they pay any other expenses related to your
2 getting your Ph.D.?
3 A They paid for -- there was an experiment we ran,
4 which went into my dissertation.
5 Q Were you part of the L grad program at Lilly?
6 A Yeah, yeah, L grad through IMBG. Yeah, sorry, I
7 misspoke, he didn't create IMBG. It was L grad
8 through IMBG.
9 Q And what is that program?
10 A Lilly graduate research for advanced degrees.
11 Q What's that program do? What's so advantageous
12 about being a part of that program?
13 A So before I went back, some students would go
14 back to school and they would be slightly under
15 the radar, they wouldn't have alignment with
16 their management. Sometimes they would get to
17 the point they couldn't publish their research
18 because maybe it would have a conflict with IP
19 space for Lilly. I'm sure you can appreciate
20 this as a lawyer. And that would be hard for
21 the PI and it would also be hard for the
22 student.
23      So the intent was to really align with both
24 Lilly and IU School of Medicine to make sure
25 that there's more transparency, and also to

1 build relationships with IU School of Medicine.
2 Q Through that program, were you able to do some
3 of the research that you needed for your
4 dissertation topic at Lilly?
5 A There was some. There were limitations, and in
6 the beginning I had to do more at IU. But
7 toward the end there was a little bit more I was
8 able to do at Lilly.
9 Q There is also a reference -- let's look at the
10 second part of that performance summary. It
11 says, "Jeff struggled this year to maintain a
12 good working relationships with his peers both
13 within and outside the lab. His peer group
14 feels he shows a general lack of respect and is
15 often aggressive and confrontational in his
16 interactions."
17      Do you know what that is referring to?
18 MS. BALDWIN: Objection, calls for
19 speculation. You can answer if you can.
20 A No. I mean, all I know is I guess what everyone
21 else can see by reading this.
22 Q Do you know what your overall rating for 2012
23 was?
24 A No.
25 Q That takes us up to P2. Between the time that

1 you were an FDE and before you became a P2, is
2 there any other inappropriate offensive comments
3 or conduct based on sexual orientation that you
4 can recall?
5 A I think we've covered most of it.
6      (Defendant's Deposition Exhibit 8 was
7 marked for identification.)
8 Q This is Exhibit 8. Do you recognize it as your
9 2014 performance management document?
10 A It looks a little different, but yeah, it
11 looks --
12 Q So this is obviously a different format than the
13 performance management documents that we have
14 been looking at previously; right?
15 A Correct.
16 Q There's a section on the first page called
17 Goals. Who would have entered the information
18 there for the individual goals and the due date?
19 A So the high level goals, those are corporate
20 goals.
21 Q When you say high level goals, you mean the
22 goals that are on the left?
23 A Yeah, on the left side. Those are defined by
24 the company.
25 Q Okay.

1 A And then on the right was what I put.
2 Q Okay. And then beneath that section there's a
3 section called Employee Highlights. Then it
4 looks like it says, "Comments by Jeffrey Allen
5 Willy," and there are bullet points. Would
6 those be comments that you had entered?
7 A Yeah, that's what I had entered.
8 Q Then on page 2 there's a section called
9 Supervisor Documentation. Are those Tom Baker's
10 comments?
11 A Correct.
12 Q Then there is a section on Adherence to Red
13 Book. And it looks like Tom Baker would have
14 completed the comments there; correct?
15 A Correct.
16 Q Then there's a Performance Assessment, and would
17 Tom Baker or your supervisor be the one who
18 filled out whether you had sufficiently met job
19 expectations?
20 A Correct.
21 Q Looking at the supervisor documentation on
22 page 2, is there anything in here that you
23 disagree with?
24 A I don't think so.
25 Q When Lilly moved to this new performance

22 (Pages 82 - 85)

1  management system shown in 2014, do you recall
2  that it did away with the overall rankings and
3  just judged employees on whether they met or did
4  not meet expectations?
5  A  That sounds familiar.
6     (Defendant's Deposition Exhibit 9 was
7     marked for identification.)
8  Q  Did you recognize Exhibit 9 as your 2015 PM
9     document?
10  A  Yes.
11  Q  And Tom Baker was still your supervisor at this
12     point; correct?
13  A  Yes.
14  Q  On page 2 under Supervisor Documentation, any
15     comments by Tom Baker that you disagree with?
16  A  No.
17     MR. TATE:  Have you had a chance to read
18     the whole thing?
19  Q  At some point were you promoted to a P2
20     position?
21  A  I was promoted before I finished my Ph.D., yes.
22  Q  And who promoted you?
23  A  Tom Baker.
24  Q  Do you know who Tom Baker reported to?
25  A  Anja Stauber.

1  Q  When did he start reporting to Anja Stauber?
2  A  That is hazy.  Our directors changed like three
3     or four times while I was there.  I don't know
4     the exact year, sorry.
5  Q  Do you recall if Tom Baker reported to Anja
6     Stauber when you were promoted to a P2 position?
7  A  From P2 to P4?
8  Q  Yes.
9  A  Yes, he did.
10  Q  Do you know what involvement Anja Stauber had,
11     if any, in the decision to promote you from a P2
12     to a P4?
13     MS. BALDWIN:  Objection, calls for
14     speculation.  Please answer.
15  A  Yeah, I think she had to be involved to some
16     extent.
17  Q  Do you know if Tom Baker reported to Anja
18     Stauber when you were promoted from a P1 to a
19     P2?
20  A  Then I'm pretty sure he did not, but again I'm
21     not entirely sure.
22  Q  I think I know the answer.  Do you know who he
23     did report to when you were promoted from P1 to
24     P2?
25  A  Well, actually from P1 to P2, it might have been

1     John Sullivan, but it could have still been
2     Tracy at that point in time.
3  Q  Did you have to do anything to get promoted from
4     a P2 to a P4?
5  A  Could you define do anything?
6  Q  Well, let me ask this.  At Lilly, what is the
7     P path?
8  A  So it's the path for associates if you have a
9     bachelor's or master's and you're on the
10     scientific track, you can go P1 up through P4.
11  Q  Okay.
12  A  So it was based on years' experience and
13     education and whatnot.
14  Q  And performance?
15  A  And performance.
16  Q  Okay.  Do you know if it's based on budget?
17     MS. BALDWIN:  Objection, calls for
18     speculation, but please answer if you can.
19  A  I mean, I've heard comments made, but again this
20     is hearsay, that they can only promote so many
21     people to a level per year based on dollar
22     amounts.  But I've also heard that that's not
23     consistent across department.  Then who gets
24     promoted is also very much up to the individual
25     manager.

1  Q  So is it fair to say that you don't know all of
2     the criteria that a manager may look at when
3     deciding who gets promoted through the P ranks?
4     MS. BALDWIN:  Objection, vague and
5     ambiguous, but you may answer.
6  A  So I did sit in on some of those conversations,
7     and I also saw them arbitrarily put people down
8     to a lower ranking because they didn't like a
9     comment someone made or because they just had a
10     feeling about someone.
11  Q  Were any of the comments that people made or the
12     feelings, to your knowledge, related to
13     someone's sexual orientation?
14     MS. BALDWIN:  Objection, calls for
15     speculation, is vague and ambiguous.
16  A  To my extent, I was the only gay person in
17     toxicology, especially within our department, so
18     I was not in ranking discussions where I was
19     being ranked.
20  Q  I just want to make sure I understand, because
21     you mentioned that sometimes you saw some
22     arbitrary decisions based on comments or
23     feelings.  I just want to be clear that those
24     comments and those feelings to your knowledge
25     didn't have anything to do with sexual

1    orientation.
2        MS. BALDWIN: Objection for vague and
3    ambiguous. Please answer.
4  A  I think in order for someone to make a comment
5    about someone being brought down for sexual
6    orientation, that person would have to be gay,
7    and I was not in discussions where I was being
8    ranked, so it would be impossible for me to hear
9    that comment.
10 Q  Yeah, I get that.
11       Am I right in understanding that you were
12   in meetings when you were a manager where you
13   saw people put down for reasons that appeared to
14   be ambiguous to you?
15       MS. BALDWIN: Objection, it's a vague and
16   ambiguous question. It also asks for
17   speculation. Please answer if you can.
18 A  What I can say to that is, it was not just vague
19   and ambiguous to me. I also had conversations
20   with Armando Irizarry and said that I don't
21   entirely understand the ranking process, and he
22   agreed that it was a bit ambiguous.
23 Q  Okay. And I just want to be clear, I'm not
24   talking about what happened to you, I'm not
25   talking about the discussions about you. I'm

1    just talking about the discussions that you sat
2    in on and overheard. Did you hear anyone else
3    in those conversations saying anything like, I
4    don't want to promote this person or I'm going
5    to put this person down because of anything
6    around sexual orientation?
7        MS. BALDWIN: I'm going to object for asked
8    and answered, but go ahead and answer.
9  A  I mean, so I repeat myself. Someone that was
10   being ranked in those discussions would have had
11   to have been gay or have a different sexual
12   orientation for that comment to have feasibly
13   have been made.
14 Q  And you were not aware that any of those people
15   who were being talked about were gay or had a
16   different sexual orientation; right? I'm just
17   trying to get your testimony.
18 A  Yeah. To my knowledge, no one that was being
19   ranked in the discussions that I sat in had a
20   sexual orientation other than straight.
21 Q  Okay.
22 A  Sorry. The department didn't allow us to sit in
23   conversations where you were being ranked.
24 Q  I thought you just said that you sat in on them.
25 A  Not where we were being ranked. Just to

1    clarify, I was only sitting in conversations
2    where other people were being ranked, like the
3    Ps when I was an R level. Does that clarify?
4  Q  It does. So when you were an R level and you
5    were in conversations where you were ranking the
6    P levels --
7  A  Yes.
8  Q  -- you did not hear any comments about ranking
9    them higher or lower or putting them up for
10   promotion or demoting them based on their sexual
11   orientation; right?
12       Let me just back up. In those
13   conversations, did anyone mention sexual
14   orientation of anybody?
15       MS. BALDWIN: Objection for asked and
16   answered.
17 A  They did mention race sometimes, but they didn't
18   mention sexual orientation.
19 Q  Okay. That is what I was looking for, whether
20   they mentioned sexual orientation.
21 A  But also no one being ranked was gay.
22 Q  Okay.
23       THE WITNESS: Could I get a little more
24   water?
25       MS. SHELBY: Yes. Let's take a break.

1        (A recess was taken between 11:24 a.m.
2    and 11:32 a.m.)
3  BY MS. SHELBY:
4  Q  After you were promoted to a P4, who was your
5    supervisor?
6  A  Tom was for a little bit, and then I finished my
7    Ph.D. and then I was transferred to Anja
8    Stauber.
9  Q  Why were you transferred to Anja Stauber after
10   you finished your Ph.D.?
11 A  My understanding was the plan was for me to
12   start a lab. And with Anja being a director, it
13   was more appropriate for me to report to a
14   director as I established a lab.
15 Q  When you say established a lab, does that mean
16   that the plan was for you to move into an
17   R level role?
18 A  I'm sorry, I didn't transfer -- yeah, to move
19   into an R1 level. And I actually don't know if
20   I transferred to Anja right before the R1 or if
21   it was after the R1.
22 Q  Okay.
23 A  Because it all happened kind of around that same
24   time.
25 Q  Did you have conversations with Anja Stauber

1 about being double promoted from a P2 to a P4
2 and then after you got your Ph.D. an R1?
3 A   With Anja, I did not know I was going to go from
4 a P2 to a P4, so that was a pleasant surprise.
5 But we had had conversations about what was
6 going to happen.  Most of the conversations were
7 actually with Jim Stevens about what my options
8 were after my Ph.D., about getting to that --
9 you know, would it be moving to an R level
10 position or would it be going to a postdoc.
11 Q   What was his recommendation?
12 A   So his recommendation to me was I needed to do
13 what was best for me.  So I went ahead and did
14 explore postdoc options.  But he did send this
15 email when I was doing a postdoc interview, he
16 bcc'd me on it, basically telling the Howard
17 Hughes medical investigator at UT Southwestern
18 that Lilly really wanted to retain me.  And
19 while they would be supportive of me doing the
20 postdoc, he really hoped that I had -- something
21 around -- I don't know what the exact wording --
22 but something around me having high potential
23 and hoping that I stayed at Lilly.
24 Q   Can you explain the difference between a P level
25 position and an R level position?

1 A   The P track is what they called the associate
2 track.  It's more of in the lab.  At least
3 within toxicology, in the lab, more technical.
4 And as we move to the R track, so, for instance,
5 running a lab, it's going to be more like a PI
6 in academia.
7 Q   What does that mean exactly?  PI stands for
8 primary investigator?
9 A   Yes.
10 Q   But what does that mean, it's more like a PI?
11 A   So the R track has, for example, at Lilly eight
12 different levels.  So depending on the
13 department you're in and depending on which
14 level you are and what your job function is,
15 it's going to have very different expectations.
16 So I don't know if there's just an overall
17 answer as to what is an R track scientist.
18 Q   What's the difference in like a P level position
19 and an R1 position?
20 A   So P4 and R1 actually overlap a little bit, for
21 example.  The pay grade and some of the job
22 functions can overlap.
23 Q   Okay.
24 A   My understanding, the way it has always been
25 explained to me is, as you move from P4 to R1,

1 they'll only put you on the R1 track if they
2 plan on you continuing to move up in the R level
3 ranks eventually.
4 Q   Is it right that you were double promoted from a
5 P2 to a P4 and then promoted to an R1 all in the
6 same year?
7 A   That is correct.
8 Q   And that year would have been 2016?
9 A   It was the year I graduated, so I believe so.
10 Q   Do you know how common it is for people at
11 Lilly, for a scientist at Lilly to be double
12 promoted in the P track?
13 A   Well, I don't think it's very common, but I do
14 know that people with Ph.D.s come in at the R1
15 level, and I was promoted in it would have been
16 March to P4, but then finished my Ph.D. in June
17 and then moved to R1 in October.
18 Q   Do you know if it's automatic at Lilly for
19 someone who gets a Ph.D. while working at Lilly
20 to automatically be promoted to an R1 position?
21     MS. BALDWIN:  Objection, calls for
22 speculation, it's vague and ambiguous.  Please
23 answer.
24 A   I don't know if it's automatic.  I think a lot
25 of that is going to be up to the department and

1 the manager and having discussions with your
2 advocates.
3 Q   Do you know what criteria, for example, Anja
4 Stauber, Tom Jones, Carl McMillian had for
5 evaluating whether someone could be promoted
6 from a P position to an R1 position?
7     MS. BALDWIN:  Objection, the question is
8 vague and ambiguous and it calls for
9 speculation.  Please answer.
10 A   So it was never explained to me.  Those
11 expectations were never explained.  All I know
12 is that they had me come into Carl's leadership
13 team and do a presentation on my graduate work,
14 and several people came up to me afterwards and
15 said they hadn't seen a presentation of that
16 caliber at Lilly in a very long time.
17 Q   Do you recall having to prepare any kind of
18 paperwork or documentation to be promoted from a
19 P position to an R1 position?
20 A   Yes.
21 Q   Who told you to submit that paperwork?
22 A   Tom Jones and Anja Stauber helped me submit
23 that.
24 Q   Did you do the first draft?
25 A   I believe I did the first draft.

25 (Pages 94 - 97)

1  Q   Then do you know if Anja Stauber had any role in
2      modifying that draft or editing it?
3          MS. BALDWIN:  Objection, calls for
4      speculation.  Please answer.
5  A   Yeah, I'm really not sure.  I do recall getting
6      some comments from Tom Jones, but I don't recall
7      Anja's role in specifically editing or modifying
8      it.
9  Q   Did you have conversations with her about your
10     draft?
11 A   I believe so.
12 Q   Do you remember any of those conversations?
13 A   No, I'm sorry, I don't.
14 Q   Are you aware that Ms. Stauber would have had to
15     make a presentation to certain members of
16     management to get you promoted from a P4 to an
17     R1?
18         MS. BALDWIN:  Objection, the question is
19     vague and ambiguous and calls for speculation.
20     Please answer.
21 A   I'm not sure of the details of it, but I do know
22     that the hiring manager would have to go in
23     front of other people.
24 Q   But you were not in the room when the hiring
25     manager was giving that presentation for you?

1  A   No.
2  Q   When you say the hiring manager, the hiring
3      manager for your promotion from a P to an R role
4      was Anja; correct?
5  A   Correct.
6  Q   Do you know if anyone was unsupportive of your
7      promotion from a P4 to an R1?
8          MS. BALDWIN:  Question calls for
9      speculation.  Please answer.
10 A   I'm not sure.
11 Q   You mentioned Jim Stevens.  Who was he?
12 A   He was my mentor through grad school.  He was in
13     toxicology.  He reported to Carl.
14 Q   What was his position?
15 A   He was an R8, a distinguished research fellow.
16 Q   Did he retire at some point?
17 A   He did.
18 Q   When did he retire?
19 A   When they did the VERP.  Oh, sorry, Vertex
20     External Research --
21 Q   V-E-R-P.
22 A   No, I'm sorry, my new company, they have all
23     these acronyms for everything.  Everything
24     starts with a V, so if anything starts with a V,
25     I'm going to go straight to the new company.

1  Q   That's fair.
2      Did he retire before or after you were
3      promoted to an R1?
4  A   I'm sorry, could we go back to the last one?  It
5      was Voluntary External -- Voluntary Retirement.
6  Q   Voluntary Early Retirement Package?
7  A   There we go.
8  Q   I knew what you meant.
9  A   I didn't qualify for it.
10 Q   Do you know if Jim Stevens took the VERP before
11     or after you were promoted to an R1?
12         MS. BALDWIN:  Objection, calls for
13     speculation.
14 A   I believe it was after.
15     (Defendant's Deposition Exhibit 10 was
16     marked for identification.)
17 Q   Do you recognize Exhibit 10 as your 2016 PM?
18 A   Yes.
19 Q   This was completed by Anja Stauber; correct?
20 A   Sounds correct.
21 Q   Is there anything in the supervisor's comments,
22     Anja's comments, on page 2 that you disagree
23     with?
24 A   I don't know if there's anything I disagree with
25     per se.  There might be stuff that was left out

1      that I accomplished.  I only reported to her for
2      part of the year.
3  Q   Do you know if she had input from anyone else in
4      completing the section on page 2 of this
5      performance management document?
6          MS. BALDWIN:  Objection, calls for
7      speculation.
8  A   I'm not sure.
9  Q   I want to ask you under Connect with People on
10     page 2, the last sentence says, "There are times
11     when you appear to cut off people before they've
12     had a chance to complete their thoughts and are
13     too busy constructing a response, scientific or
14     off-the-cuff joke."
15         Do you know what that is in reference to?
16         MS. BALDWIN:  Objection, calls for
17     speculation.
18 A   Yes.  There were some meetings where -- I think
19     there were some meetings where I had a hard time
20     getting a response in, or I had a thought.  So
21     in order to be heard, I might have sometimes
22     maybe spoken a little too soon, and she didn't
23     appreciate that.  I know she didn't appreciate
24     the sense of humor I brought to work.
25 Q   How do you know that?

26 (Pages 98 - 101)

1 A   Because I'd asked her about that comment, the
2    joke, and I know that some people, the way it
3    was explained to me was you have to be a higher
4    level in order to be able to joke around at
5    work.
6 Q   Do you remember what the joke was?
7 A   No.
8 Q   We've talked about a couple of comments that you
9    felt were inappropriate and offensive, and we've
10    covered certain time periods.  Before the time
11    that you started reporting to Anja, were there
12    other comments that anyone made at Lilly that
13    you found offensive or inappropriate based on
14    sexual orientation or sex stereotyping?
15 A   So up until this point in time from 2012 to
16    2016, I really focused on getting my Ph.D.
17 Q   Okay.
18 A   So I really tried to keep to myself and just
19    really kind of avoid those situations.  So if
20    there were comments that were made, I might not
21    have been around to hear them.
22 Q   So you didn't hear any?
23 A   I don't recall any.  It doesn't mean that there
24    weren't people still making those comments, I
25    just tried to avoid those situations.

1 Q   So you can't recall that you heard any, other
2    than the ones that we've talked about?
3       MS. BALDWIN:  Objection, asked and
4    answered.
5 A   I think we've gone over most of the ones.
6 Q   Are there any that we haven't gone over that you
7    can recall?
8       MS. BALDWIN:  Objection, asked and
9    answered, but go ahead.
10 A   Prior to 2016 or after?
11 Q   Before you began reporting to Anja Stauber?
12 A   I think we've gone over the ones that I was
13    present for.
14 Q   Okay.  I'd like to go back for a minute to
15    Exhibit 1, your typed notes.  On page 2 there's
16    a reference to 2016 at the top, "I was given
17    less resources than other scientific leaders in
18    my department."
19       Can you tell me what you mean by that?
20 A   Yeah.  So Tom and Laurent had larger labs.  I
21    had a much smaller lab.  I had one person
22    reporting to me.  And we were actually working
23    on many of the same projects in the same
24    therapeutic areas, so we had similar tasks to
25    carry out, similar projects to support.  And

1    this is just something that I was having
2    conversations with HR and wanted to discuss with
3    them.
4 Q   When you say that Tom and Laurent had larger
5    labs, what do you mean by that?
6 A   People, FTE count.
7 Q   Did you think there was something discriminatory
8    or retaliatory in the fact that you had fewer
9    people reporting to you than Tom or Laurent?
10 A   Yes.
11 Q   What's your basis for thinking that that is
12    discriminatory or retaliatory?
13 A   I asked multiple times to get more support, and
14    I was told just to roll up my sleeves and figure
15    out how to get it done.  I was given more work
16    to do.  And a lot of this occurred after Anja
17    found out that I was gay.
18       Even at that point, I was left out of
19    conversations that Tom and Laurent had with --
20    to talk about more resources.  I had a
21    contractor, Roxanne, who's phenomenal, so she
22    got a job at IU as a lab manager.  And when she
23    left, I was not able to replace that pair of
24    hands.  So my lab got even smaller, my support
25    diminished even more.

1    Tom and Laurent excluded me from a meeting
2    to talk about more contract support, and I
3    brought this up multiple times to Anja.  I kept
4    asking for more support.  I talked about the
5    resources I needed to get the job done I was
6    being asked to do.
7       While I was given some support to establish
8    the lab as I was getting more customers at Lilly
9    that were finding interest in the technologies
10    and the tools my lab was developing, I was
11    not -- I was not getting the support that I
12    really needed to get the job done.
13 Q   Roxanne, was she an ATL contractor?
14 A   Yes.
15 Q   Is she the one that you write "one shared
16    contractor with Tom Baker"?
17 A   No, that was Tim Gerke.
18 Q   So you actually had one direct report, one
19    shared contractor with Tom Baker and Roxanne?
20 A   At one point in time, not all at the same time.
21    When I first started, I had one direct report
22    and one contractor.  And after Roxanne left, I
23    just had one direct report.  And then eventually
24    I got a shared contractor.
25 Q   When did you get the shared contractor with Tom?

27 (Pages 102 - 105)

1 A I don't recall the timing. But I never was able
2   to fully replace Roxanne.
3 Q It's my understanding that the ATL contractors
4   aren't designated for any particular research
5   scientist.
6 A That's incorrect.
7 Q That is not right?
8 A That is incorrect.
9 Q Okay. How do you know whose ATL contractor is
10  whose?
11 A That's a good question, but I was never involved
12  in those discussions. But the way that they
13  have distributed within toxicology, is they have
14  distributed ATL contractors to specific labs.
15  So Tom and Laurent had ATL contractors directly
16  supporting their labs.
17 Q How did you know Roxanne was your contractor?
18 A Because it was told to me by Tom and Anja that
19  she would be supporting my lab 100 percent.
20 Q Were you ever given a reason why you were
21  excluded from these conversations about who is
22  going to be supporting what labs?
23 A No.
24 Q So my guess is, you don't have any personal
25  knowledge about how decisions were made about

1   who goes and supports whose lab or who we should
2   hire to support labs?
3 A We did have a meeting with all the lab leaders,
4   and we talked about key gaps within the
5   department. And my lab area was listed as some
6   key gaps where we needed to put some resources
7   toward as a department as a whole, so I was
8   hopeful that I would see some more support.
9     But this was with input with everyone, Eric
10  Shultz, Tom Baker, Laurent, some other people
11  that were in the room, and all as a group
12  decided that these were our key gaps.
13    Now, at the level of the decision where
14  this was rolled up and they decided to
15  redistribute resources, I was not involved in
16  those conversations, so I cannot answer as to
17  why we as a group aligned, that my lab, in the
18  area of expertise my lab was focused in, was a
19  gap that needed more resources and that it was
20  not carried out.
21 Q Was Anja Stauber in the meeting that you just
22  described?
23 A Yes, and she was the stakeholder for those
24  resources.
25 Q What does that mean, stakeholder for those

1   resources?
2 A She owned the budget, she was in charge of that
3   budget, and she made the final decisions. And
4   she was the one who would go to --my
5   understanding is she was the one who would go to
6   the VP, Carl, and her boss Tom Jones to ask for
7   resources.
8 Q I'm sorry, I thought I heard a couple of things,
9   that Anja Stauber was the final decision-maker
10  about who to hire, but then I think you also
11  said that she has to roll it up to Tom and Carl.
12  So do you know who makes the ultimate decisions
13  about how many head count to have at each lab?
14    MS. BALDWIN: Objection for compound
15  question. Can we break that up for him?
16 Q Do you know who has final decision-making
17  authority about who should be hired to support
18  each person's lab in Anja's department?
19 A For final decision-making, I do not know.
20 Q I think you mentioned that some of this happened
21  after the time when Anja learned that you were
22  gay.
23 A Yes.
24 Q From your perspective, when is it that she
25  learned that information?

1 A So I believe it was sometime in 2017, the fall,
2   if I'm not mistaken, I told her I wanted to get
3   more engaged in PRIDE, I wanted to be more
4   involved, and things changed after that.
5 Q Do you recall, did you have to give a
6   presentation for your dissertation to get your
7   Ph.D.?
8 A Yes.
9 Q Did people from Lilly attend that?
10 A Yes.
11 Q Did your partner at the time attend?
12 A I believe he did.
13 Q And his name is Matt; is that right?
14 A Yes.
15 Q Do you have any reason to doubt that Anja knew
16  at that time that your partner was Matt?
17    MS. BALDWIN: Objection, calls for
18  speculation.
19 A I don't see how she could have known. I don't
20  think she --
21 Q Do you have any reason to doubt that she knew?
22    MS. BALDWIN: Objection, calls for
23  speculation.
24 Q Do you have any reason to doubt that Anja knew
25  when you gave your dissertation that your

1    partner was Matt?
2  A  I don't believe she would have known.
3  Q  And your basis for that is that you hadn't told
4    her?  Why don't you believe she would have
5    known?
6  A  I've been very private with my partner and who
7    he is and our life.
8  Q  So you don't recall telling Anja that Matt would
9    be at your dissertation presentation and asking
10    her to keep that private?
11  A  No.
12  Q  When you became an R1 scientist, who did you
13    have supporting you in your lab?
14  A  Jaibin.
15  Q  Any contractors dedicated to you or that you
16    shared when you started as an R1?
17  A  Roxanne was the main contractor.
18  Q  So when you started as an R1 you had Jaibin and
19    Roxanne?
20  A  Yeah, and it wasn't right when I started.  It
21    was a little -- well, I don't remember the
22    timing exactly.
23  Q  Was it in 2017?
24  A  It would have been 2016.  We hired Jaibin in
25    2016.

1      (Defendant's Deposition Exhibit 11 was
2    marked for identification.)
3  Q  Do you recognize Exhibit 11?
4  A  Yes.
5  Q  Is this an email that you sent to Anja Stauber
6    on January 31, 2017?
7  A  Yes.
8  Q  And it says, "Anja, an associate made an LGBT
9    slur yesterday to my face.  Let's talk when you
10    get a chance.  Jeff."
11      Did I read that correctly?
12  A  Yes.
13  Q  Do you recall any response from Anja to this
14    email?
15  A  Yes, she responded rapidly.
16  Q  How did she respond to you?
17  A  She said -- I believe she said, like, Stop at my
18    desk so we can chat.
19  Q  Did she respond in an email, is that a
20    conversation?
21  A  I think she responded in text from her work
22    phone.
23  Q  Tell me what she said in her text, to the best
24    that you can remember.
25  A  To the best of my knowledge, I think she said,

1    Stop by my office so we can chat.
2  Q  And did you do that?
3  A  Yes.
4  Q  What do you remember from that conversation with
5    Anja?
6  A  I recall telling her who made a comment.
7  Q  I'm sorry?
8  A  I recall telling her who made the comment, and I
9    told her that I thought it was inappropriate.
10    And she told me to handle it.
11  Q  So walk me through that conversation as best you
12    can remember.  So you go into her office and
13    what happens?
14  A  She said, Okay, what happened?  And I told her
15    that I needed to use the restroom and the men's
16    restroom was down, both the men's restrooms were
17    down on our floor.  And I was obviously antsy
18    because I really had to use the restroom.
19      And John Stutz was there and said, What's
20    wrong?  And I said, I need to use the restroom,
21    and for some reason they're cleaning both of the
22    guys' restrooms at the same time.
23      And he responded back, "Well, just use the
24    women's restroom.  That's what all the weirdo
25    transgenders are doing these days, or something

1    to that extent.  The way he said it was very
2    derogatory.  I don't remember the exact wording
3    right now.
4      Anyway, it was very derogatory, and I said
5    it made me uncomfortable.  And this is probably
6    the point where now that I had my Ph.D., I was
7    trying to speak out a little bit more and bring
8    things to management's attention.  And her
9    response was, Well, you're an R1 scientist now,
10    you're in a management role, I want you to
11    handle this.
12  Q  Did you tell her that you wanted to be more of a
13    manager and handle it?
14  A  Oh, no.
15  Q  Did you tell her you were getting more involved
16    in PRIDE at the time?
17  A  I don't think she knew at this point.
18  Q  Because you hadn't told her that you wanted to
19    get more involved in PRIDE?
20  A  No, I don't think I had decided to be involved
21    in PRIDE at this point quite yet.
22  Q  Were you at some point a communications director
23    for PRIDE?
24  A  Yeah, that was 2018.
25  Q  When did that happen?

29 (Pages 110 - 113)

1  A  2018.
2  Q  When in 2018?  If you can't remember, that's
3     fine.  I'm just looking for a month if you know.
4  A  I don't remember the exact time.  I think they
5     sent the email out March of 2018 saying they
6     were looking for a communications director.
7        The first PRIDE event I went to I believe
8     was December 2017.  So I didn't really decide to
9     get involved in PRIDE until the end of the year.
10 Q  So when Anja said go and handle it, what was
11    your response to her?
12 A  I think I said okay.  I wasn't excited about it.
13 Q  Did you have a follow-up conversation with John
14    Stutz about the comment that he made?
15 A  No, I went to Tom Baker, who is John's
16    supervisor, and told him.  And Tom's response
17    was, "Oh, that's just John."
18 Q  What did you tell Tom Baker about what John had
19    said?
20 A  I told him, similar to what I had told Anja,
21    about the incident that happened and the comment
22    that had been made.  And Tom Baker's response
23    was, "Oh, that's just John."
24 Q  I don't mean to be annoying.  For me it's really
25    important what exactly you said, not a summary

1     of it.  So what exactly do you remember telling
2     Tom Baker when you went to him?
3  A  So I don't recall exactly what I said.  I just
4     recall telling Tom that John Stutz had made an
5     inappropriate comment and that it made me
6     uncomfortable, and I felt I was doing the right
7     thing by reporting this to line management.
8  Q  So you went to Tom and you said John Stutz made
9     an inappropriate comment that made me feel
10    comfortable?
11 A  Yeah, and I think I told him what the comment
12    was.
13 Q  What did you tell him?  Like you think you did
14    or you did or you can't remember?
15 A  Honestly, I don't remember at this point if I
16    used the exact words with Tom or not.
17 Q  But you do remember that his response was -- I
18    can't remember what you said, but I think you
19    had a very specific recollection of his
20    response.
21 A  "Oh, that's just John."
22 Q  Okay.  What did you do after that?
23 A  I guess the best way to describe what I did was,
24    I just kind of gave up.
25 Q  What do you mean by that?

1  A  Well, I had gone to our director and gone to his
2     supervisor, and they hadn't done anything.  And
3     I really didn't feel comfortable approaching
4     John directly.
5  Q  Why not?
6  A  I felt it would be too confrontational.  I
7     thought it might be viewed as being aggressive.
8     I guess I was going for the path of least
9     resistance.
10 Q  When John Stutz made that comment to you, was
11    anyone else present?
12 A  No.
13 Q  I know you eventually reported this to human
14    resources in 2018.  Did you report it to anyone
15    else other than HR, Anja Stauber, Tom Baker?
16 A  Other than HR?  I don't think so.
17 Q  Going back to Exhibit 1, there's an entry for
18    January 26, 2017.  It says, "Anja Stauber told
19    me I need to seek Tom Baker out for technical
20    and EIQ advice.  I told her about my experience
21    with his antigay comment and how I was
22    uncomfortable, and she told me that I needed to
23    look past that and find a way to work with him."
24       What did you tell Anja Stauber about Tom
25    Baker making you feel uncomfortable?

1  A  I said he -- so she wanted me to work on my EIQ.
2     And I said I didn't think he was the best person
3     to help me with that because he had made some
4     comments that actually made me feel
5     uncomfortable, and I didn't feel like that would
6     be the best match for me for a mentorship for
7     this.
8  Q  And what's EIQ?
9  A  Emotional IQ.
10 Q  Do you know why Anja told you to seek out some
11    mentorship for your EIQ?
12 A  I would be speculating if I told you why.
13 Q  Well, did she ever tell you why?
14 A  No.
15 Q  Now, did you tell her that the reason, that the
16    comments that Tom had made that made you feel
17    uncomfortable, did you tell Anja in January 2017
18    that they were antigay comments?
19 A  Yeah, I don't remember if I told her the
20    specific comment or if I just said that he had
21    made some comments, some discriminatory comments
22    that made me uncomfortable.  I don't recall if I
23    told her the specific comment or not.
24 Q  I think earlier you testified that you told Anja
25    that you were gay in late 2017?

1 A   Yeah.  I know for sure when I specifically said
2     I'm gay, I'm going to join PRIDE, was in 2017,
3     late 2017.
4 Q   Well, here's why I'm asking.  I'm trying to
5     figure out if you would have told Anja in
6     January of 2017 Tom made antigay comments such
7     that Anja would have known in January 2017 about
8     your sexual orientation.
9         MS. BALDWIN:  Object for speculation as to
10    what her inferences would be from something that
11    he said.  I think that's going to be outside of
12    his ability to answer without fully speculating.
13        MS. SHELBY:  And I also didn't ask a
14    question, so it was just a long narrative on my
15    part.
16 Q   Did you tell her that they were antigay
17    comments?
18 A   I honestly don't recall.
19 Q   And you don't remember if you actually told her
20    what the comments were?
21 A   I don't recall.
22 Q   There's a reference to winter 2017.  Who is Deb
23    Luffer-Atlas?
24 A   She was a senior research fellow in ADME who
25    reported to I believe the VP Carl McMillian.

1 Q   Did you find it offensive or inappropriate that
2     she told you she only mentored women and that
3     you would have to find someone else?
4 A   Yeah.  I mean, that's discriminatory to refuse
5     to mentor someone based on their sexual
6     orientation.
7 Q   And is that what she said, that she only mentors
8     women?
9 A   Yes.
10 Q   She didn't tell you that most of who she mentors
11    are women?
12 A   So I went to her and I asked her if she would
13    mentor me and I need someone, and I told her
14    some of the stuff going on.  And she refused to
15    mentor me because she said she only mentors
16    women.
17 Q   You said that you told her some of the stuff
18    that was going on.  What did you tell her?
19 A   I told her about being sexually harassed.  That
20    was the main thing we talked about actually, I
21    was sexually harassed by a man at work, and I
22    told her I didn't know who to turn to.
23 Q   When you say you told her about being sexually
24    harassed at work, what was that in reference to?
25 A   There was a guy that had grabbed my rear end at

1     a conference.  And I told Deb, I eventually told
2     Anja, Tom Baker knew, and no one did anything
3     about it.
4 Q   So you told Deb, you told Tom, you told Anja.
5     Is there anyone else you told about this guy
6     grabbing your rear end at a conference?
7 A   Brianna Paisley.
8 Q   Who is Brianna?
9 A   She is a scientist in Toxicology, reported to
10    Tom for a bit, and then was moved to Maricar
11    Finia's lab.
12 Q   Is she in a supervisory position?
13 A   No.
14 Q   Who is the person who grabbed you?
15 A   Dave Watson.  He was in a supervisory position.
16 Q   When was it that he grabbed you at a conference?
17 A   Gordon Research Conference.
18 Q   I'm sorry?
19 A   That was 2016 Gordon Research Conference.
20 Q   Okay, it was in 2016.
21        What month was that?
22 A   June.
23 Q   Tell me what happened during that conference.
24 A   I was there presenting.  There was an open Bahr.
25    I was at a table getting some food.  And the

1     next thing I knew there was a hand on my butt,
2     and I turned and he was there walking by and
3     smiling at me.
4 Q   Did you say anything to him?
5 A   No.  Not that day.
6 Q   Did you say anything to him later?
7 A   He started sending me some inappropriate emails,
8     and I asked him not to do that on our work
9     computer.
10 Q   What were the nature of the inappropriate
11    emails?
12 A   It just had some sexual innuendos.  I don't
13    recall the specifics.  But I told Anja and I
14    told Deb and I told Tom Baker about this.  Like
15    other things in the past when I told management
16    about the hostile work environment and the
17    comments, I was left on my own to deal with it.
18 Q   Who was Dave Watson?  Did he work for Lilly?
19 A   Yes, he was in toxicology.  He reported to Anja
20    Stauber.
21 Q   Was he your peer?
22 A   He was an R5, so he was four levels higher than
23    me.
24 Q   But you did not report to him; right?
25 A   I did not report to him.  Actually at the time

1  he did it, I was a P4 level, so he would have
2  been more supervisory.
3  Q  In June of 2016?
4  A  I was a P4, yes, and he was on the R track.
5  Q  But he wasn't your supervisor at the time?
6  A  No.
7  Q  So after this, he started sending you some
8  inappropriate emails and you told him to stop;
9  is that right?
10 A  So what I said was, Please don't send me this on
11 work emails.
12 Q  Did he stop sending them to you on your work
13 email?
14 A  He started finding reasons for us to get coffee
15 together and to work on projects together.
16 Q  I want to get to that, that's going to be
17 important to me.  But first I want to know did
18 he stop when you asked him to stop sending you
19 on work emails?
20 A  Yes, he did.
21 Q  Was he sending you emails on your personal
22 email?
23 A  No.
24 Q  I just asked because there was that distinction
25 in our conversation, right, stop sending me

1  these on work email.
2  A  I understand.
3  Q  Were you telling him, let's take this off line,
4  right?
5     Were any of the comments or emails or
6  conduct by him welcomed by you?
7  A  So I didn't ignore him.  I was not looking for a
8  relationship with him.  I thought he was a
9  closeted gay man that just needed someone to
10 talk to.
11 Q  What was the nature of your relationship with
12 Dave Watson like?
13 A  Over time, we became very close friends and
14 scientific colleagues.
15 Q  Did you ever have any romantic or sexual
16 relationship with Dave Watson?
17 A  No.
18 Q  Then you mentioned that you told Tom about your
19 interactions with Dave Watson.  What did you
20 tell Tom?
21 A  I told him it confused me and I didn't know what
22 to do.
23 Q  Let's back up.  When did you tell Tom about Dave
24 Watson?
25 A  I don't recall the timing.

1  Q  Do you recall the year?
2  A  Well, it would have been after it happened,
3     so --
4  Q  Was it when you were an R1?  Here, I'll make
5     this easier.  Were you still reporting to Tom
6     Baker when you finally confided in him about
7     Dave Watson?
8  A  No, I'd transferred to Anja.
9  Q  So when you talked to Tom, any other witnesses?
10 A  No.
11 Q  Any text messages with Tom Baker about Dave
12 Watson?
13 A  I don't believe so.
14 Q  Any emails that you exchanged with Tom Baker
15 about Dave Watson?
16 A  Just scientific.
17 Q  So when you actually confided in Tom about
18 things that Dave was doing that you felt were
19 sexually inappropriate, those were live
20 conversations?
21 A  Correct.
22 Q  How many did you have with him?
23 A  Multiple.
24 Q  How many?
25 A  I don't know.

1  Q  What did you tell him in those conversations?
2  A  I told him about the sexual harassment incident.
3     And then --
4  Q  What specifically do you remember telling him?
5     Again, for me it's important for me to know what
6     specifically you told Tom.  So "I told him about
7     the sexual harassment incident," I don't know
8     what that means.  I'm not trying to be
9     difficult.
10 A  I told him about Dave grabbing my ass, for
11 example.
12 Q  You told him who it was?
13 A  Yes.
14 Q  You told him Dave Watson?
15 A  He knew the name.  He knew the incident.
16 Q  Okay.  And you told him that Dave grabbed your
17 butt?
18 A  Yes.
19 Q  What else did you tell him?
20 A  I told him he was starting to reach out to me
21 more.
22 Q  Okay.  And what else?
23 A  Just that it was confusing.
24 Q  Did you tell him why it was confusing?
25 A  That I felt bad for him.  If it meant what I

1    thought it meant, it's very hard to be in the
2    closet, and in order to accept yourself and come
3    out, it's very challenging.
4  Q  Anything else you remember telling Tom Baker
5    about Dave Watson in this context?
6  A  No specifics.
7  Q  What was Tom's response to you?  What did Tom
8    tell you?
9  A  He didn't like Dave.  I recall him calling him a
10    slimeball, or something to that extent.  I don't
11    know if that's the exact word he used.
12  Q  And Tom told you that about Dave during this
13    conversation?
14  A  Yeah, but I think the more important thing is,
15    you know, he never mentioned like you should go
16    to HR, or this is a very serious thing that just
17    happened.  He didn't ask me if I was okay.  He
18    didn't ask me how it affected me.  I think it's
19    more about not what he did say, it's more about
20    what he didn't say.
21  Q  I understand that.  I'm just trying to piece
22    together the events and understand what
23    happened.  So if you tell me what he did say,
24    then that excludes all the things that he
25    didn't, so --

1  A  I don't recall exactly what he said.
2  Q  Did you tell him that you wanted to do anything
3    about this?
4  A  No.
5  Q  Did you not want to do anything?
6  A  I didn't want to ruin someone's career.  Again,
7    my intent was not to go tell on -- go to HR or
8    anything.  And I think that's part of why I
9    confided in Tom was more for guidance.
10  Q  Did you want him to go to HR?
11  A  I think I wanted direction.
12  Q  Did you ask him not to tell anyone about this?
13  A  I don't recall.
14  Q  You don't recall asking him to keep this
15    confidential or to keep it quiet?
16  A  I don't remember.
17  Q  You said that you thought that Dave Watson may
18    be closeted.  Was he married at the time?
19  A  Yeah, and he still is.
20  Q  When you talked to Anja, when did you talk to
21    Anja about Dave Watson?
22  A  I don't recall.
23  Q  Let me ask you another question.  Dave Watson
24    and this incident that happened to you in June
25    of 2016 and these follow-up emails, you have

1    created a very detailed chronology of eight
2    pages and you have a rather lengthy complaint.
3    I didn't see any reference to Dave Watson in
4    your complaint or your timeline.  Is part of
5    your claim against Lilly the stuff that happened
6    with Dave Watson?
7        MR. TATE:  Objection, calls for a legal
8    conclusion.
9  Q  You can answer.
10  A  I think maybe the best way to answer that is
11    what he did was wrong, but it was -- he didn't
12    mean to like hurt anyone.  Other people have
13    time and time again done stuff to hurt people.
14    And when it was brought to HR's attention,
15    things got worse and I was told I should leave
16    the company.
17        When you're in a position where you're
18    doing the right thing over and over again and
19    you give people multiple chances, and you sit
20    there and people start making up false documents
21    about you, after you've gone to HR and you've
22    gone to EEOC; and you sit in your supervisor's
23    boss's office and you ask him what to do, and he
24    says, "I would leave the company."  And then you
25    have an email where they threaten to fire you.

1    I think that's what this is more about.
2  Q  Is there a reason why you didn't put Dave Watson
3    in your complaint or in your chronology?
4  A  Because he's retired, and we don't need to ruin
5    his life, and his wife still works there.
6        MS. BALDWIN:  Are you okay?
7  Q  Yeah, are you okay?
8  A  I'm fine.
9        MS. SHELBY:  When did we take our last
10    break?  About an hour ago.
11        MS. BALDWIN:  Yeah, it's been about an
12    hour.
13        MS. SHELBY:  Do you want to take a quick
14    break?
15        THE WITNESS:  Yeah, I could use some more
16    water.
17        MS. SHELBY:  Okay.  Thanks for keeping me
18    on track.
19        (A recess was taken between 12:24 p.m.
20    and 12:34 p.m.)
21  BY MS. SHELBY:
22  Q  I think you said that you talked with Anja about
23    some of these interactions with Dave Watson.  Do
24    you remember when you talked with Anja about
25    that?

33 (Pages 126 - 129)

1  A  No, I don't recall when.
2  Q  Do you recall how many times you talked with her
3     about that?
4  A  No.
5  Q  What did you tell Anja about this?
6  A  I think I kept it fairly simple with her and
7     just told her about the incident at the
8     conference.
9  Q  Did you tell her that it was Dave Watson?
10 A  I know for sure that I told Deb Luffer-Atlas and
11    Tom Baker that it was Dave Watson.  I actually
12    don't think I told Anja that it was Dave Watson,
13    because Dave reported to Anja.
14 Q  Did you tell Anja what had happened at the
15    conference?
16 A  Yes.
17 Q  What did you tell her about it?
18 A  That an employee sexually harassed me at a work
19    event.
20 Q  That's what you told her, an employee sexually
21    harassed me at a work event?
22 A  I don't remember the exact words.
23 Q  So you don't remember exactly what you told her?
24 A  No, I'm sorry, I don't remember the exact words.
25 Q  Did Dave Watson ever touch you again after this

1     work conference in June of 2016?
2  A  No, not at work.
3  Q  Did you tell Anja about the inappropriate emails
4     that Dave Watson had been sending to you?
5  A  I don't recall.
6  Q  Did you tell Tom Baker about that?
7  A  Yes.
8  Q  Did you tell Deb about that?
9  A  Yes.
10 Q  What was Anja's response when you told her about
11    an employee and the conference?
12 A  Honestly, I don't remember her response.
13 Q  What was Deb's response?
14 A  She said she was going to give me -- that one is
15    more clear.  She said she was going to give me
16    some big sister advice, and she said just stay
17    clear.  She said just cut off all interactions.
18 Q  With Dave Watson?
19 A  Yes.
20 Q  Did you take her advice?
21 A  I limited interactions, but we had -- I tried to
22    steer him towards more scientific conversations.
23    There are some very --
24 Q  There are some very?
25 A  Very good projects that were going on that we

1     were working on together.
2  Q  You and Dave Watson?
3  A  Yeah.
4  Q  We may have covered this already, I just don't
5     remember.  Who was Deb Luffer-Atlas?
6  A  She was a research scientist R7 reporting to
7     Carl.  She was in ADME.
8  Q  Did she supervise Dave Watson?
9  A  No, she was in drug disposition, or ADME, so she
10    was in a different -- Carl has three
11    departments.  I don't know if he still does, but
12    when I was there he did.  There was toxicology,
13    ADME, which was what Deb was in, and then PKPD.
14    So she reported up through Carl but in a
15    different division.
16 Q  Was Dave Watson you said in toxicology, ADME,
17    and then there was the other one, PKPD?
18 A  Yes.
19 Q  Was Dave Watson in PKPD?
20 A  He was in toxicology.  He reported to Anja
21    Stauber.
22 Q  Oh, that's right.  Thank you.
23       Do you know if anyone witnessed this
24    incident at the conference where Dave Watson
25    grabbed you?

1       MS. BALDWIN:  Objection, calling for
2     speculation.
3  A  So he came from behind, so I don't know.
4  Q  Did you tell anyone else at Lilly other than
5     Tom, Anja, Deb, and Brianna about what happened
6     with Dave Watson?
7  A  A couple people.  I told HR.
8  Q  When did you tell HR?
9  A  When I called them.
10 Q  When was it?  The first time you called?
11 A  I told two people from HR that I can recall.  I
12    told Rick Bahr at one point in time.  And I had
13    told the lady I called that first day.  And when
14    we did our follow-up meeting, we did talk about
15    it, we went through all the events, so they was
16    aware of it.
17 Q  Is that Jamie Benhok, does that ring a bell?
18 A  That sounds familiar, yeah.
19 Q  Then you said when we went through the events,
20    was that also with Jamie or was that with a
21    different HR person?
22 A  There are so many HR people.  I think it was
23    Jamie, but I don't recall.  It was definitely
24    before Bernice was involved.
25 Q  What did you tell Rick Bahr about it?

1 A  I just -- I mentioned it to him casually one
2  time.
3 Q  When you mentioned it casually, what did you
4  say?
5 A  I believe I told him that there was a colleague
6  at work that had grabbed my rear end at a
7  conference.
8 Q  Did you tell him who it was?
9 A  I don't recall if I told him who it was or not.
10 Q  Do you recall his response?
11 A  No.
12 Q  Do you have any personal knowledge about what he
13  did with the information that you shared with
14  him?
15     MS. BALDWIN:  Objection, calls for
16  speculation.
17 A  I don't have personal knowledge of it.
18 Q  What did you tell Jamie about Dave Watson?
19 A  I believe I told her the same thing.  I kept it
20  high level, that I was at a conference and
21  someone grabbed my rear end.
22 Q  Did you ever tell Jamie or anyone else in HR
23  that it was Dave Watson?  Did you ever identify
24  him to Jamie or anyone else in HR?
25 A  I don't believe so, and I also don't believe

1  they asked.
2 Q  Did you tell Rick Bahr or Jamie when this
3  happened?
4 A  Yes.
5 Q  And what did you tell them?
6 A  Summer of 2016.
7 Q  When did you speak to Rick Bahr about this?
8 A  Rick and I had spoken several times, so I don't
9  recall exactly which time I told him about this
10  incident, so I apologize for that.
11 Q  Who is Rick Bahr?
12 A  He used to be the director of HR that oversaw
13  Carl's organization, and then I think he had
14  transitioned to a different group.  But he's in
15  HR.
16 Q  When you actually had these conversations with
17  him, is that when he was the director of HR for
18  Carl's group?
19 A  I don't recall.
20 Q  When you told Jamie, I think you said that was
21  when you first called HR and then had a
22  follow-up conversation about your allegations;
23  is that right?
24 A  Yeah.
25 Q  So that would have been in the late spring or

1  early summer of 2018?
2 A  That sounds correct.
3 Q  There is an entry on Exhibit 1, page 2, for
4  February 6 of 2017.  And it said, "She also said
5  that her job was to play within the lines and to
6  make sure that I stay within those lines."
7     Did she tell you what she meant by that?
8 A  No.  I mean, I just recalled -- as I have
9  written here, I mean, she said I don't need to
10  run everything by her.  So she didn't want all
11  the details is the way I interpreted it.  Again,
12  I would be speculating if I were to try to
13  understand what she meant by that.
14 Q  And by all of the details, the details around
15  what?  The ideas that you had for the year and
16  the objectives and the lab plans?
17 A  Correct, what my lab was doing.
18 Q  Then there's an entry for spring of 2017.  And
19  this is about the John Stutz's comment about
20  restrooms; is that right?
21 A  Yeah.
22 Q  Does the email that is Exhibit 11 refresh your
23  memory that this probably happened in January of
24  2017?
25 A  Yeah.  Yeah, sorry, I tried to do on or about if

1  I didn't know the exact date.
2 Q  Sometimes January can feel like spring.  You
3  never know with Indiana weather.
4     Then if you go to the next page, there's an
5  entry for August 11 of 2018.  Is that a typo?
6  Should that be August 11 --
7 A  '17.
8 Q  Okay, August 11, 2017.
9     Is this when you told Anja that you wanted
10  to have a larger presence in the gay community
11  and participate in PRIDE?
12 A  Yes.
13 Q  What was her reaction when you told her that?
14 A  What I recall was, I mean, her saying I could do
15  it.  But just -- she didn't seem excited.  I
16  don't remember her -- I obviously don't remember
17  her smiling or seeming excited.
18 Q  Did she say anything negative about it?
19 A  Nothing negative, but nothing positive.  I would
20  say maybe more maybe neutral.
21 Q  Was there a conference that you were considering
22  going to in 2018 related to PRIDE?
23 A  Yes.
24 Q  When was that conference supposed to be?
25 A  I think it was sometime in the fall.

1 Q Did you have conversations with Anja Stauber
2   about going to that conference?
3 A Via email, yes.
4 Q Was she supportive of you going to that
5   conference?
6 A She did eventually say yes. At first she was
7   limiting, but then eventually she said yes.
8 Q You said at first she was limiting, what was she
9   limiting?
10 A Well, she was limiting my travel in general and
11   preventing me from speaking and going to other
12   conferences, even though they -- she was a
13   little inconsistent on my travel.
14 Q What do you mean inconsistent on your travel?
15 A For example, there were certain conferences,
16   even if there was just a one-day conference,
17   that she said that I couldn't go to, because she
18   didn't see, for whatever reason -- I didn't
19   always get an explanation.
20     But then there's other conferences that
21   perhaps I could go to, but then if there's an
22   important meeting to be back at, she wouldn't
23   support me. She really didn't want me to be
24   back at that meeting. So it was a little
25   confusing as to how the decisions were being

1   made and the consistency as to that.
2 Q So you didn't always understand her rationale
3   for why she would let you go to some but
4   discourage you from going to others?
5 A Yeah, especially the ones that were free, that
6   was aligned with what the lab was doing.
7 Q Did she ever discourage you from going to the
8   PRIDE conference?
9 A She did not discourage me.
10 Q How many conferences did you go to in 2017?
11 A I don't recall.
12 Q Did you go to more than one?
13 A Yes, I did go to more than one.
14 Q Were any of the conferences outside the United
15   States in 2017?
16 A Yes.
17 Q How many?
18 A I think -- conferences? There's one conference
19   that was outside the United States. And then
20   there might have been one business meeting.
21 Q What was the conference that was outside the
22   U.S. in 2017?
23 A It was a Gordon Research Conference that we had
24   committed to as a -- that I was chairing.
25   Because of my Ph.D. work, they'd asked me to

1   chair the seminar. So it was paid for by the
2   Gordon Conference itself, so it didn't cost
3   Lilly anything.
4 Q Where was it?
5 A It was in Italy.
6 Q Then you said there was a business meeting that
7   was outside the U.S. in 2017?
8 A I believe there was one in Norway, yes. So part
9   of my role going into this research scientist
10   was to take over, as Jim Stevens retired, was to
11   take over this role in this consortia.
12 Q It wasn't a Lilly business meeting, right?
13 A It was representing Lilly in this consortia.
14 Q But it wasn't like a meeting of all Lilly
15   employees?
16 A There were two or three Lilly employees there.
17 Q I just want to make sure like it's not like
18   Lilly said, okay, everybody from Lilly in the
19   toxicology group go have a retreat in Norway, it
20   was a consortia with people from all over,
21   including Lilly?
22 A Correct.
23 Q Okay, I just wanted to be sure I understood the
24   nature.
25     Did you, in addition to having travel

1   conferences, meetings in 2017 outside the U.S.,
2   did you also have them inside the U.S. in 2017?
3   Did you have domestic conferences?
4 A Sorry, I may be mixing up 2017 and 2018. Italy
5   was 2018.
6 Q What about Norway?
7 A That was 2018.
8 Q So you had two international travel. How long
9   was the Norway one?
10 A One or two days.
11 Q How long were you gone from work because of it?
12 A Well, it was work.
13 Q No, how long were you gone from the lab? Like
14   how long were you gone from your physical space?
15 A Well, I wasn't in -- I mean, that's a
16   complicated question because there's a balance
17   between when I was in the lab and like I had a
18   tox project --
19 Q How long was the travel? I'm just trying to
20   figure out like how many days it took for you to
21   like get to Norway, do your conference and come
22   back?
23 A I'd have to go back and look.
24 Q You don't remember?
25 A No.

36 (Pages 138 - 141)

1 Q What about the one in Italy, how long was that?

2 A It was -- I think it was a week long conference.

3 Q Do you remember how much time you were not

4    physically at your physical work location

5    because of the conference in Italy?

6 A I think it was a week, although I did have to

7    leave the conference several times and go back

8    and work.

9 Q Like from your hotel room or something?

10 A Yeah. Are you describing physical work location

11    as my laptop where I actually get my work done?

12 Q No, I'm talking about like your office or your

13    lab or your cube or your physical space.

14 A For example, a lot of the tox project leaders,

15    they don't still physically go into work but

16    they'll still work from home remotely.

17 Q Yeah. No, for my purposes of these questions,

18    I'm talking about you being in the physical

19    space.

20 A Okay. I think it was a week.

21 Q Okay. And then what about domestic conferences

22    or meetings in 2018, how many of those did you

23    have?

24 A I don't recall.

25 Q Do you recall where you went for conferences in

1    2018?

2 A Yeah, so 2017, 2018 are blurry, because I was

3    finishing up my Ph.D. so I still had some

4    responsibilities from that.

5 Q You were finishing up your Ph.D. in 2017?

6 A From 2016 I still had some responsibilities

7    going into 2017. So like the chair for the

8    Gordon Conference, that was because of my Ph.D.

9    So we had that conversation before I finished my

10    Ph.D.

11 Q I thought the chair for the Gordon Conference

12    was because you were taking Steve Stevens' role?

13 A No, that was Trans UST, that was a consortia at

14    Norway. The chair for the Gordon Conference was

15    because of my work on my Ph.D.

16 Q Okay.

17 A But, sorry, I don't recall which one was sort

18    of --

19 Q Well, that's fine.

20    Did you take any other international

21    conferences or meetings in 2017 or '18?

22 A International or domestic? You just asked me

23    about domestic.

24 Q I know.

25 A I think there was one other for that consortia.

1 Q Where was that?

2 A In Germany, Frankfort.

3 Q How long was that?

4 A I don't remember how long.

5 Q What domestic conferences do you remember going

6    to in '17 and '18?

7 A I remember I went to S&T one year.

8 Q Where is that?

9 A Baltimore.

10 Q How long is it?

11 A It's a week long.

12 Q Okay. What else?

13 A Gordon Conference.

14 Q Where was it?

15 A Where? The East Coast.

16 Q And how long was it?

17 A It's a week long.

18 Q Where else?

19 A That might have been it.

20 Q Did you go to any conferences in San Diego or

21    anywhere else in California in 2017 or '18?

22 A For conferences?

23 Q Or business meetings, anything like that. Like

24    Lilly work related travel.

25 A I don't recall any.

1 Q I'm not suggesting that there were any, just

2    asking.

3    Do you recall any other domestic

4    conferences that you went to in 2017 or 2018?

5 A I'd have to go back and look at my CV.

6 Q What about Canada?

7 A Oh, Montreal, yeah.

8 Q What conference was that?

9 A ISSX. So again, I was presenting. Because Jim

10    Stevens had retired, so they'd asked me to

11    present.

12 Q How long was it?

13 A I don't remember. It was -- that was a short

14    one.

15 Q Would Anja Stauber have had to approve all those

16    conferences in 2017 and '18?

17 A I'm not entirely sure how the approval process

18    goes for all of them. I think international

19    travel is approved by either Tom Jones or Carl

20    McMillian. I think domestic travel is approved

21    at the director level, but I could be mistaken.

22 Q In the August 11 entry there's a reference to a

23    graduate student who said, "Oh, wow, I've never

24    met an openly gay scientist before."

25    Was that graduate student affiliated with

1    Lilly in any way?
2  A   No, it was just at a conference.  I had just --
3  Q   Then there's an entry for November 29 of 2017.
4     It's talking about your end of year performance
5     review with Anja Stauber, and it says, "She told
6     me that I was 'creating drama.'  I asked what
7     she meant and she said that she felt like some
8     of the personal issue, like the one with Tom
9     Baker specifically, was in my head.  She went on
10    to say that I needed to bring people along, and
11    she didn't understand why I didn't tell her more
12    about some of my lab activities."
13       What do you recall Anja Stauber telling you
14    about creating drama?
15 A   I don't recall specifics, I just remember her
16    using the phrase creating drama.
17 Q   And you asked her what she meant by that?
18 A   Yeah.
19 Q   And what did she say?
20 A   I don't recall the specifics.
21 Q   Do you recall anything beyond what is summarized
22    in this entry?
23 A   No, sorry, it was so long ago at this point.
24 Q   Was anyone else in that meeting?
25 A   No, it was a one-on-one meeting.

1  Q   Then there's an entry for November 27, a meeting
2     with Deb Luffer-Atlas.  Let me just ask it this
3     way.  Is there anything else that you remember
4     from this particular conversation that you had
5     with Deb and the others who are referenced here?
6  A   Anything other than what's written?
7  Q   Yes.
8  A   No, nothing other than what's written.
9  Q   Who's Bridget Morse?
10 A   Bridget, she was a research scientist in ADME, I
11    believe, either ADME or PKPD.
12 Q   Did she report directly to Carl?
13 A   No.
14 Q   Who did she report to?
15 A   I'm not sure.
16 Q   Who is Yingying whose last name I'm not going to
17    try to pronounce?
18 A   She's also an ADME scientist.
19 Q   Do you know who she reports to?
20 A   Sorry, I don't.
21 Q   What about Natalie Ria Russell?
22 A   She was a study monitor in toxicology.
23 Q   Is that a P level position?
24 A   Yes.
25 Q   Do you know who she reported to?

1  A   Their reporting structure, I believe it changed,
2     so it would have been a tox project leaders
3     always -- it could have been Meredith Stevens or
4     Paul Cornwell at the time or Meredith
5     Hindustani.
6  Q   Would she have had any reporting relationship
7     through Anja?
8  A   No, that group reported up through Todd Page.
9  Q   Let me back up.  Exhibit 1, you sent this to
10    Jamie Benhok in HR; right?
11 A   That sounds correct.
12 Q   Other than sending this to HR, did you report
13    this incident with Deb on November 27 of 2017 to
14    anyone else at Lilly?
15 A   Well, I told Tom Baker about it, and he said
16    don't tell anyone because it will be career
17    suicide.
18 Q   And that's what's referenced December 1, 2017,
19    in the next entry?
20 A   Yeah.
21 Q   What specifically did you tell Tom on
22    December 1?
23 A   I told him that we were in a meeting, I told him
24    that Deb was there and some other people were
25    there.  I don't recall if I mentioned every

1     person by name or not.  But I did tell him that
2     Deb was talking about how she thought it was
3     cool for her -- her kids thought it was cool to
4     be gay, and how that's very offensive.  Again,
5     another comment that made me feel uncomfortable.
6        When I tried to say something about how
7     that's not cool, a lot of people actually
8     struggle to come out these days, and that
9     might -- I felt like maybe this should be an
10    opportunity to talk to her, you know, who I
11    should go to.  He basically said just let it go.
12       And I think this is a great example as to
13    you asked me earlier why I hadn't gone to
14    people.  Right here is someone telling me don't
15    bring this up, don't go to people.
16 Q   Then you have "career suicide" in quotes.  Is
17    that a direct quote from him?
18 A   Yes, he said it would be career suicide.
19 Q   What was your reaction to him when he told you
20    that?
21 A   If I recall, I think we debated a little bit
22    about the possibility of going maybe to HR or
23    having discussions with someone higher up in
24    management.  Because no matter the level someone
25    is, this behavior is inappropriate, and he just

1     cautioned me and said just let it go and just
2     move on.
3 Q  And at this point he was your peer; is that
4     right?
5 A  Yes.
6 Q  So you said you debated it back and forth, you
7     and Tom, about whether you should say something
8     to someone?
9 A  We had a discussion.
10 Q  Did he ever change his position on what you
11     should do?
12 A  No.
13 Q  Did he ever say, well, if you think it's the
14     right thing to do, you should do it?
15 A  No.
16 Q  He just cautioned you?
17 A  He said if you do this, it will be career
18     suicide.
19 Q  Did he tell you why he thought that?
20 A  He said she's very high up, she reports to Carl,
21     she has his ear.
22 Q  Are you aware of anyone R4 or above who reports
23     to Carl being fired?
24     MS. BALDWIN: Objection, calls for
25     speculation. Go ahead.

1 A  The only thing I'm aware of is someone higher up
2     leaving one day unexpectedly.
3 Q  And who is that?
4 A  Vic Wrobleski.
5 Q  Also Victor, is that his full first name?
6 A  Yes.
7 Q  What level was he?
8 A  R8.
9 Q  Did he report directly to Carl?
10 A  Yes.
11 Q  Do you know why he left abruptly one day?
12     MS. BALDWIN: Objection, calls for
13     speculation. You can answer if you know.
14 A  I do not know.
15 Q  Were there any conferences that Anja told you
16     that you could not go to?
17 A  Yes.
18 Q  What were those?
19 A  The one that sticks out in my mind the most was
20     there was a CRISPR, a one-day CRISPR Conference
21     that Horizon was having. And it would have been
22     paid for, and she told me I couldn't go to that.
23     I know there was an imaging conference by
24     PerkinElmer. She said I couldn't go to that.
25     And these were key expertise that my lab was

1     developing and focusing on. There was a second
2     TransQST Conference that she said I would not be
3     able to go to.
4 Q  Any others that you can remember?
5 A  Not off the top of my head.
6 Q  I just want to be clear, did she tell you that
7     you could not go to these or did she tell you
8     that you needed to prioritize and think about
9     the conferences that you were going to?
10 A  No, she said I could not go.
11 Q  So she told you you could not go to the CRISPR
12     conference?
13 A  Correct.
14 Q  And she told you that you could not go to the
15     imaging conference?
16 A  Correct.
17 Q  And she told you you could not go to the QST
18     conference?
19 A  The QST, she said you could only go to one, so
20     prioritize which one you want to go to.
21 Q  There were two that year?
22 A  There were two that year.
23 Q  And she told you you could go to one of the two?
24 A  She said I could go to one of the two.
25 Q  Did you go to one of the two?

1 A  I did go to one of the two.
2 Q  Do you know how your conference attendance and
3     meeting attendance compared to others who
4     reported to Anja?
5     MS. BALDWIN: Objection, calls for
6     speculation.
7 A  So I don't know how it compares, but I do know
8     that because of my adjunct position at IU School
9     of Medicine and my research, a lot of the
10     conferences I went to didn't cost any money.
11     When they were figuring out conference
12     prioritization, the way Armando had explained it
13     to me, she said a lot of it was based on budget.
14     So I think without having all the information
15     and all the data, I think it's not necessarily
16     just number of conferences but it's value it's
17     bringing to your group and your lab and your
18     organization, and it's also how it feeds into
19     the budget.
20 Q  Do you know how all of that compared your
21     conferences to others?
22     MS. BALDWIN: Objection, calls for
23     speculation.
24 A  No, I don't know. I just know that other people
25     didn't have these external research grants and

1  support from graduate school like I did.
2 Q  There's an entry on the Bates page here at the
3  bottom, 625, from March 1 of 2018.  There's a
4  sentence kind of in the middle.  It says,
5  "She" -- I think it's referring to Anja -- "said
6  I just need to keep working on delivering.  I
7  said, Are you sure that's it?  You aren't trying
8  to coach me out?  She said, No, I am not."
9      What made you ask her if she was trying to
10  coach you out?
11 A  Certain conversations with some other people and
12  the behavior she'd been exhibiting where she's
13  becoming more aggressive and more hostile in our
14  one-on-ones.  The eye rolling in meetings where
15  she jokes around with others.  And I wasn't
16  getting guidance.  When I asked to align on
17  expectations and asked for help, I wasn't
18  getting direction.  I didn't have a clear
19  understanding of what she was looking for.
20      People that had been at Lilly in the past
21  said that managers will often try to coach
22  people out instead of trying to -- and they
23  suggested she might be exhibiting behaviors of
24  managers like that.  So I --
25 Q  Who suggested to you that that might be what

1  she's doing?
2 A  Tom Baker was one.
3 Q  What did he say?
4 A  He said you need to have a direct conversation
5  with her.
6 Q  What else?
7 A  He told me to have a direct conversation with
8  her.
9 Q  When he said you need to have a direct
10  conversation with Anja, you took that as him
11  telling you that she may be trying to coach you
12  out?
13 A  He listed off several things, one of them being,
14  well, maybe she's trying to coach you out, maybe
15  she has another idea in mind, maybe -- and I
16  don't remember all the things he listed.
17 Q  Okay.  Well, when I asked you what did he say,
18  you told me he just said you need to have a
19  direct conversation with Anja.  And now you're
20  saying that he told you, well, she may be trying
21  to coach you out.  So I'm trying to understand
22  what Tom Baker told you about suggesting Anja is
23  trying to coach you out.
24 A  I don't remember the entire conversation.  But I
25  recall him saying that when people exhibit some

1  of these behaviors, it could be a variety of
2  things, and he listed a variety of things.  I
3  don't remember all of them.  That was one of
4  them.  And then he said, You just need to have a
5  direct conversation with her.
6 Q  Do you remember any of the other things that he
7  said it could be?
8      MS. BALDWIN:  Objection, asked and
9  answered.
10 A  The only other thing that I recall specifically
11  is maybe she has some big plan.
12 Q  What did he tell you about that?
13 A  Exactly what I just told you.
14 Q  What did you understand that to mean?
15 A  I didn't.  I took his advice and had a direct
16  conversation with her.
17 Q  You said that Anja was becoming more aggressive
18  and hostile by this March 1 of 2018 time.  What
19  makes you say that she was becoming more
20  aggressive and hostile?  What was she doing?
21 A  So in the one-on-ones she would get very short.
22  She would -- clearly her tone would get
23  aggressive.  She would make comments in group
24  meetings.  And I think a lot of the comments are
25  in here already.  Even in group meetings she

1  would be very kind and nice to virtually
2  everyone in the room.  If I would speak up, she
3  would cut me off, which ironically was exactly
4  the thing she had told me the previous year not
5  to do to others and one of the I think Lilly
6  values as to lead by example.
7      She would roll her eyes at me.  And she
8  would -- if I would come up with an idea, she
9  would very quickly dismiss almost everything
10  that I would suggest.  So there's this very
11  aggressive tone.
12      And in the one-on-ones it just became very
13  uncomfortable, it became very hostile.  As the
14  year progressed in 2018, it got so bad to the
15  point that I got this extreme anxiety, not even
16  wanting to go to the one-on-one.  I asked HR to
17  come along as the HR investigation went along.
18  HR would not go along.  The one-on-ones got more
19  and more frequent.
20      Every time I left the one-on-one -- like I
21  even talked to my therapist about this -- I
22  would just look down at the balcony and think
23  about, just, you know, what would happen.
24      One got so bad that I even went into Tom
25  Jones' office because she started making up

1    stuff about my performance.  And when I asked
2    her, you know, how do we remedy this, you know,
3    we're scientists, how do we make sure we're
4    collecting the data and the facts in this.  And
5    she just got very stern and very aggressive and
6    very sharp and very hostile, for lack of a
7    better term, she was hostile, and she said,
8    "This is your performance review.  There is no
9    discussion, this is it."
10        And she left out -- she had gotten emails
11   of positive responses from people that she left
12   out of that performance review.  It was not a
13   fair assessment.
14        I mean, there was a time when I was in her
15   office and she gave me this big lecture on fair
16   but not equal and how she doesn't believe in
17   equality, and I excused myself.  And there was
18   one time it got so bad I went into Tom Jones'
19   office and started breaking down in tears.  And
20   I don't cry that often.
21        So it became so hostile and so aggressive
22   that I just -- a lot of it was the tone and the
23   eye rolling and the comments and the shortness
24   and telling me that "working with you is like
25   throwing spaghetti against a wall that won't

1  A   There was only one that -- I think there's only
2       one that I got a partial recording of.
3  Q   So one cuts off?
4  A   Yeah.  But other than that, no, I recorded all
5       of them.  I was very consistent.
6  Q   The one that cuts off, can you remember anything
7       that happened, other than what may be in your
8       notes, do you remember anything that happened
9       during the portion that did not get recorded?
10 A   This was when she did the early performance, the
11      early surprise performance review?
12 Q   Well, that's not how I would characterize it,
13      but I do think it was about your performance
14      review.
15 A   Well, I had a scheduled performance review I
16      think in late July, in late July or early
17      August.  And this was supposed to be a regular
18      one-on-one.  And I know that HR when you do
19      supervisor training strongly encourages everyone
20      to separate one-on-ones from performance
21      conversations, and they said don't mix the two.
22      So I think it's fair to say it was an early
23      surprise performance review since I wasn't
24      scheduled.
25 Q   It was a scheduled one-on-one though?

1    stick."  I mean, who says that to one of their
2    subordinates?
3  Q   When did she make that comment to you?
4  A   I think it's in here.
5  Q   I remember seeing it, but I can't remember if it
6       was put in the context of when it was made.
7        You mentioned some one-on-ones and some
8    group meetings.  At some point did you start
9    recording your conversations with Anja?
10 A   Yes.
11 Q   When did you decide to start recording your
12      conversations with her?
13 A   So things were getting worse.  I sought out
14      legal advice, and there was an attorney that
15      suggested I start recording conversations.
16 Q   Who was that attorney?
17 A   I don't recall the attorney's name.  I would
18      have to look it up.  It was around June.
19 Q   Okay, around June.  I don't need to know
20      anything more about what your attorney said, I
21      just wanted a date.
22        After you started recording your
23   conversations with Anja, were there any that
24   happened between you and Anja that you did not
25   record?

1  A   But we had a separate performance review
2       discussion.  So this was earlier than expected,
3       and it was a surprise.
4  Q   What do you mean by surprise?
5  A   I had no idea that I was walking into that.  So
6       I was not able to prepare.
7  Q   So it was a scheduled meeting, but it was a
8       surprise to you in that you did not know the
9       subject that she was planning to talk with you
10      about?  You weren't prepared?
11 A   Yes, normally performance reviews, both the
12      employee and the supervisor have time to prepare
13      for these midyear reviews, so that allows them
14      both to have a productive discussion.  This was
15      Anja presenting me with her perspective of how
16      she thought I was doing post HR investigation,
17      after she had already found out.
18 Q   Did she say that to you or is that just your
19      characterization?
20 A   Well, she had already brought up the HR
21      investigation with me, if I'm not mistaken.
22 Q   I understand.  That's not my question.  But did
23      she say this is how I think you're doing after
24      your HR investigation?
25 A   No, not in those words.

41 (Pages 158 - 161)

1 Q  Okay, I just want to be clear.  Is this the
2    conversation, the one that was cut off, the one
3    where there was a discussion about you
4    listening?  I think there was one recording
5    where you said, Do you just want me to sit here
6    and listen?  And she said, Yes.  Was that the
7    one that was cut off and her giving you the
8    performance feedback?
9 A  That might have been.  Because normally for a
10   performance midyear, like I said, it's an
11   engaged conversation.
12 Q  Sure.  Do you know why Anja asked you just to
13   listen?
14      MS. BALDWIN:  Objection, calls for
15   speculation.
16 A  So I think she wanted me to listen because -- do
17   you want me to tell why I think or why I think
18   she thinks?
19 Q  I want to know if you have any personal
20   knowledge about why Anja wanted -- I'm not
21   looking for your speculation.  I just want to
22   know if you have any personal knowledge like
23   Anja said this is why I want you to listen?
24 A  I do not have any personal knowledge.
25 Q  So for that conversation, the part that was not

1    recorded, do you have any memory beyond what may
2    be written in documents about what happened?
3 A  I just recall me trying to mention a few things
4    that were not captured and me asking her how we
5    could make sure it's a balanced and fair
6    assessment and her repeating that this is your
7    assessment over and over again.  And then her
8    listing off some things that were just not true.
9       And when she was listing off this document,
10   there were several times when I said, Well,
11   that's not how that happened, that's not true.
12   And I did go back and confirm those with other
13   people.  It's not just me thinking it's not
14   true, those were false, those were not facts.
15   And we're scientists, we have data driven
16   discussions here.
17      That is when she made some sort of comment
18   just like, You are just here to listen.
19 Q  And that happened during the portion that was
20   cut off?
21 A  I'm not entirely sure.  I don't know when it cut
22   off and -- I haven't gone back and listened to
23   that.
24 Q  Is it fair to say that whatever is on those
25   recordings is what happened during the

1    conversation?  You didn't alter the recordings
2    in any way?
3 A  Oh, no, they're not altered.
4 Q  So if your testimony is different than what is
5    on the recording, the recording is accurate?
6 A  Yeah, that's fair.
7 Q  So after you decided that you would start
8    recording conversations, I think you had a
9    couple of conversations with Tom Jones.  Did you
10   record every conversation that you had with Tom
11   Jones after you started recording your
12   conversations?
13 A  I don't recall if I recorded every one with Tom
14   Jones.
15 Q  Are there any specifically that you can recall
16   having with Tom Jones that you did not record?
17 A  There are none that I recall not recording.
18 Q  You mentioned earlier that someone told you that
19   you should leave Lilly.  Is that someone Tom
20   Jones?
21 A  Yes.
22 Q  And is that conversation that you had with him
23   one that you recorded?
24 A  Yes.
25 Q  Then after you decided to start recording calls,

1    you had maybe a conversation or two with Carl
2    McMillian, and one of those Bernice Anthony was
3    involved in too as well; is that right?
4 A  Yes.
5 Q  Were there any conversations you had with Carl
6    McMillian after you decided to start recording
7    calls that you did not record?
8 A  I don't believe so.  I think Carl and I only met
9    those two times, once with Bernice and him,
10   which I don't recall if I recorded that one or
11   not.  You guys probably know.
12      I'm sorry, I haven't gone back.  You asked
13   me at the beginning how I prepped, and that was
14   one thing I didn't do.  One thing I don't want
15   to do is I don't want to relive this, so I did
16   not go back and listen to those, so I don't have
17   a good recollection of what was recorded and
18   what was on those.  That would be very hard for
19   me to --
20 Q  I appreciate that.
21      I notice that you did not record all of
22   your -- well, I don't think you did.  Did you
23   record all your calls with HR?
24 A  The calls?
25 Q  Or meetings?  I'm sorry, did you record after

1    you decided to start recording --
2  A  I think after I started I thought I did.
3  Q  Okay, that's fair.
4  A  The calls I didn't --
5  Q  Okay, got it.
6        After you decided to start recording, did
7    you have any meetings with anyone from HR that
8    you did not record?
9  A  If I didn't -- I don't think so. If I didn't,
10   it wasn't intentional or anything.
11 Q  Okay. I'm going to try to speed up. I keep
12   saying that and it never happens. But if you
13   need to take a break, remember, just stop me.
14       (Defendant's Deposition Exhibit 12 was
15   marked for identification.)
16 Q  Do you recognize Exhibit 12?
17 A  Yes.
18 Q  Is this your 2017 PM document?
19 A  I believe so.
20 Q  On page 3 there are comments by Anja Stauber.
21   Are there any that you disagree with?
22 A  Yes. I don't agree with everything on here.
23 Q  What don't you agree with?
24 A  Well, the last comment with the snarky remarks.
25   I was never able to get clarification on that.

1  Q  Oh, "multiple individuals who care about you
2    observe you making smart snarky remarks"?
3  A  Yeah.
4  Q  You don't agree with that?
5  A  No.
6  Q  Do you know who those individuals were?
7  A  No, I don't know who the individuals were, and I
8    was never able to get clarification on the
9    specifics of what the remarks were. I guess my
10   impression, too, is if that was happening, that
11   should have been feedback given in realtime.
12 Q  By whom?
13 A  Well, either your direct supervisor or someone
14   else.
15 Q  Do you know when Anja learned about the
16   individuals observing you making these comments?
17 A  No.
18 Q  And she had previously talked to you about
19   making jokes, right?
20 A  Yeah, but when I asked her about it, she
21   couldn't clarify as to what they were. So to
22   put an ambiguous comment in a document where you
23   can't provide clarification -- you asked me if I
24   agree or disagree.
25 Q  Sure.

1  A  I disagree, and I think I told her at the time
2    as well.
3  Q  Do you have any reason to believe that Anja
4    Stauber did not honestly believe that people
5    were observing you making smart and snarky
6    comments?
7  A  Are you asking if --
8  Q  Did you think Anja Stauber was lying about that?
9  A  I don't know.
10 Q  Any other comments that you disagree with in
11   here?
12 A  No. I mean, the only other comment is there
13   might be stuff that's left out. It's probably
14   not a full assessment of everything I
15   accomplished that year.
16 Q  Are there any other comments that anyone made
17   other than what we've discussed that you felt
18   were inappropriate or offensive based on sexual
19   orientation, sex, sex stereotyping?
20 A  There are other comments people made against
21   race. As far as sex or sexual orientation,
22   there were derogatory comments for women, and
23   that falls under sex. As far as sexual
24   orientation, I think we've covered most of them.
25 Q  You keep saying I think we've covered most of

1    them. I know it's a grueling process, but this
2    is my only chance to get to talk to you, and I
3    want to make sure that we can talk about all of
4    the ones that you can remember. And I
5    completely appreciate that there may be some
6    that you don't remember, and that is fine. And
7    if your answer is I can't remember any more,
8    that's fine by me. But I'm just trying to make
9    sure that I have covered the groundwork.
10 A  I understand.
11 Q  Are there any others that you can remember?
12 A  I can't remember any more.
13 Q  Did Anja Stauber ever make any comments either
14   to you or in your presence that you felt were
15   offensive or derogatory or inappropriate based
16   on your sexual orientation or on sexual
17   orientation generally?
18 A  She asked me if I understood what fair but not
19   equal meant. And we had a very long -- we had a
20   conversation about how she can treat people
21   fairly but she doesn't have to treat them
22   equally. And she knew I was gay at that point.
23   And I found that offensive, and I told her I
24   found that offensive.
25 Q  Why is it that you tied that fair and equal

43 (Pages 166 - 169)

1    discussion to your sexual orientation?
2 A  I think one of the biggest reasons is because
3    things started to change after she found out I
4    was gay.  She started to treat me differently.
5    She started to take me off projects.  When I
6    went to her with issues about Tom having
7    meetings for key projects and excluding me, she
8    did nothing.
9       And a business plan, which multiple
10   stakeholders across the organization praised and
11   gave very positive feedback on, nothing was good
12   enough for her.  That wasn't good enough for
13   her.  Nothing could please her.
14      And even when we aligned on expectations,
15   and we had a quick path of aligning on that, I
16   still got an aggressive tone, the meetings still
17   got more and more hostile.
18 Q  So nothing was ever good enough for Anja?
19 A  Not after I came out.
20 Q  And when was that?
21 A  When I came out to her and told her I was gay?
22   It's when I told her I was going to join the
23   PRIDE in the fall of 2017.
24 Q  Okay.  But before that everything was fine from
25   your perspective?

1 A  I used to be able to go up to her office, she
2    would smile when I came in.  She would actually
3    call me out in meetings, she would give me new
4    projects.
5 Q  And by that point, by the fall of 2017, you had
6    worked for her for --
7 A  Almost a year.
8 Q  You mentioned that she took you off projects.
9    What were those projects?
10 A  So one was I was supposed to be leading an
11   injection site reaction strategy, which I was
12   working with key business stakeholders.
13 Q  Go ahead.
14 A  She was preventing me from getting the job done
15   in one way.  She would refer to me meeting with
16   these key stakeholders as meeting with the movie
17   stars, even though these were our external
18   stakeholders which would help develop the
19   strategy.  And then she started having meetings
20   with others and leaving me out.  And then
21   eventually told me that she just wanted me to
22   take a more technical role on that.
23 Q  Do you have any personal knowledge why she
24   wanted you to take a more technical role?
25 A  Can you make the question a little more

1    specific?
2 Q  Did she tell you why she wanted to -- I mean,
3    you characterized this as Anja taking you off of
4    a project.  Did she ever tell you why she had
5    made this decision to kind of change your role
6    with respect to this injection site reaction
7    project?
8 A  No, it was unclear.  We had business partners
9    aligned throughout the company that were aligned
10   with the strategy we were putting together, and
11   her reasons to me were nonspecific.
12 Q  Did she take you off any other projects?
13 A  She was attempting to take me off this Tango
14   project, and --
15 Q  Any other projects that she took you off of or
16   tried to take you off of?
17 A  There was -- am I allowed to tell you the actual
18   names of projects?
19 Q  Yes, that's fine.  We'll just mark them as
20   confidential if there's some kind of trade
21   secret.
22 A  Well, there was a target entry project, and I
23   don't remember the name of it, which had a lot
24   to do with the autophagy pathway.  And I
25   remember I was working very closely with Chuck

1    Dorsey on that and Andrew -- actually I don't
2    remember the project leader off the top of my
3    head.  So there was just a tox project leader.
4    And I identified a potential assay we could
5    develop and a potential gap for the target
6    because it had a defect in autophagy, and that
7    was my expertise from my Ph.D.  And she didn't
8    want me working on it.  She didn't want me going
9    in that direction.
10 Q  Did she tell you why?
11 A  Her response was, Oh, so autophagy is just the
12   center of the world now?  She didn't see the
13   value in it.  She didn't understand why -- she
14   didn't give me a specific answer as to why,
15   other than the sarcastic remark of, "Oh, so
16   autophagy is just the center of the world?"
17   Even though this had been identified at the
18   conference I went to.  So we go back to
19   conferences.
20      The person who identified this particular
21   target was at the Gordon Conference I went to in
22   Italy talking about it.  The project leader was
23   very excited that I was there.  We had talked
24   about that.  And there was a target mediated
25   risk for this target because of autophagy.

1 And he was happy, the biologist was happy.
2 They wanted to do this. And she said, No,
3 you're not working on it. And then they
4 actually moved forward without us. So I was
5 left out of that project because she wouldn't
6 let me work on it.
7 Q Who is "they" moved forward without us?
8 A There's the tox project leader and the
9 biologist.
10 Q At Lilly?
11 A Yes, at Lilly.
12 I would say there was a mixture of taking
13 me off projects and preventing me from working
14 on projects with the potential for high impact
15 that I had expertise in.
16 Q And the autophagy project would be one that she
17 just didn't let you do, not that she took you
18 off of; is that right?
19 A I think that's -- yeah, that's a fair way of
20 wording it.
21 Q When was that?
22 A It was in the spring, sometime in the spring of
23 2018.
24 Q When was the Tango that you were taken off of
25 it, or that she tried to take you off of it?

1 A She suggested several times that I just stop
2 working on it and let --
3 Q Did she tell you why?
4 A So with data, final data delivery -- so my lab
5 had spent almost a year developing a novel
6 method to isolate RNA from pig skin, which is
7 very complicated. We had successfully done
8 that. We had taken the RNA and shipped it off
9 for RNA analysis. So you get to give it steps
10 along the pathway, so everything takes a long
11 time in science.
12 We got to the final part where we were
13 getting ready to analyze the data. There was an
14 external vendor that they just couldn't deliver,
15 which you have very little control over an
16 external vendor. So I very quickly put together
17 a team within Lilly to put this data package
18 together. And Tom Baker had kind of hijacked it
19 a little bit, and I could not get access to the
20 data, and I told her about the communication
21 issues. And she suggested I just let Tom take
22 it from there. I did not get a reason as to
23 why, but she just wanted Tom to take it from
24 there.
25 Q Okay. When was that?

1 A We were pushing like spring/summer of 2018 at
2 this point.
3 Q Okay. You don't remember the month?
4 A All I know is the HR investigation had already
5 started.
6 Q Do you have any personal knowledge -- I think
7 the answer is going to be no, but I'm still
8 going to ask. Do you have any personal
9 knowledge about when Anja learned about the HR
10 investigation?
11 A I don't.
12 Q How are you doing?
13 A I'm fine.
14 Q Do you need a break?
15 A I could use a little more water.
16 MS. SHELBY: Okay. I keep seeing your
17 counsel in my periphery and I keep thinking I
18 need to ask. So let's take a break.
19 (A recess was taken between 1:37 p.m.
20 and 2:07 p.m.)
21 BY MS. SHELBY:
22 Q Dr. Willy, when we were talking just a few
23 minutes before the break, I think you mentioned
24 that you were excluded from some meetings?
25 A Uh-huh.

1 Q What were the meetings you were excluded from?
2 A Some of them were for the injection site
3 reaction discussions and some of them were for
4 Tango meetings.
5 Q Do you know who made the decision to exclude you
6 or not include you in those meetings?
7 A I know some of them Anja Stauber was involved in
8 and some of them Tom Baker was involved in.
9 Q How do you know that some of them Anja Stauber
10 was involved in the decision not to include you?
11 A They came from her calendar.
12 Q Do you have any personal knowledge about her
13 decision not to include you in those meetings?
14 A No.
15 Q How do you know that Tom Baker was the person
16 who decided not to include you in some of the
17 meetings?
18 A Because he set up those meetings, and then I was
19 asked -- when I found out about them and I
20 approached Anja about it, she told me to handle
21 it on my own, and I approached him and he
22 admitted to setting them up.
23 Q In your experience, would Tom Baker exclude
24 others from meetings?
25 A In my experience, yes, when I reported to him he

1    had a habit of doing that.
2  Q   Is there any reason that you link your being
3      excluded from meetings to your sexual
4      orientation?
5  A   So I link these specific instances as a link to
6      the -- I believe that it was due to more
7      retaliatory to the HR investigation, which was
8      because I went to them due to concerns to my
9      sexual orientation.
10 Q   Do you link your being excluded from these
11     emails specifically to Anja and/or Tom knowing
12     your sexual orientation?  In other words, let me
13     ask it this way.  Do you think they excluded you
14     from these meetings because of your sexual
15     orientation?
16 A   I believe Anja was excluding me because of my
17     sexual orientation.  I believe Tom may have
18     prevented me earlier in my career from going to
19     meetings due to my sexual orientation, yes.
20     These meetings specifically, possibly yes.
21 Q   What makes you think that?
22 A   So if you go back earlier in the career, I was
23     in the lab quite often, and I did want to go to
24     some project team meetings, and Tom often
25     wouldn't let me go to project team meetings and

1    asked me to stay in the lab.  I never got a
2    clear answer why.  But then other associates
3    that maybe had even less experience than me were
4    allowed to go to those project meetings.  And at
5    that point in time Tom knew I was gay.
6  Q   Just so I understand, your basis for linking the
7      not being included in meetings and your sexual
8      orientation is that Tom Baker knew that you were
9      gay, and others were allowed to go to the
10     meetings, and the others, to your knowledge,
11     were straight; is that right?
12 A   Correct.
13 Q   Is there anything else that makes you think that
14     the decision to exclude you from those meetings
15     was based on your sexual orientation?
16 A   Not that I can recall at this moment.
17 Q   What about Anja, what makes you think that
18     Anja's decision to exclude you from meetings was
19     based on your sexual orientation?
20 A   Because before she found out that I was gay, she
21     gave me opportunities and included me in
22     meetings.
23 Q   What meetings was it that she excluded you from?
24 A   Specifically I know she had some meetings around
25     injection site reactions that she did not

1    include me in.
2  Q   When were those?
3  A   I don't recall the exact date.  I think some of
4      them had happened over the summer of 2018, if
5      I'm not mistaken.
6  Q   Do you know who was in attendance at those
7      meetings?
8  A   I know she had at least one with Tom Baker.
9  Q   Do you know if anyone else was present at that
10     meeting?
11 A   I'm sorry, I wasn't in the meeting.  I don't
12     know.
13 Q   Did you ever subsequently learn who was in that
14     meeting?
15 A   No.
16 Q   Any other meetings that you can specifically
17     recall Anja Stauber excluding you from?
18 A   Unfortunately I don't have privy to all the
19     meetings and the agenda items, so I can only
20     speak to a couple specific ones.
21 Q   That's fine.
22 A   And even more so than meetings, it's projects
23     and lack of opportunities that I was excluded
24     from.
25 Q   We talked about the projects I think; right?

1  A   We did touch on those, yes.
2  Q   And I just want to be clear, are there any other
3      meetings that you can specifically remember
4      knowing that you were not included on?
5  A   At this point in time, I can't recall specific
6      meetings.
7  Q   And you mentioned --
8  A   Well, you said from Anja, though; correct?
9  Q   Yes.
10     What made you think that your not being
11     included in meetings was related to your HR
12     complaint?  Was it the timing?
13 A   Oh, yes.  Anja had a conversation with me I
14     think in June, if I'm not mistaken, and brought
15     up the HR complaint with me.  And then she went
16     on to -- and she said, We're going to talk about
17     the elephant in the room.  She goes, You went to
18     HR.  And then she told me I had created a schism
19     in the department by going to HR, and I needed
20     to figure out how to fix that.
21 Q   Okay.  And that is a conversation that you
22     recorded; right?
23 A   I don't remember if I recorded that one or not.
24 Q   You don't remember if you recorded the
25     conversation about --

46 (Pages 178 - 181)

1 A    When she brought up the HR investigation?

2 Q    Yes.

3 A    I don't recall if I recorded that one or not,

4      sorry.  As I said earlier, I didn't go back and

5      listen to all the conversations that I recorded,

6      so I don't --

7 Q    Other than that conversation, is there anything

8      else that makes you draw the conclusion that you

9      were excluded from meetings because of your HR

10     complaint?

11 A   Other than the timing and the change in

12     behavior?

13 Q   Well, by timing, do you mean you were excluded

14     from meetings shortly after you made your

15     complaint?  Is that what you mean by timing?

16 A   Yes.

17 Q   Then what do you mean by change in behavior?

18 A   So as time went on after I went to HR, meetings

19     became more frequent and Anja became more

20     hostile and even more aggressive in these

21     meetings.

22 Q   So is what you're saying that kind of like the

23     totality of circumstances led you to believe

24     that this, too, being excluded from meetings,

25     was in retaliation for your HR complaint?

1 A    Yes.

2 Q    Is there anything else that caused you to think

3      that your being excluded from meetings was

4      related to your HR complaint?

5 A    Not that I can think of off the top of my head.

6 Q    At any point -- I realize depositions are hard

7      because I'm asking you questions that you

8      probably haven't thought of for several years

9      and you may not want to think about.  So if it

10     ever happens that a memory is triggered and it

11     would have been relevant to a prior question,

12     don't hesitate to interrupt me.

13 A   Okay.

14 Q   I think you also mentioned that you felt like

15     you didn't get some opportunities; is that

16     right?

17 A   Yeah, that sounds correct.

18 Q   Maybe we'll just get there.  Let me ask you

19     this.  Were you ever disciplined while you were

20     at Lilly?

21 A   Disciplined?

22 Q   Yes.

23 A   No, I wasn't disciplined.

24 Q   Were you ever told that you were getting a

25     verbal warning?

1 A    Oh, so I was toward the end before I resigned,

2      if that qualifies as discipline.

3 Q    Did you ever get a verbal warning?

4 A    A verbal warning?

5 Q    Yes, like as part of Lilly's progressive

6      discipline system.

7 A    I don't think I understand you.

8          MS. BALDWIN:  Objection, I think the

9      question may be a little vague.  Is there like a

10     specific, maybe Lilly has a specific system or

11     something?

12 Q   Yes, were you ever put in Lilly's disciplinary

13     model, to your knowledge?

14 A   No, not to my knowledge.

15 Q   You never got a formal document, a memo to your

16     personnel file for like any kind of warning?

17 A   No, not to my knowledge.

18 Q   You weren't put on probation?

19 A   No.

20 Q   Did you ever receive an unsatisfactory rating?

21 A   I can't recall.  As we talked earlier, I don't

22     recall what my actual ratings were.  As they

23     rolled them up to the top rating, I don't recall

24     if it was ever unsatisfactory.

25 Q   Under Anja Stauber, is it right to say that you

1      got two PMs, one for 2016 and one for 2017?

2 A    That's correct.

3 Q    Both of those you were rated as meets

4      expectations; right?

5 A    That is correct.

6 Q    At some point you made a complaint to HR.  When

7      was that?  And let me clarify.  At some point

8      you made a complaint --

9 A    Which time?

10 Q   So we have a report to HR where you hung up.

11     We've got a report to Rick Bahr that you made

12     him aware of some information.  And then we've

13     got you talking with Jamie Benhok I believe.

14 A   Yeah.

15 Q   When did you have that conversation with Jamie?

16 A   Yeah, well, that I have the date written down.

17     So Rick was the one who told me to go to Jamie,

18     because I had been talking to him about some of

19     the events and the behaviors, and he said, No,

20     your supervisor should not be behaving this way.

21     You need to go to HR.  So I was advised to go to

22     HR by HR.

23         I think it was --

24 Q   When did Rick Bahr tell you to go to HR?

25 A   March 30th, does that sound right?  It was late

1   March or early April.
2 Q   When did Rick Bahr tell you to go to HR?
3 A   Yeah, I think it was on the 29th, does that
4     sound right, when I went into the enclave after
5     our one-on-one and she followed me into the
6     other enclave when I was on the phone with Rick.
7 Q   What makes you think that she followed you?
8 A   Well, she has an office, a private office, and
9     she went to the enclave.  She can see that
10    enclave from her office.  So I can rephrase that
11    and not say followed me, but she went into the
12    enclave next to me.
13 Q   Did you see her go into the enclave next to you?
14 A   Oh, yeah, I saw her go into the enclave next to
15    me.
16 Q   Why did you think she did that?
17 A   I think you would have to ask her that question.
18 Q   Well, why do you think she did that?
19        MR. TATE:  Objection, calls for
20    speculation.
21 A   So all I can say is she has her own office and
22    it's a private office, and the enclave next to
23    me she did not reserve.  And I can speculate as
24    to why, but I don't understand a reason as to
25    why she would have to go into that enclave after

1     a one-on-one the way we had, because it did not
2     go well.  She was aggressive and she was hostile
3     in that one-on-one.  So I can speculate as much
4     as you can as to why she decided to leave her
5     private office and go into an enclave that she
6     did not have reserved, which happened to be
7     right next to me, while I went in there to have
8     a private conversation.
9 Q   Is everything you remember about that
10    conversation with Anja on March 29 captured in
11    your summary on page 626 and 627?
12 A   I believe at a high level most things from that
13    conversation are captured here.
14 Q   As we sit here right now, is there anything that
15    you can remember that is not captured in here?
16 A   No.
17 Q   So you did not tell Anja Stauber on March 29 why
18    you were leaving the meeting with her and going
19    into an enclave?
20 A   No.  Not to my recollection.
21 Q   But why did you go into that enclave after your
22    meeting with her?
23 A   For support.  Because --
24 Q   Was someone in there already?
25 A   No, to call Rick Bahr for support.

1 Q   Okay.  So you went into the enclave to call Rick
2     Bahr for support; is that right?
3 A   I believe I went -- I believe that is when I
4     called him, yeah.
5 Q   Then after you spoke with Rick Bahr, he
6     suggested that you call HR, and so that's when
7     you called HR and spoke with Jamie, right?
8 A   I believe I called HR the next day.
9 Q   Okay, I'm sorry.  Thank you for clarifying.
10        Do you have any personal knowledge about
11    what HR did to investigate your concerns?
12 A   I have very little knowledge.  I'd asked them --
13    I emailed them several times as my one-on-ones
14    were becoming more consistent.  I'd asked them
15    to go with me to the one-on-ones, and they were
16    very disengaged.  There were several emails they
17    never replied to.  They left me on my own, they
18    wouldn't go to the one-on-ones with me.
19        When I asked Bernice what was done, she
20    said she could not disclose that information to
21    me, that it was private.  So no.  As far as what
22    they did, most of that was not disclosed to me.
23    I felt very alone through the whole process.
24 Q   Did you ever leave meetings that you had with
25    Anja Stauber?

1 A   The only time I ever left that I recall was to
2     excuse myself, because, as we spoke about
3     earlier, she was talking about fair but not
4     equal and how she didn't have to treat her
5     employees equally.  And that conversation became
6     very uncomfortable for me, and I politely
7     excused myself.  I was always taught that if
8     you're in an uncomfortable conversation, as long
9     as you excuse yourself politely, as an adult you
10    have the privilege and the right to remove
11    yourself from that situation.
12 Q   Were there any other times when you left a
13    meeting with Anja before it was over?
14 A   Not that I recall.  I believe I always asked if
15    it was okay to leave.
16 Q   Well, were there any other times where you asked
17    mid meeting is it okay if I leave if the meeting
18    wasn't over?
19 A   Not that I recall.
20        (Defendant's Deposition Exhibit 13 was
21    marked for identification.)
22        MS. SHELBY:  I have only one copy.
23 Q   Do you recognize Exhibit 13?
24 A   This looks a little familiar.
25 Q   Do you recall receiving a closure memo from

1 Bernice Anthony regarding the Lilly's HR
2 investigation into your concerns?
3 A I do recall that. I don't know if you have the
4 email string that preceded this, but I do recall
5 getting this. I think I had a request for this
6 if I'm not mistaken.
7 Q What was in the email string that you recall?
8 A I don't know. I think you would have to ask for
9 that. It's been -- this was 2018. I think we'd
10 have to ask for that.
11 Q I'm just asking for your recollection. Because
12 you seem to recall that there was an email
13 string associated with that where you requested
14 that, and I just want to know what you remember
15 of that.
16 A I know I had asked how everything was going. So
17 if this is the same one I'm remembering, I know
18 I had asked several times how things were going
19 and if there's a report or anything. And I
20 think in one of the conversations, if I'm not
21 mistaken, I specifically asked Bernice if I
22 would be getting some sort of report. If I'm
23 not mistaken.
24 Q After you made that initial report to Jamie and
25 sent her a copy of Exhibit 1, you subsequently

1 made reports to different people in Lilly
2 management; is that right? Do you recall
3 reaching out to John Patton, for example?
4 A Oh, in HR?
5 Q Or others.
6 A Yeah, I reached out to several other people
7 within HR, and no one was able to help me.
8 Q What did John Patton do?
9 A He redirected me back to Bernice and her
10 supervisor.
11 Q Did he redirect you to Richard Ruth?
12 A That name doesn't ring a bell.
13 Q But you eventually got rerouted to --
14 A If I recall correctly, and I'm sorry if I'm not
15 entirely remembering this, I think eventually
16 there is a series of emails that directed me
17 back to Bernice and her supervisor.
18 Q And her supervisor was --
19 A I cannot pronounce his name, I'm sorry.
20 Q Pankaj, does that sound right?
21 A I believe so.
22 Q And you spoke with Pankaj, right?
23 A I believe so.
24 Q How many times?
25 A Once or twice. Then I think there was some

1 email correspondence.
2 Q At least once live; is that fair?
3 A That would be fair.
4 (Defendant's Deposition Exhibit 14 was
5 marked for identification.)
6 Q Do you recognize Exhibit 14?
7 A Yes.
8 Q Is this an email from you to Anja Stauber with a
9 carbon copy to Tom Jones dated August 24, 2018?
10 A Yes.
11 Q Is this your notice of resignation?
12 A Yes, this is what I sent them when I felt I had
13 no other options except but to leave.
14 Q Did Anja or Tom respond in any way to this
15 email?
16 A Anja later that day stopped by my desk.
17 Q Tell me about that conversation, please.
18 A She said she wanted to go to enclave and talk.
19 She told me I had until the end of the day to
20 tidy up my loose ends, and then she would walk
21 me out.
22 Q Anything else you remember from that
23 conversation?
24 A She just said that -- the only other thing I
25 remember is they said I would be leaving that

1 day.
2 Q Do you recall her asking you if you were going
3 to work for a competitor?
4 A No, she did not.
5 Q You don't recall that or it did not happen?
6 A I actually specifically remember her not asking
7 me that. Because I remember people asking me
8 how the conversation went. So no, she didn't
9 ask me if I was working for a competitor.
10 Q Did you tell anyone that you were going to work
11 for a competitor?
12 A Define competitor.
13 Q Well, I'm just asking, did you tell anyone I'm
14 going to work for a competitor?
15 A Could you define competitor?
16 Q I'm just asking if you said those words to
17 anybody?
18 MS. BALDWIN: Are you asking for the direct
19 phrase did you use the word competitor?
20 Q Yeah, did you tell --
21 A No, I didn't use the word competitor.
22 Q Did you tell anyone at Lilly where you were
23 going to work?
24 A I think I might have told one or two people
25 where, but I was trying not to tell a lot of

1  people where I was going. I just said there was
2  another opportunity.
3  Q  Who did you tell?
4  A  I told Amy Kreklow.
5  Q  Who else did you tell at Lilly?
6  A  I believe I told Brianna Paisley.
7  Q  Anyone else?
8  A  Possibly Chuck Dorsey.
9  Q  Anyone else?
10  A  I cannot remember if -- I know I had breakfast
11  with Evan Wang and Yue Webster that morning to
12  let them know that I was going to turn in my
13  notice, just because we were very close
14  colleagues, but I don't remember if I told them
15  the name of the company or not.
16  Q  Can you remember anyone else who you told where
17  you were going to go work?
18  A  Honestly, I don't remember. There was a lot of
19  goodbyes that day. Since Anja told me she was
20  going to walk me out, I don't remember if I told
21  the name of the company to a lot of people.
22  Q  Did you tell Anja Stauber why you were leaving
23  Lilly?
24  A  No. She didn't ask, and the conversation was
25  very brief.

1  Q  Why didn't you record this conversation with
2  Anja?
3  A  I didn't know it was going to happen when I
4  turned in my notice. So it was my last day, and
5  I parked off site and I left all my personal
6  belongings in my car.
7  Q  Okay. And I'm just finishing that out. That
8  would include your cell phone?
9  A  Yes. I just left everything in my car because I
10  just -- I didn't know what was going to happen
11  that day, so I brought very little bit to work.
12  I assumed that they would just -- I didn't know
13  if they were just going to walk me out
14  immediately. I didn't know what was going to
15  happen.
16      I think you have to take this into context
17  that Anja had already threatened to fire me via
18  email, and it was -- Tom Jones had already
19  suggested I should leave. He said he would
20  leave if he were me. They had created this
21  document that was not truthful about me, so I
22  had no other option. And this was a very
23  hostile, aggressive work environment. And my
24  therapist actually described it as a toxic work
25  environment. I was at the point where every day

1  I didn't know what to expect the next day.
2  Q  So the comment that Tom Jones made, I think we
3  talked about that, that that's recorded; right?
4  A  Yes.
5  Q  What else did you just say? That they created a
6  document that wasn't true. Are you referring to
7  your midyear check-in?
8  A  The surprise check-in we talked about earlier?
9  Yes.
10  Q  At some point did Tom Jones come to you with a
11  spreadsheet with your --
12  A  Agree, disagree, partially agree.
13  Q  To the feedback that you had been given in that
14  midyear?
15  A  Yes, but this was after it had been changed
16  three times.
17  Q  After what had been changed three times?
18  A  The midyear review.
19  Q  Okay. So you had a midyear review, it changed
20  three times. And then you were still saying
21  it's not true; is that correct, after it was
22  changed three times?
23  A  So at this point there were still items in there
24  that were not the full truth. And there were
25  also items that we had emails from business

1  correspondents that were saying I was doing a
2  very good job impacting their team or their
3  project that still did not make that document.
4  So I do not believe that document fully captured
5  what I had done that year.
6  Q  And then Tom Jones had that document as
7  incomplete and as whatever that it was; right,
8  and he parsed out each piece and asked you to
9  agree, disagree or partially agree; is that
10  right?
11  A  So he -- yeah, he asked me if I would take a
12  look at it.
13  Q  Did you ever fill that out?
14  A  No.
15  Q  Why not?
16  A  Because it looked like a legally binding
17  document and I did not feel comfortable filling
18  it out.
19  Q  Did you ever tell Tom Jones I don't feel
20  comfortable filling this out?
21  A  Yes, I told him and I told HR.
22  Q  When did you tell him that you didn't feel
23  comfortable filling it out?
24  A  I think it was in an email. I said I wanted to
25  talk to HR before I filled this out.

1 Q So you told him I want to talk to HR before I
2 fill it out?
3 A Yeah. And then HR would not engage me, they
4 would not sit down and talk to me.
5 Q Who would not sit down and talk to you?
6 A Amy.
7 Q She wouldn't talk to you at all?
8 A She talked to me on the phone but not about the
9 document. She would not sit down and go over
10 the document with me so I could understand it
11 more.
12 Q Well, she didn't draft the document, did she?
13    MS. BALDWIN: Objection, at this point it
14 calls for speculation, looking at the history of
15 what we have here.
16 A That's actually a great question, did HR help
17 them or not.
18 Q Do you have any personal knowledge about why Amy
19 wouldn't talk with you about it?
20 A I think in order to understand that, we'd have
21 to understand why HR wouldn't talk to me about a
22 lot of things throughout the entire process.
23 There were a lot of questions that went
24 unanswered. There's a lot of support that
25 wasn't given to me as an employee; although

1 management, from my understanding, was given
2 support throughout the entire process. I think
3 you might be asking the wrong person.
4    MS. BALDWIN: Do you need a second?
5    THE WITNESS: I'm fine.
6 Q My only question, and I understand -- the great
7 thing about litigation is that we get an
8 opportunity to talk to lots of different people,
9 and believe me, your counsel has asked questions
10 of lots of different people; right, and now I
11 get to ask you questions. Again, I don't mean
12 to be implying that there are answers.
13    What I just want to know is if you have any
14 personal knowledge; right, if maybe Amy said to
15 you, Dr. Willy, I'm not able to give you any
16 guidance on this document because ABC, XYZ. So
17 I'm asking you if you have any personal
18 knowledge about why Amy said I'm not doing this?
19 A Unfortunately I don't.
20 Q You mentioned that the document was changed
21 three times. How was it changed?
22 A I don't know how it was changed. But I do
23 know --
24 Q Maybe a better question. What was changed in
25 it?

1 A It was -- I would say the best way to describe
2 it is perhaps softened a little bit each time.
3 I don't remember all the specifics.
4 Q Is it fair to say that the changes were more
5 favorable to you?
6 A They slowly became more favorable after HR --
7 after I brought the issue up to HR.
8 Q So after you brought the issue up to HR, this
9 midyear PM document from your eyes actually got
10 better with each revision, although it still was
11 not what you wanted it to be?
12 A I don't know if I would use the word better. I
13 would use the word softened.
14 Q Okay, it got softened.
15 A It was still not a fair assessment.
16 Q Did you review the softening as a positive
17 thing, even though it still wasn't fair in your
18 eyes?
19 A I would not view it as a positive thing, because
20 it was still not a fair assessment.
21 Q Would you have rather had the original version?
22    MS. BALDWIN: Objection, asked and
23 answered.
24 Q You can answer.
25 A I don't think anybody would have been okay with

1 any three of those versions because they were
2 not a fair assessment of the employee's work
3 that year.
4 Q What do you mean by softening?
5 A Softening means some of the harsh statements
6 that were very clearly not true were perhaps
7 taken out or reworded. There was a sprinkling
8 of some of the positive portfolio impacts.
9 Q I understand that Tom Jones made a comment to
10 you that if he were in your position, he would
11 leave. That comment aside, did anyone ask you
12 to resign your employment?
13 A I was threatened to be fired in an email.
14 Q Did anyone ask you to leave?
15 A No one asked me to leave.
16 Q Did anyone tell you that you had to leave? I
17 understand that you may have felt compelled to,
18 but did anyone at Lilly ask you to leave?
19 A Well, Tom Jones. He said that he would leave if
20 he were me.
21 Q Notwithstanding what Tom Jones may have said in
22 a recorded conversation. Did anyone apart from
23 that ask you to leave Lilly?
24 A No one asked me to leave.
25 Q Now, you mentioned that Anja threatened to fire

51 (Pages 198 - 201)

1    you in an email.
2  A   Correct.
3  Q   When was that?
4  A   I think this was either late July or early
5    August.  And I was sick on a Friday, and I
6    emailed her to let her know.  She said that's
7    fine.  Then all of a sudden I got a meeting
8    invite for the first thing Monday morning, which
9    I needed to prepare for.  It's the document
10    you're referring to.  I replied to her AA, and I
11    said, I'm sorry, I'm sick today, it's Friday,
12    this is Monday, could we please reschedule this
13    meeting.  And the AA was, like, yeah, we left a
14    little correspondence, she said we'll find you a
15    time.
16       In response to that, Anja sent me an email
17    that said refusing to meet with management is
18    insubordination and this is grounds for
19    termination.  She said we're setting up another
20    meeting, if you do not go to this you will be
21    fired.  She may not have used the words you will
22    be fired, but she said this could be grounds for
23    removal from the company, or separation.  You
24    know what I'm saying.
25  Q   Had you canceled other meetings with Anja in the

1    summer of 2018?
2  A   Not that I recall.  There might have been one.
3    They were becoming more frequent though.  I
4    think it might have only been one.  This is also
5    the point I was asking HR to come in.
6  Q   At some point Tom Jones volunteered to sit in on
7    meetings with Anja; correct?
8  A   Which he did do toward the end.  And when HR and
9    I had -- HR had suggested that, I was still
10    wary, but I said okay.  This was also before he
11    told me I needed to leave the company.
12  Q   And you didn't tell HR that you were wary, did
13    you?
14  A   I did tell them after Tom Jones told me I should
15    leave the company, and then I asked HR again to
16    sit in and they still wouldn't.
17  Q   Did you ever cancel any meetings with Tom Jones?
18  A   I never canceled any meetings.  There was one
19    time he asked me to meet him ad hoc in the
20    afternoon.  It was at the end of the day.  It
21    was after core hours.  Our core hours were nine
22    to three.  And he asked me to meet him at 3:30,
23    4:00.  And I said I have a meeting and I have
24    some lab work I'm doing, but I'll try to make
25    that work.

1    I got caught up with my lab work, which
2    when you design experiments, that's the way it
3    is.  But I did let him know I was running a
4    little bit late.  And then I can't remember if
5    we ended up meeting that day or the next
6    morning.  But that's the closest it ever came to
7    even partially canceling a meeting with him.
8    But we still did end up meeting.
9  Q   Do you have any personal knowledge what Anja
10    Stauber knew about your reason for needing to
11    reschedule that Monday evening?
12  A   Well, it was an email stream with her
13    administrative assistant, and she knew I was
14    sick.
15  Q   Anja Stauber was on that email exchange?
16  A   I don't recall if she was on it or not.  But I
17    know other people have had to reschedule
18    meetings for being sick, and I know other people
19    have had to reschedule meetings because of
20    projects and things that have come up.
21       So for me having to reschedule one or two
22    meetings after an HR investigation and going to
23    EEOC, and then threatening to fire me because of
24    that, that definitely makes me feel like I'm
25    being treated differently, given the

1    circumstances.
2       I guess the bigger question is, has anybody
3    else rescheduled a meeting and, if so, were they
4    threatened to be fired on the spot for it.
5  Q   So my question to you is do you have any
6    personal knowledge about what Anja knew as far
7    as you're needing to reschedule this meeting?
8  A   I don't.  I think it would be a question for the
9    admin.  Because she did know I was sick.
10  Q   On Friday?
11  A   Yes.  She responded to that email.
12  Q   When you put in your notice of resignation, did
13    you already have an offer for employment
14    somewhere else?
15  A   Yes.
16  Q   And where was that?
17  A   Vertex.
18  Q   When did you receive that offer?
19  A   Sometime in July I think.
20  Q   When in July?
21  A   I don't recall the exact date.
22  Q   When did you apply for that position?
23  A   It was over the summer.
24  Q   When in the summer?
25  A   I believe it was June.

52 (Pages 202 - 205)

1  Q   When did you decide to start looking for other
2      jobs?
3  A   During that HR investigation, when things
4      started going south, the thought crossed my
5      mind.  And even when I got the offer from Vertex
6      I wasn't entirely sure if I was going to take it
7      or not.  I really didn't want to leave
8      especially Indianapolis with my family being
9      here.
10 Q   Where did you apply?
11 A   Vertex.
12 Q   Is that the only place?
13 A   No.
14 Q   Where else did you apply?
15 A   AstraZeneca.  And Beam.
16 Q   I'm sorry?
17 A   It's called Beam Therapeutic.
18 Q   Anywhere else?
19 A   Audentes.
20 Q   Audentes?
21 A   Audentes.
22 Q   Where else?
23 A   Pfizer.
24 Q   Anywhere else?
25 A   No.

1  Q   When did you apply at AstraZeneca?
2  A   I think all these were around June.
3  Q   Were any of them not around June?
4  A   Not that I recall.
5  Q   Vertex is in San Diego?
6  A   Yes.
7  Q   When you applied to AstraZeneca, where were you
8      applying to work?
9  A   The United Kingdom.
10 Q   What about Beam Therapeutics?
11 A   Boston.
12 Q   Audentes?
13 A   San Francisco.
14 Q   Pfizer?
15 A   San Diego.
16 Q   What made you choose these companies to apply
17     to?
18 A   So as a toxicologist and being from Indiana,
19     investigative toxicology, the job scope is very
20     limited.  If I could have stayed in Indianapolis
21     and been close to my partner and my family, that
22     would have been ideal.
23        But from where things were headed at Lilly,
24     I thought it would be smart to at least start
25     looking and see what was out there.  They seemed

1      like they were a good fit for what I could do
2      based on my expertise.
3  Q   Did you apply for any jobs in Indiana?
4  A   I talked to some people, but the jobs just
5      didn't seem like a good fit.
6  Q   Did you interview at any of these companies
7      other than Vertex?
8  A   Yes.
9  Q   Where did you interview?
10 A   The ones I just listed.
11 Q   You interviewed at all of the others?
12 A   Yes.
13 Q   Did you receive offers for employment from any
14     of the companies other than Vertex?
15 A   Yes.
16 Q   When did you receive an offer for employment
17     from AstraZeneca?
18 A   July.
19 Q   When in July?
20 A   I don't recall.
21 Q   What was the offer for, what position?
22 A   Associate director.
23 Q   What was the salary offered to you?
24 A   I don't recall.
25 Q   Do you have that offer letter?

1  A   Somewhere.
2  Q   What about Beam, when were you given that offer?
3  A   It was a verbal offer, but I turned it down so
4      we didn't get any further.
5  Q   When was the offer?
6  A   It would have been July.
7  Q   When you interviewed for AstraZeneca, did you
8      fly to the United Kingdom to do your interview?
9  A   Yes.
10 Q   Did you have to take time off Lilly to do that?
11 A   Yes.
12 Q   Did Lilly approve it?
13 A   Yes.
14 Q   When you interviewed at Beam, did you travel to
15     Boston?
16 A   Yes.
17 Q   Did you have to take time off of Lilly to do
18     that?
19 A   Yes.
20 Q   What was the position offered to you by Beam?
21 A   It would have been a toxicologist.
22 Q   What was the salary offered to you?
23 A   We didn't get that far.
24 Q   What about Audentes?
25 A   We just had initial conversations and Skype.

53 (Pages 206 - 209)

1 Q  When were you offered the job?
2 A  I believe it was June.
3 Q  What position were you offered?
4 A  I don't remember the title.
5 Q  How much were you offered?
6 A  We didn't get as far as talking salary.
7 Q  What about Pfizer, when were you offered that
8     job?
9 A  That one I did not get an offer.  It was not a
10    good fit.
11 Q  Have you subsequently received an offer from
12    Pfizer?
13 A  Yes.
14 Q  When were you given that offer?
15 A  Several months ago.
16 Q  Have you accepted it?
17 A  No, I turned it down.
18 Q  What position were you offered?
19 A  Director of toxicology.
20 Q  How much were you offered?
21 A  I don't recall the amount.
22 Q  What was the approximate amount?
23 A  It was around 200 maybe.
24 Q  Would that have been in San Francisco as well?
25 A  No, that would have been Groton.

1 Q  I'm sorry, where?
2 A  Groton, Connecticut.
3 Q  Why did you turn that position down?
4 A  Part of it was the dynamic just didn't feel
5     right, and part of it was my partner had just
6     moved to, or was in the process of moving to
7     Shanghai because he couldn't find a job in San
8     Diego.  So he had brought all the dogs out to
9     San Diego, and we had just refinanced our house.
10    So I'd say life decisions.
11 Q  Is he a pathologist?
12 A  Yes.
13 Q  Have you applied for any other jobs since your
14    employment at Lilly ended other than the ones
15    that we've discussed?
16 A  No, and I didn't apply for the one at Pfizer, to
17    clarify.  I'm not looking.
18 Q  Okay.
19       Since you have been working at Vertex, what
20    was your starting salary?
21 A  One hundred seventy.
22 Q  What was your salary at Lilly when you ended
23    your employment?
24 A  I think it was 102'ish.
25 Q  What was your salary at Lilly when you started?

1 A  Like back in 2006?
2 Q  Yeah.
3 A  Fifty-five maybe, 60.
4 Q  Have you received any salary increases since
5     you've been employed at Vertex?
6 A  Yes, I did.
7 Q  What's your salary now?
8 A  Am I allowed to round?
9       MR. TATE:  Just approximate.
10 A  Approximately 173.
11 Q  When did you start your employment with Vertex?
12 A  September 2018.
13 Q  Have you had a performance evaluation yet?
14 A  Yes.
15 Q  Have you received any bonuses from Vertex?
16 A  I did receive a bonus, yes.
17 Q  How much was your bonus?
18 A  I think it was 15,000.
19 Q  Did you receive any kind of like stock options
20    or equity, anything like that?
21 A  There is the potential.
22 Q  Have you received it yet?
23 A  Not yet.
24 Q  Have you been eligible for it yet?
25 A  I potentially will be this year.

1 Q  But you haven't been eligible yet, but you might
2     be coming up in the future?
3 A  Yeah.
4 Q  Haven't been there long enough it sounds like
5     maybe.
6 A  Yeah.
7 Q  Have you ever been disciplined since you've been
8     working at Vertex?
9 A  No.
10 Q  Have you been promoted since you've been working
11    at Vertex?
12 A  No.
13 Q  Have you had any other sources of income since
14    you left Lilly?
15 A  Yes.
16 Q  What have those been?
17 A  I was in a commercial.
18 Q  Anything else?
19 A  No.
20 Q  How did this commercial come up?
21 A  I wanted to make friends because I moved to a
22    new city and I realized I left pretty much my
23    entire life behind, so I joined a studio, and
24    someone in the studio said they needed someone
25    for a commercial.  So I made $150 pretending to

54 (Pages 210 - 213)

1 be a dad.
2 Q Was it like a commercial that's on TV?
3 A Yeah.
4 Q Versus like a radio commercial or something
5 else.
6 Are you pursuing a career in acting?
7 A No.
8 Q Do you have an IMDB page?
9 A Yes.
10 Q Is that because of like recent activities?
11 A Yes.
12 Q Like there's some movies from 2019; is that
13 right?
14 A Yes.
15 Q Are you considering a career change?
16 A It's a hobby for retirement so I don't get
17 bored.
18 Q Are you planning to retire sometime soon?
19 A No. I mean, think everyone has hobbies, right?
20 Q I thought you said a hobby for retirement?
21 A Yeah, in 30 years. I think you invest in your
22 future.
23 Q Okay. I appreciate that.
24 Was that something that you had in mind
25 when you were looking at jobs in California?

1 A No, not at all.
2 Q It looked like in some of the tax returns that
3 you produced that there was a reference to some
4 consulting work?
5 A Yes.
6 Q What's that?
7 A So I was trying to -- I was interested in
8 psychic readings, and I thought it might be
9 interesting to learn about it and see if I could
10 explore that.
11 Q Is that an endeavor from which you were able to
12 earn some income?
13 A No, I did not end up earning any income.
14 Q So is that something you invested in to
15 potentially get income?
16 A I invested in it a little bit.
17 (Defendant's Deposition Exhibit 15 was
18 marked for identification.)
19 Q Do you recognize this as the summons and
20 complaint? You probably can pull off that first
21 page and the second page. Starting with the
22 third page, do you recognize that as the
23 complaint that you filed in this lawsuit?
24 A Yeah.
25 Q I don't need to read the whole thing, I just

1 want to ask you about a couple of allegations.
2 Paragraph No. 24 references a co-worker. I
3 think we've identified that now as John Stutz;
4 is that right?
5 A Yes.
6 Q Paragraph 28, is that referencing the pulse
7 survey?
8 A Yeah.
9 Q Then it says, "During his year end review he
10 received a low ranking and raise."
11 But you don't remember what your ranking
12 was for your performance in 2009; right?
13 A No, I don't.
14 Q Do you remember what your raise was?
15 A No, not off the top of my head.
16 Q Are you alleging in this paragraph that it was a
17 low raise?
18 MR. TATE: I'm going to object. The
19 complaint speaks for itself.
20 Q Are you contending that you received a low raise
21 based on your 2009 performance?
22 A So in approximately 2009. I know that there
23 were four years where I received a zero percent
24 raise, and there were other years I received
25 some low raises. So it was around 2009, so

1 that's what it is suggesting.
2 Q Is it suggesting low relative to other raises
3 you received or just low in your experience?
4 What does that mean, a low raise?
5 A So zero percent is probably low relative to
6 other individuals and relative to --
7 Q So I would consider no raise to be different
8 than a low raise. But do you think they're the
9 same thing in this complaint allegation?
10 A So as I mentioned before, I did try to engage HR
11 to understand how my raises were broken down by
12 year, and they did not engage me back. So to
13 give you more information what raise I got each
14 year and to put that into context, I would have
15 to have engagement from HR to get that document.
16 Q So you just don't know right now as you sit
17 here?
18 A As of right now, I don't know.
19 Q Paragraph 29, which is just the next paragraph.
20 Is that co-worker reference there also John
21 Stutz?
22 A Yes.
23 Q Then paragraph 33 alleges that you were denied
24 compensation, promotions, lab support, work
25 opportunities and other benefits of monetary

55 (Pages 214 - 217)

1  value. What compensation are you contending you
2  were denied unfairly?
3      MS. BALDWIN: I'm going to object as he's
4  already gone into that in great depth earlier
5  today, but you can go ahead and answer again.
6  Q  Let me ask it this way. Other than what we've
7  talked about, have you told me the sum and
8  substance of all of the compensations,
9  promotions, lab support work opportunities and
10  other benefits of monetary value you believe you
11  have been denied because of your sexual
12  orientation and your engagement in protected
13  activity?
14  A  I think we've discussed the majority of it.
15  Q  Have we discussed all of it?
16  A  From what I can think right now, I think we've
17  discussed.
18  Q  Paragraph 35 references some peers. Are those
19  peers Tom Baker and Laurent Malherbe?
20  A  Yes.
21  Q  Any others?
22  A  So I also had a tox project leader role.
23  Q  I'm sorry?
24  A  I also had a toxicology project leader role.
25  Q  What do you mean by that?

1  A  So I ran a lab, but I also had sort of two jobs.
2  I was the tox project rep on projects. There
3  were also tox project leaders that were -- you
4  could --
5  Q  So you think some tox project leaders are peers
6  of yours who got more favorable treatment? Who
7  were those people? Just names.
8  A  I'm just saying that they are also peers in
9  similar situations, similar positions. I think
10  for the most part Tom and Laurent had the most
11  similar jobs.
12  Q  And were treated better than you were?
13  A  Yes.
14  Q  Is there any other basis for your claiming that
15  you were treated differently because of your
16  sexual orientation, other than what we've
17  already discussed?
18  A  Other than we've discussed and the evidence that
19  we've disclosed, I think we've covered most of
20  it.
21  Q  Any that you can remember that we haven't
22  covered?
23  A  I think we've covered most everything.
24  Q  What about on your retaliation claim, anything
25  other than what we've discussed that you base

1  your claim that Lilly treated you differently
2  because you complained to HR?
3  A  You know, I think the only thing we glossed over
4  was that I believe everyone else that reported
5  to Anja did get a career development discussion
6  and I didn't get one; and mine was also, the one
7  that was scheduled was shorter. I believe they
8  had one hour. I only had 30 minutes. And when
9  I walked into mine, she wasn't prepared, so I
10  didn't get one at all.
11  Q  When was that?
12  A  It's in the timeline. I'm sorry, I don't
13  remember.
14  Q  Were career development discussions an annual
15  meeting?
16  A  I mean, they --
17  Q  Let me ask it this way. Did you ever have a
18  career development discussion with Anja except
19  for that one meeting that was short?
20  A  I had one the year before.
21  Q  So you did have one the year before?
22  A  I did have one the year before. I was included
23  the year before, and we had talked about a
24  career map, yeah.
25  Q  At first you said Anja didn't have one, and then

1  you said she did but it was short.
2  A  So it was scheduled, so let me clarify. She had
3  one scheduled for me. It was 30 minutes.
4  Whereas everyone else she had one scheduled for
5  one hour. When I walked into the room, she said
6  she was not prepared so we would not be having
7  it. So although it would show up on the
8  calendar, I did not have one. Did that clarify?
9  Q  Yes. That was in 2018?
10  A  Correct. Now, in 2017 I did have one earlier in
11  the year.
12  Q  Now, tell me how the one in 2018 ended. She
13  said I'm not prepared, and what happened?
14  A  Yeah, that was actually --
15  Q  Can you tell me what page you're looking at?
16      MS. BALDWIN: 626 on Exhibit 1.
17  A  Yeah, this is where I was telling her about some
18  of the positive feedback I was getting from
19  labs, and projects; saying about the conference
20  that I'd gone to and how it was applicable to
21  the portfolio. And she just sort of cut me off
22  mid sentence. This is the autophagy thing we
23  were talking about earlier, the autophagy
24  example, which eventually the biologist did move
25  forward with anyway without us.

56 (Pages 218 - 221)

1  Q  Where are you looking at specifically, like
2     what's the date?
3  A  29th of March.
4  Q  So is that the day that was your 30-minute
5     career development discussion?
6  A  Well, it was supposed to be.
7  Q  So you actually did have a meeting with her on
8     that day?
9  A  We had a meeting, it was just not the career
10    development discussion.
11 Q  What did you expect from that conversation?
12 A  So I expected that we would talk about the
13    career map I had made; and that we would be
14    talking about aligning on expectations for what
15    a potential career path and different options
16    would look like, what gaps are to achieve those
17    goals, and how that fits into the business need
18    and how we could get there together as a team.
19 Q  Anything else you think we glossed over that
20    relates to your retaliation claim?  Any other
21    basis for your retaliation claim that we haven't
22    discussed?
23 A  I think we've touched on most of it.
24 Q  When you got a new job with Vertex, did they
25    compensate you for your relocation expenses?

1  A  Yes.
2  Q  How do you think you were damaged by Lilly's
3     conduct?
4  A  Emotionally or financially?
5  Q  Both.  In any way.
6  A  I mean, for one, I went into work every day not
7     knowing what to expect.  My boss was hostile and
8     aggressive.  I was forced to be in a hostile
9     environment, which was progressively worse over
10    the course of 12 years.  No one should have to
11    be in that sort of environment.
12 Q  As a result of that hostility, did you
13    experience any physical manifestations?
14 A  I had a constant stress headache.  I did have
15    some erectile dysfunction, so it affected my sex
16    life with my partner.
17    I still have PTSD.  When I moved out to
18    California I would wake up in the middle of the
19    night around 3:00 a.m. consistently just from
20    nightmares of things people had said and events
21    that happened, and just the --
22    I think I almost had forgotten what it was
23    like to be happy.  It was interesting, someone
24    actually the other day at work said, Oh, you
25    look so happy, you're smiling.  And it just

1     really hit me that I'm in a place now where I
2     can actually smile again.
3     I've had to move away from my family.  I
4     was born and raised in Indiana.  My entire
5     family is here.  My partner and I, we had a good
6     life.  We had a big house with a yard and two
7     dogs.  He could not get a job in San Diego, so
8     we did long-distance for a while.  And now he is
9     overseas, hoping he can eventually use that to
10    work remotely in San Diego, but that's not even
11    a guarantee.  I don't know when we'll be
12    together.  We have a 15-hour time difference, so
13    talking on the phone, if we're lucky we get to
14    talk for ten minutes a day.
15 Q  Has that been stressful, the fact that he's in
16    Shanghai and you're in San Diego?
17 A  Yeah, it's stressful.  But it's less stressful
18    than the environment I was in where I went to
19    work every day not knowing what was going to
20    happen, and even if I did what my boss asked me
21    to do last week was still going to make her
22    happy this next week, because she was treating
23    me differently than everyone else.
24 Q  When you worked under Anja Stauber, where was
25    your lab relative to where her office was?

1  A  It was on the second floor and she was on the
2     third floor.
3  Q  How often would you see her during a week?
4  A  I mean, it varied, depending on how many
5     meetings we had.
6  Q  Varied between what?
7  A  Well, she didn't come down to the lab that
8     often.  There were some meetings that were
9     standing meetings.  And then the one-on-ones
10    used to be I think monthly, and then she started
11    making them bi-weekly.  And then every now and
12    again an ad hoc meeting, so I was meeting with
13    her more and more often.
14 Q  Do you recall asking her to have more
15    one-on-ones with you?
16 A  No, I did not ask to have more one-on-ones.
17 Q  How often would you see her in a week, once or
18    twice, more often than that?
19 A  Multiple times.  Almost daily.
20 Q  Almost daily?  For how long?  Like how long each
21    day?
22 A  That just depended on everyone's schedules and
23    if we had a project team meeting.  I don't think
24    you could answer on a --
25 Q  How long would a project team meeting be?

57 (Pages 222 - 225)

1 A  So if we had like our lab leader meeting, that
2    would be an hour long.  If we had a departmental
3    meeting, depending on which week it was and
4    which departmental meeting, that could be an
5    hour and a half or it could be two hours.  It
6    just really varied depending on the week and the
7    schedule.
8 Q  Did you seek treatment -- have you been
9    diagnosed with PTSD?
10 A  My therapist said he thought that that's what I
11    had.
12 Q  And who is your therapist?
13 A  Michael -- I'm sorry, I cannot pronounce his
14    last name.
15 Q  It starts with an M?
16    MS. BALDWIN:  Yeah.
17    MS. SHELBY:  Does Maksimovich sound right?
18    THE WITNESS:  Yeah.
19 Q  Have you been diagnosed with erectile
20    dysfunction?
21 A  I talked to my doctor about that.
22 Q  Who is your doctor?
23 A  My doctor from Indianapolis, David Blackwell.
24 Q  Have you received any treatment for either PTSD
25    or ED?

1 A  My partner is in Shanghai, so I don't need a
2    treatment right now for ED.
3 Q  What about PTSD?
4 A  His suggestion, Michael's suggestion was really
5    just to focus on moving past it, which obviously
6    is why I haven't focused on the story or the
7    tapes or anything like that.  He said the sooner
8    you get past it and stop thinking about it -- he
9    just suggested some coping mechanisms on that.
10 Q  Are you continuing to see a therapist?
11 A  I call Michael every now and then.
12 Q  When is the last time you saw or talked with
13    him?
14 A  I think it was late spring or early summer, if
15    I'm not mistaken.  I'd have to go back and look.
16    It's less frequent than it used to be.  With
17    time, it's a little easier.
18 Q  Any other physical manifestations of the
19    emotional distress that you felt from the
20    conduct you experienced at Lilly?
21 A  Then or now?
22 Q  Since, at any point in time.
23 A  The biggest thing then was the constant stress
24    headache that I had and sort of that ring of
25    stress.

1 Q  Have there been other sources of stress in your
2    life?
3 A  Well, I mean, moving was stressful, but that was
4    a result of this.
5 Q  Anything else?
6 A  Other stresses?
7 Q  Yeah, other sources of stress.
8    MS. BALDWIN:  I'm going to object as to
9    vague and ambiguous.
10 A  I think my partner being in Shanghai is
11    stressful.
12 Q  Any other sources of stress in your life?
13    MS. BALDWIN:  Objection, asked and
14    answered.
15    MR. TATE:  Are you asking about things like
16    school?
17 Q  Yeah, so like anything that's unrelated to Lilly
18    that would be stressful.  It varies for every
19    person.  But like if my mother died, that would
20    be a source of stress for me.
21 A  I mean, I have to walk my dogs now and I have to
22    pick up their feces.  Sometimes it's stressful
23    like if the one dog goes around you and wraps
24    their leash around your legs and then you're
25    trying to pick up their feces, but other than

1    that --
2 Q  This wouldn't be a snarky comment, would it,
3    Dr. Willy?
4 A  No.  I'm really struggling to think of other
5    sources of stress.
6    (Defendant's Deposition Exhibit 16 was
7    marked for identification.)
8 Q  Okay.
9    I don't know if you have seen this before.
10    Have you ever seen Exhibit 16 before?
11 A  Briefly.
12 Q  These are records that we received pursuant to
13    an authorization from your therapist.  There is
14    a reference in here to extreme anxiety.  And
15    actually the line above it says, "I didn't know
16    who to turn to.  Partner left."
17    Do you know what that's about?
18 A  Oh, yeah, he went back to his place for a little
19    bit over the summer.  I was very -- yeah, he
20    went back to his place for a little bit.
21 Q  Where is his place?
22 A  Greenfield.
23 Q  Why did he leave?
24 A  We just decided to.
25 Q  Was that stressful?

58 (Pages 226 - 229)

1  A   We talked every day.
2  Q   Did you break up?
3  A   No, we didn't break up.
4  Q   So why did he decide to leave?
5      MS. BALDWIN: Objection, asked and
6  answered. Go ahead.
7  A   He thought it might be nice to just see if we
8  were meant to be together or not, so he wanted
9  to go back to his place for a little bit and
10 just see if it was meant to be.
11 Q   Then there's a reference, "Called a psychic.
12 Did this to help with anxiety."
13     What was the anxiety? Was that related to
14 your partner leaving, was that --
15 A   No, it's everything we've talked about all day
16 today.
17 Q   Okay. It says, "Felt addicted and really,
18 really anxious."
19     Do you know what that's in reference to?
20     MS. BALDWIN: Objection, asks for
21 speculation.
22 A   I'm not entirely sure.
23 Q   Did you ever tell your therapist that you felt
24 addicted?
25 A   I am not sure if I used those words.

1  Q   Did you ever feel addicted?
2  A   Feel addicted?
3  Q   Yeah, to anything.
4  A   No. I've never done drugs or anything like
5  that.
6  Q   Did you ever feel addicted to calling a psychic?
7  A   Sometimes it helped relieve the anxiety.
8  Q   Is that a yes?
9  A   I don't know if I would use the word addicted,
10 but it did help relieve the anxiety.
11 Q   Then it says, "Needed someone to talk to. It
12 felt better for someone to tell me."
13     Do you know what that's in reference to?
14     MS. BALDWIN: Objection, asks for
15 speculation. You can answer.
16 A   Yeah, I'm not sure.
17 Q   Does that resonate with anything that you were
18 experiencing at this point in time and discussed
19 with your therapist?
20     MS. BALDWIN: Objection. I'm going to ask
21 to clarify that question.
22 Q   Did you discuss anything like that with your
23 therapist?
24 A   So without knowing which date he made this
25 comment on and which session we were in, I don't

1  have the proper context to answer that.
2  Q   If you look at the top there's some information
3  that says that the session date is June 25th of
4  2018. Does that help you remember? Feel free
5  to read the whole thing if that helps.
6  A   Yeah, the only way I can interpret that is I
7  think we had talked about how I had gone to HR
8  and I'd gone to supervisors at Lilly. No one
9  was there. I felt very alone. And sometimes it
10 felt good just to talk to someone, because I had
11 no support network whatsoever at Lilly.
12 Q   It says, "Ended up spending 60,000."
13 A   Yes.
14 Q   What's that in reference to?
15 A   What we talked about earlier.
16 Q   Is that in reference to spending $60,000 to call
17 a psychic?
18 A   Correct.
19 Q   It says, "Extreme anxiety. Hasn't done it in
20 six weeks."
21     What hadn't you done in six weeks? Let me
22 just ask it this way. Is that in reference to
23 you hadn't called a psychic in six weeks?
24 A   Correct.
25 Q   When did you start calling a psychic?

1  A   I don't remember the exact date.
2  Q   What about the month?
3  A   I don't remember.
4  Q   What about the year?
5  A   Probably sometime in 2018.
6  Q   Then it says later, "Credit card company denied
7  a month's worth of charges."
8      Was that stressful for you?
9  A   No, that wasn't stressful. The credit card
10 company was helping me out. That was actually a
11 release.
12 Q   Was it stressful for you that you owed a psychic
13 $60,000?
14 A   No, I didn't owe them. That's how much I had
15 paid.
16 Q   Was that stressful?
17 A   That's not what was stressful for me. What was
18 stressful for me was not having a support
19 network at Lilly and having to turn somewhere
20 else to get the support externally.
21 Q   It says, "He is being threatened and blacked by
22 psychic now who is saying they would release
23 transcripts."
24     Do you know if the person who you spoke to
25 has transcripts of your phone calls --

59 (Pages 230 - 233)

1     MS. BALDWIN: Objection, asks for
2   speculation.
3 Q   -- or communications?
4 A   No, I don't know they actually do.
5 Q   Who is the person, the psychic who you talked
6   to?
7 A   I'm not sure.
8 Q   You don't know that person's name?
9 A   They go by an alias.
10 Q   What's their alias?
11 A   I would have to go back and check. It's one of
12   those things I've tried to move past and forgot.
13 Q   So you would call them four times daily but you
14   can't remember their alias?
15     MS. BALDWIN: Objection, asked and
16   answered. You can answer.
17 A   Yeah, I don't remember.
18 Q   Do you remember their phone number?
19 A   No.
20 Q   Do you remember how you would get in contact
21   with them?
22 A   I would call them.
23 Q   Do you still have their phone number?
24 A   I deleted it, blocked it. No.
25 Q   Did you ever talk with your psychic about what

1   was happening at Lilly?
2 A   No, not normally.
3 Q   Did you ever?
4 A   Once or twice I might have.
5 Q   What did they tell you?
6 A   Similar things that my therapist would tell me.
7 Q   What did the psychic tell you about Lilly?
8 A   I don't recall specifics.
9 Q   Generally?
10 A   In general, that people weren't there to -- that
11   I had a lack of support network there.
12 Q   Did they tell you anything about Anja Stauber?
13     MS. BALDWIN: Objection, it assumes facts
14   not in evidence that he had actually spoken to
15   them about Anja Stauber. His last statement was
16   that he really didn't speak to the psychic much
17   about Lilly. You may answer.
18 A   I don't recall.
19 Q   Did the psychic say anything to you about Anja
20   Stauber?
21 A   I don't believe so.
22 Q   Did the psychic say anything to you about Tom
23   Jones?
24 A   I don't believe so.
25 Q   Did the psychic say anything to you about Carl

1   McMillian?
2 A   No, I don't believe so.
3 Q   Did the psychic say anything to you about any
4   particular person who worked at Lilly?
5 A   I don't think so. It's possible that there was
6   a question that came up, but I don't recall
7   specifics about a specific person.
8     (Defendant's Deposition Exhibit 17 was
9   marked for identification.)
10 Q   If you look at Exhibit 17, this is a progress
11   note from your therapist, session date
12   July 6, 2018. In the additional psychotherapy
13   note section it said, "Had interviews. Decided
14   to take a job in San Diego."
15     Does this refresh your memory that you
16   would have decided to take a job with Vertex by
17   July 6 of 2018?
18     MS. BALDWIN: Objection, it assumes that
19   one of the positions that was open in San Diego
20   was actually the Vertex job. I believe he
21   alluded during that testimony that he was
22   offered another job in San Diego that he did
23   decline, so it was not Vertex. You can answer.
24 Q   Did you decide to take a job in San Diego? Did
25   you tell your therapist that you had decided to

1   take a job in San Diego?
2 A   I think we had talked about it.
3 Q   Did you tell him that on July 6, 2018?
4 A   This is the date, so yeah, so this would
5   clarify.
6 Q   Did you decide to take any job in San Diego
7   other than the Vertex job?
8 A   No. At the end of the day, the Vertex job was
9   the job I decided to take in San Diego.
10 Q   Why didn't you resign as soon as you got the job
11   and decided to take the job with Vertex?
12     MS. BALDWIN: Objection, assumes that that
13   was the job he --
14     MS. SHELBY: He just testified that it was.
15     MS. BALDWIN: You may answer.
16 A   It was a big decision, moving and leaving my
17   friends and family. And I think I really hoped
18   that everything would work out and things would
19   get better.
20 Q   Did you also wait to give your resignation
21   because you needed your name as the last author
22   on a project?
23 A   We were working on some manuscripts.
24 Q   Is that a yes?
25 A   That's not why I waited, but we were working on

1 some manuscripts.
2 (Defendant's Deposition Exhibit 18 was
3 marked for identification.)
4 Q This is Exhibit 18. This reflects a session
5 date of August 13, 2018. It says in the second
6 paragraph under the Notes, "Scheduled to meet
7 today as obviously things are getting worse."
8 It says "the yare," which must be a typo,
9 "defiantly," which I think is supposed to be
10 definitely, "not getting better. Has not
11 finished one last project. Wants to wait two to
12 three, three weeks before he resigns. Needs his
13 name on it as the last author. He wants to be
14 able to continue working on this for his career
15 long term."
16 So does this refresh your memory?
17 A I think by the time we had gotten to this point
18 in August, this was much more on my mind, so --
19 Q So that did motivate your decision to continue
20 to stay at Lilly and not submit your resignation
21 until you got this work done that you needed?
22 A So I don't recall when I had officially accepted
23 the Vertex offer. But by the time it had gotten
24 to August, I know that this was definitely on my
25 mind as to how long I should stick around.

1 MR. TATE: Are you asking to a specific
2 time as to when he had that feeling?
3 MS. SHELBY: I'm just asking why he waited
4 after he decided to take the job at Vertex, why
5 he waited to submit his resignation letter.
6 A Because I thought about not going to Vertex. I
7 thought about sticking around because I thought
8 it would go better. And then eventually I did
9 make a decision I was going to leave, but
10 eventually it was when am I going to leave.
11 Q As of July 6, 2018, I believe you testified and
12 told your therapist you decided to take a job in
13 San Diego. So I'm just trying to understand if
14 you decided that in early July, why you waited
15 to give your resignation letter?
16 MR. TATE: I'm going to object because
17 you're making an assumption that there was one
18 reason specifically and that it didn't change.
19 Q No, I'm asking for any reason. My question was
20 why did you decide to wait to leave Lilly after
21 you decided to take the job in San Diego? Why
22 did you wait?
23 A I guess the best analogy I can think of is
24 sometimes when people have a very big decision
25 to make, they go back and forth on that decision

1 and they can't decide if they want to make that
2 decision or not. And leaving Lilly was a very,
3 very difficult decision. My friends and family
4 were here.
5 So as to my thought process in that course
6 of time, what I felt on one day, what I felt the
7 next day as to whether I would leave or not, I'm
8 sorry, I don't have a time machine, I can't go
9 back and tell you exactly what I felt day by day
10 in July and August.
11 I know some days I thought maybe I could
12 make things work, maybe I could go to a
13 different department, maybe things really would
14 get better. And then I do know on other days,
15 toward the end especially -- I do know we had
16 specific conversations, too, about some
17 manuscripts. Now, why I stuck around on
18 July 15th or 6th versus August 1st or 13th, I
19 can't answer that for you.
20 Q And you don't remember when you accepted the
21 offer from Vertex?
22 A I would have to go back and look, I'm sorry.
23 Q Have you had conversations with anyone who
24 currently works at Lilly or used to work at
25 Lilly about the fact that you're filing a

1 lawsuit against Lilly?
2 A Well, a lot of people have reached out to me
3 because it was in the Indy Star, so yes. But I
4 don't give details.
5 Q Have you talked with anyone about being a
6 witness for you in this case?
7 A I've provided my attorneys a witness list, a
8 potential witness list.
9 Q But my question is whether you have had
10 conversations with anyone about serving as a
11 witness in this case?
12 A No.
13 Q You've not asked anyone to be a witness for you?
14 A Well, there are some -- Lilly members or anyone?
15 Q Anyone.
16 A There's a couple people that had to have, like
17 close friends or family, approval I believe,
18 before I could give them I think like names or
19 say would you even be comfortable.
20 Q But other than like let's say family, have you
21 had conversations with anyone along the lines of
22 would you please be a witness for me in this
23 lawsuit?
24 A No, I don't recall having approached anyone.
25 MS. SHELBY: I'm almost finished but

61 (Pages 238 - 241)

1 understand if you would like a break. Also
2 recognize that I am very, very poor about
3 self-awareness when it comes to time. I know
4 you have a flight to catch, and I'm going to be
5 very mindful of it.
6    MR. TATE: Probably keep going.
7    MS. BALDWIN: Let's keep trucking on
8 through, unless --
9    MS. SHELBY: Is that okay with you,
10 Dr. Willy?
11    THE WITNESS: Yes.
12    MS. SHELBY: Is that okay with you?
13    COURT REPORTER: Yes.
14 BY MS. SHELBY:
15 Q Are you seeking any moving expenses from Lilly
16   as a result of your lawsuit?
17 A I'm not sure.
18    (Defendant's Deposition Exhibit 19 was
19   marked for identification.)
20 Q Exhibit 19 are the initial disclosures that were
21   filed in this action on your behalf. The pages
22   aren't numbered. But if you turn to the third
23   from last page there's an initial computation of
24   damages. Under item No. 2 for compensatory
25   damages in parentheses, there's a reference to

1 moving expenses. Are there any moving expenses
2   that you believe Lilly should compensate you
3   for?
4 A Sorry, I don't know if I'm on the third to the
5   last page.
6 Q It's a page that looks like this.
7 A I don't know how to answer that right now. I
8   haven't talked that out with anyone.
9 Q Your moving expenses were covered; correct, by
10   Vertex?
11 A Some of them.
12 Q Were there any that weren't?
13 A I would have to go back and look. I mean, there
14   were some that were not.
15 Q Like what?
16 A As I said, I'd have to go back and look.
17    MS. SHELBY: May I make this an exhibit to
18   the deposition?
19    MS. BALDWIN: What is it?
20    MS. SHELBY: It's just been a while since I
21   looked at the protective order.
22    MS. BALDWIN: No objection.
23    (Defendant's Deposition Exhibit 20 was
24   marked for identification.)
25 Q Do you recognize Exhibit 20?

1 A Taxes, yes.
2 Q The first page has expenses paid to employee as
3   totaling $26,609.74. Is that an amount that
4   Vertex paid to you associated with your
5   relocation from Indianapolis to San Diego?
6 A No, I believe -- I would have to go through item
7   by item. I believe certain items were paid to
8   like third-party contractors if I'm not
9   mistaken.
10 Q Then if you look below that, it says "expenses
11   paid to other."
12 A Oh, maybe it is paid to me then. Yeah. So some
13   of this might have been reimbursement and some
14   of this might have been paid to me, yeah.
15 Q But the total expenses that Vertex paid
16   associated with your relocation totaled
17   $52,098.83.
18 A That's what this says, so it sounds correct.
19 Q As you sit here today --
20 A Sorry, I haven't looked at this document in too
21   much detail.
22 Q That's fine. As you sit here today, can you
23   remember any other moving expenses that were not
24   paid to you or reimbursed?
25 A Probably most of them were around my partner and

1 the refinancing of our house. As far as getting
2   out there specifically, I'm not entirely sure
3   off the top of my head.
4 Q The refinancing of your house in San Diego?
5 A Because we couldn't move at the same time. We
6   had two separate houses to sell.
7    MR. TATE: You mean your Indiana house?
8   Which one did you refinance?
9 Q I'm just trying to understand how your
10   refinancing is related to your moving.
11 A We couldn't move at the same time.
12 Q So why did you need to refinance?
13 A Because we both had a house here. And for him
14   to get out there, we had to sell our houses, but
15   we couldn't move at the same time.
16 Q So you had to refinance?
17 A Well, when he moved to China, he needed -- yeah,
18   we refinanced to put both of our names on the
19   house.
20 Q In San Diego?
21 A Yeah.
22 Q And you think Lilly should have to pay for that?
23 A I don't know if that's for me to decide.
24 Q Well, are you asking for that?
25 A Like I said, we haven't had in-depth

1    conversations about this. And I wouldn't have
2    had to go to San Diego and my partner wouldn't
3    have had to go to Shanghai if all this hadn't
4    happened.
5 Q  You mentioned that there was an Indianapolis
6    Star article. Did you ever talk to a reporter
7    about that?
8 A  No.
9 Q  Do you have any idea how the Indianapolis Star
10   picked up that story?
11 A  I don't.
12 Q  Did you ask anybody to reach out to the
13   Indianapolis Star on your behalf?
14 A  No, I thought it would be best if I didn't reach
15   out to them.
16 Q  Has anyone had any conversations with you about
17   Steve Fry speaking about your lawsuit, other
18   than your lawyers?
19 A  People sent me messages after it happened, so
20   I've heard that it had happened. I did not
21   comment, but I've heard that it happened.
22 Q  How did they send you messages?
23 A  Either a phone call or a text message.
24 Q  Who sent you a text message.
25 A  Pam Elmore.

1 Q  Did anyone else send you any kind of text
2   message, email, Facebook message related to
3   Steve Fry?
4 A  Related to Steve Fry?
5 Q  And his comments.
6 A  You know, I do feel like there was one other
7   person, but I'm sorry, I can't remember the
8   name.
9 Q  That's fine. Who called you?
10 A  Oh, Pam and I talked on the phone.
11 Q  Did you talk with anyone else about comments
12   that Steve Fry made?
13 A  No.
14 Q  What did Pam Elmore tell you about the comments
15   that Steve Fry made?
16 A  Mostly when we talked on the phone, we just
17   caught up. So she kept it very brief about the
18   comments that Steve Fry made.
19 Q  What did she say?
20 A  I don't recall the comment specifically, just
21   that it had happened.
22 Q  That what happened?
23 A  That he went into a large group meeting and
24   talked about the lawsuit.
25 Q  And that's all you can remember her saying?

1 A  That's all I recall her saying.
2 Q  What about anybody else who contacted you about
3   Steve Fry?
4 A  That's all I recall. I thought it was best
5   if -- and especially if people do reach out on
6   like LinkedIn or a text message or Facebook, I
7   always feel it's best that I don't really
8   respond.
9 Q  So let me ask it this way. Understanding that
10   you may not have responded, what other
11   communication did you receive about Steve Fry?
12 A  With regards to this specifically?
13 Q  At all.
14 A  I don't think I received any other except for
15   the one person's name I can't remember.
16 Q  What kind of communication was that?
17 A  I think it was a text message. I think. Sorry.
18 Q  I know you produced a Facebook message, but I
19   don't think it was related to Steve Fry, but I
20   could be wrong. I'm just trying to figure out
21   if it's that or something else.
22      MS. SHELBY: I would like to take maybe a
23   brief five-minute break, and then I think I can
24   wrap up.
25      (A recess was taken between at 3:45 p.m.

1   and 3:53 p.m.)
2 BY MS. SHELBY:
3 Q  I have just like a couple more questions. Do
4   you still have your initial disclosures in front
5   of you?
6      MS. BALDWIN: Exhibit 19.
7 Q  Yes. There are some individuals listed. Other
8   than of course yourself and then No. 2, 3, 4,
9   and 5, which appear to be your friends or your
10   family members. So 6 forward, have you had any
11   conversations with any of these individuals
12   since your employment at Lilly ended about the
13   claims in your lawsuit?
14 A  About the claims?
15 Q  Yes. Let's do it this way. No. 10 is Nada
16   Alakhras. We've not heard her name before.
17   What information might she have?
18 A  She confided in me before I left that she was
19   also observing some hostility from her
20   supervisor.
21 Q  Who was also Anja Stauber?
22 A  Laurent.
23 Q  Oh, who was Laurent.
24 A  Yeah.
25 Q  Did you encourage her to report that to Lilly

1  HR?
2  A  No, at the end of the day I told her that --
3  well, if there was anything -- I said if there
4  was anything that was an ethical violation, you
5  do need to go to HR. Despite what I had been
6  through, I still felt like that was the right
7  thing to do.
8  She had confided in me to tell me that she
9  had another job offer and she asked me what to
10  do. And I said, You need to do what's right for
11  you.
12  Q  No. 17, Dan Daraighi. What information does he
13  have about your claims?
14  A  So he knew -- I mean, I never talked to him
15  about the lawsuit per se. I only talked to him
16  while I was a Lilly employee. So he knew some
17  of the actions that were going on. Specifically
18  what I told him I don't recall off the top of my
19  head, but --
20  Q  Have you had any conversations with him since
21  your employment ended?
22  A  Not about the lawsuit. I think maybe one email
23  just like, sort of like, Hey, how is it going,
24  or a LinkedIn message or something, but not
25  regards to anything with the lawsuit.

1  Q  Was he a supervisor to you?
2  A  No, he was in a different department. We worked
3  on a project together.
4  Q  What about Frank Dorsey, what was his job at
5  Lilly while you were there?
6  A  He was in oncology and then he moved to the
7  Autoimmune Department, so he was in two
8  different worlds. But he was in biology. His
9  wife did report to Anja.
10  Q  Who is his wife?
11  A  Meredith Steeves.
12  Q  Have you had any conversations with Frank Dorsey
13  since your employment ended?
14  A  No, not since I left.
15  Q  Emiko Kreklau, I think we've mentioned once.
16  Have you had any conversations with her since
17  your employment at Lilly ended?
18  A  I have talked to her and I've had lunch with
19  her.
20  Q  Did you discuss your lawsuit or any of the facts
21  that form the basis of it?
22  A  I don't think we've talked about the lawsuit. I
23  have actually asked her how to navigate the CDA.
24  She helped set up the CDA after I left, because
25  she is in charge of the sort of Protect Lilly

1  and the confidentiality agreements and that
2  whole security system. So I wanted to make sure
3  as I set that up I was following all the rules
4  and I wasn't violating any policies.
5  Q  Did you ever have any conversations with her
6  since you left Lilly about the allegations that
7  form the basis of your complaint?
8  A  I don't believe so.
9  Q  Debra Luffer-Atlas, have you had any
10  conversations with her since your employment
11  ended?
12  A  No.
13  Q  Armando Irizarry, have you had any conversations
14  with him since your employment with Lilly ended?
15  A  We do email with regards to manuscripts, but not
16  with regards to the lawsuit.
17  Q  Amy Usborne?
18  A  No, I have not talked to her.
19  Q  What was her role when you were still at Lilly?
20  A  She was a pathologist.
21  Q  Was she in Anja's department?
22  A  Armando's.
23  Q  David Clark, have you had any conversations with
24  him since your employment at Lilly ended?
25  A  No.

1  Q  What was his job?
2  A  He was a tox project leader. He reported to
3  Anja.
4  Q  Erin Dotlitch, D-O-T-L-I-T-C-H, did you have any
5  conversations with her since your employment
6  with Lilly ended?
7  A  She did reach out to me because she was going to
8  be in San Diego. I was traveling for work, so
9  we weren't able to connect, but that's the
10  extent of it. It wasn't about the lawsuit or
11  anything.
12  Q  What was her job at Lilly?
13  A  That's a good question.
14  Q  Do you know what department she was in?
15  A  We knew each other through PRIDE.
16  Q  Got it.
17  Jonathan Scott?
18  A  We knew each other through PRIDE. I haven't
19  talked to him since I left.
20  Q  Rick Bahr, I'm guessing you have not had any
21  conversations with him since your employment at
22  Lilly ended?
23  A  I wished him a happy birthday.
24  Q  Okay.
25  Tara Elysse -- I'm sure what would be a

64 (Pages 250 - 253)

1    beautifully pronounced possibly French last
2    name.
3  A  I've not talked to her.
4  Q  And who is she or was she when you worked at
5    Lilly?
6  A  She was a scientist in Biology, and I also knew
7    her through PRIDE.
8        MS. SHELBY:  Those are all of my questions.
9    Thank you.
10        MR. TATE:  No questions.  We'll take
11    signature on that.
12        (Time noted:  4:00 p.m.)
13
14        AND FURTHER DEPONENT SAITH NOT.
15
16
17
18
19
20
21
22
23
24
25

---

1 STATE OF INDIANA        )
                          ) SS:
2 COUNTY OF MARION        )
3
4     I, Craig Williams, RPR, CMRS, a Notary Public
5  in and for the County of Marion, State of Indiana,
6  at large, do hereby certify that
7  JEFFREY ALLEN WILLY, the deponent herein, was by me
8  first duly sworn to tell the truth, the whole
9  truth, and nothing but the truth in the
10  aforementioned matter;
11     That the foregoing deposition was taken on
12  behalf of the Defendant, at the offices of Tate
13  Bowen Daugherty Funk Spandau, 156 E. Market Street,
14  Suite 300, Indianapolis, Marion County, Indiana, on
15  the 10th day of October, 2019, at 9:00 a.m.,
16  pursuant to the Federal Rules of Civil Procedure;
17     That said deposition was taken down in
18  stenograph notes and translated into an English
19  transcript under my direction, and that said
20  transcript is a true record of the testimony given
21  by the said deponent; and that signature was
22  requested by the deponent and all parties present;
23     That the parties were represented by their
24  counsel as aforementioned.
25     I do further certify that I am a disinterested

---

1    person in this cause of action, that I am not a
2    relative or attorney of either party or otherwise
3    interested in the event of this action, and that I
4    am not in the employ of the attorneys for any
5    party.
6        IN WITNESS WHEREOF, I have hereunto set my
7    hand and affixed my notarial seal on this 15th day
8    of October, 2019.
9
10
11        N O T A R Y   P U B L I C
12
13 My Commission Expires:
14 January 14, 2024
15 County of Residence:
16 Marion County
17
18
19
20
21
22
23
24
25

---

1        Veritext Legal Solutions
              1100 Superior Ave
2                Suite 1820
             Cleveland, Ohio 44114
3            Phone: 216-523-1313
4
   October 23, 2019
5
   To: Brandon Tate, Esq.
6
   Case Name: Willy, Jeffrey A. v. Eli Lilly & Company
7
   Veritext Reference Number: 3504754
8
   Witness:  Jeffrey Allen Willy     Deposition Date:  10/10/2019
9
10  Dear Sir/Madam:
11
    Enclosed please find a deposition transcript.  Please have the witness
12
    review the transcript and note any changes or corrections on the
13
    included errata sheet, indicating the page, line number, change, and
14
    the reason for the change.  Have the witness' signature notarized and
15
    forward the completed page(s) back to us at the Production address
16  shown
17  above, or email to production-midwest@veritext.com.
18
    If the errata is not returned within thirty days of your receipt of
19
    this letter, the reading and signing will be deemed waived.
20
21  Sincerely,
22  Production Department
23
24
25  NO NOTARY REQUIRED IN CA

---

65 (Pages 254 - 257)

DEPOSITION REVIEW
CERTIFICATION OF WITNESS

ASSIGNMENT REFERENCE NO: 3504754
CASE NAME: Willy, Jeffrey A. v. Eli Lilly & Company
DATE OF DEPOSITION: 10/10/2019
WITNESS' NAME: Jeffrey Allen Willy
In accordance with the Rules of Civil
Procedure, I have read the entire transcript of
my testimony or it has been read to me.
I have made no changes to the testimony
as transcribed by the court reporter.

_____
Date            Jeffrey Allen Willy
    Sworn to and subscribed before me, a
Notary Public in and for the State and County,
the referenced witness did personally appear
and acknowledge that:

    They have read the transcript;
    They signed the foregoing Sworn
        Statement; and
    Their execution of this Statement is of
        their free act and deed.

    I have affixed my name and official seal

this _____ day of _____, 20____.

                    _____
                    Notary Public

                    _____
                    Commission Expiration Date

---

DEPOSITION REVIEW
CERTIFICATION OF WITNESS

ASSIGNMENT REFERENCE NO: 3504754
CASE NAME: Willy, Jeffrey A. v. Eli Lilly & Company
DATE OF DEPOSITION: 10/10/2019
WITNESS' NAME: Jeffrey Allen Willy
In accordance with the Rules of Civil
Procedure, I have read the entire transcript of
my testimony or it has been read to me.
    I have listed my changes on the attached
Errata Sheet, listing page and line numbers as
well as the reason(s) for the change(s).
    I request that these changes be entered
as part of the record of my testimony.

    I have executed the Errata Sheet, as well
as this Certificate, and request and authorize
that both be appended to the transcript of my
testimony and be incorporated therein.

_____
Date            Jeffrey Allen Willy

    Sworn to and subscribed before me, a
Notary Public in and for the State and County,
the referenced witness did personally appear
and acknowledge that:
    They have read the transcript;
    They have listed all of their corrections
        in the appended Errata Sheet;
    They signed the foregoing Sworn
        Statement; and
    Their execution of this Statement is of
        their free act and deed.
    I have affixed my name and official seal
this _____ day of _____, 20____.

                    _____
                    Notary Public

                    _____
                    Commission Expiration Date

---

ERRATA SHEET
VERITEXT LEGAL SOLUTIONS MIDWEST
    ASSIGNMENT NO: 3504754
PAGE/LINE(S) /       CHANGE       /REASON
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

_____   _____
Date            Jeffrey Allen Willy
SUBSCRIBED AND SWORN TO BEFORE ME THIS _____
DAY OF _____, 20_____ .
_____
    Notary Public

_____
    Commission Expiration Date

| **&** |
|---|
| **&**   2:8 257:6 258:3 259:3 |

| **0** |
|---|
| **03934**   1:3 |

| **1** |
|---|
| **1**   3:11 47:4,7 54:5 60:3 74:1 103:15 116:17 136:3 148:9,18,22 154:3 156:18 190:25 221:16 |
| **1/31/17**   3:16 |
| **10**   3:15 100:15,17 249:15 |
| **10/10/2019**   257:8 258:3 259:3 |
| **100**   3:15 106:19 |
| **102'ish**   211:24 |
| **10:00**   45:21 |
| **10:11**   45:22 |
| **10th**   1:17 255:15 |
| **11**   3:16 111:1,3 136:22 137:5,6,8 145:22 |
| **1100**   257:1 |
| **111**   3:16 |
| **11:24**   93:1 |
| **11:32**   93:2 |
| **12**   3:16 166:14,16 223:10 |
| **12:24**   129:19 |
| **12:34**   129:20 |
| **13**   3:17 189:20,23 238:5 |
| **13th**   240:18 |
| **14**   3:17 192:4,6 256:14 |
| **15**   3:18 215:17 224:12 |

**15,000**   212:18
**150**   213:25
**156**   1:17 2:5 255:13
**15th**   240:18 256:7
**16**   3:18 229:6,10
**166**   3:16
**17**   3:19 137:7 144:6 236:8,10 250:12
**173**   212:10
**18**   3:19 143:21 144:6,21 145:16 238:2,4
**1820**   257:2
**189**   3:17
**19**   3:20 242:18,20 249:6
**192**   3:17
**1982**   10:4
**1:18**   1:3
**1:37**   176:19
**1st**   240:18

| **2** |
|---|
| **2**   3:11 54:20 58:18 58:21,21 60:4 85:8,22 86:14 100:22 101:4,10 103:15 136:3 242:24 249:8 |
| **20**   3:20 243:23,25 258:16 259:22 260:22 |
| **200**   210:23 |
| **2001**   11:16 |
| **2006**   12:3,9 14:13 14:19 16:1 212:1 |
| **2007**   3:11 12:9 26:8,18 38:1 54:5 54:8 57:18 58:22 59:4 61:11,15 |

64:7,13 67:4,10
**2008**   3:12 54:10 55:19 57:18 61:19 61:25 62:9 64:16 67:4,10
**2009**   3:12 30:2 32:18 42:6 48:1,4 48:6,7,10,11,14,15 48:17 58:13 62:14 63:4 64:4 67:4,10 67:12 71:6 216:12 216:21,22,25
**2009-2010**   31:12
**2010**   3:13 12:25 30:2 32:18 42:7 71:6 73:12,19 77:8,19
**2011**   3:13 73:23 74:9 76:13 77:2,3 81:19
**2012**   3:14 13:4 74:15 76:19 77:3 77:4,20,23 80:9,10 81:16 83:22 102:15
**2014**   3:14 84:9 86:1
**2015**   3:15 86:8
**2016**   3:15 13:15 96:8 100:17 102:16 103:10,16 110:24,25 120:19 120:20 122:3 127:25 131:1 135:6 143:6 185:1
**2017**   3:16 46:24 109:1 110:23 111:6 114:8 116:18 117:17,25 118:2,3,6,7,22 136:4,18,24 137:8

139:10,15,22
140:7 141:1,2,4
143:2,5,7,21
144:21 145:4,16
146:3 148:13,18
166:18 170:23
171:5 185:1
221:10
**2018**   29:18,20 32:4 46:24 57:7 113:24 114:1,2,5 116:14 136:1 137:5,22 141:4,5,7 142:22 143:1,2 145:4 154:3 156:18 157:14 174:23 176:1 180:4 190:9 192:9 203:1 212:12 221:9,12 232:4 233:5 236:12,17 237:3 238:5 239:11
**2019**   1:18 214:12 255:15 256:8 257:4
**2024**   256:14
**21158**   256:10
**215**   3:18
**216-523-1313**   257:3
**229**   3:18
**23**   257:4
**236**   3:19
**238**   3:19
**24**   192:9 216:2
**242**   3:20
**243**   3:20
**24th**   10:4
**2500**   2:13
**25th**   232:3

**26**  116:18
**26,609.74.**  244:3
**27**  147:1 148:13
**28**  216:6
**29**  146:3 187:10,17
  217:19
**29th**  186:3 222:3
**2:07**  176:20

**3**

**3**  3:12 60:4 61:17
  61:19 62:21
  166:20 249:8
**30**  214:21 220:8
  221:3 222:4
**300**  1:17 2:5,13
  255:14
**30th**  185:25
**31**  111:6
**317.237.1377**  2:14
**317.296.5294**  2:6
**317.871.1948**  2:9
**33**  217:23
**35**  218:18
**3504754**  257:7
  258:2 259:2 260:2
**3695**  10:6
**3:00**  223:19
**3:30**  203:22
**3:45**  248:25
**3:53**  249:1

**4**

**4**  3:2,12 62:12,14
  249:8
**44114**  257:2
**46204**  2:5,14
**46220**  2:9
**46239**  10:13
**47**  3:11
**4820**  10:12

**4:00**  203:23
  254:12

**5**

**5**  3:13 73:10,12
  249:9
**50**  62:22
**52,098.83.**  244:17
**58**  3:11

**6**

**6**  3:13 73:21,23
  74:1 136:4 236:12
  236:17 237:3
  239:11 249:10
**6/25/18**  3:18
**60**  212:3
**60,000**  232:12,16
  233:13
**61**  3:12
**62**  3:12
**625**  154:3
**626**  187:11 221:16
**627**  187:11
**6856**  2:8
**6th**  240:18

**7**

**7**  3:14 76:15,17,19
  79:6,7
**7/6/18**  3:19
**73**  3:13,13
**76**  3:14
**77**  20:18

**8**

**8**  3:14 84:6,8
**8/13/18**  3:19
**8/24/18**  3:17
**8/7/18**  3:17
**84**  3:14
**86**  3:15

**9**

**9**  3:15 86:6,8
**92130**  10:7
**9:00**  1:18 255:15

**a**

**a.m.**  1:18 45:21,22
  93:1,2 223:19
  255:15
**aa**  202:10,13
**abc**  199:16
**ability**  6:18,21
  7:23 8:2 118:12
**able**  8:15 9:5
  10:23 15:1,17,18
  60:16 64:10 83:2
  83:8 102:4 104:23
  106:1 152:3 161:6
  166:25 167:8
  171:1 191:7
  199:15 215:11
  238:14 253:9
**abruptly**  151:11
**academia**  95:6
**accept**  126:2
**accepted**  23:5 80:3
  210:16 238:22
  240:20
**accepting**  52:9
**access**  23:13
  175:19
**accomplished**
  59:14 80:2 101:1
  168:15
**accountability**
  38:25
**accumulation**  73:1
**accurate**  164:5
**achieve**  222:16
**achieved**  77:8

**acknowledge**
  258:11 259:16
**acronym**  18:3
**acronyms**  99:23
**act**  24:12 258:14
  259:20
**acting**  214:6
**action**  242:21
  256:1,3
**actions**  250:17
**activities**  80:7
  146:12 214:10
**activity**  218:13
**actual**  46:3 172:17
  184:22
**ad**  203:19 225:12
**add**  14:6
**added**  72:23
**addicted**  230:17
  230:24 231:1,2,6,9
**addition**  140:25
**additional**  236:12
**address**  10:5,8,10
  10:11,14,21 11:3
  257:15
**adherence**  85:12
**adjunct**  153:8
**adme**  118:24
  132:7,9,13,16
  147:10,11,18
**admin**  205:9
**administrative**
  204:13
**admitted**  177:22
**adriana**  2:12 4:10
**adriana.figueroa**
  2:15
**adult**  189:9
**advance**  80:5
**advanced**  16:7,9
  16:16,20,21 17:2

17:20,21 18:4
82:10
**advantageous**
82:11
**adversely** 50:19
50:20
**advice** 31:1 116:20
131:16,20 156:15
159:14
**advised** 185:21
**advocates** 97:2
**affect** 51:6 72:6
**affiliated** 145:25
**affixed** 256:7
258:15 259:21
**aforementioned**
255:10,24
**afternoon** 203:20
**afterward** 29:10
**agenda** 180:19
**aggressive** 43:7,23
83:15 116:7
154:13 156:17,20
156:23 157:11
158:5,21 170:16
182:20 187:2
195:23 223:8
**ago** 4:8 17:6 36:24
42:17 50:10 67:6
129:10 146:23
210:15
**agree** 166:22,23
167:4,24 196:12
196:12 197:9,9
**agreed** 90:22
**agreements** 252:1
**ahead** 33:8 38:9
44:6,25 91:8
94:13 103:9
150:25 171:13
218:5 230:6

**alakhras** 249:16
**alias** 234:9,10,14
**align** 82:23 154:16
**aligned** 60:10
72:23 107:17
139:6 170:14
172:9,9
**aligning** 170:15
222:14
**alignment** 82:15
**allegation** 217:9
**allegations** 135:22
216:1 252:6
**alleges** 217:23
**alleging** 33:22
216:16
**allen** 1:12,14 4:1
4:14 85:4 255:7
257:8 258:4,9
259:4,13 260:20
**allow** 91:22
**allowed** 172:17
179:4,9 212:8
**allows** 161:13
**alluded** 236:21
**ally** 51:21,23
**alter** 164:1
**altered** 164:3
**amanda** 2:12 3:3
4:6,8
**amanda.shelby**
2:15
**ambiguous** 89:5
89:15 90:3,14,16
90:19,22 96:22
97:8 98:19 167:22
228:9
**amount** 210:21,22
244:3
**amounts** 88:22

**amy** 194:4 198:6
198:18 199:14,18
252:17
**analogy** 239:23
**analysis** 175:9
**analyze** 175:13
**andrew** 173:1
**anja** 66:1 86:25
87:1,5,10,17 93:7
93:9,12,20,25 94:3
97:3,22 98:1 99:4
100:19 102:11
103:11 104:16
105:3 106:18
107:21 108:9,21
109:15,24 110:8
111:5,8,13 112:5
114:10,20 116:15
116:18,24 117:10
117:17,24 118:5,7
120:2,4 121:13,19
124:8 127:20,21
129:22,24 130:5
130:12,13,14
131:3 132:20
133:5 137:9 138:1
145:15 146:5,13
148:7 151:15
153:4 154:5
155:10,19,22
156:17 159:9,23
159:24 161:15
162:12,20,23
166:20 167:15
168:3,8 169:13
170:18 172:3
176:9 177:7,9,20
178:11,16 179:17
180:17 181:8,13
182:19 184:25
187:10,17 188:25

189:13 192:8,14
192:16 194:19,22
195:2,17 201:25
202:16,25 203:7
204:9,15 205:6
220:5,18,25
224:24 235:12,15
235:19 249:21
251:9 253:3
**anja's** 98:7 100:22
108:18 131:10
179:18 252:21
**annoying** 114:24
**annual** 220:14
**answer** 5:2,13,16
21:18 33:8 44:6
44:25 52:13 65:25
70:3,7,18 71:2
77:25 78:12,13,13
79:2 83:19 87:14
87:22 88:18 89:5
90:3,17 91:8
95:17 96:23 97:9
98:4,20 99:9
107:16 118:12
128:9,10 151:13
169:7 173:14
176:7 179:2
200:24 218:5
225:24 231:15
232:1 234:16
235:17 236:23
237:15 240:19
243:7
**answered** 44:25
91:18 92:16 103:4
103:9 156:9
200:23 228:14
230:6 234:16
**answering** 6:5

**answers** 5:4 8:11
9:17 199:12
**anthony** 165:2
190:1
**anticipate** 5:11
**antigay** 79:14
116:21 117:18
118:6,16
**antsy** 112:17
**anxiety** 157:15
229:14 230:12,13
231:7,10 232:19
**anxious** 230:18
**anybody** 57:15
67:6 68:15 92:14
193:17 200:25
205:2 246:12
248:2
**anymore** 15:17
34:21
**anytime** 6:3 67:11
**anyway** 113:4
221:25
**apart** 201:22
**apologize** 37:1
135:10
**appalling** 43:14
**appear** 101:11
249:9 258:11
259:15
**appearances** 2:1
**appeared** 90:13
**appears** 74:11
**appended** 259:11
259:18
**applicable** 221:20
**application** 17:15
20:12 63:19
**applied** 14:4 22:4
207:7 211:13

**apply** 16:2 21:6,7
205:22 206:10,14
207:1,16 208:3
211:16
**applying** 20:11
207:8
**appreciate** 64:22
69:8 82:19 101:23
101:23 165:20
169:5 214:23
**approached**
177:20,21 241:24
**approaching**
116:3
**appropriate** 93:13
**appropriately**
74:19
**approval** 71:20,23
145:17 241:17
**approve** 80:24
81:4,7 145:15
209:12
**approved** 81:9
145:19,20
**approximate**
210:22 212:9
**approximately**
212:10 216:22
**april** 186:1
**arbitrarily** 89:7
**arbitrary** 89:22
**area** 55:6 107:5,18
**areas** 103:24
**argue** 39:7
**armando** 90:20
153:12 252:13
**armando's** 252:22
**arrested** 9:22
**article** 246:6
**aside** 201:11

**asked** 6:5 13:1
20:10 29:15 30:3
30:11 31:2 32:1
44:24 64:17 78:6
78:8,9 91:7 92:15
102:1 103:3,8
104:13 105:6
119:12 121:8
122:18,24 135:1
139:25 143:22
145:10 146:6,17
149:13 154:16,17
155:17 156:8
157:16 158:1
162:12 165:12
167:20,23 169:18
177:19 179:1
188:12,14,19
189:14,16 190:16
190:18,21 197:8
197:11 199:9
200:22 201:15,24
203:15,19,22
224:20 228:13
230:5 234:15
241:13 250:9
251:23
**asking** 5:11 31:1
36:17 70:13 105:4
110:9 118:4
127:14 145:2
163:4 168:7 183:7
190:11 193:2,6,7
193:13,16,18
199:3,17 203:5
225:14 228:15
239:1,3,19 245:24
**asks** 90:16 230:20
231:14 234:1
**aspects** 74:16

**ass** 125:10
**assay** 23:1 75:23
173:4
**assays** 25:2 75:1
75:25 76:1
**assessment** 74:6,8
74:10 85:16
158:13 163:6,7
168:14 200:15,20
201:2
**assignment** 11:7
258:2 259:2 260:2
**assistant** 204:13
**associate** 59:2
61:23 95:1 111:8
208:22
**associated** 11:21
190:13 244:4,16
**associates** 88:8
179:2
**assumed** 195:12
**assumes** 235:13
236:18 237:12
**assumption**
239:17
**astrazeneca**
206:15 207:1,7
208:17 209:7
**atl** 14:18 17:15,25
18:3,16,18 19:23
20:3,17 25:24
28:14,14,16 29:3
71:14 75:19
105:13 106:3,9,14
106:15
**atlas** 118:23
130:10 132:5
147:2 252:9
**attached** 259:7
**attempting** 172:13

**attend** 109:9,11
**attendance** 153:2
153:3 180:6
**attention** 113:8
128:14
**attorney** 4:8
159:14,16,20
256:2
**attorney's** 159:17
**attorneys** 241:7
256:4
**audentes** 206:19
206:20,21 207:12
209:24
**audible** 5:4
**august** 137:5,6,8
145:22 160:17
192:9 202:5 238:5
238:18,24 240:10
240:18
**author** 237:21
238:13
**authority** 108:17
**authorization**
229:13
**authorize** 259:11
**autoimmune**
251:7
**automatic** 96:18
96:24
**automatically**
66:14 67:1 77:9
96:20
**autophagy** 172:24
173:6,11,16,25
174:16 221:22,23
**available** 23:20
**ave** 257:1
**avenue** 2:8
**avoid** 102:19,25

**awarding** 66:11
**aware** 46:22,23
47:2,2 57:6 78:22
91:14 98:14
133:16 150:22
151:1 185:12
**awareness** 242:3

**b**

**b** 26:24 256:11
**bachelor's** 11:24
11:25 88:9
**back** 8:9,16 18:1
19:9 22:16 32:15
35:12,20 38:24
39:10 43:10 65:4
79:4 80:18 81:10
82:13,14 92:12
100:4 103:14
112:23 116:17
123:23 138:22,24
141:22,23 142:7
145:5 148:9 150:6
163:12,22 165:12
165:16 173:18
178:22 182:4
191:9,17 212:1
217:12 227:15
229:18,20 230:9
234:11 239:25
240:9,22 243:13
243:16 257:15
**background** 10:2
**bad** 125:25 157:14
157:24 158:18
**bags** 15:9
**bahr** 120:24
133:12,25 135:2,7
135:11 185:11,24
186:2 187:25
188:2,5 253:20

**baker** 2:13 4:9
20:8,21,25 22:8,12
24:20 25:10,16
27:18 29:24 33:21
34:5,18,25 36:12
38:6,15 39:10
40:21 42:5 44:3
44:19 45:3,25
46:6 47:17 48:9
48:21,25 49:8
50:4 51:19 52:3
52:10,19,21 53:1,2
54:22 55:6,9
58:14 59:8 61:1
66:18 71:25 78:2
78:6 79:8 80:24
81:1,16 85:13,17
86:11,15,23,24
87:5,17 105:16,19
107:10 114:15,18
115:2 116:15,19
116:25 120:2
121:14 124:6,11
124:14 126:4
130:11 131:6
146:9 148:15
155:2,22 175:18
177:8,15,23 179:8
180:8 218:19
**baker's** 25:8 35:5
35:9 37:4,21 40:7
46:1 67:10 74:8
81:4 85:9 114:22
**balance** 141:16
**balanced** 163:5
**balcony** 157:22
**baldwin** 2:7,8
21:17 27:23 33:6
44:5,24 45:9,18
52:12 60:16 65:24
70:2,6,17 71:1

75:16 77:24 79:1
83:18 87:13 88:17
89:4,14 90:2,15
91:7 92:15 96:21
97:7 98:3,18 99:8
100:12 101:6,16
103:3,8 108:14
109:17,22 118:9
129:6,11 133:1
134:15 150:24
151:12 153:5,22
156:8 162:14
184:8 193:18
198:13 199:4
200:22 218:3
221:16 226:16
228:8,13 230:5,20
231:14,20 234:1
234:15 235:13
236:18 237:12,15
242:7 243:19,22
249:6
**baltimore** 144:9
**bank** 14:14,23
**banking** 14:25
**bankruptcy** 9:24
**bart** 22:8 23:1
54:17,18,19,25
55:11,13,24 56:12
56:19,21 67:22
68:5,15,18,19
69:19,21 70:15
**bart's** 54:25 55:2,3
55:16 56:5,5
**base** 219:25
**based** 18:13,20
23:3,8 25:2,9
30:20 51:23 63:3
64:7 66:22,22
77:1 84:3 88:12
88:16,21 89:22

92:10 102:13
119:5 153:13
168:18 169:15
179:15,19 208:2
216:21
**basically** 72:25
94:16 149:11
**basis** 104:11 110:3
179:6 219:14
222:21 251:21
252:7
**bates** 154:2
**bcc'd** 94:16
**beam** 206:15,17
207:10 209:2,14
209:20
**beautifully** 254:1
**becoming** 18:7
58:11 154:13
156:17,19 188:14
203:3
**began** 12:10
103:11
**beginning** 83:6
165:13
**behalf** 1:16 242:21
246:13 255:12
**behaving** 185:20
**behavior** 149:25
154:12 182:12,17
**behaviors** 59:21
154:23 156:1
185:19
**believe** 12:9,25
16:1,6,8,21 17:19
20:22 26:8,12
28:1 31:5,7 36:19
39:8 40:3,24
41:11 48:12,18
49:5,22 50:14,22
62:24 63:14 70:21

71:24 74:7 96:9
97:25 98:11
100:14 109:1,12
110:2,4 111:17
114:7 118:25
124:13 134:5,19
134:25,25 140:8
147:11 148:1
158:16 165:8
166:19 168:3,4
178:6,16,17
182:23 185:13
187:12 188:3,3,8
189:14 191:21,23
194:6 197:4 199:9
205:25 210:2
218:10 220:4,7
235:21,24 236:2
236:20 239:11
241:17 243:2
244:6,7 252:8
**believed** 34:4
**bell** 133:17 191:12
**belongings** 195:6
**beneath** 85:2
**benefits** 21:20
217:25 218:10
**benhok** 133:17
148:10 185:13
**bernice** 133:24
165:2,9 188:19
190:1,21 191:9,17
**best** 28:2 30:16
48:15 94:13
111:23,25 112:11
115:23 117:2,6
128:10 200:1
239:23 246:14
248:4,7
**better** 18:2 31:20
68:11 158:7

199:24 200:10,12
219:12 231:12
237:19 238:10
239:8 240:14
**beyond** 36:23
146:21 163:1
**bi** 225:11
**big** 58:12 131:16
156:11 158:15
224:6 237:16
239:24
**bigger** 205:2
**biggest** 170:2
227:23
**binding** 197:16
**biochemistry**
13:13
**biologist** 174:1,9
221:24
**biology** 12:17
13:13 19:17,19
251:8 254:6
**birth** 10:3
**birthday** 253:23
**bit** 27:10 83:7
90:22 93:6 95:20
113:7 120:10
149:21 175:19
195:11 200:2
204:4 215:16
229:19,20 230:9
**blacked** 233:21
**blackwell** 226:23
**blocked** 234:24
**blurry** 143:2
**bmw.law** 2:10
**body** 53:5
**bonus** 64:24,25
65:9 212:16,17
**bonuses** 65:6,8
212:15

**book** 24:6,7,8,10
24:16 85:13
**bored** 214:17
**born** 224:4
**boss** 58:2 108:6
223:7 224:20
**boss's** 128:23
**boston** 207:11
209:15
**bottom** 154:3
**boulevard** 10:12
**bowen** 1:16 2:4
255:13
**box** 79:25
**brad** 32:16,17,21
34:2,11,19,21
35:21,22 38:16
**brandon** 2:4,6
257:5
**break** 6:3,6 45:10
45:13,16,18 92:25
108:15 129:10,14
166:13 176:14,18
176:23 230:2,3
242:1 248:23
**breakfast** 194:10
**breaking** 158:19
**brianna** 120:7,8
133:5 194:6
**bridget** 147:9,10
**brief** 9:10 194:25
247:17 248:23
**briefly** 229:11
**bring** 43:18,21,21
52:6 113:7 146:10
149:15
**bringing** 153:17
**broader** 74:15
**broken** 217:11
**brought** 41:22
50:25 51:12 77:16

90:5 101:24 105:3
128:14 161:20
181:14 182:1
195:11 200:7,8
211:8
**bru** 32:15
**budget** 15:21
88:16 108:2,3
153:13,19
**build** 83:1
**building** 20:18
35:12 38:17
**bullet** 85:5
**burger** 32:16
**business** 139:20
140:6,12 144:23
170:9 171:12
172:8 196:25
222:17
**busy** 101:13
**butt** 121:1 125:17

**c**

**c** 253:4 256:11
**ca** 257:25
**cafeteria** 69:3
**calendar** 177:11
221:8
**caliber** 97:16
**california** 10:7
144:21 214:25
223:18
**call** 30:5,14,17
57:8 79:15 171:3
187:25 188:1,6
227:11 232:16
234:13,22 246:23
**called** 16:7,21
19:16 25:8 26:25
29:18 30:9 57:9
63:1 80:21 84:16
85:3,8 95:1 133:9

133:10,13 135:21
188:4,7,8 206:17
230:11 232:23
247:9
**calling** 29:13,23
32:3 126:9 133:1
231:6 232:25
**calls** 21:17 27:23
33:7 44:5 52:12
63:10 65:24 70:2
70:6,17 71:1
75:16 77:24 79:1
83:18 87:13 88:17
89:14 96:21 97:8
98:3,19 99:8
100:12 101:6,16
109:17,22 128:7
134:15 150:24
151:12 153:5,22
162:14 164:25
165:7,23,24 166:4
186:19 198:14
233:25
**caminito** 10:6
**canada** 145:6
**cancel** 203:17
**canceled** 202:25
203:18
**canceling** 204:7
**captured** 163:4
187:10,13,15
197:4
**car** 195:6,9
**carbon** 192:9
**card** 233:6,9
**care** 7:10,14 167:1
**career** 33:9 50:17
58:1 62:6 127:6
148:16 149:16,18
150:17 178:18,22
214:6,15 220:5,14

220:18,24 222:5,9
222:13,15 238:14
**carl** 97:4 99:13
108:6,11 118:25
132:7,10,14
145:19 147:12
150:20,23 151:9
165:1,5,8 235:25
**carl's** 97:12
135:13,18
**carmel** 10:6
**carried** 107:20
**carry** 103:25
**case** 1:3 76:24
241:6,11 257:6
258:3 259:3
**casually** 134:1,3
**catch** 242:4
**caught** 204:1
247:17
**cause** 256:1
**caused** 183:2
**cautioned** 150:1
150:16
**cda** 251:23,24
**cell** 25:2,9 30:20
51:23 195:8
**center** 173:12,16
**certain** 24:13
66:14,16 98:15
102:10 138:15
154:11 244:7
**certificate** 13:19
14:6 259:11
**certification** 258:1
259:1
**certifications**
13:18
**certify** 255:6,25
**chain** 41:6

**chair** 55:1 56:12
140:1 143:7,11,14
**chairing** 139:24
**challenging** 34:9
126:3
**chance** 86:17
101:12 111:10
169:2
**chances** 128:19
**change** 24:21 27:9
53:6 61:5 63:2
72:12 150:10
170:3 172:5
182:11,17 214:15
239:18 257:13,14
259:8 260:3
**changed** 27:5
62:25 87:2 109:4
148:1 196:15,17
196:19,22 199:20
199:21,22,24
**changes** 200:4
257:12 258:7
259:7,9
**characterization**
161:19
**characterize**
160:12
**characterized**
172:3
**charge** 108:2
251:25
**charges** 233:7
**chase** 14:14
**chat** 111:18 112:1
**check** 196:7,8
234:11
**children** 10:19,20
**china** 245:17
**choose** 207:16

chose 32:24,25
chronology 128:1
129:3
chuck 172:25
194:8
circumstances
182:23 205:1
city 213:22
civil 1:18 255:16
258:5 259:5
claim 33:18 41:9
128:5 219:24
220:1 222:20,21
claiming 219:14
claims 4:23 33:17
249:13,14 250:13
clarification 53:21
166:25 167:8,23
clarified 53:12
clarify 16:3 53:14
92:1,3 167:21
185:7 211:17
221:2,8 231:21
237:5
clarifying 188:9
clark 252:23
cleaning 112:21
clear 21:22 51:22
89:23 90:23
131:15,17 152:6
154:18 162:1
179:2 181:2
clearly 156:22
201:6
cleveland 257:2
close 55:7 123:13
194:13 207:21
241:17
closed 73:7
closely 172:25

closest 204:6
closet 126:2
closeted 123:9
127:18
closure 3:17
189:25
cmrs 1:15 255:4
coach 154:8,10,21
155:11,14,21,23
coast 144:15
coffee 122:14
colleague 4:10
134:5
colleagues 123:14
194:14
collecting 158:4
college 7:2 11:19
come 16:2 21:9
34:7 51:4 77:7
80:16 96:14 97:12
126:2 141:21
149:8 157:8,17
196:10 203:5
204:20 213:20
225:7
comes 242:3
comfortable 33:15
115:10 116:3
197:17,20,23
241:19
coming 15:11
56:13 78:19 213:2
command 41:7
comment 26:21
29:6,24 30:22
31:22,24 32:11,13
34:19 35:10 36:2
36:13 37:18,21,25
38:5,8,15,18 39:2
42:6,8,13 43:5,22
43:25 44:22 45:2

48:9,11 50:3,13
52:16 53:18 54:7
54:16 55:19 56:2
56:25 57:13,13
58:6,8 67:9,10,22
67:25 68:16 69:21
89:9 90:4,9 91:12
102:1 112:6,8
114:14,21 115:5,9
115:11 116:10,21
117:20,23 136:19
149:5 159:3
163:17 166:24
167:22 168:12
196:2 201:9,11
229:2 231:25
246:21 247:20
comments 29:14
29:17 30:21 36:3
40:8,11,15,16,18
40:20 43:10 44:10
49:9,12,15,21 50:1
50:7,9 51:14,15
56:21 57:18,24,24
58:4,5,6 59:11
67:18 79:14,23
84:2 85:4,6,10,14
86:15 88:19 89:11
89:22,24 92:8
98:6 100:21,22
102:8,12,20,24
117:4,16,18,21,21
118:6,17,20
121:17 123:5
156:23,24 158:23
166:20 167:16
168:6,10,16,20,22
169:13 247:5,11
247:14,18
commercial
213:17,20,25

214:2,4
commission
256:13 258:19
259:25 260:25
committed 139:24
committee 81:3
common 96:10,13
communication
175:20 248:11,16
communications
113:22 114:6
234:3
community
137:10
companies 207:16
208:6,14
company 1:7 4:18
14:15 16:18,22,23
18:25 32:17 39:24
40:1 84:24 99:22
99:25 128:16,24
172:9 194:15,21
202:23 203:11,15
233:6,10 257:6
258:3 259:3
compared 153:3
153:20
compares 153:7
compelled 201:17
compensate
222:25 243:2
compensation
217:24 218:1
compensations
218:8
compensatory
242:24
competent 41:23
competitive 63:8
77:6

competitor 193:3
193:9,11,12,14,15
193:19,21
complained 220:2
complaint 128:2,4
129:3 181:12,15
182:10,15,25
183:4 185:6,8
215:20,23 216:19
217:9 252:7
complete 72:14
77:11 101:12
completed 42:9
44:20 48:3,5
59:11,13,16,17,20
61:1 74:13 77:15
77:18 78:22 79:8
80:1 85:14 100:19
257:15
completely 169:5
completing 101:4
completion 74:18
74:20 78:24
compliance 18:25
compliant 3:18
complicated
141:16 175:7
compound 108:14
comprehend 73:4
compromises
24:10
computation
242:23
computer 121:9
concerned 30:25
concerns 31:11
32:9 178:8 188:11
190:2
conclusion 128:8
182:8

condition 7:22 8:1
conduct 84:3
123:6 223:3
227:20
conference 120:1
120:6,16,17,19,23
130:8,15 131:1,11
132:24 134:7,20
137:21,24 138:2,5
138:16 139:8,18
139:21,23 140:2
141:21 142:2,5,7
143:8,11,14
144:13 145:8
146:2 151:20,23
152:2,12,15,18
153:2,11 173:18
173:21 221:19
conferences
138:12,15,20
139:10,14,18
141:1,3 142:21,25
143:21 144:5,20
144:22 145:4,16
151:15 152:9
153:10,16,21
173:19
confided 124:6,17
127:9 249:18
250:8
confidential 43:2
127:15 172:20
confidentiality
252:1
confined 30:20
confirm 163:12
conflict 82:18
confrontational
83:15 116:6
confused 123:21

confusing 125:23
125:24 138:25
connect 101:9
253:9
connected 14:17
16:6,25
connecticut 211:2
consider 217:7
considering
137:21 214:15
consistency 139:1
consistent 59:3
88:23 160:5
188:14
consistently
223:19
consortia 140:11
140:13,20 143:13
143:25
constant 223:14
227:23
constructing
101:13
consulting 215:4
contact 234:20
contacted 248:2
contending 216:20
218:1
context 35:9 126:5
159:6 195:16
217:14 232:1
continue 15:18
74:16 238:14,19
continuing 96:2
227:10
contract 14:15
15:3,6,8,25 16:4
16:15 105:2
contractor 12:12
12:13 16:24 17:15
17:25 18:7,9,22

19:5,10,14,18,21
20:7,16 25:24
28:14,15,16 29:3
104:21 105:13,16
105:19,22,24,25
106:9,17 110:17
contractors 16:17
16:19 18:13,14
75:19 106:3,14,15
110:15 244:8
control 15:10
175:15
conversation
20:13 38:3,21,22
39:11,15 45:4
46:5 47:3 48:19
50:24 52:18,19,22
52:25 53:9,10
56:11 111:20
112:4,11 114:13
122:25 126:13
135:22 143:9
147:4 155:4,7,10
155:19,24 156:5
156:16 162:2,11
162:25 164:1,10
164:22 165:1
169:20 181:13,21
181:25 182:7
185:15 187:8,10
187:13 189:5,8
192:17,23 193:8
194:24 195:1
201:22 222:11
conversations 9:4
47:20 52:2 81:15
89:6 90:19 91:3
91:23 92:1,5,13
93:25 94:5,6 98:9
98:12 104:2,19
106:21 107:16

124:20 125:1
131:22 135:16
138:1 154:11
159:9,12,15,23
160:21 164:8,9,12
165:5 182:5
190:20 209:25
240:16,23 241:10
241:21 246:1,16
249:11 250:20
251:12,16 252:5
252:10,13,23
253:5,21
**convert** 63:9
**converted** 63:5,17
63:23
**cool** 149:3,3,7
**coping** 227:9
**copy** 23:9,11,17
189:22 190:25
192:9
**core** 80:6 203:21
203:21
**cornwell** 148:4
**corporate** 84:19
**correct** 7:11 8:13
8:17,20 9:7 12:19
12:20 20:5,20
26:6 29:21 32:7
35:1 37:3,5 50:5
54:4,21,23 56:1
57:10 59:10 60:6
60:11 62:19 77:21
81:24,25 84:15
85:11,14,15,20
86:12 96:7 99:4,5
100:19,20 124:21
136:2,17 140:22
148:11 152:13,16
179:12 181:8
183:17 185:2,5

196:21 202:2
203:7 221:10
232:18,24 243:9
244:18
**corrections** 257:12
259:17
**correctly** 111:11
191:14
**correspondence**
192:1 202:14
**correspondents**
197:1
**cost** 66:8 140:2
153:10
**counsel** 9:16 45:12
176:17 199:9
255:24
**count** 104:6
108:13
**county** 1:15,17
255:2,5,14 256:15
256:16 258:10
259:15
**couple** 14:11,16
61:7 78:21 102:8
108:8 133:7 164:9
180:20 216:1
241:16 249:3
**course** 79:7
223:10 240:5
249:8
**coursework** 72:18
72:21
**court** 1:1 5:3 47:6
58:20 76:17
242:13 258:7
**covance** 33:10
**covered** 81:13
84:5 102:10 132:4
168:24,25 169:9
219:19,22,23

243:9
**craig** 1:15 255:4
**create** 51:2 80:20
82:7
**created** 63:17
80:22 81:2 128:1
181:18 195:20
196:5
**creating** 146:6,14
146:16
**creation** 80:25
81:1
**credit** 233:6,9
**crime** 9:22
**crispr** 151:20,20
152:11
**criteria** 66:11 89:2
97:3
**cross** 66:4
**crossed** 206:4
**cry** 158:20
**cube** 55:13,13,16
55:23 142:13
**cubicles** 55:12
**cuff** 101:14
**curiosity** 14:1
**current** 10:5,21
11:3 30:24
**currently** 7:5
10:17 240:24
**customers** 105:8
**cut** 101:11 131:17
157:3 162:2,7
163:20,21 221:21
**cuts** 15:21 160:3,6
**cv** 1:3 145:5

**d**

**d** 253:4
**dad** 214:1
**daily** 225:19,20
234:13

**damaged** 223:2
**damages** 242:24
242:25
**dan** 250:12
**daniels** 2:13 4:9
**daraighi** 250:12
**data** 56:6,8 76:8
153:15 158:4
163:15 175:4,4,13
175:17,20
**date** 10:3 84:18
137:1 159:21
180:3 185:16
205:21 222:2
231:24 232:3
233:1 236:11
237:4 238:5 257:8
258:3,9,19 259:3
259:13,25 260:20
260:25
**dated** 3:16,17,17
3:18,19,19 54:10
192:9
**daugherty** 1:16
2:4 255:13
**dave** 35:3,8 120:15
121:18 123:12,16
123:19,23 124:7
124:11,15,18
125:10,14,16
126:5,9,12 127:17
127:21,23 128:3,6
129:2,23 130:9,11
130:12,13,25
131:4,18 132:2,8
132:16,19,24
133:6 134:18,23
**david** 226:23
252:23
**day** 1:17 26:11
36:16 68:2 69:4

121:5 133:13
138:16 151:2,11
151:20 188:8
192:16,19 193:1
194:19 195:4,11
195:25 196:1
203:20 204:5
222:4,8 223:6,24
224:14,19 225:21
230:1,15 237:8
240:6,7,9,9 250:2
255:15 256:7
258:16 259:22
260:22
**days** 112:25
141:10,20 149:8
240:11,14 257:18
**de** 42:15,19,24
43:1
**deal** 121:17
**dear** 257:10
**deb** 118:22 120:1
120:4 121:14
130:10 131:8
132:5,13 133:5
147:2,5 148:13,24
149:2
**deb's** 131:13
**debated** 149:21
150:6
**debra** 252:9
**december** 114:8
148:18,22
**decide** 15:4 66:21
114:8 159:11
206:1 230:4
236:24 237:6
239:20 240:1
245:23
**decided** 107:12,14
113:20 164:7,25

165:6 166:1,6
177:16 187:4
229:24 236:13,16
236:25 237:9,11
239:4,12,14,21
**deciding** 89:3
**decision** 67:2
87:11 107:13
108:9,16,19 172:5
177:5,10,13
179:14,18 237:16
238:19 239:9,24
239:25 240:2,3
**decisions** 89:22
106:25 108:3,12
138:25 211:10
**decline** 236:23
**dedicated** 110:15
**deed** 258:14
259:20
**deemed** 257:19
**defect** 173:6
**defendant** 1:8,16
2:11 255:12
**defendant's** 3:10
47:4 58:18 61:17
62:12 73:10,21
76:15 84:6 86:6
100:15 111:1
166:14 189:20
192:4 215:17
229:6 236:8 238:2
242:18 243:23
**defiantly** 238:9
**define** 88:5 193:12
193:15
**defined** 84:23
**definitely** 22:1
43:5 47:2 49:18
133:23 204:24
238:10,24

**deflated** 34:8,10
**degree** 12:8,11,14
12:16,23,24 13:11
13:12 14:2,3,4,6
15:2 71:9,18 72:2
72:12 77:7,8,17
81:14
**degrees** 12:4,6
13:16 78:19 82:10
**deleted** 234:24
**deliver** 175:14
**delivering** 154:6
**delivery** 175:4
**demoting** 92:10
**denied** 217:23
218:2,11 233:6
**department** 16:12
16:13 18:15 19:14
25:4,6 43:19
88:23 89:17 91:22
95:13 96:25
103:18 107:5,7
108:18 181:19
240:13 251:2,7
252:21 253:14
257:22
**departmental**
226:2,4
**departments**
132:11
**depended** 225:22
**depending** 44:9
95:12,13 225:4
226:3,6
**depends** 77:12
**deponent** 254:14
255:7,21,22
**deposed** 4:25
**deposition** 1:12,14
3:10 8:4 9:18 47:4
58:18 61:17 62:12

73:10,21 76:15
84:6 86:6 100:15
111:1 166:14
189:20 192:4
215:17 229:6
236:8 238:2
242:18 243:18,23
255:11,17 257:8
257:11 258:1,3
259:1,3
**depositions** 8:16
183:6
**depth** 218:4
245:25
**derogatory** 113:2
113:4 168:22
169:15
**describe** 115:23
200:1
**described** 44:7
107:22 195:24
**describing** 142:10
**design** 204:2
**designated** 106:4
**desk** 35:20 38:11
54:25 55:1,2,3
56:5,5,13 76:7
111:18 192:16
**despite** 250:5
**detail** 244:21
**detailed** 128:1
**details** 36:22
98:21 136:11,14
136:14 241:4
**develop** 25:1
171:18 173:5
**developing** 75:1
105:10 152:1
175:5
**development** 60:7
74:16 75:24 220:5

220:14,18 222:5
222:10
**diagnosed**  226:9
226:19
**died**  228:19
**diego**  7:9 10:6,11
11:5 144:20 207:5
207:15 211:8,9
224:7,10,16
236:14,19,22,24
237:1,6,9 239:13
239:21 244:5
245:4,20 246:2
253:8
**difference**  94:24
95:18 224:12
**different**  11:6
24:10 27:8 55:13
55:25 65:21 84:10
84:12 91:11,16
95:12,15 132:10
132:15 133:21
135:14 164:4
191:1 199:8,10
217:7 222:15
240:13 251:2,8
**differently**  34:13
42:10 59:18 74:14
170:4 204:25
219:15 220:1
224:23
**difficult**  125:9
240:3
**diminished**  104:25
**direct**  3:2 4:5
40:25 78:12
105:18,21,23
149:17 155:4,7,9
155:19 156:5,15
167:13 193:18

**directed**  53:22
191:16
**directing**  53:18,24
**direction**  127:11
154:18 173:9
255:19
**directly**  39:5
53:11 70:19
106:15 116:4
147:12 151:9
**director**  37:7 39:8
44:16 93:12,14
113:22 114:6
116:1 135:12,17
145:21 208:22
210:19
**directors**  87:2
**disagree**  60:14,20
60:21 62:2,4,8
64:1 73:16 74:2,3
79:8 85:23 86:15
100:22,24 166:21
167:24 168:1,10
196:12 197:9
**disappointed**
43:11
**disciplinary**
184:12
**discipline**  184:2,6
**disciplined**  183:19
183:21,23 213:7
**disclose**  33:3
188:20
**disclosed**  188:22
219:19
**disclosures**  3:20
242:20 249:4
**discourage**  139:4
139:7,9
**discriminated**
34:12

**discrimination**
23:24
**discriminatory**
29:17 49:12 104:7
104:12 117:21
119:4
**discuss**  104:2
231:22 251:20
**discussed**  72:3,5
168:17 211:15
218:14,15,17
219:17,18,25
222:22 231:18
**discussion**  41:22
41:24,25 43:16
45:7,25 48:16,20
48:25 49:8 51:1
58:13 150:9 158:9
161:2,14 162:3
170:1 220:5,18
222:5,10
**discussions**  65:17
89:18 90:7,25
91:1,10,19 97:1
106:12 149:23
163:16 177:3
220:14
**disengaged**  188:16
**disinterested**
255:25
**dismiss**  157:9
**disposition**  132:9
**dissertation**  13:10
72:15 82:4 83:4
109:6,25 110:9
**distance**  224:8
**distinction**  122:24
**distinguished**
99:15
**distress**  227:19

**distributed**  106:13
106:14
**district**  1:1,1
**diversity**  40:4 41:4
41:17
**division**  1:2
132:15
**dml**  1:3
**doctor**  7:9 226:21
226:22,23
**document**  46:3
47:15 58:20,23
59:6 60:17 61:9
61:20 62:3,15
63:3 64:11 73:13
73:24 76:20 84:9
86:9 101:5 163:9
166:18 167:22
184:15 195:21
196:6 197:3,4,6,17
198:9,10,12
199:16,20 200:9
202:9 217:15
244:20
**documentation**
85:9,21 86:14
97:18
**documented**  9:3
**documents**  8:8,14
8:18,19,21 84:13
128:20 163:2
**dog**  228:23
**dogs**  11:1 211:8
224:7 228:21
**doing**  15:20 42:12
45:9 63:14,16,16
94:15,19 112:25
115:6 124:18
128:18 136:17
139:6 155:1
156:20 161:16,23

176:12 178:1
197:1 199:18
203:24
**dollar** 88:21
**domestic** 141:3
142:21 143:22,23
144:5 145:3,20
**dorsey** 173:1
194:8 251:4,12
**dotlitch** 253:4
**double** 94:1 96:4
96:11
**doubt** 109:15,21
109:24
**downtown** 20:19
**dr** 4:7 7:7 176:22
199:15 229:3
242:10
**draft** 97:24,25
98:2,10 198:12
**drama** 146:6,14
146:16
**draw** 182:8
**drawer** 56:3,23
57:1
**driven** 163:15
**drug** 74:16 132:9
**drugs** 231:4
**drum** 15:15
**due** 84:18 178:6,8
178:19
**duly** 4:2 255:8
**duration** 20:9,14
21:2,16,20 22:13
22:19
**dynamic** 211:4
**dysfunction**
223:15 226:20

**e**

**e** 1:17 2:5 99:21
255:13
**ear** 150:21
**earlier** 57:8,9
77:22 117:24
149:13 161:2
164:18 178:18,22
182:4 184:21
189:3 196:8 218:4
221:10,23 232:15
**early** 32:1 100:6
136:1 160:10,11
160:16,22 186:1
202:4 227:14
239:14
**earn** 215:12
**earning** 215:13
**easier** 64:21 79:24
124:5 227:17
**east** 144:15
**eastman** 11:21
12:1 13:19 14:9
**easy** 40:23
**ed** 226:25 227:2
**editing** 98:2,7
**education** 11:17
65:21 71:12 88:13
**eeoc** 128:22
204:23
**eight** 95:11 128:1
**eiq** 116:20 117:1,8
117:11
**either** 7:2 12:9
15:24 35:21 71:11
145:19 147:11
167:13 169:13
202:4 226:24
246:23 256:2
**elephant** 181:17

**eli** 1:7 4:18 257:6
258:3 259:3
**eligible** 59:24
65:14,19 212:24
213:1
**elmore** 32:16,21
34:2,11,19,21
38:16 246:25
247:14
**elysse** 253:25
**email** 3:16,17 8:23
9:8 20:8 21:1
94:15 111:5,14,19
114:5 122:13,22
123:1 128:25
136:22 138:3
190:4,7,12 192:1,8
192:15 195:18
197:24 201:13
202:1,16 204:12
204:15 205:11
247:2 250:22
252:15 257:17
**emailed** 20:21
188:13 202:6
**emails** 9:10,13,17
121:7,11 122:8,11
122:19,21 123:5
124:14 127:25
131:3 158:10
178:11 188:16
191:16 196:25
**emiko** 251:15
**emotional** 117:9
227:19
**emotionally** 223:4
**employ** 256:4
**employed** 12:10
12:12 24:17 67:12
212:5

**employee** 13:5
15:8,25,25,25
17:23 20:9,15
21:16,21 23:10,18
29:3 85:3 130:18
130:20 131:11
161:12 198:25
244:2 250:16
**employee's** 201:2
**employees** 18:17
24:3 41:5 86:3
140:15,16 189:5
**employment** 15:14
22:13 61:8 201:12
205:13 208:13,16
211:14,23 212:11
249:12 250:21
251:13,17 252:10
252:14,24 253:5
253:21
**enclave** 186:4,6,9
186:10,12,13,14
186:22,25 187:5
187:19,21 188:1
192:18
**enclosed** 257:11
**encourage** 21:5
249:25
**encourages** 160:19
**endeavor** 215:11
**ended** 20:13 61:8
204:5 211:14,22
221:12 232:12
249:12 250:21
251:13,17 252:11
252:14,24 253:6
253:22
**ends** 192:20
**endurance** 45:11
**engage** 198:3
217:10,12

engaged 65:3 109:3 162:11
engagement 65:4 217:15 218:12
engle 32:16 34:20 35:2 38:16 68:23 69:19 70:23
english 255:18
entered 60:5,8 84:17 85:6,7 259:9
entire 43:19 63:2 155:24 198:22 199:2 213:23 224:4 258:5 259:5
entirely 17:23 42:16 49:2 87:21 90:21 145:17 163:21 191:15 206:6 230:22 245:2
entry 54:5,10 116:17 136:3,18 137:5 145:22 146:3,22 147:1 148:19 154:2 172:22
environment 33:25 51:3 57:22 79:16 121:16 195:23,25 223:9 223:11 224:18
equal 158:16 169:19,25 189:4
equality 158:17
equally 169:22 189:5
equity 65:11,22,23 66:7,11,15 67:1 212:20

erectile 223:15 226:19
eric 107:9
erin 253:4
errata 257:13,18 259:7,10,18 260:1
especially 89:17 139:5 206:8 240:15 248:5
espinoza 19:25
esq 257:5
establish 105:7
established 93:14 93:15
ethical 24:14 250:4
evaluating 97:5
evaluation 60:15 63:25 212:13
evaluations 61:6 76:25
evan 194:11
evening 204:11
event 114:7 130:19,21 256:3
events 9:3 30:10 126:22 133:15,19 185:19 223:20
eventually 27:6 29:11,12,18 57:5 96:3 105:23 116:13 120:1 138:6,7 171:21 191:13,15 221:24 224:9 239:8,10
everybody 140:18
everyone's 225:22
evidence 27:24 219:18 235:14
evident 27:11

exact 25:25 32:10 32:14 40:5 41:3 41:11,20 45:2 51:10 65:2 87:4 94:21 113:2 114:4 115:16 126:11 130:22,24 137:1 180:3 205:21 233:1
exactly 7:3 56:4 75:13 95:7 110:22 114:25 115:1,3 127:1 130:23 135:9 156:13 157:3 240:9
examination 1:14 3:1,2 4:5
examined 4:4
example 21:25 30:22 57:4 79:20 95:11,21 97:3 125:11 138:15 142:14 149:12 157:6 191:3 221:24
exchange 8:19 204:15
exchanged 8:18 124:14
exchanges 8:23 9:9
excited 52:4 66:5 114:12 137:15,17 173:23
exclude 177:5,23 179:14,18
excluded 105:1 106:21 176:24 177:1 178:3,10,13 179:23 180:23 182:9,13,24 183:3

excludes 126:24
excluding 170:7 178:16 180:17
excuse 189:2,9
excused 158:17 189:7
executed 259:10
execution 258:14 259:19
exhibit 3:10,11,11 3:12,12,13,13,14 3:14,15,15,16,16 3:17,17,18,18,19 3:19,20,20 47:4,7 54:5 58:18,21,21 61:17,19 62:12,14 62:21 73:10,12,21 73:23 74:1 76:15 76:17,19 79:6,7 84:6,8 86:6,8 100:15,17 103:15 111:1,3 116:17 136:3,22 148:9 155:25 166:14,16 189:20,23 190:25 192:4,6 215:17 221:16 229:6,10 236:8,10 238:2,4 242:18,20 243:17 243:23,25 249:6
exhibiting 154:12 154:23
exhibits 3:9
expect 79:17 196:1 222:11 223:7
expectations 85:19 86:4 95:15 97:11 154:17 170:14 185:4 222:14

expected 161:2 222:12

expense 3:20 68:6 68:20

expenses 82:1 222:25 242:15 243:1,1,9 244:2,10 244:15,23

experience 77:5 88:12 116:20 177:23,25 179:3 217:3 223:13

experienced 227:20

experiencing 231:18

experiment 82:3

experimental 76:8

experiments 75:19 75:21 204:2

expertise 25:3 107:18 151:25 173:7 174:15 208:2

expiration 258:19 259:25 260:25

expires 256:13

explain 94:24

explained 95:25 97:10,11 102:3 153:12

explanation 138:19

explore 94:14 215:10

extent 24:15 26:1 33:20,24 57:14 66:20 87:16 89:16 113:1 126:10 253:10

external 24:14 99:20 100:5 153:25 171:17 175:14,16

externally 233:20

extreme 157:15 229:14 232:19

extremely 15:6

eye 53:25 154:14 158:23

eyes 157:7 200:9 200:18

**f**

face 111:9

facebook 247:2 248:6,18

fact 104:8 224:15 240:25

factory 14:16 15:12 16:15

facts 158:4 163:14 235:13 251:20

faegre 2:13 4:9

faegrebd.com 2:15,15

fag 38:13 56:15,23 57:2

fags 29:25 30:24 31:24 32:12 35:15 35:17 41:7 50:3 50:12 52:15 53:8 53:13 58:7

fair 89:1 100:1 158:13,15 160:22 163:5,24 164:6 166:3 169:18,25 174:19 189:3 192:2,3 200:4,15 200:17,20 201:2

fairly 130:6 169:21

fall 16:1 109:1 137:25 170:23 171:5

falls 168:23

false 128:20 163:14

familiar 24:6,7 61:10 86:5 133:18 189:24

family 7:14 206:8 207:21 224:3,5 237:17 240:3 241:17,20 249:10

far 47:1 66:21 168:21,23 188:21 205:6 209:23 210:6 245:1

favorable 200:5,6 219:6

fde 22:1,4,11 23:5 23:21 24:19,21,24 25:1,5,10,15 26:4 26:7 27:2,19 38:5 54:13 58:14 59:2 59:4 61:23,25 62:18 63:6,9,18 67:5,8 71:8,13,14 71:15 72:8 84:1

fdes 63:23,24

feasibly 91:12

february 136:4

feces 228:22,25

federal 1:18 255:16

feedback 39:20,23 40:2,3,6 42:9 44:3 46:1,4,7 48:22 49:10 66:4 162:8 167:11 170:11 196:13 221:18

feeds 153:18

feel 33:14 36:7,8 37:19 52:1,6 79:14 115:9 116:3 116:25 117:4,5,16 137:2 149:5 197:17,19,22 204:24 211:4 231:1,2,6 232:4 247:6 248:7

feeling 89:10 239:2

feelings 89:12,23 89:24

feels 83:14

fellow 99:15 118:24

felt 33:13 34:9,11 49:17 50:20 51:1 67:7 71:5 102:9 115:6 116:6 124:18 125:25 146:7 149:9 168:17 169:14 183:14 188:23 192:12 201:17 227:19 230:17,23 231:12 232:9,10 240:6,6,9 250:6

fewer 104:8

fifty 212:3

figueroa 2:12 4:10

figure 104:14 118:5 141:20 181:20 248:20

figuring 153:11

file 184:16

filed 4:11 9:24 215:23 242:21

filing 240:25

**fill** 22:2 63:19 197:13 198:2
**filled** 48:14 50:15 85:18 197:25
**filling** 197:17,20 197:23
**final** 108:3,9,16,19 175:4,12
**finally** 124:6
**financially** 223:4
**find** 11:5 21:11 65:15 116:23 119:1,3 202:14 211:7 257:11
**finding** 56:3,22 57:1 105:9 122:14
**fine** 4:21 7:18 20:3 28:8 45:17 74:10 114:3 129:8 143:19 169:6,8 170:24 172:19 176:13 180:21 199:5 202:7 244:22 247:9
**finia's** 120:11
**finish** 5:12,16 6:4
**finished** 66:2 72:19 78:8,9 86:21 93:6,10 96:16 143:9 238:11 241:25
**finishing** 72:6 143:3,5 195:7
**fire** 128:25 195:17 201:25 204:23
**fired** 150:23 201:13 202:21,22 205:4
**first** 14:8 25:18,19 26:12,13,14,17 31:8 47:25 49:23

52:5 54:5 59:12 60:12,25 62:3 64:1 73:15 79:7 79:25 84:16 97:24 97:25 105:21 114:7 122:17 133:10,13 135:21 138:6,8 151:5 202:8 215:20 220:25 244:2 255:8
**fishers** 7:15
**fit** 21:11 26:2 28:11 208:1,5 210:10
**fits** 222:17
**five** 212:3 248:23
**fix** 181:20
**fixed** 20:9,14 21:1 21:15,20 22:1,13 22:19
**flagged** 75:9
**flamboyant** 35:17 53:13,19
**flight** 242:4
**floor** 20:18 112:17 225:1,2
**fly** 209:8
**focus** 25:15 40:13 227:5
**focused** 72:21,25 74:17 102:16 107:18 227:6
**focusing** 152:1
**follow** 18:23 114:13 127:25 133:14 135:22
**followed** 186:5,7 186:11
**following** 252:3

**follows** 4:4
**food** 120:25
**forced** 223:8
**foregoing** 255:11 258:13 259:18
**forever** 35:14
**forgot** 234:12
**forgotten** 223:22
**form** 251:21 252:7
**formal** 184:15
**format** 5:2 84:12
**forth** 8:9,16 150:6 239:25
**forward** 174:4,7 221:25 249:10 257:15
**found** 25:12 33:9 38:8,10 56:14 65:13 67:14 102:13 104:17 161:17 169:23,24 170:3 177:19 179:20
**four** 21:24 22:15 87:3 121:22 216:23 234:13
**frame** 31:12 67:11
**francisco** 207:13 210:24
**frank** 251:4,12
**frankfort** 144:2
**free** 139:5 232:4 258:14 259:20
**french** 254:1
**frequent** 157:19 182:19 203:3 227:16
**friday** 202:5,11 205:10
**friends** 123:13 213:21 237:17

240:3 241:17 249:9
**front** 55:3 98:23 249:4
**fry** 246:17 247:3,4 247:12,15,18 248:3,11,19
**fte** 58:17 62:24 63:4,6,9,13,17,18 104:6
**ftes** 63:23
**full** 151:5 168:14 196:24
**fully** 106:2 118:12 197:4
**function** 95:14
**functional** 66:4
**functions** 95:22
**funk** 1:16 2:4 255:13
**funny** 69:7
**further** 209:4 254:14 255:25
**future** 76:18 213:2 214:22
**fuzzy** 60:18

## g

**gap** 107:19 173:5
**gaps** 107:4,6,12 222:16
**gay** 26:1 28:11 38:10 41:13 54:8 56:14 68:6 89:16 90:6 91:11,15 92:21 104:17 108:22 117:25 118:2 123:9 137:10 145:24 149:4 169:22 170:4,21 179:5,9 179:20

**gays** 68:20
**gender** 34:15
**general** 10:1 83:14
 138:10 235:10
**generally** 71:17
 169:17 235:9
**generating** 75:25
 76:8
**genetics** 11:25
**gerke** 105:17
**germany** 144:2
**getting** 20:13
 65:22 66:3 72:11
 80:5 82:2 94:8
 98:5 101:20
 102:16 105:8,11
 113:15 120:25
 154:16,18 159:13
 171:14 175:13
 183:24 190:5,22
 221:18 238:7,10
 245:1
**give** 5:4 13:22 30:7
 30:8 31:3,6,8
 39:23 40:2,6
 78:12 109:5
 128:19 131:14,15
 171:3 173:14
 175:9 199:15
 217:13 237:20
 239:15 241:4,18
**given** 15:19 23:9
 23:17 47:15 49:10
 58:25 103:16
 104:15 105:7
 106:20 167:11
 196:13 198:25
 199:1 204:25
 209:2 210:14
 255:20

**giving** 98:25 162:7
**glossed** 220:3
 222:19
**go** 7:14 11:13,19
 17:9 18:1 19:9
 22:16 31:14 32:8
 33:7 36:13 38:9
 39:10 44:6,25
 60:1 68:11 73:6
 80:18 81:10 82:13
 88:10 91:8 94:3
 98:22 99:25 100:4
 100:7 103:9,14
 108:4,5 112:12
 114:10 126:15
 127:7,7,10 137:4
 138:17,21 139:3
 139:10,12,13
 140:19 141:23
 142:7,15 144:20
 145:5 149:11,11
 149:15 150:1,25
 151:16,22,24
 152:3,7,10,11,14
 152:17,19,20,23
 152:24,25 153:1
 157:16,18 163:12
 165:16 171:1,13
 173:18 178:22,23
 178:25 179:4,9
 182:4 185:17,21
 185:21,24 186:2
 186:13,14,25
 187:2,5,21 188:15
 188:18 192:18
 194:17 198:9
 202:20 218:5
 227:15 230:6,9
 234:9,11 239:8,25
 240:8,12,22
 243:13,16 244:6

 246:2,3 250:5
**goal** 60:7,8
**goals** 84:17,18,19
 84:20,21,22
 222:17
**goes** 107:1 145:18
 181:17 228:23
**going** 17:14 21:21
 21:24 23:2 34:20
 38:22 39:24,25
 43:12 45:12,14
 56:6,8 58:8 64:18
 75:15 76:3 91:4,7
 94:3,6,10 95:5,15
 96:25 99:25
 106:22 116:8,17
 118:2,11 119:14
 119:18 122:16
 131:14,15,25
 137:22 138:2,4,11
 139:4,7 140:9
 143:7 144:5
 147:16 149:22
 152:9 166:11
 170:22 173:8
 176:7,8 178:18
 181:16,19 187:18
 190:16,18 193:2
 193:10,14,23
 194:1,12,17,20
 195:3,10,13,14
 204:22 206:4,6
 216:18 218:3
 224:19,21 228:8
 231:20 239:6,9,10
 239:16 242:4,6
 250:17,23 253:7
**good** 4:7 25:22
 45:15 74:12 83:12
 106:11 131:25
 165:17 170:11,12

 170:18 197:2
 208:1,5 210:10
 224:5 232:10
 253:13
**goodbyes** 194:19
**gordon** 120:17,19
 139:23 140:2
 143:8,11,14
 144:13 173:21
**gotten** 43:10 66:19
 79:19 158:10
 238:17,23
**grab** 45:19
**grabbed** 119:25
 120:14,16 125:16
 132:25 134:6,21
**grabbing** 120:6
 125:10
**grad** 82:5,6,7
 99:12
**grade** 62:20,21
 95:21
**graduate** 11:15
 12:2,6 82:10
 97:13 145:23,25
 154:1
**graduated** 14:8
 96:9
**graduating** 13:25
 14:7
**grants** 153:25
**great** 149:12
 198:16 199:6
 218:4
**greenfield** 20:10
 20:23 22:4,20
 23:6 26:5,7 55:4,5
 55:22 229:22
**groton** 210:25
 211:2

**ground** 20:18
**grounds** 202:18,22
**groundwork**
  169:9
**group** 16:9,11,16
  16:22 17:1,3,8,9
  17:10,17 19:22
  30:18,20 32:24
  33:1 35:5 51:23
  56:24 83:13
  107:11,17 135:14
  135:18 140:19
  148:3 153:17
  156:23,25 159:8
  247:23
**grow** 38:13 74:16
**grueling** 169:1
**guarantee** 22:2
  224:11
**guess** 26:11 71:6
  83:20 106:24
  115:23 116:8
  167:9 205:2
  239:23
**guessing** 253:20
**guidance** 127:9
  154:16 199:16
**guidelines** 18:24
  24:11,15
**guy** 57:23 119:25
  120:5
**guys** 19:24 112:22
  165:11

**h**

**h** 253:4
**habit** 178:1
**half** 61:3 226:5
**hall** 25:20 55:8,17
**halstead** 22:8 23:1
  54:17 67:22 69:20
  69:21

**hamilton** 11:14
**hand** 59:1 76:18
  121:1 256:7
**handbook** 23:10
  23:18
**handed** 58:20
  76:17,25
**handing** 47:6
**handle** 31:17,20
  38:24 39:3 112:10
  113:11,13 114:10
  177:20
**hands** 104:24
**happen** 25:14 94:6
  113:25 157:23
  193:5 195:3,10,15
  224:20
**happened** 16:6
  20:6 26:9 35:19
  36:7 38:4 39:14
  49:1 56:16,17
  90:24 93:23
  108:20 112:14
  114:21 120:23
  124:2 126:17,23
  127:24 128:5
  130:14 133:5
  135:3 136:23
  159:24 160:7,8
  163:2,11,19,25
  180:4 187:6
  221:13 223:21
  246:4,19,20,21
  247:21,22
**happening** 56:2
  167:10 235:1
**happens** 112:13
  166:12 183:10
**happy** 25:21 63:14
  63:15 66:8 73:1
  174:1,1 223:23,25

**224:22 253:23**
**harassed** 34:12
  119:19,21,24
  130:18,21
**harassment** 23:24
  125:2,7
**hard** 11:6 31:21
  82:20,21 101:19
  126:1 165:18
  183:6
**harsh** 38:12 201:5
**hate** 35:15 41:8
  50:3,12 52:15
  58:7
**hated** 29:25 30:24
  53:8
**hates** 41:7,13
**hating** 31:24 32:11
**hazy** 87:2
**head** 5:5 20:1
  22:10 32:19 42:4
  65:3 108:13 146:9
  152:5 173:3 183:5
  216:15 245:3
  250:19
**headache** 223:14
  227:24
**headed** 207:23
**hear** 5:19 6:21
  7:23 68:10 90:8
  91:2 92:8 102:21
  102:22
**heard** 18:3 34:4
  42:18 49:13 88:19
  88:22 101:21
  103:1 108:8
  246:20,21 249:16
**hearing** 57:23
**hearsay** 88:20
**help** 30:7 49:11
  59:1 64:11 76:24

**117:3 154:17**
  171:18 191:7
  198:16 230:12
  231:10 232:4
**helped** 97:22
  231:7 251:24
**helping** 233:10
**helps** 69:7 232:5
**hereunto** 256:6
**hesitate** 183:12
**hey** 250:23
**high** 7:1,2 11:13
  11:14,17 41:19
  44:7,15,16 49:17
  66:3 75:6 84:19
  84:21 94:22
  134:20 150:20
  174:14 187:12
**higher** 31:19
  46:13 92:9 102:3
  121:22 149:23
  151:1
**highest** 13:24
  15:11
**highlights** 85:3
**hijacked** 175:18
**hindustani** 148:5
**hire** 25:22 26:3
  107:2 108:10
**hired** 17:24 22:11
  22:19,21 23:17,21
  25:20 26:4,7,10,18
  27:21,25 28:5
  29:2 62:23,25
  72:3,7,10 108:17
  110:24
**hiring** 22:12 98:22
  98:24 99:2,2
**history** 64:8,18
  198:14

**hit** 224:1
**hobbies** 214:19
**hobby** 15:16
  214:16,20
**hoc** 203:19 225:12
**holly** 46:9,10,17
  46:21 48:19 49:1
  49:5,7 51:17 52:1
**home** 142:16
**honest** 74:8
**honestly** 115:15
  118:18 131:12
  168:4 194:18
**honors** 13:25 14:7
**hoped** 94:20
  237:17
**hopeful** 107:8
**hopes** 38:12
**hoping** 94:23
  224:9
**horizon** 151:21
**hostess** 14:16 15:4
  15:7,12 16:15,24
**hostile** 43:24 51:3
  79:16 121:16
  154:13 156:18,20
  157:13 158:6,7,21
  170:17 182:20
  187:2 195:23
  223:7,8
**hostility** 223:12
  249:19
**hotel** 142:9
**hotline** 30:6
**hour** 45:14 129:10
  129:12 220:8
  221:5 224:12
  226:2,5
**hours** 75:2,5,7,8
  203:21,21 226:5

**house** 211:9 224:6
  245:1,4,7,13,19
**houses** 245:6,14
**howard** 94:16
**hr** 29:19 30:6
  31:14 32:3 46:22
  47:16,21 57:5,5
  58:2 64:8,17 65:4
  65:5 67:20 104:2
  116:15,16 126:16
  127:7,10 128:21
  133:7,8,11,21,22
  134:22,24 135:12
  135:15,17,21
  148:10,12 149:22
  157:16,17,18
  160:18 161:16,20
  161:24 165:23
  166:7 176:4,9
  178:7 181:11,15
  181:18,19 182:1,9
  182:18,25 183:4
  185:6,10,21,22,22
  185:24 186:2
  188:6,7,8,11 190:1
  191:4,7 197:21,25
  198:1,3,16,21
  200:6,7,8 203:5,8
  203:9,12,15
  204:22 206:3
  217:10,15 220:2
  232:7 250:1,5
**hr's** 128:14
**hughes** 94:17
**huh** 176:25
**human** 47:12
  116:13
**humor** 101:24
**hundred** 211:21
**hung** 29:16 32:3
  57:9 185:10

**hurt** 128:12,13
**hypothesize** 76:1

**i**

**ibmg** 80:21
**idea** 17:24 52:10
  155:15 157:8
  161:5 246:9
**ideal** 207:22
**ideas** 136:15
**identification** 47:5
  58:19 61:18 62:13
  73:11,22 76:16
  84:7 86:7 100:16
  111:2 166:15
  189:21 192:5
  215:18 229:7
  236:9 238:3
  242:19 243:24
**identified** 40:24
  42:15,19,23,24
  43:1 173:4,17,20
  216:3
**identify** 21:4
  134:23
**identity** 34:15
**ignore** 123:7
**imaging** 25:2
  151:23 152:15
**imbg** 82:6,7,8
**imdb** 214:8
**immediately** 36:15
  195:14
**impact** 6:18,21 8:2
  66:3 174:14
**impacted** 74:20
**impacting** 66:2
  197:2
**impacts** 201:8
**implication** 36:9
**implied** 41:4

**implying** 199:12
**important** 5:9
  114:25 122:17
  125:5 126:14
  138:22
**impossible** 90:8
**impressed** 21:10
**impression** 167:10
**improve** 40:1
**inappropriate**
  25:12 34:6 49:18
  51:1 67:8,15,24
  71:5 84:2 102:9
  102:13 112:9
  115:5,9 119:1
  121:7,10 122:8
  124:19 131:3
  149:25 168:18
  169:15
**inappropriately**
  42:20
**incident** 38:6,7
  52:16 54:12
  114:21 125:2,7,15
  127:24 130:7
  132:24 135:10
  148:13
**include** 60:23
  177:6,10,13,16
  180:1 195:8
**included** 47:16
  179:7,21 181:4,11
  220:22 257:13
**including** 140:21
**inclusion** 40:5
  41:4,17
**income** 213:13
  215:12,13,15
**incomplete** 197:7
**inconsistent**
  138:13,14

**incorporated** 259:12

**incorrect** 106:6,8

**increase** 40:4 41:17 59:24

**increases** 212:4

**increasing** 41:4

**index** 3:1,9

**indiana** 1:1,16,17 10:12 13:8 14:20 137:3 207:18 208:3 224:4 245:7 255:1,5,14

**indianapolis** 1:2 1:17 2:5,9,14 10:12,15 206:8 207:20 226:23 244:5 246:5,9,13 255:14

**indicating** 257:13

**indirectly** 70:20

**individual** 84:18 88:24

**individuals** 167:1 167:6,7,16 217:6 249:7,11

**indy** 241:3

**inferences** 118:10

**information** 27:24 30:8 43:20 47:16 51:18 60:3,5 84:17 108:25 134:13 153:14 185:12 188:20 217:13 232:2 249:17 250:12

**initial** 3:20 190:24 209:25 242:20,23 249:4

**injection** 171:11 172:6 177:2

179:25

**innuendos** 121:12

**input** 101:3 107:9

**inside** 141:2

**instance** 95:4

**instances** 68:7 69:10,18 178:5

**insubordination** 202:18

**intent** 82:23 127:7

**intentional** 166:10

**interact** 79:17

**interactions** 83:16 123:19 129:23 131:17,21

**interest** 74:15 105:9

**interested** 20:11 215:7 256:3

**interesting** 70:10 215:9 223:23

**interfere** 7:23

**internal** 24:13

**international** 141:8 143:20,22 145:18

**internet** 23:13,20

**interpret** 232:6

**interpreted** 136:11

**interrogatories** 8:10

**interrogatory** 8:11 9:17

**interrupt** 183:12

**interview** 17:9,13 63:21 94:15 208:6 208:9 209:8

**interviewed** 22:3,6 25:23 28:1,4,10 208:11 209:7,14

**interviewing** 17:19 22:7

**interviews** 16:11 16:14 17:1,8,11,18 236:13

**invest** 214:21

**invested** 215:14,16

**investigate** 188:11

**investigation** 29:19 46:24 157:17 161:16,21 161:24 176:4,10 178:7 182:1 190:2 204:22 206:3

**investigative** 207:19

**investigator** 94:17 95:8

**invite** 21:5 202:8

**involuntarily** 15:13

**involved** 69:13 87:15 106:11 107:15 109:4 113:15,19,20 114:9 133:24 165:3 177:7,8,10

**involvement** 87:10

**ip** 82:18

**iq** 117:9

**irizarry** 90:20 252:13

**ironically** 157:3

**isolate** 175:6

**issue** 146:8 200:7 200:8

**issues** 170:6 175:21

**issx** 145:9

**italy** 140:5 141:4 142:1,5 173:22

**item** 242:24 244:6 244:7

**items** 180:19 196:23,25 244:7

**iu** 80:12,21 82:24 83:1,6 104:22 153:8

**iupui** 12:15 73:8

**iusm** 80:4

**j**

**jaibin** 110:14,18 110:24

**jamie** 133:17,20 133:23 134:18,22 134:24 135:2,20 148:10 185:13,15 185:17 188:7 190:24

**january** 111:6 116:18 117:17 118:6,7 136:23 137:2 256:14

**jeff** 4:17 74:14 80:3 83:11 111:10

**jeff's** 74:15

**jeffrey** 1:4,12,14 4:1,14 85:4 255:7 257:6,8 258:3,4,9 259:3,4,13 260:20

**jerry** 19:24

**jim** 22:7 80:19,22 81:2 94:7 99:11 100:10 140:10 145:9

**job** 11:5 14:8,15 14:17,18,22,24 15:3,7,18,20 16:4 16:15,24 24:24 25:1 27:1 63:15 75:7 85:18 95:14 95:21 104:22

105:5,12 136:5
171:14 197:2
207:19 210:1,8
211:7 222:24
224:7 236:14,16
236:20,22,24
237:1,6,7,8,9,10
237:11,13 239:4
239:12,21 250:9
251:4 253:1,12
**jobs** 14:11,12,19
206:2 208:3,4
211:13 214:25
219:1,11
**john** 22:8 25:21
26:20,23 27:13,21
28:18 29:1,5
30:22 31:4,7
37:25 38:7,18
40:10 54:6,11,15
54:24 55:2,18
56:13,21,25 57:12
57:17 58:5,6 67:9
69:15,25 70:8
88:1 112:19
114:13,17,18,23
115:4,8,21 116:4
116:10 136:19
191:3,8 216:3
217:20
**john's** 114:15
**join** 118:2 170:22
**joined** 213:23
**joke** 101:14 102:2
102:4,6
**jokes** 68:6,19,25
69:5,18 154:15
167:19
**jonathan** 253:17
**jones** 97:4,22 98:6
108:6 145:19

157:25 158:18
164:9,11,14,16,20
192:9 195:18
196:2,10 197:6,19
201:9,19,21 203:6
203:14,17 235:23
**judged** 86:3
**july** 160:16,16
202:4 205:19,20
208:18,19 209:6
236:12,17 237:3
239:11,14 240:10
240:18
**june** 10:4 96:16
120:22 122:3
127:24 131:1
159:18,19 181:14
205:25 207:2,3
210:2 232:3
**junior** 13:23
**jury** 13:24

### k

**keep** 57:23 102:18
110:10 127:14,15
154:6 166:11
168:25 176:16,17
242:6,7
**keeping** 129:17
**kept** 51:16 105:3
130:6 134:19
247:17
**key** 107:4,6,12
151:25 170:7
171:12,16
**keystone** 2:8
**kids** 149:3
**kind** 18:12 22:20
22:23 23:4 33:24
35:15,24 36:9
44:3 46:6 48:20
61:9 64:6 72:14

93:23 97:17
102:19 115:24
154:4 157:1 172:5
172:20 175:18
182:22 184:16
212:19 247:1
248:16
**kingdom** 207:9
209:8
**knew** 28:22 52:15
58:9 69:25 70:16
70:22 100:8
109:15,21,24
113:17 120:2
121:1 125:15,15
169:22 179:5,8
204:10,13 205:6
250:14,16 253:15
253:18 254:6
**know** 7:19 8:7
16:13 20:25 21:4
22:11 23:19,22,23
29:1 31:1,22
32:22,25 33:1,4,24
34:7 38:20 39:3
39:13 42:21 43:3
44:3 45:3,8 47:8
48:5 49:12 50:2
50:18 51:24 53:23
57:5 59:23 62:22
63:23 65:23 66:14
66:17,20,22 69:25
70:5,14,15,24
72:15 74:21,23
75:12 77:22 78:3
79:17 80:24 81:12
81:17,21 83:17,20
83:22 86:24 87:3
87:10,17,22,22
88:16 89:1 93:19
94:3,9,21 95:16

96:10,14,18,24
97:3,11 98:1,21
99:6 100:10,24
101:3,15,23,25
102:2 106:9,17
108:12,16,19
114:3 116:13
117:10 118:1
119:22 122:17
123:21 124:25
125:5,7 126:11,15
130:10 132:11,23
133:3 137:1,3
143:24 147:19,25
149:10 151:11,13
151:14,23 153:2,7
153:7,20,24,24
157:23 158:2,2
159:19 160:18
161:8 162:12,19
162:22 163:21
165:11 167:6,7,15
168:9 169:1 176:4
177:5,7,9,15
179:24 180:6,8,9
180:12 190:3,8,14
190:16,17 194:10
194:12 195:3,10
195:12,14 196:1
199:13,22,23
200:12 202:6,24
204:3,17,18 205:9
216:22 217:16,18
220:3 224:11
229:9,15,17
230:19 231:9,13
233:24 234:4,8
238:24 240:11,14
240:15 242:3
243:4,7 245:23
247:6 248:18

253:14
**knowing** 28:19
  178:11 181:4
  223:7 224:19
  231:24
**knowledge** 29:4
  31:10,13,14,21,25
  48:15 49:20 59:20
  66:10,12,13 72:12
  72:13 73:9 77:9
  77:13 89:12,24
  91:18 106:25
  111:25 134:12,17
  162:20,22,24
  171:23 176:6,9
  177:12 179:10
  184:13,14,17
  188:10,12 198:18
  199:14,18 204:9
  205:6
**known** 4:15
  109:19 110:2,5
  118:7
**knows** 70:9,24
**kreklau** 251:15
**kreklow** 194:4

**l**

**l** 2:12 82:5,6,7
  253:4 256:11
**lab** 18:13,14,19,20
  19:6 21:11 23:3,8
  25:9 26:2 28:12
  35:23 46:11 54:8
  55:4,5,8,22,24,25
  74:25 75:1,2,14,23
  75:24 76:4,7,8
  80:7 83:13 93:12
  93:14,15 95:2,3,5
  103:21 104:22,24
  105:8,10 106:19
  107:1,3,5,17,18

108:13,18 110:13
120:11 136:16,17
139:6 141:13,17
142:13 146:12
151:25 153:17
175:4 178:23
179:1 203:24
204:1 217:24
218:9 219:1
224:25 225:7
226:1
**laboratories** 16:8
  16:20 17:3,21
  18:4
**laboratory** 18:5
**labs** 103:20 104:5
  106:14,16,22
  107:2 221:19
**lack** 68:10 83:14
  158:6 180:23
  235:11
**ladies** 19:25
**lady** 133:13
**laid** 40:12
**landing** 10:6
**language** 53:5
**laptop** 142:11
**large** 76:11 247:23
  255:6
**larger** 103:20
  104:4 137:10
**late** 75:2,8 117:25
  118:3 135:25
  160:16,16 185:25
  202:4 204:4
  227:14
**laurent** 103:20
  104:4,9,19 105:1
  106:15 107:10
  218:19 219:10
  249:22,23

**lawsuit** 4:11,23,24
  9:20 70:12 215:23
  241:1,23 242:16
  246:17 247:24
  249:13 250:15,22
  250:25 251:20,22
  252:16 253:10
**lawyer** 82:20
**lawyers** 8:6
  246:18
**lead** 157:6
**leader** 46:11 173:2
  173:3,22 174:8
  218:22,24 226:1
  253:2
**leaders** 75:22
  103:17 107:3
  142:14 148:2
  219:3,5
**leadership** 40:13
  59:21 97:12
**leading** 171:10
**learn** 180:13 215:9
**learned** 52:11
  108:21,25 167:15
  176:9
**leash** 228:24
**leave** 14:22 15:4
  32:24,25 128:15
  128:24 142:7
  164:19 187:4
  188:24 189:15,17
  192:13 195:19,20
  201:11,14,15,16
  201:18,19,23,24
  203:11,15 206:7
  229:23 230:4
  239:9,10,20 240:7
**leaving** 151:2
  171:20 187:18
  192:25 194:22

230:14 237:16
240:2
**lecture** 158:15
**led** 182:23
**left** 23:15 62:7
  84:22,23 100:25
  104:18,23 105:22
  121:17 151:11
  157:20 158:10,11
  168:13 174:5
  188:17 189:1,12
  195:5,9 202:13
  213:14,22 229:16
  249:18 251:14,24
  252:6 253:19
**legal** 128:7 159:14
  257:1 260:1
**legally** 197:16
**legs** 228:24
**lengthy** 128:2
**letter** 208:25
  239:5,15 257:19
**level** 35:6 41:19
  44:7,15,16 49:17
  66:14 71:24 75:9
  77:10 78:20 84:19
  84:21 88:21 92:3
  92:4 93:17,19
  94:9,24,25 95:14
  95:18 96:2,15
  102:4 107:13
  122:1 134:20
  145:21 147:23
  149:24 151:7
  187:12
**levels** 65:18,19
  66:15,19,25 92:6
  95:12 121:22
**lgbt** 111:8
**life** 110:7 129:5
  211:10 213:23

223:16 224:6
228:2,12
**lilly**   1:7 4:11,18,19
9:3,10 12:10,13,13
13:5 14:8,18
15:24 16:2,17
17:13,19,22,25
18:7,8,17,22 19:1
19:5,15,18 20:7,16
21:8,20 23:20,23
24:2,6,17,22 29:2
29:3 31:10 32:22
32:23 46:22 47:12
52:5 57:3,15 61:5
61:8,9 63:8 67:12
69:23 71:6,11,17
71:20 72:24 73:6
77:9 78:23 79:3
79:11 80:11,16
81:7,23 82:5,10,19
82:24 83:4,8
85:25 88:6 94:18
94:23 95:11 96:11
96:11,18,19 97:16
102:12 105:8
109:9 121:18
128:5 133:4 140:3
140:12,13,14,16
140:18,18,21
144:24 146:1
148:14 154:20
157:5 164:19
174:10,11 175:17
183:20 184:10
191:1 193:22
194:5,23 201:18
201:23 207:23
209:10,12,17
211:14,22,25
213:14 220:1
227:20 228:17

232:8,11 233:19
235:1,7,17 236:4
238:20 239:20
240:2,24,25 241:1
241:14 242:15
243:2 245:22
249:12,25 250:16
251:5,17,25 252:6
252:14,19,24
253:6,12,22 254:5
257:6 258:3 259:3
**lilly's**   23:9 184:5
184:12 190:1
223:2
**limitations**   83:5
**limited**   131:21
207:20
**limiting**   138:7,8,9
138:10
**line**   15:16 68:10
81:6 115:7 123:3
229:15 257:13
259:7 260:3
**lines**   136:5,6
241:21
**link**   178:2,5,5,10
**linkedin**   248:6
250:24
**linking**   179:6
**lipid**   73:1
**list**   241:7,8
**listed**   59:8 61:23
107:5 155:13,16
156:2 208:10
249:7 259:7,17
**listen**   162:6,13,16
162:23 163:18
165:16 182:5
**listened**   163:22
**listening**   162:4

**listing**   163:8,9
259:7
**litigation**   199:7
**little**   10:9 19:20
27:10 60:18 64:21
83:7 84:10 92:23
93:6 95:20 101:22
110:21 113:7
138:13,24 149:21
171:25 175:15,19
176:15 184:9
188:12 189:24
195:11 200:2
202:14 204:4
215:16 227:17
229:18,20 230:9
**live**   10:24,25 11:3
124:19 192:2
**liver**   72:25
**lives**   10:21
**living**   11:8,11 66:8
**llc**   2:8
**llp**   2:13
**location**   142:4,10
**locations**   55:14
**logical**   81:5
**logistics**   63:20
**long**   6:24 10:8,14
17:6 19:18 22:13
36:24 37:13,15
50:10 67:6 72:20
97:16 118:14
141:8,11,13,14,19
142:1,2 144:3,4,10
144:11,16,17
145:12 146:23
169:19 175:10
189:8 213:4 224:8
225:20,20,25
226:2 238:15,25

**longer**   15:20 32:17
32:21,22
**look**   31:11 47:7,22
53:11 59:1 64:11
74:23 76:24 83:9
89:2 116:23
141:23 145:5
157:22 159:18
197:12 222:16
223:25 227:15
232:2 236:10
240:22 243:13,16
244:10
**looked**   35:16,16
53:11 197:16
215:2 243:21
244:20
**looking**   49:13
53:17,25 54:2
59:6 60:12 79:6
84:14 85:21 92:19
114:3,6 123:7
154:19 162:21
198:14 206:1
207:25 211:17
214:25 221:15
222:1
**looks**   61:22 63:3
67:4 84:10,11
85:4,13 189:24
243:6
**loose**   192:20
**lot**   5:23 30:19 65:4
68:9 75:18,25
96:24 104:16
142:14 149:7
153:9,13 156:24
158:22 172:23
193:25 194:18,21
198:22,23,24
241:2

**lots** 199:8,10
**love** 73:3
**low** 79:11 216:10
  216:17,20,25
  217:2,3,4,5,8
**lower** 89:8 92:9
**lucky** 224:17
**luffer** 118:23
  130:10 132:5
  147:2 252:9
**lunch** 68:2 69:4
  251:18
**lying** 168:8

**m**

**m** 226:15
**m.c.** 2:7
**machine** 240:8
**madam** 257:10
**main** 110:17
  119:20
**maintain** 83:11
**maintaining** 80:6
**major** 11:23
**majority** 18:14
  40:15 218:14
**maker** 108:9
**making** 35:10 36:1
  40:18,20 58:4
  67:22 68:5,19,24
  72:23 102:24
  108:16,19 116:25
  128:20 157:25
  167:2,16,19 168:5
  225:11 239:17
**maksimovich**
  226:17
**malherbe** 218:19
**mall** 69:2
**man** 119:21 123:9
**manage** 74:19

**management** 3:11
  3:12,12,13,13,14
  3:15,16 16:9,22
  17:20 40:14 41:25
  43:16 46:14 51:5
  58:22 59:6 61:20
  62:15 71:24 73:13
  75:9 76:20 81:6
  82:16 84:9,13
  86:1 98:16 101:5
  113:10 115:7
  121:15 149:24
  191:2 199:1
  202:17
**management's**
  113:8
**manager** 20:1
  22:12 65:16 88:25
  89:2 90:12 97:1
  98:22,25 99:2,3
  104:22 113:13
**manager's** 67:2
**managers** 19:23
  20:4 66:22 81:10
  154:21,24
**manifestations**
  223:13 227:18
**manuscript** 73:8
**manuscripts**
  237:23 238:1
  240:17 252:15
**map** 220:24
  222:13
**maples** 2:8
**march** 96:16
  114:5 154:3
  156:18 185:25
  186:1 187:10,17
  222:3
**maricar** 120:10

**marion** 1:15,17
  255:2,5,14 256:16
**mark** 172:19
**marked** 47:5,7
  58:19,21 59:24
  61:18 62:13 73:11
  73:22 76:16 84:7
  86:7 100:16 111:2
  166:15 189:21
  192:5 215:18
  229:7 236:9 238:3
  242:19 243:24
**market** 1:17 2:5
  255:13
**married** 10:17
  127:18
**master's** 12:6,7,8
  12:11,14,16,18,23
  12:24 71:9,18
  72:2,4,11,16,17,18
  77:7,8,11,15,17,18
  78:9,10,19,23,25
  79:4 81:14 88:9
**match** 117:6
**matt** 109:13,16
  110:1,8
**matter** 4:4 149:24
  255:10
**mcmillian** 97:4
  118:25 145:20
  165:2,6 236:1
**mean** 6:10 13:21
  14:24 26:4,10,11
  26:12 31:23 33:12
  39:4,7 42:19,22
  48:13 50:24 52:4
  53:4 60:19 62:4
  74:3,6 76:4,6
  78:18 79:12 83:20
  84:21 88:19 91:9
  93:15 95:7,10

102:23 103:19
  104:5 107:25
  114:24 115:25
  119:4 128:12
  136:8,9 137:14
  138:14 141:15
  156:14 158:14
  159:1 161:4
  168:12 172:2
  182:13,15,17
  199:11 201:4
  214:19 217:4
  218:25 220:16
  223:6 225:4 228:3
  228:21 243:13
  245:7 250:14
**means** 6:11 42:21
  125:8 201:5
**meant** 14:25 100:8
  125:25 126:1
  136:7,13 146:7,17
  169:19 230:8,10
**measures** 60:2
**mechanisms** 227:9
**mediated** 173:24
**medical** 94:17
**medication** 6:16
  6:18,25
**medications** 6:14
**medicine** 13:8
  80:12,21 82:24
  83:1 153:9
**meet** 18:24 37:11
  86:4 202:17
  203:19,22 238:6
**meeting** 9:15
  37:13 43:4 105:1
  107:3,21 133:14
  138:22,24 139:20
  140:6,12,14
  146:24,25 147:1

148:23 153:3
161:7 171:15,16
180:10,11,14
187:18,22 189:13
189:17,17 202:7
202:13,20 203:23
204:5,7,8 205:3,7
220:15,19 222:7,9
225:12,12,23,25
226:1,3,4 247:23
**meetings** 44:14
90:12 101:18,19
141:1 142:22
143:21 144:23
154:14 156:24,25
159:8 165:25
166:7 170:7,16
171:3,19 176:24
177:1,4,6,13,17,18
177:24 178:3,14
178:19,20,24,25
179:4,7,10,14,18
179:22,23,24
180:7,16,19,22
181:3,6,11 182:9
182:14,18,21,24
183:3 188:24
202:25 203:7,17
203:18 204:18,19
204:22 225:5,8,9
**meets** 185:3
**members** 18:16,18
98:15 241:14
249:10
**memo** 3:17 184:15
189:25
**memory** 28:3
30:16 48:2,8 54:6
64:12 136:23
163:1 183:10
236:15 238:16

**men's** 112:15,16
**mention** 43:25
92:13,17,18 163:3
**mentioned** 9:1,8
11:2 28:13 32:21
34:18 38:4 44:22
53:1 64:17 68:18
69:9 89:21 92:20
99:11 108:20
123:18 126:15
134:1,3 148:25
159:7 164:18
171:8 176:23
181:7 183:14
199:20 201:25
217:10 246:5
251:15
**mentor** 49:14
51:20,21 99:12
119:5,13,15
**mentored** 119:2
**mentors** 119:7,10
119:15
**mentorship** 117:6
117:11
**meredith** 148:3,4
251:11
**meridian** 2:13
**merit** 59:24
**message** 246:23,24
247:2,2 248:6,17
248:18 250:24
**messages** 124:11
246:19,22
**met** 4:7 37:8,16
38:14 49:6 85:18
86:3 145:24 165:8
**method** 175:6
**michael** 226:13
227:11

**michael's** 227:4
**mid** 189:17 221:22
**middle** 154:4
223:18
**midwest** 257:17
260:1
**midyear** 77:1,3,3
77:4,20,23 161:13
162:10 196:7,14
196:18,19 200:9
**migraines** 6:15
**military** 15:22
**mind** 151:19
155:15 206:5
214:24 238:18,25
**mindful** 242:5
**mine** 55:17 220:6
220:9
**minute** 4:7 103:14
222:4 248:23
**minutes** 176:23
220:8 221:3
224:14
**misses** 74:15
**misspoke** 82:7
**mistaken** 16:25
55:23 109:2
145:21 161:21
180:5 181:14
190:6,21,23
227:15 244:9
**mix** 160:21
**mixing** 51:13
141:4
**mixture** 47:20
174:12
**model** 184:13
**modifying** 98:2,7
**molecular** 11:24
13:13

**moment** 35:24
53:3 179:16
**monday** 202:8,12
204:11
**monetary** 217:25
218:10
**money** 15:1
153:10
**monitor** 147:22
**month** 26:14 61:3
114:3 120:21
176:3 233:2
**month's** 233:7
**monthly** 225:10
**months** 210:15
**montreal** 145:7
**morning** 4:7
194:11 202:8
204:6
**morse** 147:9
**mother** 228:19
**motivate** 238:19
**move** 74:25 93:16
93:18 95:4,25
96:2 150:2 221:24
224:3 234:12
245:5,11,15
**moved** 85:25
96:17 120:10
174:4,7 211:6
213:21 223:17
245:17 251:6
**movie** 171:16
**movies** 214:12
**moving** 75:14 94:9
211:6 227:5 228:3
237:16 242:15
243:1,1,9 244:23
245:10
**muffins** 15:9

| | | | o |
|---|---|---|---|
| **multiple** 68:7 69:9 | 119:13 129:4 | **nice** 157:1 230:7 | |
| 69:18 78:8 104:13 | 136:9 154:6 155:4 | **night** 223:19 | **o** 253:4 256:11 |
| 105:3 124:23 | 155:9,18 156:4 | **nightmares** | **oath** 6:8 |
| 128:19 167:1 | 159:19 166:13 | 223:20 | **object** 33:6 91:7 |
| 170:9 225:19 | 176:14,18 185:21 | **nine** 10:16 203:21 | 118:9 216:18 |
| **music** 11:22,25 | 199:4 215:25 | **non** 72:17 | 218:3 228:8 |
| 12:1 14:4,10 | 222:17 227:1 | **nonspecific** 172:11 | 239:16 |
| | 245:12 250:5,10 | **normal** 78:19 | **objection** 21:17 |
| **n** | **needed** 51:21 83:3 | **normally** 43:17 | 27:23 44:5,24 |
| **n** 2:8,13 256:11 | 94:12 105:5,12 | 68:8 161:11 162:9 | 52:12 63:10 65:24 |
| **nada** 249:15 | 107:6,19 112:15 | 235:2 | 70:2,6,17 71:1 |
| **name** 4:8,12 7:8 | 116:22 123:9 | **northeast** 7:15 | 72:1 75:16 77:24 |
| 7:16,21 16:18 | 146:10 152:8 | **norway** 140:8,19 | 79:1 83:18 87:13 |
| 19:24,25 20:1 | 181:19 202:9 | 141:6,9,21 143:14 | 88:17 89:4,14 |
| 25:6 28:17 29:15 | 203:11 213:24 | **notarial** 256:7 | 90:2,15 92:15 |
| 30:3,7 31:2,4,7 | 231:11 237:21 | **notarized** 257:14 | 96:21 97:7 98:3 |
| 40:24 69:19 | 238:21 245:17 | **notary** 1:15 255:4 | 98:18 100:12 |
| 109:13 125:15 | **needing** 204:10 | 257:25 258:10,18 | 101:6,16 103:3,8 |
| 147:16 149:1 | 205:7 | 259:15,23 260:23 | 108:14 109:17,22 |
| 151:5 159:17 | **needs** 238:12 | **note** 236:11,13 | 128:7 133:1 |
| 172:23 191:12,19 | **negative** 137:18 | 257:12 | 134:15 150:24 |
| 194:15,21 226:14 | 137:19 | **noted** 254:12 | 151:12 153:5,22 |
| 234:8 237:21 | **network** 232:11 | **notes** 3:11,18,19 | 156:8 162:14 |
| 248:15 254:2 257:6 258:3 | 233:19 235:11 | 3:19 30:14 103:15 | 184:8 186:19 |
| 258:4,15 259:3,4 | **neutral** 137:20 | 160:8 238:6 | 198:13 200:22 |
| 259:21 | **never** 14:25 23:17 | 255:18 | 228:13 230:5,20 |
| **names** 4:16 30:11 | 42:18 44:18 65:10 | **notice** 1:18 165:21 | 231:14,20 234:1 |
| 31:5,6,8 49:23 | 65:12,13 66:25 | 192:11 194:13 | 234:15 235:13 |
| 172:18 219:7 | 70:4,19 97:10,11 | 195:4 205:12 | 236:18 237:12 |
| 241:18 245:18 | 106:1,11 126:15 | **notwithstanding** | 243:22 |
| **narrative** 118:14 | 137:3 145:23 | 201:21 | **objective** 60:3,4,4 |
| **natalie** 147:21 | 166:12,25 167:8 | **novel** 175:5 | **objectives** 74:18 |
| **nature** 121:10 | 179:1 184:15 | **november** 26:8,18 | 74:23 136:16 |
| 123:11 140:24 | 188:17 203:18 | 146:3 147:1 | **obliquely** 46:7 |
| **navigate** 251:23 | 231:4 250:14 | 148:13 | **observe** 167:2 |
| **necessarily** 153:15 | **new** 17:21 20:21 | **number** 153:16 | **observing** 167:16 |
| **need** 22:2 37:1 | 25:1 56:24 57:23 | 234:18,23 257:7 | 168:5 249:19 |
| 41:17 45:10,13,16 | 75:25 85:25 99:22 | 257:13 | **obviously** 31:21 |
| 45:18 74:17 76:24 | 99:25 171:3 | **numbered** 242:22 | 79:10 84:12 |
| 112:20 116:19 | 213:22 222:24 | **numbers** 259:7 | 112:17 137:16 |
| | | | 227:5 238:7 |

**occurred** 48:17
104:16
**october** 1:17 96:17
255:15 256:8
257:4
**offensive** 25:12
34:5 67:7,14
68:13 71:5 84:2
102:9,13 119:1
149:4 168:18
169:15,23,24
**offer** 205:13,18
206:5 208:16,21
208:25 209:2,3,5
210:9,11,14
238:23 240:21
250:9
**offered** 22:14
51:20 80:20
208:23 209:20,22
210:1,3,5,7,18,20
236:22
**offers** 208:13
**office** 37:12 55:9
55:10,16 112:1,12
128:23 142:12
157:25 158:15,19
171:1 186:8,8,10
186:21,22 187:5
224:25
**offices** 1:16 55:12
255:12
**official** 20:12
29:19 258:15
259:21
**officially** 10:18
238:22
**offsite** 17:18
**oh** 35:17 99:19
113:14 114:17,23
115:21 132:22

145:7,23 164:3
167:1 173:11,15
181:13 184:1
186:14 191:4
223:24 229:18
244:12 247:10
249:23
**ohio** 257:2
**okay** 4:19 5:17,18
5:22 6:6 11:2 13:1
15:3 19:2,13
23:19 28:13 34:15
34:17 36:5 37:1
39:6 44:18 45:9
45:13,16,19 48:5,8
51:17 53:16 54:2
60:19 61:2,3 64:2
72:9 76:9 79:6
84:25 85:2 88:11
88:16 90:23 91:21
92:19,22 93:22
95:23 102:17
103:14 106:9
112:14 114:12
115:22 120:20
125:16,22 126:17
129:6,7,17 137:8
140:18,23 142:20
142:21 143:16
144:12 155:17
159:19 162:1
166:3,5,11 170:24
175:25 176:3,16
181:21 183:13
188:1,9 189:15,17
195:7 196:19
200:14,25 203:10
211:18 214:23
229:8 230:17
242:9,12 253:24

**once** 65:13,16
67:22 71:15 165:9
191:25 192:2
225:17 235:4
251:15
**oncology** 251:6
**ones** 22:9 34:8
35:18 45:5 49:6
53:13,19 62:5
69:14,14,16 79:24
103:2,5,12 139:5
154:14 156:21
157:12,18 159:7
160:20 169:4
180:20 188:13,15
188:18 208:10
211:14 225:9,15
225:16
**open** 51:4 120:24
236:19
**openly** 52:8
145:24
**operating** 19:2
**opinion** 69:11
**opportunities**
179:21 180:23
183:15 217:25
218:9
**opportunity** 20:21
21:2 33:10 80:5
149:10 194:2
199:8
**option** 195:22
**options** 94:7,14
192:13 212:19
222:15
**oral** 1:14
**order** 18:23 90:4
101:21 102:4
126:2 198:20
243:21

**organization** 63:2
135:13 153:18
170:10
**orient** 59:7
**orientation** 34:15
52:11 65:21 70:1
70:9,16,25 84:3
89:13 90:1,6 91:6
91:12,16,20 92:11
92:14,18,20
102:14 118:8
119:6 168:19,21
168:24 169:16,17
170:1 178:4,9,12
178:15,17,19
179:8,15,19
218:12 219:16
**original** 200:21
**originally** 7:13
**osha** 18:24
**outside** 75:14 76:3
76:7 83:13 118:11
139:14,19,21
140:7 141:1
**overall** 61:12,14
62:10 73:18 76:12
83:22 86:2 95:16
**overheard** 91:2
**overlap** 95:20,22
**oversaw** 135:12
**overseas** 11:7
224:9
**owe** 233:14
**owed** 233:12
**owned** 108:2

**p**

**p** 35:6 77:10 88:7
89:3 92:6 94:24
95:1,18 96:12
97:6,19 99:3,21
122:1 147:23

256:11
**p.m.** 129:19,20
176:19,20 248:25
249:1 254:12
**p1** 27:5 62:20
65:18 76:22 77:5
77:14 78:23 79:4
81:12 87:18,23,25
88:10
**p2** 34:23 76:23
77:5,7,14,17 78:20
78:24 81:13,16
83:25 84:1 86:19
87:6,7,11,19,24,25
88:4 94:1,4 96:5
**p4** 87:7,12 88:4,10
93:4 94:1,4 95:20
95:25 96:5,16
98:16 99:7 122:4
**package** 100:6
175:17
**page** 47:25 59:13
60:1,12,24,25 62:3
64:1 73:15 74:1
79:7 84:16 85:8
85:22 86:14
100:22 101:4,10
103:15 136:3
137:4 148:8 154:2
166:20 187:11
214:8 215:21,21
215:22 221:15
242:23 243:5,6
244:2 257:13,15
259:7 260:3
**pages** 128:2
242:21
**paid** 80:16 81:23
82:3 140:1 151:22
233:15 244:2,4,7
244:11,12,14,15

244:24
**pair** 104:23
**paisley** 120:7
194:6
**pam** 246:25
247:10,14
**pankaj** 191:20,22
**paper** 72:19,20
81:9
**paperwork** 97:18
97:21
**paragraph** 47:24
47:25 48:13 216:2
216:6,16 217:19
217:19,23 218:18
238:6
**parentheses**
242:25
**parked** 195:5
**parsed** 197:8
**part** 17:20 47:1
66:24 67:4,19
72:22 82:5,12
83:10 101:2
118:15 127:8
128:4 140:8
162:25 175:12
184:5 211:4,5
219:10 259:9
**partial** 160:2
**partially** 196:12
197:9 204:7
**participate** 137:11
**particular** 53:18
106:4 147:4
173:20 236:4
**parties** 255:22,23
**partner** 10:22
11:2 52:17,23
53:1 109:11,16
110:1,6 207:21

211:5 223:16
224:5 227:1
228:10 229:16
230:14 244:25
246:2
**partners** 66:4
172:8
**party** 9:20 244:8
256:2,5
**pass** 80:16
**passed** 8:16 48:24
**path** 88:7,8 116:8
170:15 222:15
**pathologist** 211:11
252:20
**pathway** 172:24
175:10
**patton** 191:3,8
**paul** 148:4
**pay** 62:20,21
71:17 80:11 82:1
95:21 245:22
**paying** 71:11 81:7
**peer** 34:24 46:16
83:13 121:21
150:3
**peers** 54:19 83:12
218:18,19 219:5,8
**pending** 36:10
**people** 13:22,23
18:3 24:12 29:14
33:22 36:8 41:13
49:11,24 50:18
53:14 54:1 57:23
58:4,11 65:20
66:16,17,21 67:23
68:3,6,16 69:1,17
70:22 73:8,9
75:12,18,18,21
76:3,5 77:7,16
78:19 79:18 88:21

89:7,11 90:13
91:14 92:2 96:10
96:14 97:14 98:23
101:9,11 102:2,24
104:6,9 107:10
109:9 128:12,13
128:19,20 133:7
133:11,22 140:20
146:10 148:24
149:7,14,15
153:24 154:11,20
154:22 155:25
158:11 163:13
168:4,20 169:20
191:1,6 193:7,24
194:1,21 199:8,10
204:17,18 208:4
219:7 223:20
235:10 239:24
241:2,16 246:19
248:5
**people's** 50:9
**perceived** 34:4
**percent** 65:1
106:19 216:23
217:5
**percentage** 66:16
**percussion** 11:25
14:3,4
**performance** 3:11
3:12,12,13,13,14
3:14,15,15,16 12:1
13:19 14:2,3,5,5
41:25 43:16 45:6
48:16 51:7,9,11,12
51:16 58:22 59:6
59:12 60:12,15
61:6,12,14,20
62:15 64:4,7,13,16
73:13,19 74:9,12
76:19 79:25 83:10

84:9,13 85:16,25
88:14,15 101:5
146:4 158:1,8,12
160:10,11,13,15
160:20,23 161:1
161:11 162:8,10
212:13 216:12,21
**periods** 102:10
**periphery** 176:17
**perkinelmer**
151:24
**person** 25:23
27:21,24,25 28:4
28:10,14,16 29:1
31:3 54:7 57:11
57:25 59:23 89:16
90:6 91:4,5
103:21 117:2
120:14 133:21
149:1 173:20
177:15 199:3
228:19 233:24
234:5 236:4,7
247:7 256:1
**person's** 108:18
234:8 248:15
**personal** 33:2,14
106:24 122:21
134:12,17 146:8
162:19,22,24
171:23 176:6,8
177:12 188:10
195:5 198:18
199:14,17 204:9
205:6
**personally** 258:11
259:15
**personnel** 184:16
**perspective** 53:17
108:24 161:15
170:25

**pervasive** 58:10
**pfizer** 206:23
207:14 210:7,12
211:16
**ph.d.** 12:7,21 13:3
13:7,9 66:2 80:4,8
80:12,17,18 81:8
81:24 82:2 86:21
93:7,10 94:2,8
96:16,19 102:16
109:7 113:6
139:25 143:3,5,8
143:10,15 173:7
**ph.d.s** 96:14
**phenomenal**
104:21
**phone** 20:12 21:14
31:4 57:12 111:22
186:6 195:8 198:8
224:13 233:25
234:18,23 246:23
247:10,16 257:3
**phospholipidosis**
72:24
**phrase** 25:25
146:16 193:19
**phrases** 35:13
**physical** 23:11,17
141:14 142:4,10
142:13,18 223:13
227:18
**physically** 20:17
142:4,15
**physician** 7:10
**pi** 82:21 95:5,7,10
**pick** 228:22,25
**picked** 246:10
**piece** 126:21 197:8
**pig** 175:6
**pilot** 80:23

**pkpd** 132:13,17,19
147:11
**place** 1:19 206:12
224:1 229:18,20
229:21 230:9
**plaintiff** 1:5 2:3
**plan** 60:7 93:11,16
96:2 156:11 170:9
**planning** 161:9
214:18
**plans** 136:16
**play** 136:5
**pleasant** 94:4
**please** 4:12 5:20
5:25 25:18 70:7
70:18 71:2 77:25
79:2 87:14 88:18
90:3,17 96:22
97:9 98:4,20 99:9
122:10 170:13
192:17 202:12
241:22 257:11,11
**pm** 41:22,24 45:24
50:25 58:13 59:7
73:23 86:8 100:17
166:18 200:9
**pms** 185:1
**poignant** 69:16
**point** 18:15 22:24
23:8,9 25:25 27:8
30:19 32:5 33:7
35:3,6 50:9 58:15
61:5 62:6 68:11
74:24 75:5 82:17
86:12,19 88:2
99:16 102:15
104:18 105:20
113:6,17,21,22
115:15 133:12
146:23 150:3
157:15 159:8

169:22 171:5
176:2 179:5 181:5
183:6 185:6,7
195:25 196:10,23
198:13 203:5,6
227:22 231:18
238:17
**points** 85:5
**policies** 23:23
252:4
**policy** 24:4
**politely** 189:6,9
**poor** 242:2
**porn** 38:10,10
56:3,14,22 57:1
**portfolio** 201:8
221:21
**portion** 71:12
160:9 163:19
**position** 15:5
16:10 17:16,25
20:9,14 21:8 22:4
22:11,14,20 23:5
26:23 28:11 54:20
59:2 61:22 62:17
63:16,17 76:23
86:20 87:6 94:10
94:25,25 95:18,19
96:20 97:6,6,19,19
99:14 120:12,15
128:17 147:23
150:10 153:8
201:10 205:22
208:21 209:20
210:3,18 211:3
**positions** 16:11
77:10 219:9
236:19
**positive** 137:19
158:11 170:11
200:16,19 201:8

221:18
**possibility** 149:22
**possible** 15:11
17:22 50:10 70:21
236:5
**possibly** 56:8 67:4
178:20 194:8
254:1
**post** 161:16
**postdoc** 94:10,14
94:15,20
**potential** 21:25
24:3 94:22 173:4
173:5 174:14
173:5 174:14
212:21 222:15
241:8
**potentially** 57:25
62:7 212:25
215:15
**practitioner** 7:14
**praised** 170:10
**preceded** 190:4
**preferred** 75:18
**prepare** 8:4 9:17
97:17 161:6,12
202:9
**prepared** 9:6
161:10 220:9
221:6,13
**prepped** 165:13
**prescribed** 6:24
7:4,12
**presence** 137:10
169:14
**present** 26:20 37:9
48:22 54:15 68:15
68:24 103:13
116:11 145:11
180:9 255:22
**presentation**
72:22 73:5,6,7

97:13,15 98:15,25
109:6 110:9
**presenting** 120:24
145:9 161:15
**pretending** 213:25
**pretty** 42:10 87:20
213:22
**prevented** 178:18
**preventing** 138:11
171:14 174:13
**previous** 157:4
**previously** 84:14
167:18
**pride** 109:3
113:16,19,21,23
114:7,9 118:2
137:11,22 139:8
170:23 253:15,18
254:7
**primary** 7:10 25:1
74:18 95:8
**prior** 52:15 72:3,7
103:10 183:11
**prioritization**
153:12
**prioritize** 152:8,20
**private** 51:5 110:6
110:10 186:8,22
187:5,8 188:21
**privilege** 189:10
**privy** 180:18
**probably** 27:11
39:13 52:14,15
67:5 79:24 113:5
136:23 165:11
168:13 183:8
215:20 217:5
233:5 242:6
244:25
**probation** 184:18

**problem** 22:18
**procedure** 1:18
255:16 258:5
259:5
**procedures** 19:2
24:2
**process** 17:15 63:8
63:20 77:6 90:21
145:17 169:1
188:23 198:22
199:2 211:6 240:5
**produced** 1:14
215:3 248:18
**product** 15:11
**production** 257:15
257:17,22
**productive** 161:14
**program** 13:3
80:4,8,17,20,22,25
81:2,2,8 82:5,9,11
82:12 83:2
**progress** 236:10
**progressed** 157:14
**progressive** 184:5
**progressively**
223:9
**prohibit** 23:24
**project** 141:18
142:14 148:2
172:4,7,14,22
173:2,3,22 174:5,8
174:16 178:24,25
179:4 197:3
218:22,24 219:2,3
219:5 225:23,25
237:22 238:11
251:3 253:2
**projects** 66:3
74:20 75:22
103:23,25 122:15
131:25 170:5,7

171:4,8,9 172:12
172:15,18 174:13
174:14 180:22,25
204:20 219:2
221:19
**promise** 34:20
**promote** 77:10
87:11 88:20 91:4
**promoted** 76:22
77:20,22 86:19,21
86:22 87:6,18,23
88:3,24 89:3 93:4
94:1 96:4,5,12,15
96:20 97:5,18
98:16 100:3,11
213:10
**promotion** 77:14
78:1,17,24 81:12
81:16 92:10 99:3
99:7
**promotions** 77:5
217:24 218:9
**pronounce** 7:8
147:17 191:19
226:13
**pronounced** 254:1
**proper** 232:1
**protect** 251:25
**protected** 218:12
**protective** 243:21
**provide** 64:9
67:20 167:23
**provided** 241:7
**provides** 16:18
24:14
**pry** 34:21
**ps** 92:3
**psychic** 215:8
230:11 231:6
232:17,23,25
233:12,22 234:5

234:25 235:7,16
235:19,22,25
236:3
**psychotherapy**
236:12
**ptsd** 223:17 226:9
226:24 227:3
**public** 1:15 255:4
258:10,18 259:15
259:23 260:23
**publish** 82:17
**pull** 215:20
**pulse** 39:21,22,23
40:2,7,10,16 41:12
42:9,14 43:3,9,20
43:25 44:4,12,19
45:4 46:1,7 47:18
48:3,14,21 51:14
51:15 79:21 216:6
**pun** 68:11
**punch** 68:10
**purposes** 142:17
**pursuant** 1:18
229:12 255:16
**pursue** 12:14 13:7
15:1 72:4
**pursuing** 71:8,18
72:1,5 81:24
214:6
**pushing** 176:1
**put** 41:6 43:5,22
60:9 75:13 79:21
81:17,18,21 85:1
89:7 90:13 91:5
96:1 107:6 129:2
159:6 167:22
175:16,17 184:12
184:18 205:12
217:14 245:18
**putting** 38:23,25
41:2 43:3 92:9

172:10

## q

**qst** 152:17,19
**qualifies** 13:20
184:2
**qualify** 100:9
**quality** 15:10
**quantitative** 19:16
19:19
**question** 5:2,11,13
5:17,19 6:5 12:23
19:9 36:10 39:13
67:5 70:11 76:23
90:16 97:7 98:18
99:8 106:11
108:15 118:14
127:23 141:16
161:22 171:25
183:11 184:9
186:17 198:16
199:6,24 205:2,5,8
231:21 236:6
239:19 241:9
253:13
**questions** 3:3 4:6
4:23 5:23,25 6:22
7:24 8:2 10:1 36:8
53:24 78:16
142:17 183:7
198:23 199:9,11
249:3 254:8,10
**quick** 129:13
170:15
**quickly** 42:8 157:9
175:16
**quiet** 127:15
**quite** 113:21
178:23
**quote** 149:17
**quotes** 149:16

## r

**r** 65:19 92:3,4
93:17 94:9,25
95:4,11,17 96:2
99:3,21 122:4
256:11
**r1** 93:19,20,21
94:2 95:19,20,25
96:1,5,14,17,20
97:6,19 98:17
99:7 100:3,11
110:12,16,18
113:9 124:4
**r4** 150:22
**r5** 121:22
**r7** 132:6
**r8** 99:15 151:8
**race** 92:17 168:21
**radar** 82:15
**radio** 214:4
**raise** 64:6,12,15
66:8 216:10,14,17
216:20,24 217:4,7
217:8,13
**raised** 224:4
**raises** 64:8 65:1
216:25 217:2,11
**ramifications** 6:13
**ran** 82:3 219:1
**ranked** 89:19 90:8
91:10,19,23,25
92:2,21
**ranking** 65:17
66:23 89:8,18
90:21 92:5,8
216:10,11
**rankings** 86:2
**ranks** 89:3 96:3
**rapidly** 111:15
**rated** 185:3

**rating** 61:12,15
62:9,10 64:3
73:18 76:12 83:22
184:20,23
**ratings** 44:11,17
59:21 60:13
184:22
**rationale** 139:2
**reach** 125:20
246:12,14 248:5
253:7
**reached** 20:25
21:12 191:6 241:2
**reaching** 191:3
**react** 53:2,4
**reaction** 137:13
149:19 171:11
172:6 177:3
**reactions** 179:25
**read** 60:16 73:2,3
86:17 111:11
215:25 232:5
258:5,6,12 259:5,6
259:17
**reading** 83:21
257:19
**readings** 215:8
**ready** 175:13
**realize** 183:6
**realized** 213:22
**really** 11:6 22:16
25:6,21 30:4
33:14 36:21 37:19
38:20,21,23 40:12
49:13 51:21 58:8
69:16 82:23 94:18
94:20 98:5 102:16
102:18,19 105:12
112:18 114:8,24
116:3 138:23
206:7 224:1 226:6

227:4 229:4
230:17,18 235:16
237:17 240:13
248:7
**realtime** 167:11
**rear** 119:25 120:6
134:6,21
**reason** 6:4 15:19
33:23 57:17 58:12
70:8,15,23 74:7
106:20 109:15,21
109:24 112:21
117:15 129:2
138:18 168:3
175:22 178:2
186:24 204:10
239:18,19 257:14
259:8 260:3
**reasons** 33:2 90:13
122:14 170:2
172:11
**recall** 7:3,17,18,21
9:14 17:6 19:7
22:3,10 23:11,15
23:18 24:16 26:16
27:5,9 28:7,17,21
36:14 37:14,15,24
38:20 40:18,20
41:2,3,20 42:16
49:2,16,16 50:6,11
51:10 53:7,7
54:24 56:17 61:11
61:13 63:7,20
64:3,6,10 65:2,6,9
67:19 69:3,11
71:7 73:18 81:19
84:4 86:1 87:5
97:17 98:5,6
102:23 103:1,7
106:1 109:5 110:8
111:13 112:6,8

115:3,4 117:22
118:18,21 121:13
123:25 124:1
126:9 127:1,13,14
127:22 130:1,2
131:5 133:11,23
134:9,10 135:9,19
137:14 139:11
142:24,25 143:17
144:25 145:3
146:13,15,20,21
148:25 149:21
155:25 156:10
159:17 163:3
164:13,15,17
165:10 179:16
180:3,17 181:5
182:3 184:21,22
184:23 189:1,14
189:19,25 190:3,4
190:7,12 191:2,14
193:2,5 203:2
204:16 205:21
207:4 208:20,24
210:21 225:14
235:8,18 236:6
238:22 241:24
247:20 248:1,4
250:18
**recalled** 136:8
**recap** 48:7
**receipt** 257:18
**receive** 18:8 22:20
22:23 61:11 64:24
65:1 77:14 184:20
205:18 208:13,16
212:16,19 248:11
**received** 11:24
18:22 19:4 20:8
23:4 43:9 64:6,15
65:7,8,10 210:11

212:4,15,22
216:10,20,23,24
217:3 226:24
229:12 248:14
**receives** 44:4
**receiving** 24:16
189:25
**recess** 45:21 93:1
129:19 176:19
248:25
**recognize** 47:8
58:21 61:19 62:14
73:12,23 76:19
84:8 86:8 100:17
111:3 166:16
189:23 192:6
215:19,22 242:2
243:25
**recollect** 56:9
**recollection** 59:3
74:21 115:19
165:17 187:20
190:11
**recommendation**
94:11,12
**record** 4:13 27:13
159:25 164:10,16
165:7,21,23,25
166:8 195:1
255:20 259:9
**recorded** 160:4,9
163:1 164:13,23
165:10,17 181:22
181:23,24 182:3,5
196:3 201:22
**recording** 159:9
159:11,15,22
160:2 162:4 164:5
164:5,8,11,17,25
165:6 166:1,6

**recordings** 163:25
164:1
**records** 229:12
**red** 24:6,7,8,10,16
85:12
**redirect** 191:11
**redirected** 191:9
**redistribute**
107:15
**refer** 4:19 171:15
**reference** 62:18
75:11 76:10 83:9
101:15 103:16
118:22 119:24
128:3 145:22
215:3 217:20
229:14 230:11,19
231:13 232:14,16
232:22 242:25
257:7 258:2 259:2
**referenced** 46:7
48:21 52:22 147:5
148:18 258:11
259:15
**references** 216:2
218:18
**referencing** 74:22
216:6
**referred** 52:17
53:2
**referring** 16:3
28:18,19 29:2
42:13 54:12 58:5
83:17 154:5 196:6
202:10
**refinance** 245:8,12
245:16
**refinanced** 211:9
245:18
**refinancing** 245:1
245:4,10

**reflecting** 41:9
**reflects** 238:4
**refresh** 48:2,8
  54:6 64:11 136:22
  236:15 238:16
**refuse** 119:4
**refused** 119:14
**refusing** 202:17
**regarding** 190:1
**regards** 31:14
  248:12 250:25
  252:15,16
**regular** 62:5
  160:17
**reimburse** 71:21
**reimbursed**
  244:24
**reimbursement**
  71:19 244:13
**reimbursing** 71:11
**related** 71:7 82:1
  89:12 137:22
  144:24 181:11
  183:4 230:13
  245:10 247:2,4
  248:19
**relates** 54:11
  222:20
**relating** 4:3
**relation** 42:7
**relationship** 123:8
  123:11,16 148:6
**relationships** 83:1
  83:12
**relative** 217:2,5,6
  224:25 256:2
**release** 233:11,22
**relevant** 183:11
**relieve** 231:7,10
**relive** 165:15

**relocation** 222:25
  244:5,16
**remark** 173:15
**remarks** 166:24
  167:2,9
**remedy** 158:2
**remember** 7:12
  9:13 13:2 17:7,10
  20:1 22:7 25:20
  25:24 28:19,20,23
  29:22 30:1,3,12
  31:9 32:10,14,14
  32:19 35:11,12,15
  35:22,25 36:21
  37:6 38:2,21 40:5
  41:16,19 42:3,7,12
  45:2 56:4,4,10,12
  56:20 58:16 61:14
  62:9 63:4,22
  64:15 67:21,22,25
  68:2,4,4 69:1,5,13
  69:19 76:12,22
  78:15 98:12 102:6
  110:21 111:24
  112:4,12 113:2
  114:2,4 115:1,14
  115:15,17,18
  117:19 118:19
  125:4 126:4
  127:16 129:24
  130:22,23,24
  131:12 132:5
  137:16,16 141:24
  142:3 144:4,5,7
  145:13 146:15
  147:3 152:4
  155:16,24 156:3,6
  159:5,5 160:6,8
  166:13 169:4,6,7
  169:11,12 172:23
  172:25 173:2

176:3 181:3,23,24
  187:9,15 190:14
  192:22,25 193:6,7
  194:10,14,16,18
  194:20 200:3
  204:4 210:4
  216:11,14 219:21
  220:13 232:4
  233:1,3 234:14,17
  234:18,20 240:20
  244:23 247:7,25
  248:15
**remembering**
  190:17 191:15
**remind** 77:18
**remotely** 142:16
  224:10
**removal** 202:23
**remove** 189:10
**rep** 81:3 219:2
**repeat** 5:21 45:1
  52:24 91:9
**repeating** 163:6
**rephrase** 5:25
  186:10
**replace** 104:23
  106:2
**replied** 188:17
  202:10
**report** 19:21 24:3
  27:19 29:8,10,12
  31:19 40:7,10
  44:17,18 46:5,8,17
  46:20 56:25 57:2
  57:15,17 69:22
  87:23 93:13
  105:18,21,23
  116:14 121:24,25
  147:12,14 148:12
  151:9 185:10,11
  190:19,22,24

249:25 251:9
**reported** 27:18
  31:11 32:1,3,5
  34:24 35:3,8 45:5
  79:20 86:24 87:5
  87:17 99:13 101:1
  116:13 118:25
  120:9 121:19
  130:13 132:14,20
  147:25 148:8
  153:4 177:25
  220:4 253:2
**reporter** 5:3 47:6
  58:20 76:17
  242:13 246:6
  258:7
**reporting** 25:10
  25:16 35:7 54:22
  87:1 102:11
  103:11,22 104:9
  115:7 124:5 132:6
  148:1,6
**reports** 3:20 44:10
  147:19 150:20,22
  191:1
**represent** 4:10,18
**represented**
  255:23
**representing**
  140:13
**request** 190:5
  259:9,11
**requested** 8:19
  190:13 255:22
**required** 257:25
**rerouted** 191:13
**reschedule** 202:12
  204:11,17,19,21
  205:7
**rescheduled** 205:3

**research** 72:19,21
82:10,17 83:3
99:15,20 106:4
118:24 120:17,19
132:6 139:23
140:9 147:10
153:9,25
**reserve** 186:23
**reserved** 187:6
**residence** 256:15
**resign** 201:12
237:10
**resignation** 3:17
192:11 205:12
237:20 238:20
239:5,15
**resigned** 184:1
**resigns** 238:12
**resistance** 116:9
**resonate** 231:17
**resources** 47:13
103:17 104:20
105:5 107:6,15,19
107:24 108:1,7
116:14
**respect** 83:14
172:6
**respond** 36:4
111:16,19 192:14
248:8
**responded** 111:15
111:21 112:23
205:11 248:10
**response** 36:1 39:6
52:1 66:7 78:16
101:13,20 111:13
113:9 114:11,16
114:22 115:17,20
126:7 131:10,12
131:13 134:10
173:11 202:16

**responses** 81:5
158:11
**responsibilities**
143:4,6
**responsibility**
27:14
**restroom** 112:15
112:16,18,20,24
**restrooms** 112:16
112:22 136:20
**result** 223:12
228:4 242:16
**results** 44:12,15
44:16 45:4 60:2
**retain** 80:20 94:18
**retaliation** 23:25
182:25 219:24
222:20,21
**retaliatory** 104:8
104:12 178:7
**retire** 99:16,18
100:2 214:18
**retired** 129:4
140:10 145:10
**retirement** 100:5
100:6 214:16,20
**retreat** 140:19
**returned** 257:18
**returns** 215:2
**review** 3:14,15 8:8
8:14,15 9:5 46:2
51:12,16 74:12
146:5 158:8,12
160:11,14,15,23
161:1 196:18,19
200:16 216:9
257:12 258:1
259:1
**reviewed** 8:11,25
9:8

**reviewing** 9:16
**reviews** 161:11,13
**revision** 200:10
**reward** 66:16
**rewarded** 66:6
**reworded** 201:7
**ria** 147:21
**richard** 191:11
**rick** 133:12,25
135:2,7,8,11
185:11,17,24
186:2,6 187:25
188:1,5 253:20
**right** 10:16 11:9
11:11 21:11 27:15
31:18 42:24 45:12
48:7 53:20,25
54:25 55:16 57:4
58:9 59:1,8 60:3
61:9,24 62:1,18
74:4 84:14 85:1
90:11 91:16 92:11
93:20 96:4 106:7
109:13 110:20
113:3 115:6
121:24 122:9,25
123:4 128:18
132:22 135:23
136:20 140:12
148:10 149:14
150:4,14 165:3
167:19 174:18
179:11 180:25
181:22 183:16
184:25 185:4,25
186:4 187:7,14
188:2,7 189:10
191:2,20,22 196:3
197:7,10 199:10
199:14 211:5
214:13,19 216:4

216:12 217:16,18
218:16 226:17
227:2 243:7 250:6
250:10
**ring** 133:17
191:12 227:24
**risk** 173:25
**rly** 1:3
**rna** 175:6,8,9
**rochester** 11:20
14:9
**role** 15:17 22:2,21
46:14 81:4 93:17
98:1,7 99:3
113:10 140:9,11
143:12 171:22,24
172:5 218:22,24
252:19
**roll** 43:20 104:14
108:11 157:7
**rolled** 42:10
107:14 184:23
**rolling** 154:14
158:23
**romantic** 123:15
**room** 54:1 55:7
56:14 98:24
107:11 142:9
157:2 181:17
221:5
**round** 212:8
**routine** 49:6 75:25
**roxanne** 104:21
105:13,19,22
106:2,17 110:17
110:19
**rpr** 1:15 255:4
**ruin** 127:6 129:4
**ruins** 58:1
**rules** 1:18 252:3
255:16 258:5

259:5
**run** 10:12 23:2
  136:10
**running** 75:20,24
  95:5 204:3
**russell** 147:21
**ruth** 191:11
**résumé** 21:8,10

**s**

**s** 257:15 259:8,8
  260:3
**s&t** 144:7
**safety** 25:3
**saith** 254:14
**salary** 208:23
  209:22 210:6
  211:20,22,25
  212:4,7
**san** 7:9 10:6,11
  11:5 144:20 207:5
  207:13,15 210:24
  211:7,9 224:7,10
  224:16 236:14,19
  236:22,24 237:1,6
  237:9 239:13,21
  244:5 245:4,20
  246:2 253:8
**sarcastic** 173:15
**sat** 65:17 91:1,19
  91:24
**saw** 63:15 65:17
  89:7,21 90:13
  186:14 227:12
**saying** 20:8 30:24
  41:16 54:3 78:15
  91:3 114:5 137:14
  155:20,25 166:12
  168:25 182:22
  196:20 197:1
  202:24 219:8
  221:19 233:22

247:25 248:1
**says** 59:2,12 62:17
  62:21 74:14 80:3
  83:11 85:4 101:10
  111:8 116:18
  128:24 146:5
  154:4 159:1 216:9
  229:15 230:17
  231:11 232:3,12
  232:19 233:6,21
  238:5,8 244:10,18
**scared** 29:15 30:4
  57:20,21,25
**schedule** 226:7
**scheduled** 160:15
  160:24,25 161:7
  220:7 221:2,3,4
  238:6
**schedules** 225:22
**schism** 181:18
**schlitt** 7:8
**school** 7:1,2 11:13
  11:14,17,21 12:1
  13:8 14:10 80:12
  80:21 81:11 82:14
  82:24 83:1 99:12
  153:8 154:1
  228:16
**science** 11:24
  12:18 175:11
**scientific** 56:7
  80:6 88:10 101:13
  103:17 123:14
  124:16 131:22
**scientist** 95:17
  96:11 106:5
  110:12 113:9
  120:9 132:6 140:9
  145:24 147:10,18
  254:6

**scientists** 158:3
  163:15
**scope** 207:19
**score** 13:23
**scott** 253:17
**scripps** 7:9
**se** 100:25 250:15
**seal** 256:7 258:15
  259:21
**search** 23:15,16
**second** 54:11
  60:23 83:10 152:1
  199:4 215:21
  225:1 238:5
**secret** 172:21
**section** 40:25 41:2
  59:16 74:14 84:16
  85:2,3,8,12 101:4
  236:13
**security** 252:2
**see** 51:20 83:21
  107:8 109:19
  128:3 138:18
  173:12 186:9,13
  207:25 215:9
  225:3,17 227:10
  230:7,10
**seeing** 159:5
  176:16
**seek** 71:23 116:19
  117:10 226:8
**seeking** 242:15
**seen** 9:11 44:12,17
  44:18 97:15 229:9
  229:10
**select** 13:22
**self** 27:11 52:7
  242:3
**sell** 245:6,14
**seminar** 140:1

**send** 73:2 94:14
  122:10 246:22
  247:1
**sending** 121:7
  122:7,12,18,21,25
  131:4 148:12
**senior** 7:1 40:13
  118:24
**sense** 4:20 5:6,14
  5:24 101:24
**sent** 9:10 20:11
  111:5 114:5 148:9
  190:25 192:12
  202:16 246:19,24
**sentence** 80:3
  101:10 154:4
  221:22
**separate** 35:25
  51:16 53:9,10
  160:20 161:1
  245:6
**separated** 15:13
**separation** 202:23
**september** 212:12
**series** 30:21 79:13
  191:16
**serious** 126:16
**seriously** 6:11
**served** 15:22
**serving** 241:10
**session** 231:25
  232:3 236:11
  238:4
**set** 177:18 251:24
  252:3 256:6
**setting** 17:8 49:5
  177:22 202:19
**seventy** 211:21
**severe** 6:13
**sex** 34:13 102:14
  168:19,19,21,23

223:15
**sexual** 34:15 52:11
  65:21 70:1,9,16,24
  84:3 89:13,25
  90:5 91:6,11,16,20
  92:10,13,18,20
  102:14 118:8
  119:5 121:12
  123:15 125:2,7
  168:18,21,23
  169:16,16 170:1
  178:3,9,12,14,17
  178:19 179:7,15
  179:19 218:11
  219:16
**sexually** 119:19,21
  119:23 124:19
  130:18,20
**shaking** 5:5
**shanghai** 11:12
  211:7 224:16
  227:1 228:10
  246:3
**share** 73:8,9
**shared** 51:18
  105:15,19,24,25
  110:16 134:13
**sharing** 52:2
**sharp** 158:6
**she'd** 154:12
**sheet** 257:13 259:7
  259:10,18 260:1
**shelby** 2:12 3:3
  4:6,8 45:23 60:25
  92:25 93:3 118:13
  129:9,13,17,21
  176:16,21 189:22
  226:17 237:14
  239:3 241:25
  242:9,12,14
  243:17,20 248:22

249:2 254:8
**shipped** 175:8
**shocked** 53:11
**short** 145:13
  156:21 220:19
  221:1
**shorter** 220:7
**shortly** 25:19 26:3
  26:4,9 62:24
  182:14
**shortness** 158:23
**show** 44:16 46:2
  221:7
**showing** 9:11
**shown** 44:14 86:1
  257:16
**shows** 62:20 83:14
**shultz** 107:10
**sick** 202:5,11
  204:14,18 205:9
**side** 7:15 84:23
**signature** 254:11
  255:21 256:10
  257:14
**signed** 258:13
  259:18
**signing** 257:19
**silly** 39:13
**similar** 14:7 45:3
  68:7 103:24,25
  114:20 219:9,9,11
  235:6
**simple** 130:6
**sincerely** 257:21
**singled** 41:21
**sir** 257:10
**sister** 131:16
**sit** 89:6 91:22
  128:19,22 162:5
  187:14 198:4,5,9
  203:6,16 217:16

244:19,22
**site** 20:10 171:11
  172:6 177:2
  179:25 195:5
**sits** 21:9
**sitting** 28:23 54:25
  55:1,1 56:12,12
  92:1
**situation** 68:12
  189:11
**situations** 24:13
  102:19,25 219:9
**six** 232:20,21,23
**skin** 175:6
**skype** 209:25
**sleeves** 104:14
**slightly** 82:14
**slimeball** 126:10
**slowly** 200:6
**slur** 111:9
**small** 14:11
**smaller** 103:21
  104:24
**smart** 167:2 168:5
  207:24
**smile** 171:2 224:2
**smiling** 121:3
  137:17 223:25
**smith** 46:9,10,18
  46:21 48:19 49:1
  49:7 51:17
**smith's** 52:1
**snarky** 166:24
  167:2 168:5 229:2
**soft** 5:20
**softened** 200:2,13
  200:14
**softening** 200:16
  201:4,5
**solutions** 257:1
  260:1

**someone's** 58:1
  89:13 127:6
**son** 38:12,19
**son's** 38:11 56:3
  56:14,22 57:1
**soon** 36:12 77:10
  101:22 214:18
  237:10
**sooner** 57:18
  227:7
**sops** 18:23 19:6
  22:25 23:7,7
**sorry** 7:7,20 9:14
  16:3 17:12 19:9
  20:2 27:8 28:7
  30:13 31:9 32:20
  36:21,25 37:24
  41:8 42:4,23
  50:11 52:24 56:9
  71:13,14 76:14
  77:4 81:13 82:6
  87:4 91:22 93:18
  98:13 99:19,22
  100:4 108:8 112:7
  120:18 130:24
  136:25 141:4
  143:17 146:23
  147:20 165:12,25
  180:11 182:4
  188:9 191:14,19
  202:11 206:16
  211:1 218:23
  220:12 226:13
  240:8,22 243:4
  244:20 247:7
  248:17
**sort** 14:6 65:9
  143:17 163:17
  190:22 219:1
  221:21 223:11
  227:24 250:23

251:25
sought 159:13
sound 61:24
  185:25 186:4
  191:20 226:17
sounds 8:12 36:24
  41:16 53:16 61:10
  62:1 86:5 100:20
  133:18 136:2
  148:11 183:17
  213:4 244:18
source 228:20
sources 213:13
  228:1,7,12 229:5
south 206:4
southeastern
  11:14
southern 1:1
southwestern
  94:17
space 55:24,25
  82:19 141:14
  142:13,19
spaghetti 158:25
spandau 1:16 2:4
  255:13
speak 78:18 113:7
  135:7 157:2
  180:20 235:16
speaking 71:17
  138:11 246:17
speaks 216:19
specific 40:3,18,20
  43:19,22 79:22
  106:14 115:19
  117:20,23 172:1
  173:14 178:5
  180:20 181:5
  184:10,10 236:7
  239:1 240:16

specifically 8:22
  19:11 31:24 66:6
  98:7 118:1 125:4
  125:6 146:9
  148:21 156:10
  164:15 178:11,20
  179:24 180:16
  181:3 190:21
  193:6 222:1
  239:18 245:2
  247:20 248:12
  250:17
specifics 49:16
  50:11 56:7 67:19
  67:25 68:4 81:20
  121:13 126:6
  146:15,20 167:9
  200:3 235:8 236:7
speculate 186:23
  187:3
speculating
  117:12 118:12
  136:12
speculation 21:18
  33:7 44:6 52:13
  63:11 65:25 70:3
  70:7,18 71:2
  75:17 77:25 79:2
  83:19 87:14 88:18
  89:15 90:17 96:22
  97:9 98:4,19 99:9
  100:13 101:7,17
  109:18,23 118:9
  133:2 134:16
  150:25 151:13
  153:6,23 162:15
  162:21 186:20
  198:14 230:21
  231:15 234:2
speculative 66:23

speed 166:11
spending 232:12
  232:16
spent 175:5
spoke 47:19 57:11
  188:5,7 189:2
  191:22 233:24
spoken 101:22
  135:8 235:14
spot 205:4
spreadsheet
  196:11
spring 135:25
  136:18 137:2
  174:22,22 176:1
  227:14
sprinkling 201:7
ss 255:1
stakeholder
  107:23,25
stakeholders
  170:10 171:12,16
  171:18
stand 18:4
standard 19:2
  23:7
standing 55:3
  225:9
stands 95:7
star 241:3 246:6,9
  246:13
stars 171:17
start 12:8 13:3
  79:24 87:1 93:12
  128:20 159:8,11
  159:15 164:7,25
  165:6 166:1,6
  206:1 207:24
  212:11 232:25
started 12:9 13:5
  49:5 52:6 102:11

105:21 110:16,18
  110:20 121:7
  122:7,14 157:25
  158:19 159:22
  164:11 166:2
  170:3,4,5 171:19
  176:5 206:4
  211:25 225:10
starting 74:24
  125:20 211:20
  215:21
starts 99:24,24
  226:15
state 1:15 4:12
  255:1,5 258:10
  259:15
statement 235:15
  258:13,14 259:19
  259:19
statements 201:5
states 1:1 139:15
  139:19
stauber 86:25 87:1
  87:6,10,18 93:8,9
  93:25 97:4,22
  98:1,14 100:19
  103:11 107:21
  108:9 111:5
  116:15,18,24
  121:20 132:21
  138:1 145:15
  146:5,13 166:20
  168:4,8 169:13
  177:7,9 180:17
  184:25 187:17
  188:25 192:8
  194:22 204:10,15
  224:24 235:12,15
  235:20 249:21
stay 18:24 74:17
  131:16 136:6

179:1 238:20
**stayed** 94:23
207:20
**steatosis** 72:25
**steer** 131:22
**steeves** 251:11
**stenograph** 255:18
**steps** 175:9
**stereotyping**
102:14 168:19
**stern** 158:5
**steve** 32:16 34:20
35:2,21 38:16
68:5,18,19,22,23
69:18 70:23
143:12 246:17
247:3,4,12,15,18
248:3,11,19
**stevens** 22:7 80:19
80:22 81:2 94:7
99:11 100:10
140:10 143:12
145:10 148:3
**stick** 35:14 159:1
238:25
**sticking** 239:7
**sticks** 151:19
**stock** 212:19
**stop** 111:17 112:1
122:8,12,18,18,25
166:13 175:1
227:8
**stopped** 192:16
**story** 56:22 227:6
246:10
**straight** 91:20
99:25 179:11
**strategy** 171:11,19
172:10
**stream** 204:12

**street** 1:17 2:5,13
255:13
**stress** 223:14
227:23,25 228:1,7
228:12,20 229:5
**stresses** 228:6
**stressful** 224:15
224:17,17 228:3
228:11,18,22
229:25 233:8,9,12
233:16,17,18
**stretching** 22:16
**striking** 69:14
**string** 190:4,7,13
**strongly** 160:19
**structure** 62:25
148:1
**struggle** 149:8
**struggled** 58:8
83:11
**struggling** 229:4
**stuck** 240:17
**student** 80:23 81:3
82:22 145:23,25
**students** 82:13
**studio** 213:23,24
**study** 147:22
**stuff** 43:12 62:7
67:23 100:25
119:14,17 128:5
128:13 158:1
168:13
**stutz** 22:8 25:21
26:20 27:13,21
28:18 29:1,5 31:4
38:18 54:6,11,16
55:18 56:21 57:12
69:25 70:8 112:19
114:14 115:4,8
116:10 216:3
217:21

**stutz's** 26:23 37:25
40:11 56:25 57:18
67:9 136:19
**subject** 70:12
161:9
**subjectives** 60:2
**submit** 97:21,22
238:20 239:5
**subordinates**
159:2
**subscribed** 258:10
259:14 260:21
**subsequently**
180:13 190:25
210:11
**subset** 25:7,8
**substance** 218:8
**successful** 79:12
**successfully** 175:7
**sudden** 202:7
**suffer** 7:22 8:1
**sufficiently** 85:18
**suggest** 157:10
**suggested** 43:5
154:23,25 159:15
175:1,21 188:6
195:19 203:9
227:9
**suggesting** 36:5
56:18 145:1
155:22 217:1,2
**suggestion** 227:4,4
**suggests** 24:12
**suicide** 148:17
149:16,18 150:18
**suite** 1:17 2:5,13
255:14 257:2
**sullivan** 88:1
**sum** 218:7
**summarize** 59:13
80:1

**summarized**
146:21
**summary** 59:12
60:13 79:25 83:10
114:25 187:11
**summer** 14:11,13
14:19 32:15,18
36:20 42:6,7 48:3
48:6,9,11 80:10
135:6 136:1 176:1
180:4 203:1
205:23,24 227:14
229:19
**summons** 3:18
215:19
**superior** 257:1
**supervise** 132:8
**supervisor** 24:19
27:17 30:24 31:15
35:7 37:4 41:1
44:4 46:12,15
59:7,9 65:16
77:12 85:9,17,21
86:11,14 93:5
114:16 116:2
122:5 160:19
161:12 167:13
185:20 191:10,17
191:18 249:20
251:1
**supervisor's**
100:21 128:22
**supervisors** 43:18
232:8
**supervisory** 27:14
120:12,15 122:2
**support** 15:17
72:11 81:10
103:25 104:13,24
105:2,4,7,11 107:2
107:8 108:17

138:23 154:1
187:23,25 188:2
198:24 199:2
217:24 218:9
232:11 233:18,20
235:11
**supporting** 106:16
106:19,22 110:13
**supportive** 72:7
94:19 138:4
**supports** 107:1
**supposed** 42:24
43:2,3 45:11
137:24 160:17
171:10 222:6
238:9
**sure** 5:10 15:10
17:23 22:8 27:12
28:8 31:23 37:19
39:4 41:9,15
42:11,16 47:19
50:2,8 64:25
70:10 71:3 72:23
79:3 82:19,24
87:20,21 89:20
98:5,21 99:10
101:8 118:1
130:10 136:6
140:17,23 145:17
147:15 154:7
158:3 162:12
163:5,21 167:25
169:3,9 206:6
230:22,25 231:16
234:7 242:17
245:2 252:2
253:25
**surprise** 94:4
160:11,23 161:3,4
161:8 196:8

**surprising** 43:15
43:23
**surrogate** 25:9
30:20
**surrogates** 51:23
**survey** 39:21,22
39:23 40:2,7,10,16
41:12 42:9,14
43:9,20 44:1,4,13
44:19 45:4 46:2
47:18 48:3,14,21
50:15 51:14,15
79:21 216:7
**surveys** 43:4
**suspect** 52:14
**swingers** 67:23
68:16 69:22
**sworn** 1:14 4:2
255:8 258:10,13
259:14,18 260:21
**system** 21:8,9 86:1
184:6,10 252:2

**t**

**t** 253:4,4 256:11
**table** 69:4 120:25
**take** 6:3,6,15 11:6
22:25 23:2 30:14
45:10 47:7 76:24
92:25 123:3 129:9
129:13 131:20
140:10,11 143:20
166:13 170:5
171:22,24 172:12
172:13,16 174:25
175:21,23 176:18
195:16 197:11
206:6 209:10,17
236:14,16,24
237:1,6,9,11 239:4
239:12,21 248:22
254:10

**taken** 1:16 6:11
45:21 93:1 129:19
174:24 175:8
176:19 201:7
248:25 255:11,17
**takes** 83:25 175:10
**talk** 5:9 39:5,16
43:18 52:7 75:4
104:20 105:2
111:9 123:10
127:20 133:14
149:10 161:9
169:2,3 181:16
192:18 197:25
198:1,4,5,7,19,21
199:8 222:12
224:14 231:11
232:10 234:25
246:6 247:11
**talked** 8:6,7 30:12
31:3 35:22 47:1
48:25 67:9 69:14
69:17 91:15 102:8
103:2 105:4 107:4
119:20 124:9
127:20 129:22,24
130:2 157:21
167:18 173:23
180:25 184:21
196:3,8 198:8
208:4 218:7
220:23 226:21
227:12 230:1,15
232:7,15 234:5
237:2 241:5 243:8
247:10,16,24
250:14,15 251:18
251:22 252:18
253:19 254:3
**talking** 19:10
45:24 56:6,9 68:3

90:24,25 91:1
142:12,18 146:4
149:2 173:22
176:22 185:13,18
189:3 210:6
221:23 222:14
224:13
**tango** 172:13
174:24 177:4
**tapes** 227:7
**tara** 253:25
**tarah** 2:7,10
**target** 172:22
173:5,21,24,25
**tasks** 74:18 103:24
**tate** 1:16 2:4,4
60:23 63:10 86:17
128:7 186:19
212:9 216:18
228:15 239:1,16
242:6 245:7
254:10 255:12
257:5
**tatebowen.com**
2:6
**taught** 189:7
**tax** 215:2
**taxes** 244:1
**teaching** 15:15
**team** 79:13 97:13
175:17 178:24,25
197:2 222:18
225:23,25
**teamwork** 79:12
**tears** 158:19
**technical** 95:3
116:19 171:22,24
**technician** 26:24
55:19
**technologies** 105:9

| | | | |
|---|---|---|---|
| **tell** 4:2 6:12,12 | **telling** 17:7 33:15 | **therapist** 3:18 | 28:13 29:18 30:15 |
| 10:2 21:1 25:18 | 49:17 50:6 58:2 | 9:11 157:21 | 30:18 32:2,4 33:5 |
| 28:2,18 33:11 | 69:6 94:16 110:8 | 195:24 226:10,12 | 33:9,13 34:23 |
| 34:3,11 35:9 36:9 | 112:6,8 115:1,4 | 227:10 229:13 | 36:3,16 37:7,13 |
| 37:16,23,25 38:17 | 123:3 125:4 126:4 | 230:23 231:19,23 | 40:12 42:5,23 |
| 45:1 49:7,15,21,23 | 146:13 149:14 | 235:6 236:11,25 | 43:14 45:25 48:6 |
| 50:1,8,12,20,23 | 155:11 158:24 | 239:12 | 49:4 55:23 58:25 |
| 54:15 56:10 67:17 | 221:17 | **therapist's** 3:19,19 | 61:3 65:6,8 68:18 |
| 70:20 103:19 | **temporary** 14:24 | **thereof** 1:19 | 70:8 71:15,15,24 |
| 111:23 113:12,15 | 15:6 16:15,24 | **thesis** 72:15,17 | 74:4,10 75:8,12 |
| 114:18 115:13 | **ten** 224:14 | **thing** 17:7 33:12 | 77:12 79:23 84:5 |
| 116:24 117:13,15 | **term** 76:5 158:7 | 53:7 58:10 81:6 | 85:24 87:15,22 |
| 117:17 118:16 | 238:15 | 86:18 115:7 | 90:4 96:13,24 |
| 119:10,18 120:23 | **termination** | 119:20 121:1 | 101:18 103:5,12 |
| 123:20,23 125:1 | 202:19 | 126:14,16 128:18 | 104:7 108:10,20 |
| 125:19,24 126:8 | **test** 45:11 | 134:19 150:14 | 109:20 111:21,25 |
| 126:23 127:2,7,12 | **testified** 4:4 | 151:1 156:10 | 113:17,20 114:4 |
| 130:5,9,14,17 | 117:24 237:14 | 157:4 165:14,14 | 114:12 115:11,13 |
| 131:3,6,8 133:4,8 | 239:11 | 192:24 199:7 | 115:18 116:16 |
| 133:25 134:8,18 | **testify** 6:19 | 200:17,19 202:8 | 117:2,24 118:11 |
| 134:22 135:2,5 | **testimony** 91:17 | 215:25 217:9 | 126:14,18 127:8 |
| 136:7 146:11 | 164:4 236:21 | 220:3 221:22 | 127:11 128:10 |
| 148:16,21 149:1 | 255:20 258:6,7 | 227:23 232:5 | 129:1,22 130:6,12 |
| 150:19 152:6,7 | 259:6,9,12 | 250:7 | 133:22 135:13,20 |
| 156:12 162:17 | **testing** 16:7,9,16 | **things** 24:11 56:7 | 137:25 139:18 |
| 172:2,4,17 173:10 | 16:20,21 17:2,20 | 67:13 108:8 109:4 | 142:2,6,20 143:25 |
| 175:3 185:24 | 17:21 18:4 | 113:8 121:15 | 145:18,20 149:12 |
| 186:2 187:17 | **text** 111:21,23 | 124:18 126:24 | 149:21 150:13 |
| 192:17 193:10,13 | 124:11 246:23,24 | 128:15 155:13,16 | 152:8 153:14,15 |
| 193:20,22,25 | 247:1 248:6,17 | 156:2,2,6 159:13 | 154:5 156:24 |
| 194:3,5,22 197:19 | **thank** 4:15 5:8 | 163:3,8 170:3 | 157:5,22 159:4 |
| 197:22 201:16 | 16:5 45:17 132:22 | 187:12 190:18 | 160:1,13,16,22 |
| 203:12,14 221:12 | 188:9 254:9 | 198:22 204:20 | 161:23 162:4,16 |
| 221:15 230:23 | **thanked** 39:8 | 206:3 207:23 | 162:17,17 164:8 |
| 231:12 235:5,6,7 | **thanks** 34:17 | 223:20 228:15 | 165:8,22 166:2,9 |
| 235:12 236:25 | 129:17 | 234:12 235:6 | 168:1,8,24,25 |
| 237:3 240:9 | **therapeutic** | 237:18 238:7 | 170:2 174:19 |
| 247:14 250:8 | 103:24 206:17 | 240:12,13 | 176:6,23 178:13 |
| 255:8 | **therapeutics** | **think** 7:1 10:16 | 178:21 179:13,17 |
| **teller** 14:14 | 207:10 | 17:17,17 19:16,20 | 180:3,25 181:10 |
| | | 22:15 26:14,19,24 | 181:14 183:2,5,9 |

183:14 184:7,8
185:23 186:3,7,16
186:17,18 190:5,8
190:9,20 191:15
191:25 193:24
195:16 196:2
197:24 198:20
199:2 200:25
202:4 203:4 205:8
205:19 207:2
211:24 212:18
214:19,21 216:3
217:8 218:14,16
218:16 219:5,9,19
219:23 220:3
222:19,23 223:2
223:22 225:10,23
227:14 228:10
229:4 232:7 236:5
237:2,17 238:9,17
239:23 241:18
245:22 248:14,17
248:17,19,23
250:22 251:15,22
**thinking**   104:11
163:13 176:17
227:8
**thinks**   162:18
**third**   23:19 38:6
47:25 215:22
225:2 242:22
243:4 244:8
**thirty**   257:18
**thomas**   59:8
**thought**   28:6
31:18,20 52:8
67:24 91:24
101:20 108:8
112:9 116:7 123:8
126:1 127:17
143:11 149:2,3

150:19 161:16
166:2 183:8 206:4
207:24 214:20
215:8 226:10
230:7 239:6,7,7
240:5,11 246:14
248:4
**thoughts**   101:12
**threaten**   128:25
**threatened**   195:17
201:13,25 205:4
233:21
**threatening**
204:23
**three**   19:23 20:3
21:24 22:16 87:2
132:10 140:16
196:16,17,20,22
199:21 201:1
203:22 238:12,12
**throwing**   158:25
**tidy**   192:20
**tied**   169:25
**tim**   105:17
**time**   1:18 6:17
15:15 16:8,13,19
18:8,15 19:16
22:24 25:15,18,19
25:25 26:23 27:1
27:8 29:8 30:19
31:12,15 32:5,10
34:22 35:3,6,8
37:4 39:9 46:11
46:19 48:24 52:4
52:5,17 54:18
56:10 58:15 59:9
63:5 65:20 67:6
67:11 71:6,9
74:19,24 75:5
78:14 83:25 88:2
93:24 97:16

101:19 102:10,10
102:15 105:20,20
108:21 109:11,16
112:22 113:16
114:4 121:25
122:5 123:13
127:18 128:13,13
133:10,12 134:2
135:9 142:3 148:4
156:18 157:20
158:14,18 161:12
168:1 175:11
179:5 181:5
182:18 185:9
189:1 200:2
202:15 203:19
209:10,17 224:12
227:12,17,22
231:18 238:17,23
239:2 240:6,8
242:3 245:5,11,15
254:12
**timeline**   3:11 8:22
9:1,2,6,16 21:23
47:10 78:17 128:4
220:12
**timely**   74:19
**times**   5:10 25:14
49:6 61:7 68:9
78:8 87:3 101:10
104:13 105:3
130:2 135:8 142:7
163:10 165:9
175:1 188:13
189:12,16 190:18
191:24 196:16,17
196:20,22 199:21
225:19 234:13
**timing**   42:16
106:1 110:22
123:25 181:12

182:11,13,15
**title**   27:1,6 34:22
37:6 210:4
**titles**   27:6 63:1
**today**   4:22 6:8,19
8:5 28:23 202:11
218:5 230:16
238:7 244:19,22
**todd**   148:8
**told**   16:9,14 17:10
21:14 25:21 28:20
28:21 30:10,18
31:16,16 33:12
37:18,21 38:14
39:1,17 49:9 50:2
50:14,24 51:8
56:22 57:11 66:18
70:4,19 97:21
104:14 106:18
109:2 110:3 112:9
112:10,14 113:18
114:16,20,20
115:11 116:18,20
116:22 117:10,12
117:19,23,24
118:5,19 119:2,13
119:17,19,22,23
120:1,1,4,4,4,5
121:13,14,14,15
122:8 123:18,21
125:2,6,6,10,12,14
125:16,20 126:12
128:15 130:7,10
130:12,20,23
131:10 133:7,11
133:12,13 134:5,9
134:19 135:9,20
137:9,13 146:5
148:15,23,23
149:19 151:15,22
152:11,14,17,23

155:7,18,20,22
156:13 157:4
164:18 168:1
169:23 170:21,22
171:21 175:20
177:20 181:18
183:24 185:17
192:19 193:24
194:4,6,14,16,19
194:20 197:21,21
198:1 203:11,14
218:7 239:12
250:2,18
**tom** 20:8,21,25
22:7,12 24:20
25:8,10,16 27:18
29:24 32:11,13
33:21 34:4,9,18,25
35:5,9 36:12 37:3
37:21 38:6,15,22
38:24 39:2,10
40:7,21 42:5 44:3
44:19 45:3,25
46:1,6 47:3,17
48:9,21,25 49:8
50:4,25 51:18
52:3,10,19,21 53:1
53:2 54:22 55:6,9
55:24 58:7,7,14
60:9 61:1 62:5
66:18 67:10 69:15
71:25 74:8 78:1,6
79:8 80:24 81:1,3
81:15,22 85:9,13
85:17 86:11,15,23
86:24 87:5,17
93:6 97:4,22 98:6
103:20 104:4,9,19
105:1,16,19,25
106:15,18 107:10
108:6,11 114:15

114:18,22 115:2,4
115:8,16 116:15
116:19,24 117:16
118:6 120:2,4,10
121:14 123:18,20
123:23 124:5,9,11
124:14,17 125:6
126:4,7,12 127:9
130:11 131:6
133:5 145:19
146:8 148:15,21
150:7 155:2,22
157:24 158:18
164:9,10,13,16,19
170:6 175:18,21
175:23 177:8,15
177:23 178:11,17
178:24 179:5,8
180:8 192:9,14
195:18 196:2,10
197:6,19 201:9,19
201:21 203:6,14
203:17 218:19
219:10 235:22
**tom's** 31:7,14,24
36:1 46:16 55:16
114:16 126:7
**tone** 43:7 156:22
157:11 158:22
170:16
**tools** 105:10
**top** 22:10 32:19
42:4 65:3 103:16
152:5 173:2 183:5
184:23 216:15
232:2 245:3
250:18
**topic** 13:10 83:4
**topiramate** 6:15
**total** 244:15

**totaled** 244:16
**totaling** 244:3
**totality** 60:17
182:23
**touch** 17:2,4
130:25 181:1
**touched** 222:23
**tox** 75:22 141:18
142:14 148:2
173:3 174:8
218:22 219:2,3,5
253:2
**toxic** 195:24
**toxicologist** 27:7
59:2 61:23 62:17
207:18 209:21
**toxicology** 20:10
25:6 89:17 95:3
99:13 106:13
120:9 121:19
132:12,16,20
140:19 147:22
207:19 210:19
218:24
**track** 26:24 88:10
95:1,2,4,11,17
96:1,12 122:4
129:18
**tracy** 31:15 32:5,8
36:13 37:2,8,16
38:14,21 39:1,15
39:17 40:17 50:16
58:9 79:20 88:2
**trade** 172:20
**train** 18:17
**trained** 18:16 23:1
**training** 18:8,12
18:13,19,20,21
19:4,6,6 22:21,23
23:3,8 24:16 80:6
160:19

**trainings** 23:4
**trans** 143:13
**transcribed** 258:7
**transcript** 255:19
255:20 257:11,12
258:5,12 259:5,11
259:17
**transcripts** 233:23
233:25
**transfer** 21:25
93:18
**transferred** 20:14
35:4 58:16 93:7,9
93:20 124:8
**transgenders**
112:25
**transitioned**
135:14
**translated** 255:18
**transparency**
82:25
**transqst** 152:2
**travel** 138:10,13
138:14 140:25
141:8,19 144:24
145:19,20 209:14
**traveling** 253:8
**treat** 169:20,21
170:4 189:4
**treated** 34:13
204:25 219:12,15
220:1
**treating** 224:22
**treatment** 219:6
226:8,24 227:2
**trick** 76:23
**tried** 11:5 29:13
29:22 31:18 32:2
50:18 57:8 102:18
102:25 131:21
136:25 149:6

172:16 174:25 234:12

**triggered** 183:10

**trouble** 58:1

**trucking** 242:7

**true** 163:8,11,14 196:6,21 201:6 255:20

**truth** 4:2,3,3 6:12 6:12 196:24 255:8 255:9,9

**truthful** 195:21

**truthfully** 6:19

**try** 30:5 136:12 147:17 154:21 166:11 203:24 217:10

**trying** 7:17 23:15 28:7 36:6 39:14 48:6 91:17 113:7 118:4 125:8 126:21 141:19 154:7,9,22 155:11 155:14,20,21,23 163:3 169:8 193:25 215:7 228:25 239:13 245:9 248:20

**tuition** 71:19,21 80:11,17 81:4,5,7 81:9,23

**turn** 119:22 194:12 211:3 229:16 233:19 242:22

**turned** 121:2 195:4 209:3 210:17

**tv** 214:2

**twice** 25:17 191:25 225:18 235:4

**two** 14:19 21:24 26:13,14,17,22 51:13 76:25 133:11 140:16 141:8,10 152:21 152:22,23,24,25 153:1 160:21 165:1,9 185:1 193:24 204:21 219:1 224:6 226:5 238:11 245:6 251:7

**typed** 47:10 103:15

**types** 18:21 19:4

**typo** 137:5 238:8

**u**

**u** 256:11

**u.s.** 11:8 139:22 140:7 141:1,2

**uh** 176:25

**ultimate** 108:12

**unanswered** 198:24

**unclear** 172:8

**uncomfortable** 37:19 49:19 58:11 68:13 79:15,16 113:5 115:6 116:22,25 117:5 117:17,22 149:5 157:13 189:6,8

**undergrad** 12:4

**undergraduate** 12:5

**understand** 5:24 6:8,10 8:2 24:2,11 27:13 28:9 33:16 33:16,24 36:7,11 39:14 40:23 89:20 90:21 123:2

126:21,22 136:13 139:2 146:11 155:21 156:14 161:22 169:10 173:13 179:6 184:7 186:24 198:10,20,21 199:6 201:9,17 217:11 239:13 242:1 245:9

**understanding** 12:20 18:2 21:7 21:13,15,19,22 24:8 37:3 44:8,9 80:19 90:11 93:11 95:24 106:3 108:5 154:19 199:1 248:9

**understood** 140:23 169:18

**unexpectedly** 151:2

**unfairly** 218:2

**unfortunately** 10:23 15:18 180:18 199:19

**unhappy** 33:1,2,4 33:11,20 34:3

**united** 1:1 139:14 139:19 207:9 209:8

**university** 11:20 13:8 14:9

**unrelated** 228:17

**unsatisfactory** 79:11 184:20,24

**unsupportive** 99:6

**upper** 59:1

**upset** 38:11 39:2 56:13

**usborne** 252:17

**use** 18:3 42:20 76:5 112:15,18,20 112:23 129:15 176:15 193:19,21 200:12,13 224:9 231:9

**ust** 143:13

**ut** 94:17

**v**

**v** 99:21,24,24 257:6 258:3 259:3

**vague** 89:4,15 90:2 90:15,18 96:22 97:8 98:19 184:9 228:9

**value** 63:15 72:24 153:16 173:13 218:1,10

**values** 79:11 157:6

**varied** 225:4,6 226:6

**varies** 228:18

**variety** 156:1,2

**vendor** 175:14,16

**verbal** 183:25 184:3,4 209:3

**veritext** 257:1,7 260:1

**veritext.com.** 257:17

**verp** 99:19 100:10

**version** 200:21

**versions** 201:1

**versus** 214:4 240:18

**vertex** 99:19 205:17 206:5,11 207:5 208:7,14 211:19 212:5,11 212:15 213:8,11

222:24 236:16,20
236:23 237:7,8,11
238:23 239:4,6
240:21 243:10
244:4,15
**vic** 151:4
**victor** 151:5
**view** 200:19
**viewed** 116:7
**violating** 252:4
**violation** 250:4
**violations** 24:3
**virtually** 65:18
157:1
**voice** 5:20
**voluntary** 100:5,5
100:6
**volunteered** 203:6
**vp** 44:15 108:6
118:25
**vs** 1:6

**w**

**wait** 5:12 78:20
237:20 238:11
239:20,22
**waited** 237:25
239:3,5,14
**waived** 257:19
**wake** 223:18
**walk** 68:9 112:11
192:20 194:20
195:13 228:21
**walked** 220:9
221:5
**walking** 25:20
32:15 35:12 38:16
121:2 161:5
**wall** 158:25
**wang** 194:11
**want** 8:7 13:10
25:15 27:12 28:8

30:2 32:17 36:11
41:8 68:12 73:2
89:20,23 90:23
91:4 101:9 113:10
122:16,17 127:5,6
127:10 129:13
136:10 138:23
140:17 152:6,20
162:1,5,17,19,21
162:23 165:14,15
169:3 173:8,8
178:23 181:2
183:9 190:14
198:1 199:13
206:7 216:1 240:1
**wanted** 38:23 72:4
75:21 80:18,19
94:18 104:2 109:2
109:3 113:12,18
117:1 127:2,11
137:9 140:23
159:21 162:16,20
171:21,24 172:2
174:2 175:23
192:18 197:24
200:11 213:21
230:8 252:2
**wanting** 33:23
157:16
**wants** 238:11,13
**warning** 183:25
184:3,4,16
**wary** 203:10,12
**water** 45:19 92:24
129:16 176:15
**watson** 35:4,8
120:15 121:18
123:12,16,19,24
124:7,12,15
125:14 126:5
127:17,21,23

128:3,6 129:2,23
130:9,11,12,25
131:4,18 132:2,8
132:16,19,24
133:6 134:18,23
**way** 23:14 34:2
38:12 40:12 53:3
53:21 61:5 65:18
75:9 95:24 102:2
106:12 113:1
115:23 116:23
128:10 136:11
146:1 147:3
153:12 164:2
171:15 174:19
178:13 185:20
187:1 192:14
200:1 204:2 218:6
220:17 223:5
232:6,22 248:9
249:15
**ways** 35:25
**we've** 45:14 46:25
84:5 102:8,9
103:2,5,12 168:17
168:24,25 185:11
185:12 211:15
216:3 218:6,14,16
219:16,18,19,19
219:23,25 222:23
230:15 249:16
251:15,22
**weather** 137:3
**webster** 194:11
**week** 142:2,6,20
144:11,17 224:21
224:22 225:3,17
226:3,6
**weekends** 75:3
**weekly** 225:11

**weeks** 14:16
232:20,21,23
238:12
**weirdo** 112:24
**welcomed** 123:6
**went** 11:20 17:13
35:20,24 37:2
79:4 82:4,13
94:13 114:7,15
115:2,8 119:12
133:15,19 142:25
144:7 145:4 146:9
153:10 157:17,24
158:18 170:6
173:18,21 178:8
181:15,17 182:18
182:18 186:4,9,11
187:7 188:1,3
193:8 198:23
223:6 224:18
229:18,20 247:23
**whatnot** 88:13
**whatsoever**
232:11
**whereof** 256:6
**whichever** 42:2
**wife** 129:5 251:9
251:10
**williams** 1:15 2:8
31:15 32:6,8
36:13 37:2,8,16
38:14 39:16,17
40:17 255:4
**willy** 1:4,12,14 4:1
4:7,14 85:5
176:22 199:15
229:3 242:10
255:7 257:6,8
258:3,4,9 259:3,4
259:13 260:20

winter 118:22
wished 253:23
witness 1:14 60:18
  92:23 129:15
  199:5 226:18
  241:6,7,8,11,13,22
  242:11 256:6
  257:8,11 258:1,4
  258:11 259:1,4,15
witnessed 132:23
witnesses 124:9
witness' 257:14
wolf 10:12
women 119:2,8,11
  119:16 168:22
women's 112:24
word 8:17 41:8,12
  42:18 56:15,23
  57:2 126:11
  193:19,21 200:12
  200:13 231:9
wording 40:5 41:3
  51:10 94:21 113:2
  174:20
words 35:13 41:20
  115:16 130:22,24
  161:25 178:12
  193:16 202:21
  230:25
work 17:24 35:20
  39:18 43:12 51:3
  52:7 55:6,21
  58:12 67:23 68:16
  69:22 73:9 75:8
  76:7 79:19 97:13
  101:24 102:5
  104:15 111:21
  116:23 117:1
  119:21,24 121:8
  121:16,18 122:11
  122:12,15,19

123:1 130:18,21
131:1,2 134:6
139:25 141:11,12
142:4,8,10,11,15
142:16 143:15
144:24 174:6
193:3,10,14,23
194:17 195:11,23
195:24 201:2
203:24,25 204:1
207:8 215:4
217:24 218:9
223:6,24 224:10
224:19 237:18
238:21 240:12,24
253:8
worked 14:14,15
  16:19,23 19:5
  20:16 171:6
  224:24 236:4
  251:2 254:4
worker 216:2
  217:20
workers 33:25
working 11:8
  15:24 16:12 18:25
  20:17 30:18 75:2
  79:10,13 83:12
  96:19 103:22
  132:1 154:6
  158:24 171:12
  172:25 173:8
  174:3,13 175:2
  193:9 211:19
  213:8,10 237:23
  237:25 238:14
workload 75:6
  76:10
works 129:5
  240:24

world 173:12,16
worlds 251:8
worried 50:17
  75:5
worse 128:15
  159:13 223:9
  238:7
worth 74:11 233:7
wow 145:23
wrap 248:24
wraps 228:23
write 105:15
written 1:18 136:9
  147:6,8 163:2
  185:16
wrobleski 151:4
wrong 42:25
  112:20 128:11
  199:3 248:20

**x**

xyz 199:16

**y**

y 256:11
yard 224:6
yare 238:8
yeah 4:21 7:20
  23:22 25:19 33:18
  36:25 37:24 40:22
  41:15 47:22 48:1
  48:5 57:8 58:24
  60:9,10,22 73:14
  79:10 81:17 82:6
  82:6,6 84:10,23
  85:7 87:15 90:10
  91:18 93:18 98:5
  103:20 110:20
  113:24 115:11
  117:19 118:1
  119:4 126:14
  127:19 129:7,11

129:15 132:3
133:18 135:24
136:21,25,25
139:5 142:10,17
143:2 145:7
146:18 148:20
160:4 164:6 167:3
167:20 174:19
183:17 185:14,16
186:3,14 188:4
191:6 193:20
197:11 198:3
202:13 212:2
213:3,6 214:3,21
215:24 216:8
220:24 221:14,17
224:17 226:16,18
228:7,17 229:18
229:19 231:3,16
232:6 234:17
237:4 244:12,14
245:17,21 249:24
year 7:1 10:9
  13:23 19:20 20:6
  24:18 26:13,17
  36:18,19,23 41:21
  42:1,2,3,11,13,14
  43:13 46:2 49:3,4
  58:22 62:23 63:5
  64:18,23 65:7
  66:19 75:10 76:11
  81:18 83:11 87:4
  88:21 96:6,8,9
  101:2 114:9 124:1
  136:15 144:7
  146:4 152:21,22
  157:4,14 168:15
  171:7 175:5 197:5
  201:3 212:25
  216:9 217:12,14
  220:20,21,22,23

221:11 233:4
**years**   10:16 21:24
  22:15 29:13,23
  65:1,2,8 78:21
  88:12 183:8
  214:21 216:23,24
  223:10
**yesterday**   111:9
**yingying**   147:16
**yue**   194:11

**z**

**zero**   65:1 216:23
  217:5

# Federal Rules of Civil Procedure

## Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

## VERITEXT LEGAL SOLUTIONS
## COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.