

220 WEST MAIN STREET, SUITE 2150, LOUISVILLE, KY 40202  502-589-0995

NATIONAL HEADQUARTERS 800-227-0198
WWW.VOCECON.COM

August 13, 2019

Ms. Tarah Baldwin
Attorney at Law
Baldwin Maples & Williams
6856 N. Keystone Avenue
Indianapolis, IN 46220

RE: Jeffrey Willy

Dear Ms. Baldwin:

Upon your request, we analyzed the economic impact on Jeffrey Willy following alleged discrimination from his employer, Eli Lily Company. As documented in the following narrative, we find the economic impact to Dr. Willy is $505,838 inclusive of earnings and pension loss, stated in terms of present value.

In conducting our assessment, Dr. Willy was interviewed on May 7, 2019. In addition to various sources cited throughout this report, our analysis also relied upon review of the following case-specific documents:

- Complaint and Jury Demand;
- Tax returns (2013-2017);
- Eli Lily and Company Pay Stub;
- Vertex Paystub;
- Social Security Earnings statement;
- Eli Lily Employee Handbook;
- Vertex position description;
- Eli Lily Severance Plan Overview with Calculator;
- Résumé of Jeffrey Willy

## Basis for Discrimination

Dr. Willy indicates that he experienced discrimination by the company after reporting harassing and derogatory anti-gay comments from his fellow employees and superiors. Dr. Willy had been with Eli Lily since September of 2006, after completing a Bachelor of Science in Biology, Molecular Genetics. Dr. Willy later completed both a Master of Science in Biology and a Doctorate in Biochemistry and Molecular Biology.

Dr. Willy indicated that he experienced discrimination and a hostile work environment during his time with Eli Lilly. Upon filing charges on July 25, 2018, Dr. Willy continued to experience such harassment, eventually resulting in his termination on August 24, 2018.

Ms. Baldwin
August 13, 2019

## Pre-Termination Earning Capacity

Dr. Willy's future annual earning capacity is based on his actual earnings with Eli Lily in 2017. Based on information from his Social Security Earnings statement, we projected Dr. Willy's future annual earning capacity using the following methodology:
- We restated his reported earnings for 2017 to 2019 terms using the wage index from the U.S. Bureau of Labor Statistics (National Employment, Hours, and Earnings: Average Hourly Earnings of Production Workers 2017) and averaged them to arrive at a value of $108,652, removing unreimbursed business expenses. Please see Figure 1 below for details on our computations.

**Figure 1 Actual Earnings**

| Base Year | 2019 | | | | |
|---|---|---|---|---|---|
| Index Type | Wage | | | | |
| Base Index | 23.20 | | | | |
| | | | | | |
| Year | Index | Adjust. Factor | Nominal Earn | Unreim. EE Exp. | Real Earnings |
| 2017 | 22.06 | 105.2% | 104,414 | (1,133) | 108,652 |

This figure was then used to construct an age-earnings profile assuming typical growth patterns of males with a doctorate degree without a disability.

In addition, Dr. Willy received employer-provided fringe benefits, quantified as follows:
- The value of a single individual policy is measured by the employer paid contribution to his health plan at $7,080 per year ($6,730 updated to 2019 dollars as well, as stated on his W-2 detail statement in his tax records)
- Legally required benefits (primarily employer contributions to Social Security) are included at the rate of 9.9% (U. S. Bureau of Labor Statistics 2015).

The total fringe benefit value is equal to 16.4% of his base earnings as shown below in Figure 2:

**Figure 2 Fringe Benefits**

| *Annual Earning Capacity* | | 108,652 |
|---|---|---|
| | | |
| *Insurance* | | |
| Eli Lily | 7,080 | 6.5% |
| *Legally Required* | | |
| Legally Req exc SS | 1.06 | 3.7% |
| Social Security | 6.2% | 6.2% |
| | | |
| **Total Fringe Benefits** | | **16.4%** |

Thus, Dr. Willy's annual earning capacity but for termination is $108,652 + 16.4% fringe benefits.

A separate analysis of the pension benefits for Dr. Willy is conducted.

