UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JEFFREY A. WILLY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CAUSE NO. 1:18-cv-03934-RLY-DML ) |
| ELI LILLY AND COMPANY, | ) ) ) |
| Defendant. | ) |

**<u>JOINT STIPULATION REGARDING DEFENDANT'S BILL OF COSTS</u>**

The parties hereby stipulate that in exchange for Plaintiff waiving his right to appeal the District Court's order granting Defendant's Motion for Summary Judgment [Dkt. No. 81], Defendant agrees to withdraw its Bill of Costs [Dkt. No. 84].

Dated: August 18, 2021

| | |
|---|---|
| WALDRON TATE BOWEN FUNK SPANDAU LLC | MCGUIRE WOODS LLP |
| By: /s/ Brandon E. Tate<br>Brandon E. Tate, Atty. No. 31531-49<br>156 E. Market St., 5th Floor<br>Indianapolis, IN 46204<br>317.296.5294<br>Fax: 317.423.0772<br>brandon@wtbfs-law.com | By: /s/ Peter A. Milianti<br>Peter A. Milianti (#6243501-IL)<br>77 W. Wacker Dr., Suite 4100<br>Chicago, IL 60601<br>Telephone: 312.849.8100<br>Facsimile: 312.849.3690<br>pmilianti@mcguirewoods.com<br><br>Attorney for Defendant |
| BALDWIN LEGAL GROUP, LLC | |
| By: /s/ Tarah M. Baldwin<br>Tarah M. Baldwin (Atty No. 32317-49)<br>8500 Keystone Crossing, Suite 470<br>Indianapolis, IN 46240<br>Telephone: 317.871.1948<br>tarah@baldwinlegal.llc | |
| Attorneys for Plaintiff | |