Ms. Baldwin
August 13, 2019

# Post-Demotion Earning Capacity

Dr. Willy's current position is with Vertex Pharmaceuticals as a Discovery and Investigative Toxicologist. Dr. Willy indicates that he is no longer running a lab, and that Vertex is a smaller company. Dr. Willy indicated that he feels like there are as many opportunities to move up. Our analysis assumes Dr. Willy will maintain his current position and be unlikely to experience the same increases with experience as he would have with Eli Lily. For purposes of loss of earnings, we projected Dr. Willy's future annual earning capacity using the following methodology:

Our analysis considers his actual demonstrated current earnings.
- Dr. Willy currently earns at the annual rate of $173,000. He has a bonus structure of up to an additional 18%.

**Figure 3 Actual Earnings**

| Discovery and Investigative | Toxicologist |
|---|---|
| Annual Rate | $173,000 |

In addition, Dr. Willy received employer-provided fringe benefits, quantified as follows:
- The value of a single individual policy is measured by the employer paid contribution to his health plan at $8,253 per year.
- The value of employer contributions to his 401K retirement plan at the rate of 4.5%.
- Legally required benefits (primarily employer contributions to Social Security) are included at the rate of 7.9% (U. S. Bureau of Labor Statistics 2015).

The total fringe benefit value is equal to 19.2% of his base earnings as shown below in Figure 4:

**Figure 4 Fringe Benefits**

| Annual Earning Capacity | | 173,000 |
|---|---|---|
| | | |
| *Insurance* | | |
| Vertex | 8,253 | 4.8% |
| *Retirement* | | |
| Retirement | | 4.5% |
| *Legally Required* | | |
| Legally Req exc SS | 1.06 | 3.7% |
| Social Security | 6.2% | 6.2% |
| | | |
| **Total Fringe Benefits** | | **19.2%** |

Thus, Dr. Willy's annual earning capacity after termination is $173,000 + 19.2% fringe benefits.

# Cost of Living Comparison

Dr. Willy currently lives in San Diego, California. The median home price in San Diego is $656,600 compared to $135,200 for the median home price in Indianapolis, Indiana (Best Places, n.d.). To properly compare the pre- and post-termination earning for Dr. Willy, our analysis adjusts the earnings to account for the difference in cost of living. Research indicates that the cost of living in Indianapolis is 12.1% below the national average. The same research indicates that San Diego's cost of living is 77.5% above the national average. The earnings

Ms. Baldwin
August 13, 2019

figures in the tables at the back of this report have been adjusted to reflect this difference, placing both income streams at the national average.

## Analysis of Lost Earnings

Attached to this report are both the worklife expectancy table as well as the pension loss. All values in these exhibits are in terms of present value. The present value of future dollars is computed using a net discount rate of 0%. This is derived through exploration of historical growth and discount rates. As a measure of the rate of growth, we examine the average growth rate for total compensation in the United States from the Bureau of Labor Statistics (Major Sector Productivity and Costs Index: Business Sector, Hourly Compensation 2013). For interest (discount) rates, we rely upon Federal Reserve Bank records for the 91-day Treasury Bill (2013). Whether measured long-term (60 years) or short-term (10 years), we find that growth rates essentially equal interest rates, resulting in our net discount rate of 0%.

Dr. Willy's worklife expectancy is statistically computed like that of an average male with a doctorate degree. The statistics rely upon probabilities of life from the U. S. Life Tables (Arias 2014) and probabilities of employment from the ACS (U. S. Census Bureau 2009 - 2013).

Exhibit 1 presents the computation of Dr. Willy's loss based on his actual earnings through the end of his worklife expectancy of 24.8 years. A separate analysis of the loss of pension benefits was conducted for Dr. Willy.

The loss of expected earnings sustained by Dr. Willy is summarized in Figure 5 below, stated in terms of present value.

The figure divides these losses between past and future based upon a cut-off date of this report.

**Figure 5 Summary of Loss Analyses**

| Component | Loss |
|---|---|
| Earnings | $ 379,799 |
| Pension | $ 126,039 |
| Total Loss | $ 505,838 |

Please advise if further information is desired.

Sincerely,
VOCATIONAL ECONOMICS, INC.

For the Firm

*Sara Ford*

Sara A. Ford, MRC

/sf

Ms. Baldwin
August 13, 2019

# Works Cited

Arias, E. (2014). *National Vital Statistics Report, vol. 62 no. 7, United States Life Tables 2009.* Hyattsville, MD: National Center for Health Statistics. Retrieved from http://www.cdc.gov/nchs/data/nvsr/nvsr61/nvsr62_07.pdf

Federal Reserve Bank. (2013). *3-Month Treasury Bill (Secondary Market). Averages of 1947 to 2013*. Retrieved January 2014, from http://www.federalreserve.gov/releases/h15/data.htm

Kaiser Family Foundation and Health Research and Educational Trust. (2014). Retrieved March 2015, from Employer Health Benefits: http://www.kff.org

U. S. Bureau of Labor Statistics. (2013). *Major Sector Productivity and Costs Index: Business Sector, Hourly Compensation*. Retrieved January 2014, from http://data.bls.gov/cgi-bin/srgate (use Series ID #: PRS84006103)

U. S. Bureau of Labor Statistics. (2015). *Employer Cost for Employee Compensation*. Retrieved March 2015, from http://www.bls.gov/ncs/ect/home.htm

U. S. Bureau of Labor Statistics. (2015). *National Employment, Hours, and Earnings: Average Hourly Earnings of Production Workers*. Retrieved November 2014, from http://data.bls.gov/cgi-bin/srgate (Use Series ID #: CEU0500000008)

U. S. Census Bureau. (2009 - 2013). *American Community Survey (ACS) Public Use Microdata Sample (PUMS)*. Retrieved November 2014, from American Fact Finder: http://www.census.gov/acs/www/data_documentation/pums_data/

U.S. Bureau of Labor Statistics. (2014, May). *Occupational Employment Statistics*. Retrieved June 2015, from http://www.bls.gov/oes/home.htm

# Worklife Probability
## Jeffrey Willy
## Analysis

|  | Pre | Post | Value/Diff |
|---|---|---|---|
| Birth Year |  |  | 1982 |
| Injury Date |  |  | 8/24/2018 |
| Analysis Date |  |  | 8/12/2019 |
| Base Wage | 123,609 | 134,075 | -8.5% |
| Fringe Rates | 16.4% | 19.2% |  |
| Education Level | Doctorate Degree | Doctorate Degree |  |
| Gender Life/Emp. |  |  | Male |
| Disab. Status | Not Disabled | Not Disabled |  |
| Growth/Discount |  |  | Pure Offset |
| Future Worklife | 24.8 | 24.8 | 0.0% |
| Total Earnings | 4,493,987 | 4,114,188 | 379,799 |

|  |  |  |  | Pre |  |  |  | Post |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Mo/Yr | Age | Years | Prob. Life | Prob. Empl. | Prob. Work | Base Earning | Adjusted Earnings | Prob. Empl. | Prob. Work | Base Earning | Adjusted Earnings |
| 8/2018 | 36.17 | 0.35 | 1.000 | 0.941 | 0.329 | 120,998 | 46,343 | 0.941 | 0.329 | 131,243 | 51,469 |
| 1/2019 | 36.52 | 0.61 | 1.000 | 0.941 | 0.574 | 123,609 | 82,599 | 0.941 | 0.574 | 134,075 | 91,735 |
| Past Totals |  | 0.96 |  |  | 0.903 |  | 128,942 |  | 0.903 |  | 143,204 |
| Past Loss |  |  |  |  |  |  |  |  |  |  | (14,262) |
| 8/2019 | 37.13 | 0.87 | 0.998 | 0.941 | 0.817 | 126,699 | 120,506 | 0.941 | 0.817 | 134,075 | 130,571 |
| 6/2020 | 38.00 | 1.00 | 0.995 | 0.941 | 0.936 | 129,866 | 141,509 | 0.941 | 0.936 | 134,075 | 149,589 |
| 6/2021 | 39.00 | 1.00 | 0.993 | 0.941 | 0.934 | 133,372 | 145,019 | 0.941 | 0.934 | 134,075 | 149,269 |
| 6/2022 | 40.00 | 1.00 | 0.991 | 0.941 | 0.933 | 136,306 | 148,051 | 0.941 | 0.933 | 134,075 | 149,110 |
| 6/2023 | 41.00 | 1.00 | 0.988 | 0.941 | 0.930 | 138,623 | 150,083 | 0.941 | 0.930 | 134,075 | 148,630 |
| 6/2024 | 42.00 | 1.00 | 0.985 | 0.941 | 0.927 | 140,980 | 152,143 | 0.941 | 0.927 | 134,075 | 148,151 |
| 6/2025 | 43.00 | 1.00 | 0.983 | 0.941 | 0.925 | 143,518 | 154,548 | 0.941 | 0.925 | 134,075 | 147,831 |
| 6/2026 | 44.00 | 1.00 | 0.980 | 0.941 | 0.922 | 145,958 | 156,665 | 0.941 | 0.922 | 134,075 | 147,352 |
| 6/2027 | 45.00 | 1.00 | 0.976 | 0.935 | 0.913 | 148,585 | 157,928 | 0.935 | 0.913 | 134,075 | 145,913 |
| 6/2028 | 46.00 | 1.00 | 0.973 | 0.935 | 0.910 | 151,557 | 160,558 | 0.935 | 0.910 | 134,075 | 145,434 |
| 6/2029 | 47.00 | 1.00 | 0.969 | 0.935 | 0.906 | 154,133 | 162,569 | 0.935 | 0.906 | 134,075 | 144,795 |
| 6/2030 | 48.00 | 1.00 | 0.965 | 0.935 | 0.902 | 155,983 | 163,794 | 0.935 | 0.902 | 134,075 | 144,155 |
| 6/2031 | 49.00 | 1.00 | 0.961 | 0.935 | 0.899 | 157,543 | 164,882 | 0.935 | 0.899 | 134,075 | 143,676 |
| 6/2032 | 50.00 | 1.00 | 0.956 | 0.919 | 0.879 | 159,434 | 163,149 | 0.919 | 0.879 | 134,075 | 140,479 |
| 6/2033 | 51.00 | 1.00 | 0.951 | 0.919 | 0.874 | 160,869 | 163,681 | 0.919 | 0.874 | 134,075 | 139,680 |
| 6/2034 | 52.00 | 1.00 | 0.945 | 0.919 | 0.868 | 161,512 | 163,207 | 0.919 | 0.868 | 134,075 | 138,722 |
| 6/2035 | 53.00 | 1.00 | 0.939 | 0.919 | 0.863 | 161,674 | 162,430 | 0.919 | 0.863 | 134,075 | 137,922 |
| 6/2036 | 54.00 | 1.00 | 0.932 | 0.919 | 0.857 | 161,674 | 161,300 | 0.919 | 0.857 | 134,075 | 136,964 |
| 6/2037 | 55.00 | 1.00 | 0.925 | 0.864 | 0.799 | 161,512 | 150,233 | 0.864 | 0.799 | 134,075 | 127,694 |
| 6/2038 | 56.00 | 1.00 | 0.917 | 0.864 | 0.792 | 161,027 | 148,470 | 0.864 | 0.792 | 134,075 | 126,575 |
| 6/2039 | 57.00 | 1.00 | 0.909 | 0.864 | 0.785 | 160,061 | 146,275 | 0.864 | 0.785 | 134,075 | 125,457 |
| 6/2040 | 58.00 | 1.00 | 0.900 | 0.864 | 0.778 | 157,980 | 143,086 | 0.864 | 0.778 | 134,075 | 124,338 |
| 6/2041 | 59.00 | 1.00 | 0.890 | 0.864 | 0.769 | 155,452 | 139,167 | 0.864 | 0.769 | 134,075 | 122,900 |
| 6/2042 | 60.00 | 1.00 | 0.880 | 0.702 | 0.618 | 153,897 | 110,722 | 0.702 | 0.618 | 134,075 | 98,767 |
| 6/2043 | 61.00 | 1.00 | 0.869 | 0.702 | 0.610 | 153,128 | 108,742 | 0.702 | 0.610 | 134,075 | 97,489 |
| 6/2044 | 62.00 | 1.00 | 0.858 | 0.702 | 0.602 | 152,822 | 107,102 | 0.702 | 0.602 | 134,075 | 96,210 |
| 6/2045 | 63.00 | 1.00 | 0.846 | 0.702 | 0.594 | 152,975 | 105,784 | 0.702 | 0.594 | 134,075 | 94,932 |
| 6/2046 | 64.00 | 1.00 | 0.833 | 0.702 | 0.585 | 153,434 | 104,494 | 0.702 | 0.585 | 134,075 | 93,493 |
| 6/2047 | 65.00 | 1.00 | 0.820 | 0.435 | 0.357 | 154,048 | 64,023 | 0.435 | 0.357 | 134,075 | 57,055 |

8/13/2019

|  |  |  | Prob. | Prob. | Prob. | Pre Base | Pre Adjusted | Prob. | Prob. | Post Base | Post Adjusted |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Mo/Yr | Age | Years | Life | Empl. | Work | Earning | Earnings | Empl. | Work | Earning | Earnings |
| 6/2048 | 66.00 | 1.00 | 0.806 | 0.435 | 0.351 | 154,356 | 63,073 | 0.435 | 0.351 | 134,075 | 56,096 |
| 6/2049 | 67.00 | 1.00 | 0.791 | 0.435 | 0.344 | 154,356 | 61,815 | 0.435 | 0.344 | 134,075 | 54,977 |
| 6/2050 | 68.00 | 1.00 | 0.776 | 0.435 | 0.338 | 154,356 | 60,737 | 0.435 | 0.338 | 134,075 | 54,018 |
| 6/2051 | 69.00 | 1.00 | 0.759 | 0.435 | 0.330 | 154,356 | 59,300 | 0.435 | 0.330 | 134,075 | 52,740 |
| **Future Totals** |  | **32.87** |  |  | **24.847** |  | **4,365,045** |  | **24.847** |  | **3,970,984** |
| **Future Loss** |  |  |  |  |  |  |  |  |  |  | **394,061** |
| **Gr. Total** |  | **33.83** |  |  | **25.750** |  | **4,493,987** |  | **25.750** |  | **4,114,188** |
| **Total Loss** |  |  |  |  |  |  |  |  |  |  | **379,799** |

### *Citations*

Arias, Elizabeth and Jiaquan Xu. National Vital Statistics Reports, vol. 68 no. 7, United States Life Tables, 2017. National Center for Health Statistics, U.S. Center for Disease Control and Prevention, Hyattsville, MD, 2019.
https://www.cdc.gov/nchs/data/nvsr/nvsr68/nvsr68_07-508.pdf (accessed June 2019).

U.S. Census Bureau. American Community Survey (ACS) Public Use Microdata Sample (PUMS). American FactFinder. 2013-2017 1-year PUMS files. http://www.census.gov/programs-surveys/acs/data/pums.html (accessed October 2018).

# Pension Analysis for Jeffrey Willy

| | |
|---|---|
| DOB | 6/24/1982 |
| DOI | 8/24/2018 |
| DOA | 8/12/2019 |
| Age at Analysis | 37.1 |
| Life Expectancy at DOA | 41.4 |
| Date Service Began | 11/5/2007 |
| Service Credits at 8/24/2018 | 10.8 |
| Date at End of WLE retirement | 5/30/2044 |
| Benefit % | 1.2% |
| Wage Growth | 4.6% |
| Discount Rate | 5.2% |
| COLA | 0.0% |
| Net Discount Rate | 5.2% |

| | Preinjury | Postinjury |
|---|---|---|
| ***Service Years*** | | |
|   Normal Retirement | 24.8 | |
|   Total Service Credits Earned | 35.6 | 10.8 |
| ***Retirement Age*** | | |
|   Age at Retirement/Pension Start Age | 65.0 | 65.0 |
|   Pension Start Date | 10/22/2041 | 10/22/2041 |
|   Yrs in Future | 27.9 | 27.9 |
|   Remaining Life Expectancy | 13.5 | 13.5 |
| ***Annuity*** | | |
|   High 5 Yr Average | 154,253 | 103,149 |
|   Benefit % | 1.20% | 1.20% |
|   Monthly Annuity | 5,492 | 1,031 |
| ***Present Value*** | | |
|   Present Value at Retirement | $638,324 | $119,831 |
|   Present Value at Analysis | $155,168 | $29,129 |
| **Loss** | | **$126,039** |
| | | |
| Analysis Creditable Earnings | 108,652 | 98,613 |
| Years Out: | 27.9 | - |
| 5th Year | 152,975 | 87,387 |
| 4th Year | 153,434 | 94,622 |
| 3rd Year | 154,048 | 89,742 |
| 2nd Year | 154,356 | 84,681 |
| 1st Year | 154,356 | 108,652 |
| **Average** | 154,253 | 103,149 |
| **Adjusted Average Annual Salary** | | |